IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IMEN GHARBI, et al.,

    Plaintiffs,   : 1:19-CV-1943
v.           : (JUDGE MARIANI)

THE UNITED STATES,

    Defendant.

## ORDER

AND NOW, THIS \_\_4th\_\_ DAY OF OCTOBER, 2021, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 54), Defendant's Objections thereto (Doc. 55), and all other relevant filings, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 54) is **ADOPTED** for the reasons stated therein as well as those set forth in this Court's memorandum opinion.

2. Defendant's Objections (Doc. 55) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

3. Defendant's Motion for Summary Judgment (Doc. 45) is **DENIED**.

                /s/ Robert D. Mariani
                Robert D. Mariani
                United States District Judge