IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMEN GHARBI and HATTAB (Ben) GHARBI, as Co-administrators of the Estate of E.G., Deceased, and IMEN GHARBI and HATTAB (Ben) GHARBI, Individually and in their own right, | ) |
| Plaintiffs | ) |
| vs | ) 19cv1943 |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

TRANSCRIPT OF PROCEEDINGS
*NON-JURY TRIAL - DAY ONE*
BEFORE THE HONORABLE ROBERT D. MARIANI
TUESDAY, FEBRUARY 22, 2022; 9:30 A.M.
SCRANTON, PENNSYLVANIA

FOR THE PLAINTIFFS:
*Navitsky, Olson & Wisneski, LLP*
By: Nijole C. Olson, Esq.
2040 Linglestown Road, Suite 303
Harrisburg, Pennsylvania 17110

FOR THE DEFENDANTS:
*United States Attorney's Office*
By: Viveca D. Parker, Esq.
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

---

KRISTIN L. YEAGER, RMR, CRR
CERTIFIED REALTIME REPORTER
235 N. WASHINGTON AVENUE
SCRANTON, PENNSYLVANIA 18503

# I N D E X


| Witnesses | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| For the Government: | 18 | 80 | 118 | 123 |
| Dr. Potacia Francis | | | | |
| (As on Cross) | | | | |
| Dr. Jill Mauldin | 128 | 203 | 258 | -- |
| (Via Zoom) | | | | |


# E X H I B I T I N D E X


| For *Plaintiff*: | Identified | Admitted |
|---|---|---|
| Exhibit No. 39 | 28 | 125 |
| Exhibit No. 16 | 129 | 130 |
| Exhibit No. 5 | 139 | -- |
| Exhibit Nos. 6, 8-11 | 140 | 141 |
| Exhibit Nos. 12-15 | -- | 144 |
| For *Defendant*: | | |
| Exhibit D | 27 | -- |
| Exhibit No. 5 | 179 | -- |
| *Joint Exhibits*: | | |
| Nos. 2.143,2.210 | 28 | -- |
| No. 2.145 | 29,48,49,89 | -- |
| Nos. 2.86,2.87 | 36,43,48,86 | -- |
| No. 2.126 | 49 | -- |
| No. 2.200 | 53 | -- |
| No. 2.85 | 54 | -- |
| Nos. 2.197/4.4 | 55,56 | -- |
| No. 2.196 | 57,60,61 | -- |
| Nos. 2.194/2.195 | 61 | -- |
| No. 2.176 | 68 | -- |
| Nos. 4.3, 2.138 | 71 | -- |
| No. 2.144 | 87 | -- |
| No. 2.203 | 98 | -- |
| No. 2.175 | 110,122 | -- |
| No. 2 | 112,245,246 | -- |
| Nos. 1,2 | 138 | -- |
| Nos. 3-9 | 139 | -- |
| Nos. 10,11 | 140 | -- |
| Nos. 1-7,10,11 | -- | 141 |
| No. 3.204 | 173,227 | -- |
| No. 2.206 | 231 | -- |
| No. 2.138 | 242 | -- |

09:34AM THE COURT: Good morning. This is the matter of Imen Gharbi and Hattab (Ben) Gharbi, as Co-administers of the Estate of E.D., Deceased and Imen Gharbi and Hattab Gharbi, Individually and in their own right.

09:35AM Today is the date set for trial in this matter. I've received all of the pre-trial documents as required. If you are inclined to present opening statements, I'll be happy to hear them. Ms. Olson?

09:35AM MS. OLSON: Thank you, Your Honor. May it please the Court, counsel, good morning. My name is Nijole Olson, I am honored to represent Mr. and Mrs. Gharbi and the estate of the son who they lost during labor and delivery while under the care of Dr. Potacia Francis.

09:35AM We're here prepared to prove that Dr. Francis inappropriately managed and monitored Mrs. Gharbi's labor course and failed to timely deliver the Gharbi's baby who unnecessarily died as a result.

09:36AM Mr. and Mrs. Gharbi are originally from Tunisia. They are both United States citizens. Ben came to the U.S. in the hopes of better opportunities, and he found them here in Central Pennsylvania.

09:36AM He and his wife Imen were happily expecting the birth of their first child, a son, the baby was due December 9 of 2017. Imen was 22 years old. She was healthy. She had normal prenatal visits. Prenatal ultrasounds were describing the baby's

09:36AM activities and his movements as normal in utero, and Mrs. Gharbi had normal nonstress tests. Amniotic fluid checks were normal.

09:36AM In two visits, she did have increased fluid, which her doctors attributed to a variation in normal and limitations of the ultrasound. That transient episode, however, of the amniotic fluid increase did not alter the course of her prenatal management. There was no diagnoses of polyhydramnios or treatment for any polyhydramnios, and all of Mrs. Gharbi's subsequent ultrasounds that followed, which there were three, all confirmed normal amniotic fluid levels.

09:37AM Mrs. Gharbi's pregnancy went a week beyond due date, and she was admitted to Harrisburg Hospital on December 16 of 2017 for induction of labor.

09:37AM Now, on Saturday, December 16, Mrs. Gharbi's physicians at the time were Drs. Maenner and Klamerus. Induction was started that afternoon at 3:00 with Cytotec, a single, low dose of that.

09:37AM Now, Harrisburg Hospital's Labor and Delivery Unit, like all other hospitals' labor and delivery units, they're equipped with electronic fetal monitoring. It's a way to track the unborn baby's heart rate to see how he's doing, in response to mom's induced contractions and to her labor.

09:37AM Now, you'll hear there are certain warning signs or Harbinger's in fetal heart rate patterns that indicate that

that unborn baby is not getting adequate oxygen, and the purpose of electronic fetal monitoring is to see those warning signs and to act on them before the baby is irreparably injured or dies from asphyxia, hypoxia or acid base imbalance.

Now, with the Cytotec induction, fetal monitoring indicated that the strip was a Category II and that there were late decelerations, indicating that this baby is not very tolerant of the induction and the labor process.

Later, at 11:30 at night, Pitocin was started for the induction, and even with Mrs. Gharbi getting a small one millimeter dose of Pitocin, she developed strong contractions, and the fetal monitoring continued to evidence a Category II strip and late decelerations, a sign that the Gharbi's baby was in distress from inadequate oxygenation. Because of those late decelerations, Drs. Maenner and Klamerus stopped the Pitocin at 1:00 in the morning on December 17.

That morning, there was an OB-GYN shift change at 8:00 that morning, and around 7:30 that morning, Mrs. Gharbi was still off the Pitocin, and fetal monitoring demonstrated she still had a Category II strip and still had late decelerations. The new attending doctor that was responsible for Mrs. Gharbi's care, at the time, and for the safe delivery of her baby was Dr. Potacia Francis.

Now, at Sign Out, between Dr. Megan Klamerus and Dr. Maenner and Dr. Francis, Dr. Francis was given

09:39AM comprehensive and detailed information about what had transpired overnight, over the course of Mrs. Gharbi's labor and induction. She was told that the category -- that the strip was a Category II, she was informed that Pitocin was started but had to be stopped because of late decelerations, and Mrs. Gharbi was no longer on the Pitocin, at the time of the shift change.

09:39AM The decision to initiate delivery of the Gharbi's baby that morning rested, solely, with Dr. Francis who happened to be the covering OB-GYN physician for patients at Harrisburg Hospital that morning, or that day. Dr. Francis, you'll hear, is a Federal Health Service employee, she worked at Hamilton Health Center, she had been there for about a year. And she didn't know Mrs. Gharbi, she had no idea of what her prior labor course was or any prior involvement in her care.

09:40AM As the attending OB-GYN for Mrs. Gharbi, however, Dr. Francis never documented a plan of care for Mrs. Gharbi, and she didn't evaluate Mrs. Gharbi until eight hours later, at 3:00 that afternoon. In the interim, there was a resident, a Dr. Lin, he saw her at about 12:46 that afternoon, the resident indicated Mrs. Gharbi's fetal strips were Category II, and there's minimal fetal heart rate variability.

09:40AM Minimal fetal heart rate variability is an indicator that the unborn baby is having some difficulty getting the oxygen it needs. This resident also ordered that the Pitocin be

restarted. So Mrs. Gharbi was put back on the Pitocin starting at 2:30 that afternoon at 1 mill units, it was increased to 2 milliunits by 3:00, it was increased to 4 milliunits by 3:30, and by 4:00, she was up to 6 milliunits of Pitocin.

Now, when Dr. Francis first saw Mrs. Gharbi, 3:00 in the afternoon, a nursing flow sheet documented and recorded that Dr. Francis measured cervical dilation at 7 centimeters and also that she had ruptured the membranes. Four hours later, at 7:00 in the evening, Mrs. Gharbi's cervix remained unchanged, she was still 7 centimeters dilated, despite having contractions and despite being on Pitocin ranging from 4 to 6 milliunit doses.

There were two independent examiners who evaluated Mrs. Gharbi, and they confirmed no cervical dilation in four hours. This meant Mrs. Gharbi was in what's called arrest of labor. There was failure to progress, with no cervical dilation in four hours, with contractions, and with being on Pitocin, this was demonstrating that the baby has an intolerance of the labor, and you'll hear expert testimony that with an arrest of labor, the standard of care requires delivery. The Gharbi's baby was not delivered by Dr. Francis, she neglected to do so.

And, then, a half hour later, at about 7:30, fetal monitoring demonstrated an acute bradycardic event. The Gharbi's baby experienced 14 minutes of decelerations with a very slow return to baseline. The baby had 14 minutes of

09:42AM inadequate oxygen.

09:42AM Now, fetal resuscitation efforts were ensued by nurses,
09:43AM they repositioned Mrs. Gharbi, they gave her increased I.V.
09:43AM fluids, they stopped the Pitocin, they even gave her
09:43AM supplemental oxygen, and you're going to hear testimony, expert
09:43AM testimony that the standard of care required urgent Caesarean
09:43AM delivery, in light of that 14-minute deceleration, but that
09:43AM Dr. Francis, again, neglected to do so.

09:43AM What is significant is that 14-minute deceleration event
09:43AM was followed, then, by fetal strips that showed minimal fetal
09:43AM heart rate variability and, also, decelerations that recurred.
09:43AM This is evidencing, now, that the baby was suffering from the
09:43AM effects of hypoxic, asphyxic and an acid base imbalance.
09:43AM Dr. Francis did not deliver the baby for another six hours.

09:43AM Now, Caesarean delivery was performed at 1:41 in the
09:43AM morning on December 18. You're going to see records that a NICU
09:44AM physician was actually called into the Caesarean section
09:44AM because the baby was in fetal distress with variable
09:44AM decelerations. The baby had no pulse. He had no blood pressure.
09:44AM He had no respirations at delivery. He didn't cry. He was pale.
09:44AM He was non-responsive. He had poor perfusion. And he was
09:44AM lifeless.

09:44AM Now, newborns, they're assigned what's called an APGAR
09:44AM score. APGAR is an acronym for the baby's Appearance, the
09:44AM Pulse, the Grimace, the Activity and the Respirations.

09:44AM The baby's APGAR score at one minute of life was zero. Zero color, zero heart rate, zero grimace, zero activity, zero respirations. You're going to hear expert testimony that baby Gharbi died in utero. A NICU physician also documented an absent heart rate, initially, and an irregular heartbeat at the fifth minute, with chest compressions, but still no pulses in the baby's femoral arteries. The baby was officially pronounced dead at 2:00 in the morning, although, he remained completely non-responsive with all of the resuscitative efforts.

09:45AM Now, there was cord blood that was checked post-delivery. Hospital protocol required -- let me back up. The cord blood that was obtained was venous blood only. Hospital protocol required that an arterial sample be drawn, but it wasn't. The records document cord blood collection at 2:41 a.m., the baby was delivered at 1:41 a.m. You will hear that a delay in cord blood sampling will render the results invalid and unreliable. So any post-delivery measure for acidosis or acid base imbalance was of little to no value in this case.

09:46AM There was an autopsy, the autopsy was not performed by a medical examiner or anyone from the Coroner's Office, instead, it was performed by the hospital's pathologist Dr. Skarupa. A Deputy Coroner did later fill out a death certificate but not the pathologist. What the pathologist's findings were when he examined this lady's baby were two findings:

09:46AM One, possible Hirschsprung's Disease, a treatable

09:46AM condition, and limb contractures.

09:46AM The autopsy pathologist actually made a point of distinguishing Baby Gharbi's contractures from those that can be associated with something called amyoplasia congenital syndromes, because, in those cases, the skeletal abnormalities are much more pronounced than what he saw in the Gharbi's baby. And the autopsy pathologist further documented the baby's genetic tests were normal. He did not require nor did Dr. Francis require any further genetic testing.

09:47AM The autopsy pathologist also examined the baby's skin. He documented it was unremarkable, there was no dough-like skin texture or its lack of foot creases that was documented. The baby's lungs did not float at autopsy, and you'll hear that that meant only that the baby didn't breathe, despite all the resuscitation efforts. There was never any evidence of any genetic or congenital condition that caused this baby's sudden death.

09:47AM You're going to hear testimony that the baby died from the effects of asphyxia, hypoxia and acidosis or acid base imbalance during prolonged induction and labor. This was evidenced by the fetal monitoring and the clinical signs that were apparent throughout the prenatal course.

09:47AM You're going to also hear testimony that asphyxic and hypoxic damage to the brain and other organs, it takes time to manifest itself pathologically. That's because a baby has to

live long enough for the body to do the repairs of the damage that's caused, in order for you to see the pathologic changes on autopsy. This baby died suddenly, so he didn't live long enough for the effects of hypoxic and asphyxic injury to be able to be seen on a pathology exam.

For the Gharbi's to bury their son was incredibly devastating to them. They're going to share their family life and background, they're going to talk about the impact that the death of their son had on each of them, they're going to share their sensory awareness, at the time of the events that led up to their son's death, and they're going to describe how the loss of their son -- it's a perpetual loss. You'll also hear expert testimony what their son's future lost earnings capacity was.

In conclusion, the Gharbi's were wronged by Dr. Francis. They needlessly lost their son. The increased risk of harm to the Gharbi's baby was foreseeable by Dr. Francis with the arrest of labor at 7 p.m., which required her to deliver the baby, which she neglected to do, and the increased risk of harm to the Gharbi's baby was also foreseeable by Dr. Francis, with that 14-minute deceleration, between 7:30 and 8 p.m., followed by minimal fetal heart rate variability and decelerations that recurred, which required urgent Caesarean delivery, which Dr. Francis, also, neglected to perform.

The Gharbi's baby's death, you'll hear, was preventable,

09:49AM and we look forward to presenting the evidence in the case. I thank the Court sincerely.

09:49AM THE COURT: Thank you, Ms. Olson. Ms. Parker, do you wish to open at this time?

09:49AM MS. PARKER: I do, Your Honor. Your Honor, this is an important case. It's important to these parents and their children. When this baby died, they didn't expect it and they didn't understand it. It's important that they be heard and that they hear at this trial.

09:51AM And it's important to Dr. Francis who managed the labor and delivery. When this baby died, she didn't expect it and she did not understand it. It's important that she be heard and hear at this trial.

09:51AM Now, Ms. Olson and I have each brought to the Court the very best experts each of us could find to explain their perspectives on what happened. Because that's why we're here today. We all want to know why this baby died. All we can do is look at the evidence.

09:52AM Now, the Plaintiffs have presented some of the evidence and they will argue their conclusions from that evidence. But the United States will explain and present to the Court all of the evidence.

09:52AM One piece of the evidence that we will hear a lot about in this case are the fetal heart tracings. Fetal heart tracings are evidence of the status of the fetus as the labor process

unfolds. Fetal heart tracings show the fetus' heart rate during labor, and the experts all talk about what the tracings tell them about the status of the fetus as the labor progresses.

There's other evidence. There's the appearance of the baby at delivery. You will hear what the baby looked like at the moment he was delivered and how startling that was to the people who were there.

There's evidence of how the baby struggled after delivery, after the cord was cut, after he no longer received oxygen through his mother. There's evidence of the effort made to resuscitate him and evidence of how the baby responded but, ultimately, could not sustain himself after those efforts.

There's evidence from the autopsy findings. You will hear about the pathology and what that showed about the baby's cell development and organ development that occurred during gestation, long before delivery.

Now, there's a stark difference in the approach to this case by Ms. Olson and the United States. The Plaintiffs' experts focus on one piece of evidence, the fetal heart tracings. Dr. Mauldin and Dr. Hammers look at the fetal heart tracings and interpret them, essentially, in the same way that Dr. Francis did and the Government's experts do, but Dr. Mauldin and Dr. Hammers reach a very different conclusion about what they mean, ultimately.

But the big difference is that Dr. Mauldin and Dr. Hammers

09:54AM don't look at all the evidence. They're aware of the records and the testimony about the other evidence. The testimony, the medical records describing the baby at delivery, describing the resuscitation efforts that showed some success, but that, ultimately, the baby could not sustain.

09:54AM They're aware of the autopsy findings and the conclusions reached by the pathologist and the medical examiner, but despite all of that, Dr. Mauldin and Dr. Hammers, they keep their focus on that one piece of evidence, the fetal heart tracings.

09:54AM For example, both doctors know that the objective evidence of whether acidosis, which is the condition that they blame for the baby's death, is blood pH. They both conclude, though, that the blood pH measurement in this case is unreliable, and they set it aside. They reject the objective evidence of whether acidosis occurred.

09:55AM As another example, Dr. Mauldin and Dr. Hammers identify what they believe are concerning fetal heart rates in the fetal heart tracings, but they don't consider the evidence in those same fetal heart tracings of the fetus' recovery from what they find concerning and the fetus continuing to tolerate the labor process for hours after, and of the fetus having a normal heart rate just minutes before delivery.

09:55AM Dr. Mauldin and Dr. Hammers have none or very little comment on all the other evidence of this baby's condition.

They will not present or include in their opinions any explanation or substantive consideration of the other evidence.

The United States will present and address all of the evidence for the Court's consideration. We will present testimony and records from the health care providers who were there and were the first people to see the baby. We will present evidence and expert testimony explaining what the appearance of the baby indicates.

Our pediatric geneticist Dr. Chung will explain what the baby's appearance was at delivery, the limb contractures, the doughy skin indicate to her, and she will, also, address the autopsy findings of abnormal cell development and non-floating lungs and explain what that means to a practicing pediatric geneticist.

Our neonatologist Dr. Polin and our maternal fetal medicine expert Dr. Pettker will explain how we know this baby did not have acidosis, as a result of the labor process.

Our other maternal fetal medicine expert Dr. Golen, she will discuss the standard of care of reading the fetal heart tracings, and explain why Dr. Francis met the standard of care and how this baby was not injured in utero.

We will present the lab results, the autopsy findings and expert testimony explaining what all of those findings indicate about this baby, and, of course, we will present evidence of the fetal heart tracings and expert testimony explaining what

those tracings mean about this baby, and we will respond to Plaintiff's economist and explain why his conclusions are based, in some part, on some unrealistic assumptions. And that brings us back to why we are here today.

What evidence did Dr. Francis have, as she managed Mrs. Gharbi's labor?

Well, Dr. Francis saw the fetal heart tracings, saw that they were normal. It's normal for a fetal heart rate to decelerate and accelerate and change, from time to time, during labor. It's normal for all that to happen and the fetus' heart rate to return to what is called baseline. It happens to the fetus all through the pregnancy. When the mother exercises or sleeps or when the fetus sleeps or moves, and that's what happened here. A normal fetal heart rate pattern throughout the labor.

Dr. Francis knew this was an induction of labor, which can take days to complete. Dr. Francis also knew Mrs. Gharbi was a first-time mother, and that, also, usually means a longer labor process. Dr. Francis knew from the nurses who were with Mrs. Gharbi throughout her labor that the team believed that the induction was progressing normally, that Mrs. Gharbi and her husband wanted to deliver vaginally, and that the fetus was not showing an abnormal fetal heart rate pattern.

Dr. Francis knew that the evidence before her did not meet the standard criteria that a C-section was called for earlier

than she performed it. Neither the fetal heart tracings nor the progress of Mrs. Gharbi's labor indicated an earlier C-section. And even if Dr. Francis had studied every page of Mrs. Gharbi's prenatal records and every page of the inpatient records from before she came on duty, Dr. Francis would not have seen any evidence that this was anything other than a normal induction of labor, with a normal fetal heart rate pattern, all the way to the moments just before delivery.

Dr. Francis had evidence from the Doppler that the fetus had a normal heart rate, even in the last minutes as she was prepping Mrs. Gharbi for the C-section surgery. And no one, not Dr. Maenner, not Dr. Klamerus, the residents Dr. Lin or Nguyen, the nurses or Dr. Francis expected this baby to look and behave as he did after delivery, because there was no evidence of what was afflicting this baby until he was delivered.

He had abnormal cell development, abnormal organ formation that prevented him from sustaining his life after he was cut off from the umbilical cord and his mother's oxygen supply. But now we know, because we have more evidence now than Dr. Francis did, at the time. Now, we have all the evidence, not just the fetal heart tracings, by which to figure out why this baby died.

Now, the United States does not have the burden of proving why this baby died in this case, but once the Court has seen and heard and considered all the evidence, we are confident

10:00AM that the Court will determine that this baby did not die because of any lack in the care that was rendered during the labor and delivery. Thank you, Your Honor.

10:00AM THE COURT: Thank you, Ms. Parker. Ms. Olson, you can call your first witness.

10:00AM MS. OLSON: Thank you, Your Honor. At this time I would like to call Dr. Potacia Francis as on cross examination.

10:00AM THE COURT: Very well.

10:00AM P O T A C I A F R A N C I S, M. D. IS CALLED AS ON CROSS EXAMINATION, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

10:01AM THE CLERK: State and spell your name for the record, please.

10:01AM THE WITNESS: Potacia Francis, P-O-T-A-C-I-A, F-R-A-N-C-I-S.

10:02AM DIRECT EXAMINATION

10:02AM BY MS. OLSON:

10:02AM Q. You were Mrs. Gharbi's attending OB-GYN as of 8:00 in the morning on December 17; correct?

10:02AM A. Yes, I was.

10:02AM Q. As Mrs. Gharbi's attending OB-GYN, you had the ultimate responsibility for her labor management and care; correct?

10:02AM A. Yes, I did.

10:02AM Q. It was your responsibility, was it not, to manage her labor in a safe way; correct?

10:02AM A. Yes.

10:02AM Q. You were the on-call physician from Hamilton Health Center

10:02AM who happened to be covering OB-GYN patients at the hospital that day; correct?
10:02AM A. Yes.
10:02AM Q. You started only working at the health center, maybe, a year prior; is that right?
10:02AM A. Yes, I did.
10:02AM Q. When you were at the Harrisburg Hospital, you were covering at 8:00 in the morning on December 17 until 7:00 in the morning December 18th; correct?
10:03AM A. Correct.
10:03AM Q. Now, am I also correct, Doctor, that before December 17, you were totally unfamiliar with Mrs. Gharbi?
10:03AM A. We have never met.
10:03AM Q. You were totally unfamiliar with her; correct?
10:03AM A. Right.
10:03AM Q. You had never met her, never spoke with her; is that right?
10:03AM A. We have never met, yes, that is correct.
10:03AM Q. You never spoke with her; correct?
10:03AM A. Correct.
10:03AM Q. However, Mrs. Gharbi's prenatal records, they were available to you in the hospital's chart, weren't they?
10:03AM A. Yes, the prenatal records are available.
10:03AM Q. They were available to you as her Attending; correct?
10:03AM A. Yes.

Q. But as Mrs. Gharbi's Attending OB-GYN, you never took the time or effort to familiarize yourself with her prenatal records, did you?
A. The patient was told to me on our Sign Out, so that's how I became familiar with her.
Q. My question, Dr. Francis, was that you never took the time, yourself, to personally familiarize yourself with Mrs. Gharbi's prenatal records, as her Attending OB-GYN; am I right?
A. I did not read all of her prenatal records.
Q. You read none of her prenatal records; is that correct?
A. I read none of her prenatal records.
Q. Thank you. Now, Mrs. Gharbi had been admitted to the hospital on December 16th, the day before; is that right?
A. Yes, I believe so, yes.
Q. You understood, did you not, that she was 41 weeks, so she was post-due by one week, and she was being admitted for induction of labor; correct?
A. Yes, that is information that was given at Sign Out.
Q. Of course, you understood that a post-date gestation at 41 weeks was significant, because the risk to the fetus goes up the longer they remain undelivered; correct?
A. Yes, 41 weeks was our standard for postdate induction at the time.
Q. The risk to the baby goes up the longer they're in utero; correct?

A. Yes.
Q. That's because, in a post-term gestation, the placenta doesn't function very well, so that's why the risk to the baby increases; correct?
A. That's the understanding, yes.
Q. Now, this pregnancy was Mrs. Gharbi's first expected baby; is that right?
A. That is correct.
Q. Even before Mrs. Gharbi was admitted to the hospital, you knew Dr. Gerald Maenner, you knew he was an Attending OB-GYN at the hospital, you dealt with him before; correct?
A. What's the question? I'm sorry.
Q. Even before Mrs. Gharbi was admitted, you knew Dr. Maenner; right?
A. Yes, I knew Dr. Maenner.
Q. You knew him, since you started working there a year before; correct?
A. Yes, I did.
Q. So when you assumed Mrs. Gharbi's care on the 17th, you knew that Dr. Maenner and Dr. Klamerus, they were managing Mrs. Gharbi's labor course the day before; correct?
A. Yes, those are the attending and residents that I got the Sign Out from.
Q. Both Dr. Maenner and Dr. Klamerus informed you of Mrs. Gharbi's induction and labor, when their shift ended and yours

began; correct?
A. Yes, the Sign Out was giving the information of the patients that were there.
Q. You'll agree, will you not, Dr. Francis, that the Sign Out process is a pretty comprehensive one?
A. It is comprehensive.
Q. During that Sign Out process, you were informed about the care that happened on the previous shift, anything that had been pending, anything that needed to be addressed for Mrs. Gharbi; correct?
A. That's the general information that's given at Sign Out for all the patients, yes.
Q. My question was relating to Mrs. Gharbi's case. You were informed of what happened during the prior day, anything that was pending, anything that needed to be followed up on; correct?
A. Well, like I said before in our deposition, I was not given all of the information that was documented in the chart.
Q. We're going to get to that, but my question was, during this Sign Out process, you were told about what had transpired during Mrs. Gharbi's labor course, what had been done, what was pending, what needed to be done; am I right?
A. I don't think you're phrasing it correctly. What I was told was she was being induced and that she was on Pitocin.
Q. So they certainly told you what happened on the previous

10:07AM shift, didn't they?
10:07AM A. I did not get all of those details.
10:07AM Q. Did they leave out the fact about what happened to her during her previous shift?
10:07AM A. I did not get the facts -- any information that Mrs. Gharbi was started and stopped on Pitocin because of late decelerations.
10:07AM Q. Did they also leave out information about what was pending or what had transpired?
10:08AM A. I was told she was on Pitocin. She was being induced and that she was on Pitocin.
10:08AM Q. Dr. Francis, you'd agree what was documented in Mrs. Gharbi's chart was what you were informed of at Sign Out?
10:08AM A. The information that I got at Sign Out was that Mrs. Gharbi was on Pitocin, being induced, and that she was on Pitocin.
10:08AM Q. Do you remember you had a deposition taken about a year or so ago? Do you remember the deposition process?
10:08AM A. I do.
10:08AM Q. You certainly expected, did you not, that the information that was documented in Mrs. Gharbi's chart was the information that you were given; correct?
10:08AM A. Yes, I did.
10:08AM Q. There's no record of what was discussed at Sign Out, other than what's documented in the records; am I right?

A. Not necessarily. Like I said to you, at that time, we can -- the information that is given at Sign Out should be comprehensive and extensive, but in that particular case, I was not given that particular set of information.

Q. There is no record of what discussions took place at Sign Out, other than what's documented in the chart; is that right?

A. Sign Out is not documented in the chart.

Q. That was my question. The only thing we have documented concerning Sign Out is what's in the chart; correct?

A. Sign Out is not documented -- anything concerning Sign Out is not documented in the chart. The Sign Out is an oral, professional exchange of information between the attendings and residents that were on duty to the attendings and residents that are coming on duty.

And we do this so that we can relate the information that is pertinent to the patients that are in our care so that -- it's a process of efficiency, so we don't have to go back and read an entire volume of charts. So we have an oral exchange of information, and we rely on that information from each other. It's oral.

Q. Now, I understand that, and there's no record of this oral discussion, is what I'm trying to get at. You agree with that; correct?

A. Say that again, I'm sorry?

Q. You agree there's no documentation of this information,

oral information that was discussed; correct?

A. There's no documentation in the chart. We do have what we call a Sign Out list, at the time of the Sign Out, and that list is usually discarded after the shifts are over. But there is a Sign Out list, where we have all of the pertinent prenatal intrapartum, meaning, in labor information that's listed about those patients that are pertinent.

So we don't list every detail, but we list all of the pertinent details on that list. And, then, there's a discussion about, and that discussion should be very comprehensive, about how the patient is doing and what the plan of care is. And what I got from this patient, and I remember, what I got from this patient was nothing to be concerned about, nothing concerning, nothing that was pending, nothing that needed to be changed, in terms of her plan of care.

She was admitted for an induction, the induction was in process, she was on Pitocin, and there was no change in her plan of care.

Q. We will get to that in a minute. But you certainly don't have any reason to suggest that the medical records in this case were altered or are incorrect; do you?

A. I wouldn't suggest that.

Q. Of course, you have no reason to suggest Dr. Maenner or Dr. Klamerus misinformed you about what had transpired during the previous shift, do you?

A. I didn't say they misinformed me, I said, what I got from them was that her induction was -- she was admitted for an induction, she was being induced, and that she was on Pitocin.
Q. And this information, comprehensive and detailed information that you received from Dr. Maenner and Dr. Klamerus at Sign Out, included what medications Mrs. Gharbi was started on and whether or not there were any issues with those medications; correct?
A. It included what medications she was started on, it included what medications she was currently on. I got no information that she had had an issue with Pitocin, in terms of it needed to be stopped for late decelerations.
Q. You're suggesting that they told you what medications she was started on but not what medications they stopped?
A. So once you give the Cytotec, it's not a stop, it's given, it's done, it runs its course. If you start Pitocin, it's given. Now, if that's stopped, that should have been included in the Sign Out, but it was not, because when I came on shift, the plan of care was that the patient was on Pitocin, that was my understanding.
Q. So you're saying that you were told Pitocin stopped, but you're suggesting that Dr. Klamerus and Dr. Maenner never told you it was stopped, as indicated in the chart, is that what you're telling us? Is that what you want the Court to believe?
A. I was never told that it was stopped.

Q. We talked, initially, about Cytotec. That had been started; correct?
A. It was given to her, initially, when she came in, was my understanding.
Q. And Cytotec was actually started at 3:00 that afternoon; correct?
A. Yes, it was given.
Q. All right.
MS. OLSON: With the Court's permission, I'm going to use the Elmo here. I'm going to reference something in the time line and I wanted to ask Dr. Francis about that, if I may.
THE COURT: You may.
BY MS. OLSON:
Q. So I'm going to show you what has been marked as exhibit -- it was Defendant's Exhibit D.
MS. PARKER: Your Honor, to be clear, this is a demonstrative.
MS. OLSON: It's not an exhibit, it's a demonstrative.
MS. PARKER: Now it's a Plaintiff's Exhibit, is that what's happening?
MS. OLSON: Well, I'll make it, potentially, a Plaintiff's Exhibit, depending on what information I glean from Dr. Francis.
THE COURT: I would expect you to do that, if you decide you want to admit it.

10:14AM MS. OLSON: All right, I will call this Plaintiff 39.
10:14AM BY MS. OLSON:
10:14AM Q. So the induction, although, it's indicated here 1 p.m., the induction was not at 1 p.m., but it actually started at 3 p.m.; is that right?
10:14AM A. I would have to defer to the record. I was not there at the time.
10:14AM Q. Well, the Cytotec was started at -- according to the medication record, which you have in front of you there, is Joint Exhibit 2.143, if you could find that.
10:14AM A. What page? I'm sorry.
10:15AM Q. Medication administration record at J-2.143. So just correct me if I'm wrong, but we do have that marked here properly, then, that induction started with Cytotec at 3 p.m. that afternoon; correct?
10:16AM A. Okay, I see it. It says, "Given at 1523", yes, I'm sorry.
10:16AM Q. The Cytotec was at 3 p.m. Now, you were also informed, were you not, that the induction was continued with Pitocin; is that right?
10:16AM A. Yes, I was informed she was on Pitocin.
10:17AM Q. Pitocin was started at 11:30 that night; correct? And that would be at J-2.210.
10:17AM A. 1.210?
10:17AM Q. The Pitocin, that would be on J-2.210. Correct? Started about 11:30 p.m.?

10:18AM A. This is the nurses flow sheet, it's not the medication list.
10:18AM Q. Actually, look at J-2.145 is another reference. J-2.145, where it says "11:29, 1 milliunit Pitocin."
10:18AM A. Yes, 2100.
10:18AM Q. Do you see that there? This is at J-2.145, 12:16, 22 -- there we go. "12:16, 1 milliunit started at 2329", about 11:30; correct?
10:19AM A. That's 11:30.
10:19AM Q. I'm sorry, I can't hear you.
10:19AM A. Yes, that's 2230.
10:19AM Q. So at 11:30, it starts --
10:19AM A. I'm just trying to understand what's that dose under it at 2100? That's earlier.
10:19AM Q. So Pitocin starts. Can we agree, Dr. Francis, that Pitocin can stimulate stronger and fast contractions?
10:19AM A. Yes, Pitocin is to stimulate contractions.
10:19AM Q. It could stimulate stronger and faster ones; correct?
10:19AM A. Yes.
10:20AM Q. You would also agree that stronger and faster contractions can reduce the blood and oxygen flow to cause the baby to experience abnormal fetal heart rate patterns; that's true, isn't it?
10:20AM A. If you exceed certain parameters.
10:20AM Q. That's true; correct?

A. Yes, if you exceed certain parameters, yes.
Q. You'll agree Pitocin at 1 milliunit is a small dose, isn't it?
A. It's the starting dose, yes.
Q. Dr. Francis, stopping Pitocin, even if it was at 1 milliunit, because of late decelerations, that's not a normal course; is it?
A. I don't know what you mean by normal. Stopping Pitocin for decelerations is -- it happens.
Q. Now, do you remember -- do you remember your deposition being taken?
A. Yes.
Q. Do you remember that, at the time, just like you were today, you were sworn to tell the truth, you were under oath; correct?
A. Yes, I was.
Q. I'm going to reference Page 112 of the deposition of the condensed version, and starting at Line 23.
A. I'm sorry, which exhibit?
Q. It will be up on the screen for you, actually, so it will be easier to see. You were asked the question, were you not;
"QUESTION: Well, Doctor, you'll agree that stopping Pitocin, even at 1 milliunit, because of late decelerations, that's not a normal course; is it?"
You answered, on the next page, did you not, at Line 4;

10:21AM "ANSWER: Yes, I would agree."
10:21AM That was a correct answer that you gave, under oath, wasn't it?
10:21AM A. Yes, it was, but that was also in the context of a patient that was remote from delivery.
10:22AM Q. Now, you assumed responsibility for Mrs. Gharbi's care, as her Attending, once that hand-off took place at 8:00 in the morning; am I right?
10:22AM A. Yes.
10:22AM Q. I want to put back the Elmo so we can reference that, as well.
10:22AM So as of 8:00 in the morning, 8:00 in the morning, you assumed her care; correct?
10:22AM A. Yes.
10:22AM Q. Now, when you assumed responsibility for Mrs. Gharbi at 8:00 in the morning, Pitocin had been attempted overnight, but it was stopped because of late decelerations, wasn't it?
10:23AM A. That's what the record says, yes.
10:23AM Q. And I'm going to go back on the Elmo and make that reference that Pitocin was stopped at 1:00 in the morning because of late decelerations.
10:23AM Certainly, the fact that Pitocin had been stopped, because of late decelerations, that was significant to you; wasn't it?
10:23AM A. It was significant because the patient was remote and I was not there at the time, so, yes.

10:24AM Q. You'll agree that stopping Pitocin is one of the first interventions used to resuscitate a fetus that's in distress; correct?
10:24AM A. That is correct.
10:24AM Q. The medication administration record, which you had been referencing earlier, that certainly documents what medications Mrs. Gharbi was on and what medications were stopped; correct?
10:24AM A. Yes, this flow sheet documents it.
10:24AM Q. And the medication administration record in Mrs. Gharbi's chart, that was available for you to review, at any time you wanted; correct?
10:24AM A. No, not in this form, we don't see flow sheets as a part of our --
10:24AM Q. I'm not talking about flow sheets, I'm talking about the medication administration record that was available to you any time you wanted to look at it; correct?
10:24AM A. I have to think about how that's available.
10:24AM Q. Well, I can refresh your recollection. Again, do you recall your deposition being taken and being sworn to testify to the truth during your deposition, do you recall?
10:25AM A. Yes, I do.
10:25AM Q. At Page 109 of the transcript, at Line 13, you were asked the question under oath -- actually, started at line 7. The question was;
10:25AM "QUESTION: Did you have access to the medication

administration record as Mrs. Gharbi's attending physician?"
You answered at Line 12 -- I asked, "Yes or no?"
You answered at Line 13;
"ANSWER: The medication administration record is in the chart, in the electronic record."
And then the question was asked;
"QUESTION: Yeah, and did you have access to it, as her Attending Doctor?"
You answered, "Yes", didn't you?
A. Yes, but I think I also qualified that later letting you know we didn't have it in this form, which is what I just said.
Q. You answered under oath correctly that the medication administration record was in the chart and available to you; correct?
A. Yes, medication information was in the chart, in the record.
Q. Now, according to the medication administration record, Pitocin, when it was stopped at 1:00 in the morning, that was only an hour and a half after it had been started; correct?
A. That's what the record says, yes.
Q. Now, both Dr. Maenner and Dr. Klamerus, you'll hear their deposition testimony being read in court later, they indicated that they informed you that the Pitocin was stopped at 1:00 because of late decelerations, and that Mrs. Gharbi had Category II fetal strips.

10:26AM You have no reason to doubt them, do you?
10:26AM A. Well, they did not give me that information at Sign Out.
10:27AM Q. You're saying they never told you that?
10:27AM A. Yes, ma'am, I'm saying they did not give me that information at Sign Out.
10:27AM Q. Do you have any basis to suggest -- the basis for withholding that information from you?
10:27AM A. I'm sorry. What is the question?
10:27AM Q. What basis do you have to indicate that they withheld that information about Pitocin being stopped because of late decelerations?
10:27AM A. I don't know.
10:27AM Q. Are you suggesting that they fabricated that in the record?
10:27AM A. I did not say that.
10:27AM Q. Is your reluctance to admit that you were so informed by Drs. Maenner and Klamerus because you should have initiated delivery plans as soon as you assumed care of Mrs. Gharbi that morning, but you didn't?
10:27AM MS. PARKER: I have to object, Your Honor.
10:27AM THE COURT: What's the basis?
10:27AM MS. PARKER: It's argumentative, she's badgering this witness. I let it go on all morning.
10:28AM THE COURT: The question is;
10:28AM "QUESTION: Is your reluctance to admit that you were so

informed by Drs. Maenner and Klamerus, because you should have initiated delivery plans, as soon as you assumed care of Mrs. Gharbi that morning, but you didn't?"

I'm going to sustain the objection, at least, in part. Suggesting she's reluctant to admit something is argumentative. You can rephrase the question, I think it's a proper area of inquiry. Go ahead.

MS. OLSON: Thank you, Your Honor.

BY MS. OLSON:

Q. Dr. Francis, you'd agree that if Pitocin was halted overnight because of late decelerations, your management of Mrs. Gharbi should have included plans to deliver her by Caesarean that morning; isn't that right?

A. I think you're referring back to the information that I gave you in deposition, which is when I recall that I was not given that information, because I said, at that time, the way I practice is that I would have had a discussion with her, before restarting the Pitocin at that time. I would have allowed her to know that she had intolerance overnight, and I would have discussed modes of delivery with her at that time. That was my deposition that I gave you.

Q. So Pitocin being stopped because of late decelerations would have, in your management, have included Caesarean delivery that morning; is that right?

A. I wouldn't have done a C-section delivery on her, per se,

when I saw her that morning, but I would have discussed it with her and I would have offered her that opportunity to think about those alternative options at that time.

Q. Well, you've just testified that you didn't know the Pitocin was off because of late decelerations, so what I'm trying to get at is, if Pitocin was, in fact, stopped overnight because of late decelerations, your plan of care would be to deliver; right?

A. My plan of care would have been to discuss it with her, and that's what I told you in the deposition. I would have had a more in depth informed discussion with the patient. Continuing the Pitocin, when I saw Ms. Gharbi at about 9:00 in the morning, was not inappropriate.

Q. And the discussion you would have had, under those circumstances, would have been to deliver by Caesarean; correct?

A. I would have offered her to continue her induction or to have a C-section.

Q. Thank you. Now, the baby's fetal monitoring strips at 7:22, about 7:30, just before the hand-off that morning, those were a Category II strip with late decelerations, according to Dr. Klamerus and the progress notation; correct?

A. At what time are you referring to?

Q. Pull up J-2.86, please. I'm sorry, it's the next page. So 7:22 starts on J2.86, but it continues on 2.87. That indicates;

"As of 7:22 that morning, the fetal tracings still had decelerations." Correct?

A. Her note at 7:22.

Q. It's up on the screen for you, if you'd like.

A. Yes, she documented late decelerations at 7:22 a.m.

Q. So the record documents, even as of 7:22, she still has decelerations; correct?

A. That's what Dr. Klamerus documented.

Q. Dr. Klamerus also informed that the type of strip that this was was a Category II strip; was it not?

A. Yes, that's what she documented.

Q. She further indicated that there was no variability, correct, in the fetal strip?

A. Yes, that's what she documented.

Q. She also documented there were no accelerations in the strip; correct?

A. That's what she documented.

Q. She did document there were late decelerations; correct?

A. Yes.

Q. We're going to switch over to the Elmo. I'm going to go ahead and put that down. At 7:22, we have a Category II and we have late decels, and we have minimum variability.

We just documented what you testified to concerning the findings at 7:22. Do you see that?

A. That's what Dr. Klamerus documented.

10:32AM Q. Now, Dr. Francis, when you assumed care of Mrs. Gharbi and her unborn baby that Sunday morning, you understood that with a Category II fetal strip, that requires close supervision with continuous monitoring; correct?
10:33AM A. Yes, if a patient has a Category II strip, you would resuscitate the fetus and do close monitoring.
10:33AM Q. Now, that morning at Sign Out, not only were you informed of Mrs. Gharbi's induction course, but as the Attending, you were also informed about other patients that you were going to be covering for; is that right?
10:33AM A. I'm sorry. What is the question?
10:33AM Q. Mrs. Gharbi wasn't your only patient; correct?
10:33AM A. This is correct.
10:33AM Q. You had to see a number of GYN patients that day; correct?
10:33AM A. I can't remember how many patients were on the schedule, but Mrs. Gharbi was not the only patient.
10:33AM Q. You had to see a number of GYN patients; correct?
10:33AM A. I don't remember if there were GYN patients on that day, but they would be a part of the Sign Out if there were GYN patients. We don't always have GYN patients.
10:34AM Q. You had to see her OB patients; correct?
10:34AM A. Correct, there were other OB patients.
10:34AM Q. You were responsible for postpartum patients; correct?
10:34AM A. Yes.
10:34AM Q. You were responsible for neonates that needed to be

10:34AM C-sectioned; correct?
10:34AM A. Circumcised.
10:34AM Q. Circumcised, I'm sorry. Is that correct?
10:34AM A. That is correct.
10:34AM Q. You were also responsible for patients that might be in the Emergency Room and were pending in the triage area; correct?
10:34AM A. That is correct.
10:34AM Q. Now, that Sunday morning, you were working with Residents over whom you had supervisory responsibility for; correct?
10:34AM A. Yes, ma'am, that is correct.
10:34AM Q. I'm sorry?
10:34AM A. Yes, that is correct.
10:34AM Q. Of course, Residents, they're still in training; aren't they?
10:34AM A. Yes, they are physicians in training.
10:34AM Q. These Residents lack the requisite experience to be able to independently manage obstetric patients, without appropriate supervision and direction; correct?
10:34AM A. This is correct.
10:34AM Q. Now, you, as the Attending, you had to supervise, communicate and direct these Residents; am I right?
10:35AM A. Yes.
10:35AM Q. Two of the Residents that you were working with were Dr. Lin and Dr. Nguyen, they were involved in Mrs. Gharbi's

care; correct?
A. This is correct.
Q. You, however, relied on these Residents to tell you what was happening with Mrs. Gharbi's labor course, didn't you?
A. I relied on them to evaluate the patient and tell me what was going on, and then we definitely collaborated on the management, yes, this is how we practice.
Q. You also relied on the labor and delivery nurses to tell you what was going on with Mrs. Gharbi's labor course; correct?
A. Yes, this is how we practice.
Q. And you expected these residents to notify you of any significant changes in Mrs. Gharbi's care; correct?
A. Any changes in her plan of care, her status, yes, these are doctors.
Q. Well, the Residents didn't create the plan of care, that was your responsibility as the Attending; correct?
A. The plan of care was created by the team that was there before, and we agreed she should continue, based on the information that was given to us, yes.
Q. Neither these labor and delivery nurses nor these Residents, they didn't have the authority to independently control the course of Mrs. Gharbi's medical management or decide when to deliver her baby, did they?
A. There is no independence, there is corroboration, yes.
Q. So they couldn't do it independently, everything had to be

under your supervision and direction; correct?
A. Yes.
Q. Nowhere in the record did you ever document any plan of care for Mrs. Gharbi, did you?
A. The Residents write the notes.
Q. You, as the Attending, never documented Mrs. Gharbi's plan of care, when you took over at 8:00, did you?
A. Neither did Dr. Maenner. The Residents write the notes.
Q. I'm not talking about Dr. Maenner. They left, they were done, they turned the case over to you. When you assumed care, you didn't document what Mrs. Gharbi's plan of care was, did you?
A. Mrs. Olson, I cannot -- you're expecting me to put something there that's not our routine process. This is not how we practice. The Attendings do not write the plan of care in the chart. The Resident documented it, we discussed it. If it's appropriate, we move forward.
Q. Well, the plan of care by Dr. Maenner and Dr. Klamerus, they had attempted Pitocin, they had to stop it because of decelerations, their plan of care was over, when you took over. You, however, once you took over the care, never documented the plan of care after they completed theirs, did you?
A. In the last note that you reference from Dr. Klamerus, there is the plan of care where they were restarting the patient's Pitocin at 7:22 in the morning, that was the plan of

care that was given to me at Sign Out that the patient was on Pitocin.

Q. But the patient wasn't on Pitocin and you had no plan of care, did you?

A. Again, I relied on the information that was given to me at Sign Out, that the patient was being induced, that she was on Pitocin, at Sign Out, that is the information that they gave me, that was documented in Dr. Klamerus' note.

Q. Now, when you took over care that Sunday, as the Attending, you didn't document a patient encounter form for any patient encounter, did you?

A. It's not a part of my standard routine.

Q. Not part of your pattern, you say?

A. No, I don't usually write a note when I come on shift.

Q. You say you usually write a note when you come on shift.

A. I do not usually write a note when I come on shift. I don't document notes, the Residents write the notes, and I cosign them under Attending.

Q. Well, you never documented any history or physical exam of Mrs. Gharbi, did you?

A. No, ma'am, I did not admit her, that was done at the time of admission.

Q. We understand that, but when you took over as the person in charge of her at 8:00, you never documented a physical and history for her, did you?

10:39AM A. We don't do that.
10:39AM Q. Who is we?
10:39AM A. OB-GYN physicians. We don't write another H and P when we change shift. The patient was already admitted, the H and P was done at the time of admission.
10:39AM Q. Well, how about OB progress notes? You never documented OB progress notes, did you?
10:39AM A. The only progress note that I did document individually was right before the delivery, when I re-counseled her about the C-section.
10:39AM And, again, we do not routinely write progress notes, as Attendings. That's done by the Residents.
10:39AM Q. So I'd like to have you look at the OB progress note of Dr. Lin. It's going to be up at J-2.86. And it looks like, according to this, Dr. Lin, who is a Resident that you were supervising; correct?
10:40AM A. Yes.
10:40AM Q. The first record of any physician seeing Mrs. Gharbi the morning you took over as the Attending was at 12:46 by this Resident Lin; correct?
10:40AM A. That's his note, yes.
10:40AM Q. And in the interim, five hours between 8:00 in the morning when you assumed care and when Dr. Lin saw the patient at 12:46, you have no documentation of your having any interaction with Mrs. Gharbi whatsoever, do you?

10:40AM A. There's no documentation.
10:40AM Q. Now, when Dr. Lin evaluated Mrs. Gharbi at about 1:00 that afternoon, he documented that, after several checks, the baby still had what's called a ballotable fetal head; correct?
10:40AM A. That's what he wrote.
10:40AM Q. He also said that Mrs. Gharbi still had a Category II fetal strip, did he not?
10:41AM A. Yes, he did.
10:41AM Q. He indicated that she had a Category II strip because of minimal fetal heart rate variability; correct?
10:41AM A. He did.
10:41AM Q. I'm going to add that to the time line. This is going to be at 1 p.m. and we have 12:46 for Dr. Lin. Category II strip and we have minimal variability. Correct?
10:41AM A. Yes, he wrote that.
10:41AM Q. Now, so in addition to the Resident finding this, he also indicated, did he not, that he was going to restart the Pitocin?
10:42AM A. Yes, he did.
10:42AM Q. You acknowledged, by signing off on this note, that Mrs. Gharbi had a Category II strip; correct?
10:42AM A. I don't acknowledge that she had a strip, I acknowledge that I signed off on the note.
10:42AM Q. Well, when you signed off on the note, you certainly saw that Dr. Lin recorded it was a Category II strip, didn't you?

10:42AM A. Right, that is correct.
10:42AM Q. You didn't alter it or change it to anything other than what he documented; correct?
10:42AM A. I don't change the Resident's notes, we have discussions.
10:42AM Q. Well, you have no indication that that information he documented was wrong, do you?
10:42AM A. I did not change his note.
10:42AM Q. So when you were signed off on it, everything that he indicated was acceptable to you, you understood that and you signed off on that information; correct?
10:42AM A. I accepted his note.
10:42AM Q. Now, can we agree, Dr. Francis, that the purpose of fetal heart monitoring is to assess fetal well-being?
10:43AM A. Yes.
10:43AM Q. Fetal heart monitoring can assess whether the fetus is exposed to a decreased oxygen supply; correct?
10:43AM A. Yes.
10:43AM Q. You'll agree that it's important, because it tells you about the fetal well-being overall; correct?
10:43AM A. Yes, the fetus heart tracing can give you an assessment of the fetal well-being overall.
10:43AM Q. Dr. Francis, fetal oxygen deprivation during labor is hypoxia; correct?
10:43AM A. Yes.
10:43AM Q. Correct me if I'm wrong, but you understood, in December

10:43AM of '17, that a warning sign of a fetus lacking oxygen was recurrent late decelerations; correct?
10:43AM A. Yes, recurrent late decelerations are a sign of fetal hypoxia.
10:43AM Q. You also knew, did you not, that minimal fetal heart rate variability was a beat to beat of five or less; correct?
10:43AM A. Yes, that's a variation of five or less beats.
10:44AM Q. Now, when you signed off the Resident's note who indicated that Pitocin was going to be restarted, you understood, did you not, Pitocin had been off, previously, didn't you?
10:44AM A. As I testified several times, it was my understanding that the patient was on Pitocin.
10:44AM Q. But you saw your Resident indicating that Pitocin was going to be restarted, so you had to know Pitocin was off earlier, didn't you?
10:44AM A. No, I mean, the Pitocin can be stopped for any reasons that has nothing to do with any other thing than the patient needed a break or to go to the bathroom, so I did not attribute any significance to the fact that she was going back on it, it was my understanding that she was always on the Pitocin.
10:44AM The fact that she's going back on it right at that second was not significant because it could have been stopped for any reason. She could have gone to the bathroom, she could have wanted a break. Sometimes the nurses back off on the Pitocin, depending on whatever is happening. The nurses can do that. So

10:45AM it did not bear any significance.
10:45AM Q. You testified, did you not, that you were unaware that the resident was restarting the Pitocin, didn't you?
10:45AM A. I looked at the notes, but when it's documented that it was restarted, it didn't jar -- it didn't make an impact on me because she was on the Pitocin, the fact that it was being restarted or -- even if I said I was unaware, that means that she was always on it, that is restarting it, it's not a big deal, that's my point, that's what I'm trying to say to you.
10:45AM Q. Doctor, I'm going to refer you back to deposition testimony that was taken when you were under oath, just as you are today, you were sworn to tell the truth; correct?
10:45AM A. Yes.
10:45AM Q. I'm going to refer you to Page 144, which we will put up on the screen. And the question started at Line 5. It went through Line 12.
10:45AM You were asked under oath;
10:45AM "QUESTION: Whose decision was it to give the Pitocin, to get the Pitocin restarted in the afternoon? You can answer."
10:46AM "ANSWER: The Resident wrote the order.
10:46AM "QUESTION: And that was with your approval; correct?
10:46AM "ANSWER: I was unaware."
10:46AM That's what you testified to, didn't you?
10:46AM A. But you're putting this out of context.
10:46AM Q. Is that what you testified to? You were unaware of the

Resident restarting the Pitocin?

A. The way we were having this discussion, this is out of context, you're skewing my words. The Resident wrote the order for Pitocin, at the time of admission, that order did not change. It continues to follow. Yes, the patient can stop and start.

So even when Dr. Klamerus and them were restarting Pitocin overnight, that was the same order that was written by the Resident, at the time.

Q. Dr. Francis, Pitocin was never restarted overnight, it stopped and it stayed off until your Resident ordered it restarted.

A. There was no order from my Resident.

Q. Pardon?

A. There was no new order from my Resident for Pitocin.

Q. According to your Resident, at 12:46, J-2.86, your resident indicated that, "We will initiate Oxytocin", which is Pitocin. Didn't he?

A. But there was no new order, he was going from the initial order, that's the routine, it can start, stop, start, stop. Dr. Lin never wrote a new Pitocin induction order.

Q. Is that what your Resident indicated in the record that, "Will initiate Oxytocin", or Pitocin?

A. He wrote that there, but the patient was in the process of being induced already.

Q. Let's go to J-2.145. Just so we can make this clear for the Court. Looking at the 17th at 1:00 in the morning, let's highlight that. This is the medication administration record; is it not?
A. Yes, it is.
Q. It indicates that Pitocin was stopped at 1:00 in the morning; does it not?
A. Yes, it does.
Q. And going up to the next section at 2:31, your Resident restarted the Pitocin; didn't he?
A. The nurse restarted it, the Resident said it should be restarted, which was appropriate, there was no new order. You asked me about the order, the order was written by the Resident before, at admission. It's a restarting of a process that's already ongoing.
Q. Well, let's take a look at that. J-2.126, please. Your Resident ordered the Pitocin to be restarted at 2:34 that afternoon, didn't he? That's his order, isn't it? It's not Dr. Klamerus' order, it's your Resident's order, isn't it?
A. I'd have to look at the order because I think that was a postpartum order, that's not an induction order.
Q. Your Resident ordered Pitocin to be restarted at 1:34 that afternoon, didn't he?
A. Can I see what the order looked like? That's not an induction order, that's a postpartum order.

Q. It says December 17th, does it not?
A. So there are different types of Pitocin orders.
Q. Doctor, is the order by your Resident for December 17th?
A. I see that, but it's not a Pitocin induction order.
Q. So you're saying that your Resident -- I don't want to argue with you, Doctor.
Your Resident -- are you familiar with what an order looks like, right?
A. Yeah, I'm familiar with orders, and this was not an induction order, this was a postpartum order.
Q. Postpartum means after delivery.
A. Right.
Q. But on December 17th at 2:30 in the afternoon, the baby was still in utero, wasn't he?
A. Right, so the nurses could not have used this order to restart the Pit, they used the order that was there initially, because this is not an induction order.
Q. As a result of this order by your Resident at 2:31 on the 17th, Pitocin was, according to the medication record that we saw, restarted; correct?
MS. PARKER: Your Honor, this is an order that's at 1434, and she's asking about an administration of Pitocin at 1431. I just want to clarify.
MS. OLSON: That's fine.
BY MS. OLSON:

Q. 1434 is when he electronically signed this order to restart Pitocin; didn't he?
A. I see the order there.
Q. Do you see that, at that time?
A. Yes.
Q. Thank you. Now, as the Attending, you were responsible for close and active monitoring of Mrs. Gharbi's labor course; correct?
A. Yes.
Q. And you were, also, responsible for communicating with and supervising your Resident; correct?
A. Yes.
Q. Did you document any record of any communication or discussion with Dr. Lin about his restarting the Pitocin that afternoon?
A. No, I did not document anything.
Q. Did you document any record discussing with your Resident the fact that Mrs. Gharbi's fetal monitoring strip was still a Category II?
A. I did not make any documentation.
Q. I'm going to go back to this Elmo, because I want to be able to put in that, at 12:46, we have the Resident and we have Pitocin being restarted, as you said, around 2:30. 2:30 Pitocin restarted. Is that correct?
A. That's what the record says.

Q. Now, according to the medication administration record, the Pitocin started at 1 milliunit at around 2:30; is that right?
A. Yes, that's what the log says.
Q. By 3:00, the Pitocin was increased to 2 milliunits; wasn't it?
A. Yes, it was.
Q. By 3:30, the Pitocin was increased to 4 milliunits; wasn't it?
A. Yes, it was.
Q. By 4:00, the Pitocin was increased to 6 milliunits?
A. Yes, it was.
Q. Now, your first encounter with Mrs. Gharbi was, according to the nurses flow sheets, at 3:00 that afternoon; correct?
A. My first encounter with Mrs. Gharbi was in the morning, when I came on shift.
Q. You have no documentation of any such encounter, do you, Dr. Francis?
A. I did not document it, but I recall it.
Q. After all these years and all these patients, you recall an encounter but nothing is documented, is that what you want the Court to believe?
A. Absolutely. Mrs. Gharbi's outcome made everything -- or a lot of her care -- stand out.
Q. Well, at the time, nothing stood out, according to you,

10:53AM because there was nothing that you felt was abnormal; correct?
10:53AM A. That's a skewing of my words. What I said was that the Sign Out, the information that I got from her Sign Out was that nothing was outstanding about her induction process, but a lot of parts of her care and things that happened did stand out because of the outcome.
10:53AM Q. Well, we will get to the outcome shortly, here, but you did not -- it was the nurses that documented in a flow sheet that you actually checked the cervix at 3:00 that afternoon; correct?
10:53AM A. Yes, because the nurse was in the room, at that time, so if they're there, they'll document if you're in the room. So if you go into the room and the nurse is not there, they won't document it.
10:54AM Q. We can -- that was at J-2.200 -- that's fine, we'll go back to the Elmo. So we have, at 3:00, we have Dr. Francis at 3:00.
10:54AM At 3 p.m., we have Dr. Francis and we have nurses flow sheet that documented you checked her -- the dilation of her cervix; correct?
10:54AM A. Yes.
10:54AM Q. And her cervix was 7 centimeters dilated; correct?
10:54AM A. That's what I told the nurse, that's what she would have put in the flow sheet.
10:54AM Q. Just for the record, we will pull that up, J-2.200. That 7

up there means she was 7 centimeters dilated at 3 p.m. Correct?
A. Yes.
Q. There's no documentation of you evaluating her, prior to 3 p.m., is there?
A. I did not check her before that time.
Q. Now, after your cervical examination indicated Mrs. Gharbi was 7 centimeters dilated, you had also ruptured her membranes; correct?
A. Yes.
Q. Now, I want to take a look at your Resident's note at J-2.85. So the time is at 6:56, which is just around 7 p.m. that evening and this resident is Dr. Nguyen; correct? It's also on the screen for you to make it easier.
A. Um-hum.
Q. So Dr. Nguyen was one of the other residents that you were in charge of supervising, correct, and communicating with?
A. That is correct.
Q. Correct?
A. Yes, that is correct.
Q. According to your Resident, at about 7:00 that evening, her cervical examination indicated that Mrs. Gharbi was still 7 centimeters dilated; correct?
A. That's what she documented.
Q. You accepted the Resident's assessment as accurate, didn't you?

10:56AM A. Yes, accurate for her, she's a different examiner.
10:56AM Q. We can put that in here on our time line here so that we
10:57AM have it.
10:57AM 7 p.m., we have Resident Nguyen, she finds it still 7
10:57AM centimeters dilated. Is that correct?
10:57AM A. That's what she wrote.
10:57AM Q. And then there was a second examiner, and I'd like you to
10:57AM reference the J-2.197. J-2.197 indicates that at 6:42, again,
10:57AM just about 7:00 that night, 1842, let's go down, and we will
10:57AM show this.
10:57AM So at 1842 about, you know, close to 7 p.m., 6:42, a nurse
10:58AM also evaluated that Mrs. Gharbi was 7 centimeters dilated;
10:58AM correct?
10:58AM A. Yes.
10:58AM Q. So I'll put that back on our Elmo. Thank you. I just want
10:58AM to make sure we are on the same page on this.
10:58AM So as of 7:00, we have not only Dr. Nguyen, but we also
10:58AM have the RN documenting, "No change in cervical dilation", four
10:58AM hours after your check at 3 p.m. Correct?
10:58AM A. Correct.
10:58AM Q. And during those four hours, Mrs. Gharbi was having
10:58AM contractions, wasn't she?
10:58AM A. Yes, she was contracting.
10:58AM Q. Mrs. Gharbi was being administered Pitocin at 4 to 6
10:58AM milliunits; correct?

A. Yes, she was. She was being induced.
Q. You never diagnosed her with arrest of labor, did you?
A. No, because she was being induced.
Q. Now, Dr. Francis, according to the record at J-4.4, there was a history recorded by labor and delivery nurses, which indicated that at about 8:00 yesterday, meaning, December 17 -- it's up on the screen if you want -- there was a 14-minute deceleration that was documented, is that right?
A. That's by the person that came from the -- that's from the person that came from the peds, the pediatrician, at delivery.
Q. So I'm going to switch over, but there's a 14-minute deceleration, then, that they documented around 8 p.m., according to the record; correct?
A. That is the information that's documented by the pediatrician that came to delivery.
Q. And according to the flow sheets, we're going to now shift over to J-2.197. According to flow sheets at J.2197 -- and I'm referencing Resident Nguyen -- the time is 7:38 p.m. And that would be at 7:38 p.m., so this is around 7:38, we see that Dr. Nguyen is present, and we see that Mrs. Gharbi is being turned to different positions; is that right?
A. Right.
Q. Let's go to 7:39, which is right here, at 7:39 that evening. Is there an indication that now that there is oxygen being administered to Mrs. Gharbi by a non-rebreather mask?

11:01AM A. Right.

11:01AM Q. At 7:40, which is on the next page, 7:40, that's 1940, it's J-2.196. We have at 7:40 p.m., which is following along chronologically, at 7:40, is there an indication that not only is Mrs. Gharbi being turned on her sides, knees put up to her chest, I.V. fluids are increased, and there are additional nurses at her bedside. Was that documented there?

11:02AM A. Yes.

11:02AM Q. Then, if we look to the left at 7:41 p.m., did the nurses indicate that they actually turned off the Pitocin?

11:02AM A. Right.

11:02AM Q. These were done in an effort to try to resuscitate the fetus; correct?

11:02AM A. Yes, they could not document the fetus, the fetus was off the monitor.

11:02AM Q. You didn't arrive to Mrs. Gharbi's bedside until, according to the records, at 7:45; correct?

11:02AM A. Right.

11:02AM Q. What I'd like to do is shift over to this time period between 7 p.m. up until the delivery of the baby.

11:02AM So we talked about how, at 7:38 p.m., you told me that we have Resident Nguyen, Resident N, and we know she's repositioning mom; correct?

11:03AM A. Yes.

11:03AM Q. We know that, at 7:39 p.m., we have oxygen being given to

11:03AM mom; correct?
11:03AM A. Yes.
11:03AM Q. We know that, at 7:40 p.m., we know that knees are up to the chest, and you also told us the I.V. fluid was also increased, all in an effort for fetal resuscitation; correct?
11:03AM A. Yes.
11:03AM Q. Then, we have 7:41 p.m., actually, nurses turned Pitocin off; right?
11:04AM A. Right.
11:04AM Q. And, then, we have you being present at 7:45 p.m. Correct?
11:04AM A. Yes.
11:04AM Q. Now, you didn't document any assessment of Mrs. Gharbi's condition or any interpretation of the fetal strips, did you?
11:04AM A. No, I didn't make a note.
11:04AM Q. When you arrived in the room at 7:45, you assumed that, because the heart rate had returned slowly to baseline, that everything was fine; correct?
11:04AM A. No.
11:04AM Q. When you returned to the room at 7:45, you felt that the interventions that the nurses had conducted was adequate or sufficient; correct?
11:04AM A. Once the monitor regained function and the fetal heart rate was documented and the fetal heart rate came back to baseline, yes.
11:05AM Q. You were satisfied that, because the fetal heart rate

11:05AM returned slowly to baseline, that there was no need for further intervention; is that right?
11:05AM A. Yes, the fetal heart rate returned to baseline with moderate variability, and that fetus was resuscitated, so, yes, that was the best course of action for the fetus.
11:05AM Q. You certainly didn't initiate any plan to deliver the baby, did you?
11:05AM A. It was not indicated at that time.
11:05AM Q. When you arrived at 7:45, you didn't stay with Mrs. Gharbi, did you? You left.
11:05AM A. No, I made sure that the tracing recovered, right.
11:05AM Q. And then you left.
11:05AM A. Yes, once the baby is recovered, I'm still on labor and delivery, I'm not in her room, necessarily, but I'm still on labor and delivery.
11:05AM Q. When you say, recovered, you're referring to the fact that the fetal heart rate had returned to baseline; is that right?
11:05AM A. Yes, there was documentation that the baby's heartbeat -- once the monitors were attached to the baby, that it was below her baseline, and it did come back to her baseline.
11:06AM Q. But after you left, nurses were still trying to resuscitate the fetus, according to the record, even at 7:55; correct?
11:06AM A. I would not have left the patient if the patient was not back to baseline.

11:06AM Q. Let's pull up J-2.196. We're looking at 8:00. 7:55. So this entry here at 7:55, 7:56, 55, I can't make it out, it's fuzzy, but if we go down, it indicates that oxygen was still being administered to Mrs. Gharbi; correct?
11:07AM A. You're not going to stop oxygen right away.
11:07AM Q. She was still getting oxygen?
11:07AM A. Yes.
11:07AM Q. She wasn't getting oxygen after you -- in between your leaving her at 7:45 and 7:40, was she, or 7:50, was she?
11:07AM A. I got there at 7:45.
11:07AM Q. I'm sorry, I can't understand you.
11:07AM A. They documented that I arrived at 7:45, I don't know the exact time I got there, it was documented that I got there at 7:45, she was already on oxygen.
11:07AM Q. She was not on oxygen at 7:50, was she?
11:07AM A. They didn't document it, it doesn't mean she was not on it.
11:07AM Q. There's a line there, it doesn't indicate she's on oxygen, not until 7:46 or 8; correct?
11:07AM A. I don't know why the nurse put it in that way, but they wouldn't start it and stop it, and start it and stop it. Once the patient is on oxygen, you will leave oxygen in place for a while.
11:08AM Q. So I'm going to indicate on our time line here that at -- it looks like it's 7:55 to me -- that's when there's oxygen

being administered for fetal resuscitation; correct?
A. This is an entire ongoing process. I think you're interpreting it.
Q. I'm just looking at what the nurses recorded at specific times in the record. Would you agree with me that, at 7:55, the nurses gave her additional oxygen to help resuscitate the fetus; correct?
A. My interpretation is that she's still on oxygen, it's not that they're starting it again.
Q. We saw the record, there was nothing prior to that, but we see, at 7:55, she's on oxygen, is she not?
A. She is on oxygen at 7:55.
Q. Now, looking at the record at 8:00, this is J-2.196. According to the record, at 8:00, this is 2000 hours, at 8:00, it's documented that now the baby has minimal to undetectable fetal heart rate variability; correct?
A. That's what the nurse wrote.
Q. We will switch over to 9 p.m., which is on page J-2.195 -- I'm sorry -- 8:30, 8:30, which is J-2.195. 8:30 right here.
Does the record indicate that, at 8:30, this baby still has minimal to no fetal heart rate variability?
A. That's what the nurse wrote, yes.
Q. And then looking at 9:00, which is J-2.194, 9 p.m., 2100 hours, is there an indication that, at 9:00, this baby has

no -- either, undetectable or minimal to no fetal heart rate variability?

A. That's what the nurse wrote.

Q. And then at 9:30, is there an indication that the baby has minimal to zero fetal heart rate variability, and on top of it, he has variable decelerations and late decelerations?

A. So the patient was pushing at that time.

Q. The patient wasn't pushing until 10:54, there was no pushing going on here. Do the records indicate that at 9:30, she has -- the baby has no heart rate variability, he has variable decelerations, and he has late decelerations?

A. That's what the nurse wrote.

Q. Now, you, yourself, did not monitor or evaluate any of the baby's fetal strips, between the time that you left at 7:45 and 9:30, when these nurses documented the fetal heart monitoring, did you?

A. That's not true.

Q. You didn't document anything, did you?

A. That doesn't mean I didn't evaluate or pay attention to the patient, that's not true. My assessment is different.

Q. If something is not documented, there's no indication to indicate that anything was done; correct?

A. That's not true.

Q. There's no indication of you, actually, being there, according to these nurses' flow sheets, is there?

A. After we -- after I come back to labor and delivery from my morning rounds, we stay at labor and delivery for the rest of our shift, that's where the majority of our time is spent, and the patient is constantly evaluated back and forth, between the Resident and the Attending, the discussions are constant until the patient is delivered and ready and done.

And my assessment was different. The patient had periods of moderate variability, she even had periods of accelerations, and that's an indicator of fetal well-being, that is an indicator of a good fetal, what we call, acid base status or pH status.

Q. Doctor, we just looked at what happened after you left, 7:45 to 9:30, there's no accelerations, are there?

A. We read the nurses' notes, we did not look at the tracings. We have the tracings in the record.

Q. You didn't document what the tracings were.

A. I did not document it, but that does not mean that's the only truth.

Q. Well, the truth in the record indicated, did it not, that there was no accelerations in that time period and no indication that you're present; correct?

A. That's what the nurses documented about the fetal heart tracing, they did not document about my presence.

Q. Well, when you're there, they document Dr. Francis here, Dr. Nguyen there, they document when a provider is there, they

document that in the record, don't they?

A. If you're in the room, but if you're on labor and delivery, which there are monitors all over where you can see the fetal heart tracing, you can see the vitals, you can see everything about a patient, you can have that discussion with the people that are going in and out of the room, you're there and you're assessing.

It doesn't mean you're in the room, it doesn't mean that you've walked away from the patient and that you have neglected the patient, you are there.

Q. Did you document any notation of having been there and having looked at the charts or talking to anyone about it?

A. You're asking me if I documented my oral discussions?

Q. Any discussions, sure.

A. No, I don't document my oral discussions in the chart.

Q. We're going to go back to the Elmo. I'd like to fill in what we just chatted about, because we left off at 8:00.

And at 8:00, at 8 p.m. we had minimum variability, at 8:30, we still had minimum variability. At 9 p.m., we had minimum variability. At 9:30, minimum variability, and we also had late decelerations, and we stopped there. So I just want to make certain we're caught up.

Now, let's continue with 10:00. I'm going to reference J-2.194. That's 2200 hours. So at 10:00, the baby had minimal to no fetal heart rate variability, according to the record;

11:15AM correct?
11:15AM A. That's what the nurses documented.
11:15AM Q. And, then, according to the record at 10:18 p.m., at 10:18 p.m., we have the Resident there, Nguyen, she documented, "Now we have tachysystole; correct?
11:16AM A. Yes, that's what she wrote.
11:16AM Q. Mrs. Gharbi's heart rate increased, actually, to the 140's and 150's, according to the record, didn't it?
11:16AM A. Tachysystole is not tachycardia, it's two different things.
11:16AM Q. It's uterine tachysystole; correct?
11:16AM A. Yes.
11:16AM Q. And uterine tachysystole was significant, was it not?
11:16AM A. Yes, it is significant when it happens.
11:16AM Q. It's an indicator that the fetus is not responding well to the labor and induction; correct?
11:16AM A. You can have tachysystole in spontaneous labor, it just means there's a lot -- there's more contractions in a 10-minute period.
11:16AM Q. Looking at 10:30, which is on 193. 10:28, that's right, so it's about 10:28 here.
11:17AM So mom had uterine tachysystole, and we also have documentation that the baby's heart rate is minimal to undetectable; correct?
11:17AM A. That's what was written in this flow sheet by the nurse.

Q. You still didn't initiate plans to deliver the baby at that time, did you?
A. No.
Q. You assumed that mom is going to deliver that baby shortly; is that right?
A. Well, I disagree with some of the assessment. And I believed that she was imminent, yes.
Q. You didn't stay with Mrs. Gharbi, once she started pushing, did you?
A. No, the Attendings do not stay with the patients while they're pushing.
Q. Let's go to 11:00 then, same page, it's now 193 and we're at 2300. So at 11:00, the baby, his fetal heart rate is minimal to undetectable; correct?
A. I disagree, but that's what they wrote there.
Q. You disagree with what's documented?
A. Yes.
Q. Did you indicate or review this and make any corrections on the record?
A. Well, I don't correct the nurses' records, they have to document -- if a Resident writes something, then, we have a discussion. They're allowed to interpret the tracing, it's a part of their learning process. So if I disagree, everyone -- the tracing is a subjective -- it is, unfortunately, subjective interpretation, right, so there are rules, but everyone can

look at the same tracing and have very different interpretations.

So I'm not going to tell them to change what they perceived, in the note, but we will have a discussion, and I will explain to her why my view was different.

Q. Did you document a discussion that you did not think this was minimal to non-detectable fetal heart rate variability, all of a sudden, at 11:00 that evening?

A. I didn't make any documentations when I corrected the Residents.

Q. Well, they also --

A. That's part of their education.

Q. They also documented, did they not, in addition to no heart rate variability, this baby was experiencing late decelerations and early decelerations; correct?

A. That's when she was pushing, and she had definitely had early decelerations, and she had a few late decelerations, but that's not abnormal with pushing, that's not abnormal. As long as it's not recurrent, you don't have to worry about it, you don't have to do anything to change it.

Q. Looking at 192, at 11:30, we will continue with 11:30, 2330 hours, at 11:30, is there an indication that, again, this baby's heart rate is minimal to non-detectable, in terms of fetal heart rate variability, and the baby also having variability decelerations; correct?

A. Again, I disagree with what they called minimal undetectable. But, yes, she was having some variables because she was pushing and it was not recurrent.
Q. And the record, also, indicates that, just a couple minutes prior to that, Mrs. Gharbi, at 11:20, Mrs. Gharbi was also being given now, again, supplemental oxygen by a non-re-breather mask; correct?
A. The nurse put it on because she thought the variability was still low.
Q. You guess what?
A. The nurse gave her oxygen because she thought the variability was still low. They can do that.
Q. That's an indication that these are efforts for fetal resuscitation, aren't they?
A. Yes, so if the nurse assessed the variability was still low, she can make effort to resuscitate, but, again, we disagreed. I thought the variability was moderate.
Q. Again, without any documentation, all we have is what's recorded in the record, and it indicates that it was variable decelerations and we've got minimal to no fetal heart rate variability; is that right?
A. That's also evidenced in the fetal heart tracing that we have in the record. It's not minimal.
Q. Looking at 1:00 now -- actually, let's take a look at J-2.176. Now, we're up to midnight. According to the record,

there's an indication that, at midnight, the baby still has no detectable fetal heart rate variability; correct?
A. Again, I disagree. She had variability, she even started to have some accelerations.
Q. Well, again, you may disagree, but you didn't document anything other than what these nurses indicated was the same as before, no detectable heart rate variability; correct?
A. I see what the nurses documented, but I disagreed.
Q. They also documented, now, at midnight, this baby having variable decelerations, as well; correct?
A. Yes, she was pushing.
Q. Well, she, also, had variable decelerations, according to the fetal monitoring; correct?
A. That's what they documented, yes.
Q. Then, at 12:30, it's documented, is it not, this baby still has minimal to no detectable fetal heart rate variability; correct?
A. That's what's documented there, but I disagree.
Q. You disagree with that, but it's documented, and, as well, they documented early decelerations; correct?
A. Yes.
Q. You didn't step in to, at this point, deliver the baby, I take it; correct?
A. I did not step in, because I disagreed with the assessment.

11:23AM Q. You didn't document that you had a disagreement with the assessment, did you?
11:23AM A. I did not, and I didn't document that I didn't step in, either. I didn't.
11:23AM Q. All right, let's go to 1:00 in the morning. 1:00 in the morning, we see, now, that, again, this baby has minimal to no fetal heart rate variability; correct?
11:23AM A. That's what's documented.
11:23AM Q. This baby has early decelerations and variable decelerations; correct?
11:24AM A. That's what's documented.
11:24AM Q. And, at this point, is when a decision change was made for Caesarean delivery; am I correct?
11:24AM A. Yes.
11:24AM Q. Okay, I'm going to go back to my time line because I want to fill in any blanks we chatted about here. I left off at 9:30. So I want to, for the record, indicate that at 10 p.m. we talked about minimum variability. At 10:18 p.m., we have uterine tachysystole.
11:24AM We have, at 11 p.m., minimum variability and we have late decelerations. At 11:30, we have minimum variability and, also, variable decelerations. At 11:30, she's also given extra oxygen. And we know that, at midnight, we have minimum variability, and we have variable decelerations.
11:25AM And then at 12:30 a.m., we have minimum variability, and

then at 1 a.m., we have a decision, we're going to be going to a C-section. Is that right, Doctor?
A. Yes, I discussed it with them, at the time, and she agreed to a C-section.
Q. Okay. Now, you delivered Mrs. Gharbi at 1:41 a.m. on the morning of December 18; correct?
A. Yes.
Q. Let's take a look at J-4.3 for a moment. According to the NICU physician, she was required to the delivery of the C-section because of "fetal distress with symptoms of variable decelerations". Correct?
A. That's what she wrote.
Q. You think she's wrong, though, don't you?
A. I don't know where she got the information from, but that's what she wrote.
Q. But you disagree with that, don't you?
A. Symptoms of variable decelerations, I don't know what that means.
Q. According to the documentation, cord blood was collected, according to the record, at 2:41, and that would be J-2.138. Cord gas venous was collected on, it says 12:18, 0241. Is that what was documented?
A. That's what's documented.
Q. You never challenged the validity or had any discussions or concerns, regarding the 2:41 collection of the venous cord

blood, did you?
A. No, I didn't look, at the time.
Q. You never even knew who collected the sample, did you?
A. No, I wasn't aware of which circulating nurse collected it in the room, that's not what we do, at the time of a C-section. It's handed off to the circulating nurse, and whoever that circulating nurse is is the one that draws it.
Q. You didn't know what happened, after you handed the cord over and it left the field, do you?
A. No, we don't.
Q. Of course, you were not involved in how or where that sample was processed, were you?
A. No.
Q. At the time, there was no existing record that would have specified details about the blood collection, other than what we just saw in the record; correct?
A. Correct.
Q. And, Dr. Francis, you didn't document when you did the Caesarean, when you single or doubly-clamped the umbilical cord, did you?
A. We documented the cord was clamped and cut. We have to double clamp it to cut it.
Q. You didn't indicate whether it was single or double, did you?
A. If it's single, it will exsanguinate the baby, it has to

be doubled.
Q. Okay, that's fine. And the cord sample, however, that was collected, was venous; right?
A. That's what was documented.
Q. You knew that venous and arterial blood samples, they're not interchangeable, are they?
A. They're not interchangeable.
Q. In fact, you intended that both arterial blood and venous blood would be sampled for the cord gases, didn't you?
A. That's standard.
Q. That was protocol that should have been followed; correct?
A. Yes.
Q. And it wasn't, was it?
A. Apparently not.
Q. You have no idea why protocol wasn't followed, do you?
A. I don't know why the circulating nurse only collected a venous sample.
Q. You have no idea why protocol wasn't followed, do you?
A. I don't know why the nurse only collected a venous sample.
Q. Dr. Francis, when you delivered the Gharbi's baby, you did not document anything abnormal or unusual about his physical appearance, did you?
A. I don't think I put anything in the OP note. I don't recall.
Q. We looked at your OP note, and we talked about this in

11:30AM your deposition, you documented nothing abnormal or unusual about the way this little child looked, did you?
11:30AM A. I didn't put it in the OP note.
11:30AM Q. You didn't put it anywhere in the record, did you?
11:30AM A. No, I didn't put it in the record.
11:30AM Q. Now, according to the record, the baby was pronounced dead at 2:00 in the morning, after he was non-responsive to the resuscitative efforts that went on for about 20 minutes. Did you understand that to be true?
11:30AM A. That's what's documented, yes, I have no reason to doubt it.
11:31AM Q. Pardon me?
11:31AM A. I have no reason to doubt it.
11:31AM Q. Okay. You were not involved in any of the resuscitation efforts of the Gharbi's baby, were you?
11:31AM A. No, I was still operating on Ms. Gharbi.
11:31AM Q. Of course, you had nothing to do with the autopsy of the baby, which was performed by the hospital's pathologist; correct?
11:31AM A. Correct.
11:31AM Q. And when you saw the autopsy pathologist's report, you didn't see any indication, based on his findings, that the baby died of a congenital disease, did you?
11:31AM A. I never saw the autopsy report until this case was filed.
11:31AM Q. When you saw the autopsy report, you didn't see any

indication of his findings indicating that the baby had any congenital disease, did you?

A. I don't recall exactly what the report said.

Q. Well, let me help you refresh your recollection then. Again, do you recall your deposition being taken, you were sworn under oath, just as you are today?

A. Um-hum, yes.

Q. At Page 232, beginning at Line 15 and going to 21, you were asked the question;

"QUESTION: Was there any indication, based on the pathology findings of Dr. Skarupa, that the baby died of a congenital disease?" I said, "You can answer".

You answered, did you not;

"ANSWER: I didn't see that in the report."

That's what you testified. That was correct, wasn't it?

A. When I got the report at the case, I don't remember seeing that. If that's what I said there, that's what I said there. I'm not contradicting myself.

Q. Your answer, then, was correct; wasn't it?

A. I don't remember.

Q. Well, we just read it. Your answer that you gave to the Court in your deposition, sworn testimony, that was a correct and true answer; wasn't it?

A. I don't remember.

Q. I just read it to you. You testified under oath that

you -- that there were no indications to you, based on the findings, of any congenital problem with the baby. That's what you testified to under oath; wasn't it?
A. Yeah, I don't remember -- like, as I'm sitting here, I don't remember what that report says. Now, if I said that I didn't see that in the report then, I didn't see it in the report then.
Q. Thank you, that's all I was asking. Of course, you have no opinion, regarding the cause of this baby's death, do you?
A. I thought there was something wrong with the baby, but I don't know what was the cause.
Q. You have no opinion concerning the cause of this baby's death, do you?
A. I don't know what was the cause.
Q. You have no opinion about it, do you?
A. What does that mean?
Q. You do not know and have no opinion about what caused this child's death, do you?
A. I don't think it was our management, if that's what you're referring to, I don't think it was our management.
Q. What I'm referring to is that you have no opinion, yourself, about what caused this baby's death?
A. I don't understand your question, so I don't get it, I don't understand.
Q. Let me refresh you then. At Page 232 of your deposition.

You were asked, at Line 22, with the question:
"QUESTION: You certainly don't intend to express opinions at trial about the cause of this baby's death, do you?"
You answered;
"ANSWER: No."
That was your testimony then, and it was correct, wasn't it?
A. It was correct then, and that's what I just said, I don't know what caused the baby's death, his death.
Q. Now, you were listed as the physician who authorized genetic testing of this baby; correct?
A. Yes.
Q. And this baby's genetic test results were normal; correct?
A. They look for the number of chromosomes.
Q. My question was, was the baby's genetic test result normal?
A. It's not an inclusive test, yes, and it was normal.
Q. Thank you. You never recommended any further genetic testing for the Gharbi baby, did you?
A. The patient or infant was no longer under my care, I would not have had the opportunity to request any further testing, even if I thought it needed to happen.
Q. Well, you didn't recommend or indicate there was any need for further testing anywhere in the record, did you?
A. I did not, because I was no longer involved in the care,

once my shift ended.

MS. OLSON: That's all the questions I have. Thank you.

THE COURT: Ms. Parker, do you want to begin now?

MS. PARKER: I probably have under two hours with this witness, and I want to be respectful to Mrs. Olson's witnesses, she has indicated they have some time constraints, so I don't know what Ms. Olson's plan is for today and tomorrow, I would defer to that.

MS. OLSON: It was my understanding that you were going to do her direct comprehensively, when you had her, was my understanding. And, obviously, I have Dr. Mauldin by zoom at 1:30, I was going to get the depositions read, which I can do now, between now and the time for the zoom, but it's my impression that you were going to do your direct, at length, when you put her up on the stand.

MS. PARKER: I kind of anticipated that I would do my direct on Thursday, but if that's not agreeable, we can adjust.

THE COURT: Well, you certainly have a right to recall Dr. Francis as part of your case, when you think it's appropriate. I'm not going to tell you to do otherwise. You can proceed as you wish here.

MS. PARKER: Well, just to be safe, because I know Ms. Olson has kindly indicated Dr. Mauldin can only be available today, so we need to finish her today. So in the interests of being conservative about our time, I think, maybe, it's better

11:36AM we hold Dr. Francis' direct for another day, if that's acceptable.

11:37AM THE COURT: All right. And you anticipate Dr. Mauldin being available at 1:30?

11:37AM MS. OLSON: Yes, Your Honor.

11:37AM THE COURT: Do you both anticipate Dr. Mauldin's testimony would take the rest of the day?

11:37AM MS. OLSON: Yes, Your Honor.

11:37AM THE COURT: Do you share that view?

11:37AM MS. PARKER: I probably have a couple hours.

11:37AM MS. OLSON: Dr. Mauldin will cover the afternoon for sure.

11:37AM THE COURT: I only ask because I'm not quite sure what to instruct Dr. Francis, as to her availability, if we're not going to conduct her direct today.

11:37AM MS. PARKER: I have made sure Dr. Francis is available on Thursday. I would love to do her direct right now, but in the interest in completing Dr. Mauldin today, as I've been informed I have to do, you can see my dilemma.

11:37AM THE COURT: I do. As I look at this, there's about two hours before Dr. Mauldin's scheduled 1:30 testimony. I'm willing to use that time now, if you wish, but you need not. As I said a moment ago, you conduct as your case sees fit.

11:38AM MS. PARKER: Thank you, Your Honor. Maybe the depositions, we could do that tomorrow? Could I request the Court I take 10 minutes right now before I start the direct?

THE COURT: Sure, we will take 10 minutes.
MS. PARKER: Thank you.
(At this time a recess was taken.)
THE COURT: You can proceed.

CROSS EXAMINATION

BY MS. PARKER:
Q. Dr. Francis, are you ready to resume?
A. Yes, ma'am.
Q. Are you Board certified?
A. Yes, I am.
Q. What are you Board certified in?
A. Obstetrics and Gynecology.
Q. Since when have you been Board certified in Obstetrics and Gynecology?
A. 2013.
Q. Have you done anything to maintain your Board certification? What do you have to do to maintain it from year to year?
A. There's a process called Maintenance of Certification, where you have to take a certain amount of continuing medical education courses or credits to meet that goal, so you do CME's.
Q. Have you had training in reading and interpreting fetal heart rate monitoring?
A. Yes, I have.

11:50AM Q. What kind of training have you had?
11:50AM A. There's training that you get throughout residency, lectures, formal lectures about fetal heart tracing terminology and definitions, and there's ongoing continuing medical education that you take when terminologies are updated.
11:51AM Q. What are some of the authorities that you rely on or refer to in how to interpret fetal heart rate tracings?
11:51AM A. I rely on the American College of Obstetrics and Gynecology.
11:51AM Q. Have you taught others how to read fetal heart tracings?
11:51AM A. I have.
11:51AM Q. Where have you worked since you've been Board certified?
11:51AM A. Brooklyn, New York, Macon, Georgia, and now Harrisburg, Pennsylvania.
11:51AM Q. How did you come to care for Mrs. Gharbi on December 17, 2017?
11:51AM A. I was on call on the day that she -- the next day that she was admitted.
11:51AM Q. Had you ever met Mrs. Gharbi before that day?
11:52AM A. No, I hadn't.
11:52AM Q. How did you learn about Mrs. Gharbi, when you took over her care on that day?
11:52AM A. It was on the Sign Out. So during our shift change.
11:52AM Q. What did you learn at Sign Out about Mrs. Gharbi, in particular?

11:52AM A. So it's a comprehensive process, so they'll give the basic demographic, her age, her number of children that she has had, whether or not there's any significant prenatal course, they'll talk about her admission, what she's admitted for, how the process has been going.

11:52AM If there's anything that needs to be done or address, they'll usually discuss that at that time, so that the upcoming team is aware of what needs to follow through, stuff like that.

11:52AM Q. What was Mrs. Gharbi admitted for?

11:52AM A. For an induction of labor.

11:52AM Q. What does induction of labor actually mean?

11:52AM A. It's a process where we use medications or physical dilators to dilate the cervix and stimulate labor. The point is to have a vaginal delivery.

11:53AM Q. Does the induction process include starting and stopping that medication that you use?

11:53AM A. Yes, you can start and stop, change medications, yes.

11:53AM Q. So why would the medication be stopped during an induction?

11:53AM A. Referring to Pitocin, it can be started and stopped for any number of reasons, they're nursing protocols. So, generally, once a patient is on Pitocin, they have to be continuously monitored, so if the patient needs to get up to use the bathroom, they want a break or to eat, stuff like that, the medication stops.

If the patient is sitting up for an epidural, it's stopped, if the patient is having fetal complications, recurrent decelerations, having too many contractions, it can be decreased, stopped, at any time.

Q. So given all of that, why would Pitocin in this case be restarted?

A. To continue -- to keep the process going, the induction process.

Q. Is it unusual to stop and start the medications during induction?

A. It is not.

Q. Did you review Mrs. Gharbi's records at Sign Out?

A. No, I did not.

Q. Why not?

A. Because the process has to be efficient, and in obstetrics and gynecology, we rely on that oral transfer of information between professionals. So I get -- or the provider that's coming in gets that oral telling, the provider that's admitting that patient does the review, does the chart work, and then they translate the information to the next provider. So it's oral, this course.

Q. Did your assumption of care of Mrs. Gharbi differ, in any respect, from your normal practice when you're on call in labor and delivery?

A. No.

11:55AM Q. Before December 17, 2017, had you assumed care of other patients at Sign Out from Dr. Maenner?
11:55AM A. Yes, I had.
11:55AM Q. Did Dr. Maenner do anything differently, with regard to Mrs. Gharbi, in signing her out to you than he had done in your past experience with him?
11:55AM A. No, he has not.
11:55AM Q. So did the prior team communicate anything concerning to you about Mrs. Gharbi?
11:55AM A. They did not.
11:55AM Q. Did you learn about Mrs. Gharbi's polyhydramnios at Sign Out?
11:55AM A. No, I did not.
11:55AM Q. Did Dr. Maenner tell you about polyhydramnios?
11:55AM A. No, he did not.
11:55AM Q. Did Dr. Maenner communicate to you that he had considered a C-section for Mrs. Gharbi?
11:55AM A. No, he did not.
11:55AM Q. Do you recall considering a C-section, yourself, based on what you learned at Sign Out?
11:55AM A. No, I did not.
11:55AM Q. Was anyone else assuming care of Mrs. Gharbi at Sign Out besides yourself?
11:55AM A. Yes, so I had a Resident assigned.
11:55AM Q. Was that Dr. Lin?

A. Yes, it was.
Q. Did you and Dr. Lin hear the same information at Sign Out or did Dr. Lin have a separate conversation with someone else, like, the prior Resident Dr. Klamerus?
A. Not to my knowledge. We have the same Sign Out at the same time. It's a group discussion.
Q. Now, was there anyone else involved with Mrs. Gharbi's care, during the time that you and the Resident were caring for her?
A. Yes, the Resident changed shift at 5 p.m. that day, and the nurses are, also, an integral part of the care team.
Q. So for the layperson, how would you describe how all these people work together to care for someone like Mrs. Gharbi?
A. So the Attending is responsible for the overall supervision, primarily, for the Residents, primarily, for the care of the patient, for the medical management, and we supervise the Resident that does a lot of the work, in the sense of evaluating the patient, examining the patient.
They are the ones that are the primary managers, in terms of evaluating the patient and the plan of care, and they talk to the Attending. And we have a discussion as to what the patient's status is, whether that plan of care is feasible, if it needs to change or adjust, that's how the Residents are learning.
So they come up with an assessment and plan, you discuss

11:57AM it with your Attending, and then you either agree or you have them change the plan of care. And then once the orders are written, the nurses execute the orders that are placed, generally, by the Residents, once they have had that discussion with the Attending, and the nurses execute the orders, pretty much.

11:57AM Q. So do you recall that the prior Resident, prior to Dr. Lin, was Dr. Klamerus?

11:57AM A. Yes.

11:57AM Q. The record reflects that the prior Resident Dr. Klamerus, in her note at 7:22 a.m. on December 17, she notes the plan is to restart low dose Pitocin for Mrs. Gharbi. Did you see that note at Sign Out?

11:58AM A. No, I didn't see the note.

11:58AM Q. At 7:22 a.m. that's before Sign Out, isn't it?

11:58AM A. That is before Sign Out.

11:58AM Q. Now, the record also shows that Dr. Klamerus completed the same note at 8:41 a.m. that morning. And 8:41 a.m., is that after Sign Out?

11:58AM A. That's generally after.

11:58AM Q. Let's take a look at that note, it's Exhibit J-2.86. This is Megan Klamerus' note. Maybe it's the next page.

11:59AM "We will restart low dose Pitocin", yes, next page, I apologize. Do you see that note there?

11:59AM A. Yes, I do.

11:59AM Q. It's Megan Klamerus' note at the bottom. Do you see that?
11:59AM A. Yes, I do.
11:59AM Q. Okay. So is that the plan of care?
11:59AM A. Yes, that's the plan of care that was signed out, that the patient was on Pit.
11:59AM Q. Did you rely on Dr. Lin to fulfill Dr. Klamerus' plan of care for carrying out the induction?
11:59AM A. Yes.
11:59AM Q. Did you also rely on the nurses to follow Dr. Klamerus' plan of care for the administration of the Pitocin to induce?
12:00PM A. Yes.
12:00PM Q. Are you or the Resident able to adjust the administration of Pitocin, yourself?
12:00PM A. No.
12:00PM Q. Let's look at J 2.144. So even if you, as the Attending, wanted to adjust the Pitocin, could you do it?
12:00PM A. No, I couldn't do it, physically, I would have to ask the nurse to do it.
12:00PM Q. J-2.144. Do you see the Pitocin entry there?
12:00PM A. Yes, I do.
12:00PM Q. Can you explain what that record entry means?
12:00PM A. All right, so the one Oxytocin -- yes, this is an induction order, so it has a variable rate 1 to 20, so the nurses are able to, first of all, they have to use certain criteria, in order to begin, and then they are able to adjust

12:01PM the dosage of the Pitocin until a certain amount of contractions are achieved every minute.

12:01PM Q. Do you see it says, sort of, to the right, "Fetal assessment meets criteria".

12:01PM A. Right.

12:01PM Q. And it carries on there. Do you see those notes?

12:01PM A. Yes.

12:01PM Q. What are those notes? What do they mean?

12:01PM A. Those are the nursing criteria, so in order to start it, they have to have a certain assessment of the fetal criteria. So the fetus has to be Category I, it cannot be Category II tracing. And they're looking at the amount of contractions that the patients also have. It gives them the interval at which timing they can increase the Pitocin by how much.

12:01PM Q. So these nursing protocols, these are criteria that have to be met, before the dosing can be adjusted?

12:02PM A. Before the dosing can be adjusted or if you've stopped and you're going to restart, before you can restart, all of that, yes.

12:02PM Q. Are these protocols, these criteria, this note, is this individualized for Mrs. Gharbi, in particular?

12:02PM A. No, it's not.

12:02PM Q. Is this a standard induction protocol?

12:02PM A. It is.

12:02PM Q. So this protocol, is it applied to all induction patients?

A. Yes, it is.
Q. Who, again, implements this protocol?
A. Once the order is placed, the nurses initiate the order.
Q. The nurses determine when the factors are aligned for adjusting the medication; is that right?
A. Yes.
Q. All right, let's look at the next page, J-2.145. We looked at that earlier up above there at the top, the top section of the page.
We looked at the stopped and restarted and other notations there. Do those entries for starting and stopping look consistent with Dr. Klamerus' note of the plan of care?
A. Yes, they are consistent.
Q. We see Pitocin was restarted at 1431 on December 17 by Petronella Verhoog, RN.
A. Yes.
Q. Who is Petronella Verhoog?
A. She's one of our more experienced nurses, she's probably in her late 60's, done labor and delivery work all her life. She's highly -- she's one of our more experienced nurses, to put it lightly.
Q. Now, I think we discussed this earlier with Ms. Olson, but did you learn at Sign Out, specifically, that Pitocin had been stopped and not restarted before Sign Out?
A. No.

Q. If the record says, "induction halted", what does that mean?
A. I guess it depends on who is writing the note, but, you know, I'm not sure what it would mean. It's not standard terminology, per se, but if an induction is stopped, then, you're not inducing the patient, there should be another plan of care.
Q. So are you still inducing, if you stop or pause the Pitocin?
A. Yes, you are inducing the patient.
Q. Is stopping and starting Pitocin consistent with the nurse protocol we looked at and Dr. Klamerus's plan of care?
A. Yes, it is.
Q. Is stopping and starting Pitocin, on the basis of the order that we just read, with the nurse protocol, is that abnormal?
A. No, it's not abnormal, it happens.
Q. Now, also, on this Page 145, we see an additional note for Pitocin entered by Dr. Lin and Dr. Klamerus. Do you see that?
A. Yes.
Q. I believe Ms. Olson was indicating it, as well, the one at 1434. Do you see that? Can you explain what that note is?
A. Those are postpartum Pitocin orders, and the orders go in in a phased way, so even though they're all placed at the same time, there's anticipation for that phase of the patient care,

12:05PM but those orders are postpartum orders and not induction orders.
12:05PM Q. So for some reason, Pitocin might be needed postpartum; is that right?
12:05PM A. Yes, we use Pitocin postpartum to help stop bleeding.
12:05PM Q. Would it have made any difference in how you managed Mrs. Gharbi's labor, if you had known that the Pitocin had been stopped before Sign Out?
12:05PM A. Yes.
12:05PM Q. What would have been the difference?
12:05PM A. Well, I would have counseled her differently in the morning, when I assumed care for her. I would have, you know, had a more in-depth conversation about the Pitocin needed to be stopped overnight. I would have, at that time, offered her to, either, continue with the induction or to move to C-section delivery.
12:05PM Q. Other than talking to the mother about alternative delivery, would you have handled labor any differently, if you had known that the Pit had been stopped and not restarted?
12:06PM A. No.
12:06PM Q. Do you believe the fetus was harmed during labor, because you were unaware that the Pit had been stopped and restarted later?
12:06PM A. No.
12:06PM Q. At any point before about 1 a.m. on December 18, when you

12:06PM determined that a C-section was appropriate, were you concerned that Mrs. Gharbi -- her labor was taking a long time?

12:06PM A. No, I wasn't.

12:06PM Q. Why not?

12:06PM A. Because Mrs. Gharbi was being induced, and an induction is a process, and it can be very slow. An induction for a primis, meaning, a first pregnancy, can take up to three days. It is a very tedious and slow process.

12:06PM Q. When did you first meet Mrs. Gharbi?

12:06PM A. After shift change, I usually go through labor and delivery, so I met her sometime that morning, about 9:00, in that space, after Sign Out.

12:07PM Q. Do you remember anyone else in the room with her?

12:07PM A. I remember her spouse in the room.

12:07PM Q. Did you speak to Mrs. Gharbi at that time?

12:07PM A. I spoke to both -- I came in, I introduced myself as the Attending that's on call. Generally, when you go into the room, the nurses' computer is locked, but you can see the tracing and the vitals. I usually just look at that as a quick assessment and talk to the patients and ask, Do you have any questions about your plan of care, and then move to the next patient. It's a quick meet and greet at that time.

12:07PM Q. Do you remember anything Mrs. Gharbi may have said to you, at that time?

12:07PM A. No, she never really spoke to me.

Q. Did Mr. Gharbi speak to you?
A. Yes, he would acknowledge, from time to time, what I said. I don't remember him asking any specific questions or making any specific requests.
Q. Well, talk about speaking to the patients, do the nurses have any role in managing an induction, besides just administration the Pitocin?
A. Right, so the nurses are the primary, if you want to put it, caregivers, they're constantly with the patient, they're not only fulfilling the orders from the physician, they're administering nursing care and attending to the personal needs of the patient, so the nurses are, let's say, the front person, the primary person that's in the room most of the time.
Q. As the Attending, do you rely on the nurses to communicate with you about the patient?
A. Absolutely.
Q. Was that true in this case?
A. Yes.
Q. Do you recall the nurses managing Mrs. Gharbi who they were?
A. Yes.
Q. Do you remember their names?
A. Petronella during the daytime, and there was Carrie, which was our evening nurse, that she had the evening before.
Q. Do you recall what these women communicated to you about

12:08PM Mrs. Gharbi's progress?
12:08PM A. Well, throughout the day, Ms. Verhoog, which is Petronella--
12:09PM MS. OLSON: Your Honor, I object. This is hearsay. These are out-of-court statements.
12:09PM THE COURT: That appears to be the case.
12:09PM MS. PARKER: Well, these are communications from professionals to inform Dr. Francis' state of mind and her evaluation of the patient.
12:09PM THE COURT: I understand, but it's being offered for the truth, are they not?
12:09PM MS. PARKER: No, actually not, Your Honor. I want the Court to understand what Dr. Francis' information -- what information she was given about the status of her patient so that we can understand how Dr. Francis reacted.
12:09PM THE COURT: I'll give you an opportunity to respond, Ms. Olson.
12:09PM MS. OLSON: Yes, that's still an out-of-court statement offered to prove what was on her state of mind, based on what they told her.
12:09PM THE COURT: That was a bit fast. Would you repeat that?
12:09PM MS. OLSON: I'm sorry. It's still an out-of-court statement offered to prove what her understanding was, based on what these nurses told her.
12:09PM THE COURT: That is a State of Mind Exception to the

Hearsay Rule. Overruled. Go ahead.

MS. PARKER: Thank you, Your Honor.

BY MS. PARKER:

Q. Let me phrase it this way. Do you recall anyone on the team expressing concern about the progress of Mrs. Gharbi's induction?

A. No.

Q. How did Mrs. Gharbi communicate to you? What did she communicate to you about how she was doing?

A. She didn't make any direct statements to me.

Q. Did Mr. Gharbi?

A. No.

Q. Did you, somehow, get any impression about whether Mr. and Mrs. Gharbi wanted a vaginal delivery? Yes or no?

A. Yes.

Q. Yes, what?

A. She wanted to deliver vaginally.

Q. So you developed that impression from?

A. From Carrie, the evening nurse that was taking care of her.

Q. Now, you've talked a little bit about it on your cross exam, the Resident's role in managing the induction. What is the Resident's role, again, just briefly?

A. Well, the Resident is a physician in training to become an Attending, so they do have experience. So their role is to

evaluate, assess the patient, and come up with a plan of care. And when we discuss that plan of care from Attending to Resident and we talk about whether it's sound, we review their assessments, it's an educational process, while we're caring for the patient, so yes.
Q. Do you, as the Attending, rely on the Resident to check on the patient?
A. Yes.
Q. Does checking on the patient include looking at the fetal heart tracings?
A. Yes.
Q. When we talk about checking the fetal heart rate tracings, does that mean just looking at the monitor for a few seconds, a minute or some other period of time, to be able to evaluate what they indicate?
A. No, it's usually an evaluation of, at least, thirty minutes, so you can't go forward, so it's thirty minutes prior to what you're evaluating at that time, and the evaluation has to be current, because what has happened in the past is not indicative of the current status of the fetus. So you use thirty minutes prior to the time that you're looking at it.
Q. Typically, is every time the Resident checks on the patient recorded in the records?
A. Unfortunately not.
Q. Now, Dr. Lin wrote a note about restarting Pitocin. I

think we discussed it during your cross-exam. What was your understanding of that note, when you signed off on it at 2:23 p.m. on December 17?
A. I really didn't take much stock of it. It happens routinely, in the course of an induction.
Q. Was the note concerning to you?
A. No.
Q. Why not?
A. Because restarting Pitocin happens routinely, in the course of an induction.
Q. Was that note to restart Pitocin, somehow, inconsistent with the plan of care you learned about at Sign Out?
A. No, it was not.
Q. You've had a chance to review the medical records in this case before today; correct?
A. Yes.
Q. Is every time that you checked on the patient recorded in those records?
A. No.
Q. Did Dr. Lin ever communicate to you anything that gave you concern about how Mrs. Gharbi was progressing?
A. No.
Q. Did he ever communicate to you anything that led you to believe Mrs. Gharbi met the criteria for arrest of labor?
A. No.

Q. Did Dr. Lin or the next Resident who came on duty, Dr. Nguyen, communicate that Mrs. Gharbi's labor was arrested and she needed a C-section?
A. No.
Q. Did you look at the fetal heart rate tracings that first time in the morning, when you first met the Gharbis?
A. Yes, when I first met her, the Sign Out that was given to me was consistent, because her tracing was a Category I, I did not -- everything looked fine.
Q. At that time, you thought she had a Category I strip?
A. Yes, when I saw her, initially, I thought she had a Category I strip.
Q. So if we look at Exhibit J-2.203. So this is about 9:00 in the morning, 9, 9:30. At this time, you're saying you looked at the strips, you saw they were Category I?
A. Yes.
Q. Are these notes consistent with that?
A. The 9:00 has a moderate variability denomination. So that would be consistent with a Category I, as long as there's no decelerations.
Q. Do you recall Mrs. Gharbi's fetal heart rate tracings were Category I at any other time?
A. She had Category I strips throughout the course of the day, from time to time?
Q. Just to clarify, I don't think we have actually spelled

this out, what does a Category I strip mean?
A. A category fetal heart tracing is when you meet certain criteria for the heart rate being --
THE COURT: Doctor, you need to slow down, as well. Everybody needs to slow down. I'm trying very hard to understand what everyone is saying, there's a good bit of technical jargon here, and it doesn't help when people speak quickly. Go ahead.
BY MS. PARKER:
Q. So if we could just clarify, we have discussed Category II and Category I, and we will discuss Category III. Let's start with Category I.
What does it mean if a fetal heart rate tracing is a Category I?
A. Well, that's the most reassuring heart rate tracing, and if you have accelerations, that's the only true indicator that the baby does not have hypoxia or low pH, low blood gas.
Q. What is a Category III?
A. A Category III tracing is the opposite, let's say, of a Category I, where the fetus' heart rate meets criteria that is suggestive that the baby is suffering from lack of oxygenation or hypoxia. That's a Category III.
Q. What is a Category II?
A. So everything that doesn't meet Category I or Category II classification is in Category III, and it's a very broad

12:16PM category.
12:16PM Q. May I just ask you to repeat what you just said. I think the numbers got scrambled. What is a Category II?
12:16PM A. Anything that does not meet the criteria for Category I or Category III is a Category II tracing.
12:16PM Q. All right. Is Category II by itself concerning?
12:16PM A. No.
12:16PM Q. Does Category II tracing call for a C-section?
12:17PM A. No, it does not.
12:17PM Q. Is that consistent with how you were trained?
12:17PM A. Yes, it is.
12:17PM Q. Were Mrs. Gharbi's fetal heart tracings Category III, at any time?
12:17PM A. Not to my knowledge, no.
12:17PM Q. All right. If I could just indicate that on this demonstrative.
12:17PM You came on duty about 18 hours into the induction of Mrs. Gharbi's labor; correct?
12:17PM A. That is correct.
12:17PM Q. So you are Dr. Francis, and Mrs. Gharbi's fetal heart tracings were Category II, with occasional periods of Category I. Is that fair to say?
12:17PM A. Yes.
12:17PM Q. I'm just going to draw a line from you. Was there any point where they went down to Category III?

12:18PM A. No.
12:18PM Q. All the way to delivery?
12:18PM A. Yes.
12:18PM Q. Thank you. Let's talk about how you managed Mrs. Gharbi's labor. How many times would you say you checked on her in person?
12:18PM A. I can't recall, specifically.
12:18PM Q. Would you say -- well, we heard that you checked on her about 9 a.m., shortly after Sign Out?
12:18PM A. Right.
12:18PM Q. And we heard, also, from Ms. Olson's cross exam that you checked on her in the middle of that afternoon?
12:18PM A. Yes.
12:18PM Q. Did you check on her, at any time, in between those times?
12:18PM A. I can't recall, specifically, if I went back into her room, specifically, but every time I'm on labor and delivery, I am assessing the patients, all of the patients that are in labor and delivery.
12:18PM Q. How about checking Mrs. Gharbi's fetal heart tracings. Did you check them, at all, in between 9 a.m. and 3 p.m.?
12:19PM A. Yes, every time I come through labor and delivery, which is often, I look at fetal heart tracings for all of the patients.
12:19PM Q. Would you have done anything differently in this case because of that history of polyhydramnios that you didn't learn

about from Dr. Maenner?
A. No.
Q. Was Mrs. Gharbi tachycardic, at any point, during her labor?
A. Yes, she was.
Q. What does it mean to be tachycardic?
A. That's when the adult's heart rate goes over 100 beats per minute.
Q. Was that concerning to you?
A. No, it was not concerning to me.
Q. Why not?
A. She was asymptomatic, and it appeared to be her baseline.
Q. What does that mean?
A. That's where her heart rate was just always elevated.
Q. Any particular reason for that that you understood?
A. Well, pregnancy can cause an elevation in the patient's heartbeat, but anxiety, stress, the stress of being in labor, pain, anything could cause the heartbeat to go up.
Q. All right, let's talk about that 7 to 8 p.m. Do you see that white segment there on the time line?
A. Yes.
Q. Do you recall anything abnormal about the labor progress up to 7 p.m. that night?
A. No.
Q. Was there any sign to you that the fetus was not

12:20PM tolerating labor, up to that point?
12:20PM A. No.
12:20PM Q. During the 7 to 8 p.m. time period, what did the fetal heart rate tracings look like?
12:20PM A. Well, she has periods, again, of Category I and Category II. She was on the Pitocin leading up to that point. And then she had a period where there was, like, marked variability and then loss of contact.
12:21PM Q. What do you mean by loss of contact?
12:21PM A. So that means when the baby is off the monitor, for some reason, the nurses are not able to document the heartbeat.
12:21PM Q. So if we're looking at that 7:30 p.m. time period, did anything like that happen?
12:21PM A. Yes, we had loss of contact at that part, around 7:30 into 7:45 p.m. time period.
12:21PM Q. Were you in the room at the time?
12:21PM A. I was called to the room, and I got there they documented 7:45.
12:21PM Q. What was happening, when you entered the room at 7:45?
12:21PM A. There were attempts to try to put the patient back on the monitor and resuscitate the fetus, but they were trying to get the patient back on the monitor.
12:21PM Q. So when you say, back on the monitor, the monitor is disconnected from the baby? Can you just explain that?
12:21PM A. It's my understanding that the monitors were

malfunctioning, and they were changing monitors, and the Resident tried to do a scalp monitor, and that wasn't working, as well, and then the second scalp monitor was in place, and that started to work.

Q. What is a scalp monitor?

A. Instead of placing monitors on the patient's abdomen that kind of transmits sound waves, the scalp electrode is attached directly to the fetus.

Q. The fetus' head?

A. Yes.

Q. Through the vagina?

A. Yes, through the cervical opening attached directly to the fetus.

Q. So that was attempted --

A. It didn't work, first attempt didn't work, and it was reinserted and then it worked. That's what continued to monitor the patient.

Q. So right after that, up to 8 p.m., between 7:45 p.m. when you entered the room and 8 p.m., was a C-section indicated at any time, at that point?

A. Not in my assessment, you know. The patient was -- we weren't able to document the heart tones, and when we were, it recovered to baseline, which is what you need to do, you need to resuscitate the fetus. If you're able to resuscitate the fetus, that's the best thing for the fetus.

12:23PM Q. So what did you decide to do, with regard to managing Mrs. Gharbi's labor, after the loss of the tracings and then the events leading up to 8 p.m. that night?
12:23PM A. Well, she was back on the monitor, and the variability was moderate. So I was happy with the status of the fetus and the mother, so we decided to allow her to continue to labor.
12:23PM Q. Why did you decide to continue -- allow her to continue to labor, at that point?
12:23PM A. Because it was my understanding that the patient really wanted to have a vaginal delivery, she was a primis, this is the first episode that I was aware of that the patient had any difficulty with the tracing, so it was reasonable to resuscitate the fetus, and it was resuscitated, and to give her the opportunity to continue to labor and deliver. And she was a lot closer to delivering, she was more dilated.
12:24PM Q. Let's talk about the hours after 8 p.m. We heard a lot from Ms. Olson's cross exam of you about particular moments during those hours, but my question is, over all, is there anything abnormal about the fetal heart rate pattern, during those hours?
12:24PM A. No, I mean, the fetus was doing what fetuses do, they have sleep cycles, which can have minimal variability, then you have wake cycles where you have moderate variability. This fetus even had some accelerations, which is a very good sign of oxygenation.

When the mom was pushing, she had early decelerations, which happens during pushing, and she had some variable decelerations, which happens if the pushing is causing some cord compression, that the baby is rolling over on the cord. Those were not what we call recurrent.

So if they're happening with every contraction, then, you're concerned that the baby might not become oxygenated, not so much for early decelerations but for the variables. There were not recurrent variables, she had one or two variables, they were not recurrent for the early decelerations, which she can still tolerate, she had moderate variability. The tracing was reassuring.

Q. Now, at your deposition, you were asked;

"QUESTION: How could you see these tracings during these hours as reassuring?"

And you were not able to answer that. Why not?

A. The questions were coming quite quickly, I was flustered, and I just couldn't get back to showing on the tracing where I was reassured, but she had moderate variability, she had accelerations, she was doing okay.

Q. Earlier this morning we looked at nursing flow sheets, and Ms. Olson highlighted for us certain moments in time where there was minimal to undetectable variability and other notes that the nurses wrote. And, then, there were times noted where the nurse did not write a note.

So my question is, if you look at flow sheets, does the note from a specific time persist all the way until a new note is written? In other words, if there's a new note written about minimal variability at 8 p.m., and then there's no note until 8:25 or some period later, does that mean those minimal -- that minimal variability persists all that time?

A. No, I think the nurses' assessment is point of care, so they document what they're seeing, at the time.

Q. Was a C-section called for, at any time, from 8 p.m. until 1 a.m., when you counseled the patient?

A. No, she was progressing in labor and she got to completely dilated, she was pushing, it was not indicated.

Q. At 1 a.m. on December 18th, did you change your evaluation?

A. Yes, I did.

Q. Why?

A. Because I came in to evaluate the patient, myself. One of the things with labor and delivery, you can have what we call intraobserver variations. So I can check the patient, a nurse can check the patient, a Resident can check the patient and we can all have a very different assessment. What's more valuable is what we check over time.

So if I check her now and I check her two hours later and I say the exam is the same, that's my exam, then, there's no change. But if I check her now, another person checks her, you

generally can't rely on that information too much because it's different examiners.

So when I checked her at noon, she has been -- I mean, at midnight. She has been pushing a while -- or 1:00, I can't remember the exact time -- she has been pushing a while. I remember when I went into the room, she was tired, she was excruciatingly tired. I said to her, You're tired.

But my evaluation was different from what the nurses evaluated. They were saying that the head was coming down. I felt that the head was not engaged, she still had a lot more time of pushing, and she was tired, she needed that maternal effort to deliver the baby. And I counseled her, at that time, I don't think, you know, this is going to happen, because I knew that she wanted to have a vaginal delivery, from all of the information I was getting.

I did change my assessment, because I checked her, at that time, and I didn't think a delivery was going to happen in short order, and she was tired, she was only going to get more tired.

Q. So what happened then?

A. I remember, like, saying that she needed to -- I was recommending a C-section, she didn't answer me, her husband indicated, and I insisted that I needed to hear it from her. She's the patient, I have to get her consent to do a C-section on her, and the reason why I was adamant about it was I was

being told all the time she wanted to have a C-section, so I wanted to make sure she agreed.

Q. Was this an emergency C-section?

A. No, it wasn't an emergency.

Q. Is there a reason why the records would reflect it was an emergency C-section, that you can think of?

A. I don't know. I mean, when we call the anesthesiologist, that communication is usually from medical team to medical team, that's emergent, and that was documented as emergent. I don't know where the emergency came from.

Q. What does emergent mean, in this context?

A. An emergency C-section is something that has to happen right away, if there was something else going on, you would have to stop that and bump it and go quickly.

An emergent is a routine C-section, on the other hand, somebody that is just scheduled for a C-section, it takes about two hours to happen, it goes whenever a room is available, that kind of thing. And an emergent C-section is something that needs to happen and cannot wait for two to three hours, but it's not an emergency that it has to happen right this second.

Q. I would just ask you to be cognizant of speaking more slowly. Take a deep breath.

All right, now, at this point, you've talked to her about a C-section and you're preparing for the C-section. There's a time when the fetal heart tracing monitor is disconnected,

while Mrs. Gharbi is being prepared for surgery; correct?
A. Yes.
Q. During that interval, between the monitor being disconnected and the surgery itself, how do you check on the status of the fetus?
A. Well, once the patient leaves the delivery room, the monitors have to be disconnected. Once they get to the operating theater, they're placed on the table, and the anesthesiologist makes sure their anesthesia is adequate. Before we prep the patient, the nurses listen with a Doppler handheld machine, and they'll listen to the patient for the heartbeat, and her heartbeat was in her baseline normal range.
Q. How much time passes between the disconnect of the monitor and this Doppler reading?
A. It's variable for every patient, but it's done right before the patient is prepped, the sterile prep is done for the patient for the C-section.
Q. All right, let's take a look at Exhibit J-2.175. If you look towards the lower right, it says, Doppler, in the column there.
A. Further down?
Q. If you go lower down, under 1:28, in the lower right, can you scroll down?
Dr. Francis, if you take a look at this record, does this reflect the Doppler measurement that you were talking about?

A. Yes.
Q. What time was this Doppler measurement taken?
A. 1:28 a.m.
Q. 1:28 a.m. As we recall, the baby was actually delivered at 1:41; correct?
A. Correct.
Q. Now, this record indicates 120 bpm, beats per minute; correct?
A. Correct.
Q. Is that a normal rate for the fetus?
A. Yes, that's normal.
Q. Is there a range that's normal?
A. Yes.
Q. What is that range?
A. Anything between 110 and 160 beats per minute.
Q. Who decides that this fetus' heart rate is normal, based on this Doppler measurement?
A. It's general knowledge, but, yes, I would decide if it's normal, but it's general knowledge amongst the staff that this is a normal heart rate.
Q. Is there anyone else in the room who would speak up?
A. The nurses, the nurses, yes.
Q. So is the Doppler a signal to you that you can proceed or how do you react, if, at all, to the Doppler reading?
A. Well, if the Doppler reading documented that there was no

12:33PM heartbeat, then, you would do what you call an emergency, a
12:33PM crash, so you'll do a very more rapid type of a C-section. It's
12:33PM normal, so you proceed normally.
12:33PM Q. So in this case, I'm not a math whiz, but it looks like 13
12:33PM minutes between the Doppler and delivery?
12:33PM A. Yes.
12:33PM Q. Is that an unusually long time to be out of touch with the
12:34PM fetus' heart rate?
12:34PM A. No.
12:34PM Q. Let's look at Exhibit J-2 Pages 82 to 83. Is that your
12:34PM description of the C-section that you performed?
12:34PM A. Yes, that's my OP note.
12:34PM Q. If you look on Page 83, which is the next page, you
12:34PM describe the moment when the baby was delivered up at the top.
12:34PM "The baby is delivered, the neonate is bulb suctioned,
12:34PM cord was clamped and ligated. Neonate was handed to awaiting
12:34PM staff."
12:34PM Do you see that?
12:34PM A. Yes.
12:34PM Q. Did you write that?
12:34PM A. Yes.
12:34PM Q. Next thing says;
12:34PM "Cord gases and blood was obtained. Placenta was then
12:35PM delivered intact via manual extraction."
12:35PM A. Yes.

12:35PM Q. Did you write that?
12:35PM A. Yes.
12:35PM Q. Is that what happened?
12:35PM A. Yes.
12:35PM Q. You handed the baby to the nurse, right after delivering the baby, or can you just walk us through that process?
12:35PM A. So once the fetus is being delivered, at the time, you still call the baby a fetus, but once the baby is being delivered, you lay the baby on the mom's, let's say, lap/leg area or her thigh, and the circulator will hand us two clamps, and we will clamp and cut in between that clamp to hand the baby off to the nurse.
12:35PM And, then, since I was getting cord gases, she would hand us two additional clamps so we will clamp further down, so if the clamp is here, we will go further down twice and cut in between and give a segment of the cord off to the circulator, who then hands it to the nurse in the room for her to collect cord gases.
12:36PM Q. The sample of the cord, was it double-clamped in this case?
12:36PM A. Yes.
12:36PM Q. How much time passed between cutting the cord and handing that sample to the nurse?
12:36PM A. It's rapid succession, it happens within a minute.
12:36PM Q. Do you know what the nurse did with that cord sample

12:36PM immediately thereafter?
12:36PM A. I don't know what she did, I know what she should have done with it.
12:36PM Q. What should she have done?
12:36PM A. She should have obtained two samples, one from the artery, one from the vein using heparinized needles so that the blood does not clot and put the specimen on ice and send it to the lab.
12:36PM Q. Do you have any reason to think or believe she might have done it differently than what you just described?
12:36PM A. No, it's the standard practice, they do this all the time.
12:37PM Q. Who is Miranda Brant?
12:37PM A. I believe she's one of the respiratory therapists that works with the neonatal staff.
12:37PM Q. Was she present at the delivery?
12:37PM A. She indicated in her note that she was.
12:37PM Q. Do you recall her being there?
12:37PM A. Not specifically.
12:37PM Q. Who is Dr. Sartina?
12:37PM A. She's a neonatologist.
12:37PM Q. Was Dr. Sartina in the room at delivery?
12:37PM A. No, she was not.
12:37PM Q. When did she arrive, if she did?
12:37PM A. I think her note said about two, three minutes after.
12:37PM Q. Did Dr. Sartina then arrive after the cord sample was

handed to the nurse?
A. Yes.
Q. Now, immediately upon delivery -- and this may be difficult for everybody -- but immediately upon delivery, what did the neonate look like?
A. Well, when we took him out, he was very stiff. Usually, the babies are limp, but he was very stiff, his limbs are what we call contracted, so his arms were bent and, kind of, folded in, his legs were also bent and folded in, you couldn't move them, they were very stiff, and his chest was kind of sunken and, kind of, just sunken and abnormal in shape.
Q. Could you tell if he was breathing?
A. He gasped, he gasped, initially. We clamped the cord and we handed him off.
Q. What reaction did you have to the baby's condition?
A. I was startled, I was startled. I was just shocked at his appearance, and that's why I got the cord gases. I was just shocked. I've practiced for a long time and I've never delivered a baby that appeared that way.
Q. What happened right after delivery, with regard to the baby?
A. I can hear the staff calling for assistance, and this is while I was still trying to perform surgery on Ms. Gharbi, I could hear the staff was frantic. They could not ventilate the baby, and they were calling for the NICU assistance to come

downstairs. Several calls went out.
Q. Was the baby resuscitated?
A. No.
Q. Did you assign the APGAR scores?
A. No.
Q. Who did?
A. I sent it to Sartina. She was the Supervising Attending for the neonate.
Q. Once the baby was pronounced dead, did you speak to the team?
A. Yes, everyone was still, kind of, lingering in the operating room, once Ms. Gharbi was transported to the recovery room.
Q. Did you get the impression that others were startled by the appearance of the baby?
A. Everyone was upset, especially, the nurse that took care of her all night long, she was confused, she didn't know what happened, why that happened. I consoled the nurse and the Resident because everyone was upset, I did tell them that I didn't think anything was done wrong medically, and we would have to wait for the autopsy report, because the baby did not look physically normal, and, then, that was it for the team.
Q. Did you speak to the team?
A. Yes, I spoke to the team right after the delivery, yes, I did, I consoled them, I told them I didn't think that anything

12:41PM was done wrong.
12:41PM Q. Did you speak to the parents?
12:41PM A. Yes, I went to the recovery room, and I tried to speak to the parents. I offered my condolences to Mrs. Gharbi. She was on a stretcher, and she turned her head away. I understand she was grieving, and I extended my condolences to her husband and he nodded his head in acknowledgment, and I thought it was appropriate for me to leave them to grieve, and I left.
12:41PM Q. Dr. Francis, do you know why this baby died after delivery?
12:41PM A. No.
12:41PM Q. Is there any indication to you that the baby was injured in utero, during labor?
12:41PM A. No.
12:41PM Q. Was there any indication to you that the fetal oxygen reserves were depleted in utero, during labor?
12:41PM A. No.
12:41PM Q. Did the fetal heart tracings, at any time, indicate to you this baby was suffering a hypoxic injury and/or acidosis?
12:42PM A. No, the tracing right before she left the room had moderate variability. There were no decelerations. The baby was even having accelerations, so, no.
12:42PM Q. Do you want to tell us how you feel?
12:42PM A. It's upsetting. I understand that the family is grieving, but it's also very upsetting.

12:42PM MS. PARKER: Thank you, Dr. Francis. Thank you, Your Honor.
12:42PM THE COURT: Do you have recross?
12:42PM MS. OLSON: Just a few questions.

12:42PM REDIRECT EXAMINATION

12:42PM BY MS. OLSON:
12:42PM Q. Dr. Francis, when you attempted to sit for your Board
12:42PM certification the first time, you didn't pass, did you?
12:42PM A. No.
12:42PM Q. In fact, you didn't pass the second time you attempted to
12:42PM become Board certified; correct?
12:42PM A. I passed the second time. The second time I didn't
12:43PM complete an application.
12:43PM Q. You didn't what?
12:43PM A. I didn't complete the application, I didn't sit.
12:43PM Q. Now, stopping Pitocin because of decelerations, as you've
12:43PM testified previously, was not normal; is that right?
12:43PM A. You are referring to the -- when that happened the night
12:43PM before?
12:43PM Q. Correct, stopping Pitocin is not a normal course; correct?
12:43PM A. At that time, I thought it was normal.
12:43PM Q. You said -- I want to understand your testimony on direct
12:43PM -- that once Pitocin is stopped, you need another plan of care.
12:44PM Am I correct on that?
12:44PM A. We were discussing when the patient was there the night
12:44PM before, when she was remote from delivery.

Q. Am I correct that once Pitocin is stopped, another plan of care needs to be initiated?
A. That has to be quantified. It's not a blanket statement that you can apply to any part of the scenario. When we had that conversation, we were talking about the night before when the patient was on one unit of Pitocin and having recurrent late decelerations and was remote from delivery.
It wasn't that she was going to deliver within the next 15 minutes or half hour, she was remote, at that time, she needed a different plan of care.
Q. Under those circumstances, when the Pitocin is stopped, another plan of care would be initiated; correct?
A. It should have been.
Q. Should have been, okay. It has been five years since Mrs. Gharbi was in the hospital hoping to deliver her son. And we can, however, rely on documentation in the record that Dr. Maenner always and only ever documented a Category II strip; correct?
A. Dr. Maenner made no notes in the chart.
Q. Dr. Maenner never documented any kind of category -- anything other than a Category II strip; is that correct?
A. Dr. Maenner made no notes in the chart.
Q. Dr. Maenner signed off on his Resident who noted, "At all times, this baby had a Category II strip." Correct?

12:45PM A. That's what he signed.
12:45PM Q. And then never once did Dr. Klamerus document that there was a Category I strip for Mrs. Gharbi; correct?
12:45PM A. She never did.
12:45PM Q. She did not. Your own Resident always only -- he only did one note -- but in that one note, he documented;
12:45PM "Mrs. Gharbi only ever had a Category II strip." Correct?
12:46PM A. Franklin did, yes.
12:46PM Q. He never documented she had a Category I strip; correct?
12:46PM A. No, he did not.
12:46PM Q. Your other Resident, Dr. Nguyen, she only ever documented this baby ever having a Category II strip; correct?
12:46PM A. Right.
12:46PM Q. It was never a Category I; correct?
12:46PM A. That's what she documented.
12:46PM Q. Now, you, on the other hand -- again, it has been five years -- you documented no indication of anything other than what your Residents documented, you signed off on Dr. Lin who indicated it's Category II; correct?
12:46PM A. I signed their notes.
12:46PM Q. And you, also, indicated with Dr. Nguyen, when you signed off on her note, affirming that she had a Category II strip, not Category I; correct?
12:46PM A. I signed her notes.
12:46PM Q. Never was there any indication by you or these Residents

of yours of any Category I; correct?
A. Not in the Resident notes.
Q. Anywhere in this record?
A. Petronella documented that the patient was having an active fetus with movements and moderate variability with no decelerations. That is, in essence, a Category I tracing.
Q. She didn't specify the category being 1, did she?
A. She didn't have to -- she put the parameters.
Q. Now, all of these checks that Ms. Parker showed you of beginning around 8:00 forward, all these checks of the fetal monitoring was with the benefit of fetal scalp electrode internal monitoring; correct?
A. Yes, that's when the patient had the fetal scalp electrode in.
Q. In all of those subsequent evaluations by the nurses who recorded in the flow sheets indicating late decelerations, variable decelerations, and always, always minimal fetal heart rate variability, that was with the benefit of the internal fetal scalp electrode, wasn't it?
A. It was, and I stated that I disagreed with the assessment.
Q. It was with the benefit of the accuracy of the internal monitor; correct?
A. Correct, and I stated that I disagreed with the assessment, and we have the fetal strips to document it.
Q. I was going to ask you about that, because Ms. Parker put

up J-2.175. We can put that up for a second.

In J-2.175, she was making a point that, at 1:15, there's an indication that, Look, there's an acceleration. One acceleration that was documented by a nurse KB at 1:15. You agreed with that assessment; correct?

A. The patient was having accelerations.

Q. Right, so you agreed with this nurse's assessment on this flow sheet; correct?

A. I don't agree with everything on the assessment.

Q. Well, you agreed her interpretation of, there's one acceleration and minimal fetal heart rate variability, you agreed with that as an appropriate finding; correct?

A. I agreed that the patient had accelerations, I did not agree with the minimal variability.

Q. Well, you agree there's one acceleration, but you don't agree there's minimum heart rate variability. Is that what you're telling us?

A. Yes, that's what I'm saying. I did not agree that the patient was having minimal variability throughout the entire portion of it.

Q. So while you accept the fact there was one acceleration -- I'd like to go back in the hours before that, where we talked about all the late decelerations and the minimum variability. That's the same nurse, KB, who documented all those findings.

So she, for hours, documented minimum fetal variability

and late decelerations, variable decelerations, which you disagree with, but just because she said one acceleration right before delivery, you agree with her; is that right?
A. That's not accurate.
Q. Now, you told us that you described the baby's chest as being sunken; is that correct?
A. Yes, kind of, what we call concave.
Q. Pull up J-72, please. The autopsy pathologist looked at Baby Gharbi's chest. He documented that the chest was unremarkable. There's no sunken description of any chest, is there, according to the pathologist? Is there?
A. You're also talking about examination that happened after minutes of ventilation so.
Q. This autopsy pathologist examined the baby's chest, found that there was nothing remarkable about it, didn't he?
A. That's what he wrote there, so.
MS. OLSON: Thank you. That's all I have.
THE COURT: Ms. Parker?

RECROSS EXAMINATION

BY MS. PARKER:
Q. I just want to re-visit a couple things. An induction of labor is a process where the Pitocin, in this case, is stopped and started and adjusted, increased and decreased, and so forth; correct?
MS. OLSON: Objection to the leading nature of the

question.

MS. PARKER: I will rephrase.

BY MS. PARKER:

Q. Is an induction of labor a process?

A. Yes, it is.

Q. When one is inducing via Pitocin, is the medication stopped and/or started from time to time?

A. Yes.

Q. No one has documented anywhere that Mrs. Gharbi's fetal heart tracings were a Category III; correct?

A. Correct.

Q. Now, you answered this on my direct. The nurses' flow sheets reporting their observations of the fetal heart tracings and their interpretations of those tracings, the notations do not extend through times where there's no record. Did I get that right?

A. Yes.

MS. PARKER: Thank you.

MS. OLSON: Your Honor, if I just may admit into evidence Plaintiff's Exhibit No. 39, which was the time line with Dr. Francis' testimony.

THE COURT: Any objection to 39?

MS. PARKER: I have no objection.

THE COURT: Very well, 39 is admitted.

MS. OLSON: Thank you.

(At this time Plaintiff's Exhibit No. 39 was admitted into evidence.)

THE COURT: Do you have any further questions? No, just reading the deposition transcripts of Drs. Klamerus and Maenner, and Dr. Mauldin is at 1:30.

THE COURT: Then we are concluded with Dr. Francis, are we not?

MS. OLSON: Absolutely, yes, we are.

THE COURT: Doctor, thank you very much. You may step down.

MS. OLSON: At this time, we would like to read into the record the deposition of Dr. Maenner. From counsel table, I'm going to have Andy, the videographer, read the answers and I will read the questions.

THE COURT: Do you have any objection to that?

MS. PARKER: No.

(At this time there was a brief pause in the proceedings.)

THE COURT: Ms. Olson, would you tell me the length of the depositions that you wish to read?

MS. OLSON: The deposition is about 30 pages, so I'm thinking it may take 15 to 20 minutes, at most. The second one is about the same, as well, too.

THE COURT: Let me share with you my stenographer's concerns. If the two depositions you're about to read consume all of the time right before Dr. Mauldin's testimony, that would mean that my stenographer does not get a break, and

that's always problematic, and even more problematic, because my understanding is that you want daily copy of today's proceedings, which means that we're asking her to work, essentially, a double shift, here, for lack of a better term.

MS. OLSON: My thought was this, if I can suggest it, since we already have these deposition testimonies, they're pre-marked as Exhibits 9 and 8, we could dispense of having them transcribed, because they'll be read exactly as they are, and that way, the court reporter won't have to transcribe anything.

THE COURT: Ms. Parker?

MS. PARKER: I have no objection. And if they need to be read, it seems like we could do them out of order, maybe, on Thursday and Friday, when we might have an hour or so free. I certainly don't want to not give the court reporter a break. That's paramount.

THE COURT: Yes, it is. It's obvious that she's facing a very long day, perhaps, a long night. I think your suggestion that they not be transcribed and, simply, placed of record and given to me and admitted as such, it is acceptable to me. And I'm willing to listen to them, in addition to following along with the transcripts, if you have them for me, but in that case, what I would propose to do would be excuse Kristin for the duration of the reading of the depositions. Is that acceptable?

12:57PM MS. OLSON: I'm fine with that.

12:57PM MS. PARKER: Yes, that's right. Just to be clear, Your Honor. Will Your Honor be reading the transcripts, at some point, yourself, so that you have read them, or did I mishear you? I'm sorry.

12:57PM THE COURT: I'm sorry, I didn't understand what you asked me. Will I be reading the depositions?

12:57PM MS. PARKER: Right, to yourself.

12:57PM THE COURT: Of course. But I'm also willing to have the deposition read, right now, and I will follow along, but, certainly, in making a determination in this case, I'll be reading it again, without a doubt.

12:57PM MS. PARKER: That's entirely satisfactory to me. Thank you.

12:57PM MS. OLSON: P-9 is Dr. Maenner's deposition. Plaintiff's Exhibit No. P-9.

12:57PM (At this time the deposition testimonies of Dr. Megan Klamerus, D.O. and Gerald F. Maenner, M.D. were read into the record by counsel off the stenographic record.)

01:42PM THE COURT: The record should reflect that the deposition of Megan Klamerus, D.O. was read aloud in court, as was the deposition of Gerald F. Maenner, M.D. The Maenner deposition having been taken on November 20, 2020, and the Klamerus deposition on that same date November 20, 2020.

01:42PM With that, we can proceed to your next witness.

01:42PM MS. OLSON: Which would be the live zoom testimony of

Dr. Mauldin. At this time, we would have the live zoom testimony of Dr. Jill Mauldin.

J I L L M A U L D I N, M. D. IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED VIA LIVE ZOOM, AND WAS EXAMINED AS FOLLOWS:

DIRECT EXAMINATION

BY MS. OLSON:

Q. Good afternoon, Dr. Mauldin. Please state your name and your professional occupation.

A. My full name is Jill Gossett Mauldin, and I am a physician, Maternal Fetal Medicine Specialist.

Q. How long have you been in practice, Dr. Mauldin?

A. I finished my Residency in 1996 and my Fellowship training in 1998, and I've been practicing full time since then.

Q. Are you Board certified in any specialties?

A. Board certified in General OB-GYN and Maternal Fetal Medicine.

Q. What is Maternal Fetal Medicine?

A. It's a specialty that takes care of the complicated pregnancies, either, pregnancies complicated by maternal disease or fetal complications.

Q. Have you had training and certification with interpreting and reading electronic fetal monitoring strips?

A. I have. For about four years -- well, first, I was certified for electronic fetal monitoring as part of a program to improve how all staff discuss that interpretation of

electronic fetal monitoring, so I became certified, and then I joined the national organization that helped other places become certified.

Q. Were you part of the testing process with this national group?

A. Yes, we wrote the questions annually and reviewed questions that were proposed.

Q. Dr. Mauldin, I just want to go through your training and experience.

MS. OLSON: Attorney Parker, I'm going to be referencing what we have marked as Exhibit P-16, which was previously provided to you.

MS. PARKER: Yes.

MS. OLSON: Your Honor, may I have Dr. Mauldin view P-16?

THE COURT: Any objection to that?

MS. PARKER: No, Your Honor.

THE COURT: You may.

BY MS. OLSON:

Q. Do you have that in front of you, Doctor, P-16, your CV?

A. Yes, I'm getting it. Yes, I have it.

Q. Do you recognize that and tell us what it is?

A. Yes, this is just my curriculum vitae that summarizes my training, the different positions that I have held since I've been employed, awards, professional societies and a list of research papers that were published.

MS. OLSON: Your Honor, I'm not sure if now is the appropriate time for me to move that into admission or whether I should save all these for the end of my questioning, whatever the Court prefers.

THE COURT: You can move it in now, if you wish.

MS. OLSON: At this time, I would move for admission of Dr. Mauldin's CV marked as P-16.

MS. PARKER: Could we just have a foundation, Your Honor, that she prepared it and that it's recent and current? Thank you.

THE COURT: Would you like to clear that up, please.

BY MS. OLSON:

Q. So Dr. Mauldin, the P-16 curriculum vitae that you have just identified for us, is that the resume or CV that is the most current and explains your training and background?

A. Yes.

Q. Can you tell us where you went to medical school?

THE COURT: Is there an objection to the document?

MS. PARKER: No, Your Honor.

THE COURT: Very well. The curriculum vitae P-16 is admitted. I'm sorry, you can continue.

(At this time Plaintiff's Exhibit No. 16 was admitted into evidence.)

MS. OLSON: Thank you, Your Honor.

BY MS. OLSON:

Q. Tell us a little bit about your medical school, where you attended and so forth.
A. I went to medical school at Emory University in Atlanta from 1988 to '92, and then I did my OB-GYN Residency at Emory until '96, and then I moved to Charleston, South Carolina, The Medical University of South Carolina there, and did a two-year Fellowship in Maternal Fetal Medicine.
Q. Tell us a bit about what a Fellowship Program is. What's involved in that?
A. So it's additional training beyond our Residency training that helps us understand, you know, we delve more deeply into the complications that pregnant mothers can have and the complications that babies can have. We spend more time learning about prenatal diagnosis, using ultrasound and the different invasive techniques we can do to identify different problems.
Q. Where do you currently practice as an OB-GYN and Maternal Fetal Medicine Specialist?
A. Currently at Regional Obstetric Consultants in Jacksonville, Florida.
Q. Can you explain some of the duties and responsibilities that you hold with this group?
A. With this group, it's a private practice. We are part of a large corporation called Mednax, so my responsibility for the practice is to lead our quality control efforts, so I attend the quarterly meetings that the group across the whole country

has on, you know, different quality improvement metrics we want to implement, our data that we're reviewing, just trying to make sure we're doing as good as possible.
Q. Are you affiliated with numerous hospitals in that regard?
A. I am. I am affiliated here with about five or six different hospitals.
Q. Do you see labor and delivery patients?
A. Yes.
Q. Before you became a private practitioner, Dr. Mauldin, were you an academic obstetrician/gynecologist at The University of South Carolina?
A. I was. So I was there for a little over 19 years in Charleston in academic medicine, so that meant that I did clinical care, I did teaching, and then my third focus was administrative work for our department and the hospital.
Q. While involved in your academic career, were you starting out as an Assistant Professor then get promoted to Associate Professor and then get tenure? Can you explain that process?
A. Yes. All of that. So it's part of the process in academic medicine, sort of, our goal is to help continued and professional growth. Those decisions are made based on how much -- you know, what sort of -- they're made depending on our clinical production, any research we have done, you know, what services we're providing to the department and to the hospital.
Q. While you were in academic medicine, did you hold any

administrative appointments? If you did, can you describe some of those for us?
A. Yes. For eight years, I was the Medical Director of the Women's Care Service Line, which is, essentially, being the Medical Director for Women's Services at the hospital. So I was the liaison between the hospital administration and the chairman of our department.
Q. Was this at The University of South Carolina or was that at the Medical School of South Carolina Hospital?
A. Medical University of South Carolina, in Charleston.
Q. All right. Were you also involved in administrative appointments at the medical school of South Carolina Hospital?
A. Repeat that question.
Q. Sure. Did you also hold administrative responsibilities, as well, in addition to the University of South Carolina, at the Medical School of South Carolina Hospital?
A. Yes. I think everything that I'm referring to is with the Medical University of South Carolina, so MUSC, everything is in Charleston. The University of South Carolina is a different facility, that's in Columbia, South Carolina. So I held administrative duties, you know, when I first started there, I was in charge of the medical students, making sure their experience with us was appropriate, that we had the scheduled lectures, etc., and then I took on this other job with administrative functions for the department and hospital.

02:14PM Q. Were you, also, the Director of the Electronic Fetal Monitoring training to the fourth-year students at the university, at the medical school?
02:14PM A. Yes.
02:14PM Q. Did you also hold any institutional responsibilities during your tenure in academic medicine?
02:14PM A. Yes, I was part of the medical executive committee. That was the primary one. We also had a quality group that I was a member of as a part of that Women's Service Line.
02:14PM Q. Do you belong to any professional societies or organizations for OB-GYNs?
02:14PM A. Yes, I've been a member my entire career of the American College of OB-GYN and, also, The Society of Maternal Fetal Medicine.
02:14PM Q. Have you received awards, honors or special recognitions over the course of your career?
02:14PM A. Yes. I think most of them are much earlier, probably, in undergrad and some things during residency.
02:15PM Q. In the course of your career, have you also been published in peer-reviewed journals of in your area of specialty?
02:15PM A. Yes, more than 25 times.
02:15PM Q. Okay. Peer review journals, are those -- what makes those types of journals special, peer-reviewed?
02:15PM A. That means that other OB-GYNs who do research regularly are reviewing the articles, we submit them when we finish them,

02:15PM we submit them to our desired journal and a team of reviewers there reviews it to make sure that it seems medically and statistically and ethically sound.

Q. Have you, also, contributed to any book chapters in your area of specialty?

A. I have.

Q. Have you also been asked to present various presentations in your area of specialty of OB-GYN?

A. Yes.

Q. Are there various presentations and/or abstracts that you've been involved in with?

A. You know, they varied over the course of the years, depending what I was doing. I spent a lot of time studying multiple gestations with twins and triplets, I've done a lot of work in diabetes, those were probably my bigger research and presentation topics.

Q. In your CV, you mention 34 abstracts and over 40 presentations. Again, those were all in areas involving obstetrics, OB-GYN patients, is that right?

A. Oh, yes, most definitely.

Q. Can you tell us what number of deliveries that you've actually been involved with, over the course of your career, if that's even possible?

A. I quit counting long ago, it must be several thousand.

Q. Do you still oversee deliveries on a day-to-day basis?

02:17PM A. I go to labor and delivery multiple times every week. For instance, I've been on call this past week, and I helped make a decision that it was time for someone to deliver, but I don't oversee deliveries, as I did when I was faculty at the university.

02:17PM Q. Have you been asked to review medical cases for counselors who represent, either, a physician or an injured patient?

02:17PM A. Yes.

02:17PM Q. Have you been previously qualified to testify in court as an expert OB-GYN?

02:17PM A. Yes.

02:17PM Q. Dr. Mauldin, with your education, training and over 25 years in practice as an OB-GYN and Maternal Fetal Medicine Specialist, and also having your Electronic Fetal Monitoring certification, are you familiar with arrest of active labor?

02:17PM A. Yes.

02:17PM Q. Are you familiar with induction of labor and the effects on the fetus?

02:18PM A. Yes.

02:18PM Q. Are you familiar with fetal asphyxia, hypoxia, acid base imbalance or acidosis?

02:18PM A. Yes.

02:18PM Q. Are you familiar with fetal distress?

02:18PM A. Yes.

02:18PM Q. Are you familiar with electronic fetal monitoring and how

02:18PM it is interpreted?
02:18PM A. Yes.
02:18PM Q. Are you familiar with warning signs of asphyxia, hypoxia
02:18PM and acidosis on fetal monitoring strips?
02:18PM A. Yes.
02:18PM Q. Are you familiar with the indications for Caesarean
02:18PM delivery?
02:18PM A. Yes.
02:18PM Q. Are you familiar with cord blood gas collections?
02:18PM A. Yes.
02:18PM Q. Are you familiar with appropriate OB-GYN monitoring and
02:18PM management of labor induction and delivery?
02:18PM A. Yes.
02:18PM Q. Are you also familiar with post-term pregnancies?
02:18PM A. Yes.
02:18PM Q. Are you also familiar with the standard of care that's
02:18PM required of an OB-GYN in monitoring and managing a patient who
02:18PM is post-term that is admitted for induction of labor and
02:18PM delivery?
02:18PM A. Yes.
02:19PM Q. Are you also familiar with the consequences to an unborn
02:19PM baby that results from failure to timely deliver?
02:19PM A. Yes.
02:19PM MS. OLSON: At this time, Your Honor, I'd like to offer Dr.
02:19PM Jill Mauldin as an expert in the fields of OB-GYN, Maternal

Fetal Medicine and Electronic Fetal Monitoring.

MS. PARKER: No objection, Your Honor.

THE COURT: Very well. Without objection, Dr. Mauldin is so admitted.

BY MS. OLSON:

Q. Dr. Mauldin, I'm going to be asking you some questions today, including opinion questions, and I would ask if you would kindly, when you give an answer to an opinion question, if you would give that opinion to a reasonable degree of medical certainty, okay?

A. Okay.

Q. I'd like to start with the materials, actually, that you reviewed, in preparation for giving your testimony. Did you look at a number of materials and testimonies concerning Mrs. Gharbi and her labor and delivery?

A. Yes.

Q. One of the records I want to ask you about has been marked as J-1, which was Mrs. Gharbi's -- you don't have to refer to them, but did you review her prenatal records? We did mark it as J-1. Is that something you would have reviewed in preparation for your testimony?

A. Yes.

Q. Did you also review Mrs. Gharbi's December 16th, 2017 hospital admission records, which we have marked as Exhibit J-2?

02:20PM A. Yes.
02:20PM Q. Did you also review Mrs. Gharbi's fetal monitoring strips and Baby Gharbi's medical records that have been marked in this case as Exhibits J-3 for the fetal strips and J-4 for Baby Gharbi's records?
02:20PM A. Yes.
02:20PM Q. Did you also review the death certificate and the autopsy report, preliminary and final, they were pre-marked as Exhibit J-5, the death certificate, J-6 preliminary autopsy, and J-7 final autopsy?
02:20PM A. Yes.
02:20PM Q. Did you also review genetic test results of Baby Gharbi? They were marked, previously, as J-8?
02:21PM A. Yes.
02:21PM MS. OLSON: Attorney Parker, I'm going to be referencing P-5, which are the parents' genetic test results.
02:21PM BY MS. OLSON:
02:21PM Q. Did you review the genetic test results of Mr. And Mrs. Gharbi?
02:21PM A. Yes.
02:21PM Q. Did you also review Baby Gharbi's photographs marked as J-9? There were 20 photographs.
02:21PM A. Yes.
02:21PM Q. Did you also review a photo of the baby's foot that we marked as J-10?

02:21PM A. Yes.
02:21PM Q. Did you also review eight footprints of the baby, separate and apart from the single footprint marked in the record, we have pre-marked as J-11. Did you review those, as well?
02:21PM A. Yes.
02:21PM Q. Did you also review the deposition testimony of Dr. Potacia Francis that we have marked as P-6?
02:21PM A. Yes.
02:21PM Q. Did you also review deposition testimony of Dr. Gerald Maenner, which we marked as P-9?
02:22PM A. Yes.
02:22PM Q. Did you also review the deposition testimony of Dr. Megan Klamerus, which we have marked as P-8?
02:22PM A. Yes.
02:22PM Q. Did you also review deposition testimony of Mrs. Gharbi, P-10?
02:22PM A. Yes.
02:22PM Q. Did you also review the deposition testimony of Ben Gharbi, which we marked as P-11?
02:22PM A. Yes.
02:22PM MS. OLSON: At this point, Your Honor, I'm going to go ahead and ask for moving into admission, I can go through each one, J-1 prenatal records, J-2 admission record, J-3 fetal strips, J-4 Baby Gharbi records, J-5 death certificate, J-6 preliminary autopsy, J-7 final autopsy, J-8 the baby's genetic

test results, P-5, the parents genetic test results, J-9 20 photographs of Baby Gharbi, J-10 photos of the baby's foot and J-11 footprints, eight of them, marked J-11.

MS. PARKER: I have no objection, Your Honor.

THE COURT: Ms. Olson, as I understand it, you're moving Exhibits 1 through 7, 10 and 11 and P-5, is that correct?

MS. OLSON: Yes, Your Honor.

THE COURT: Without objection, the exhibits are admitted.

MS. OLSON: Thank you.

(At this time the above-mentioned exhibits were admitted into evidence.)

BY MS. OLSON:

Q. Did you also get an opportunity to review Defense reports authored by Dr. Golen, Dr. Pettker, Dr. Polin and Dr. Chung?

A. I did.

Q. Dr. Mauldin, let me ask first, was your review of this case a prospective one, done prospectively?

A. Yes.

Q. And after you reviewed these materials, did you inform me whether the standard of care was breached by Dr. Francis, regarding her management and monitoring of Mrs. Gharbi and her unborn baby?

A. I did.

Q. What was your opinion concerning whether Dr. Francis met the standard of care in monitoring and managing Mrs. Gharbi's

labor course?
A. I thought that her actions fell below the standard of care.
Q. Was that your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. After you reviewed the materials, did you also tell me whether the standard of care was breached by Dr. Francis in failing to timely deliver the baby?
A. Yes.
Q. And what was your opinion, in terms of her failure to timely deliver the baby?
A. That that fell below the standard of care.
Q. Was that, also, your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. When you reviewed the materials, did you also inform me whether these breaches in standard of care by Dr. Francis adversely affected the Gharbi baby's outcome?
A. Yes.
Q. What was your opinion in that regard?
A. I felt those actions resulted in the baby's demise.
Q. Was that your opinion to a reasonable degree of medical certainty?
A. Yes.

02:25PM Q. Did you state your opinions in four separate reports to me that I'm going to be referencing as P-12 --

02:25PM MS. OLSON: The December 14, 2018 report, Attorney Parker, I'm also going to be referencing her January 7, 2020 report, which we have marked as P-13, also reference Dr. Mauldin's November 22, 2020 report P-14, and lastly Dr. Mauldin's November 25, 2020 report marked as P-15.

02:25PM Your Honor, at this time, I can have Dr. Mauldin go through each, but let me ask this, maybe, as a preface.

02:25PM Did you write these reports to me on these dates I've just stated and provided the specific exhibit numbers, did you prepare those?

02:25PM THE WITNESS: Yes, I did

02:26PM MS. OLSON: Your Honor, if I may, I would like to introduce -- admit into evidence the expert report of Dr. Mauldin at P-12, 13, 14 and 15.

02:26PM MS. PARKER: Your Honor, they're hearsay. This witness is testifying, I don't see any reason to admit the reports.

02:26PM THE COURT: Well, she can authenticate her report, and once she testifies, if her testimony conforms to the report, there's no reason for it to be deemed hearsay, at that point, if she adopts the report.

02:26PM MS. PARKER: Very well, Your Honor.

02:26PM MS. OLSON: Thank you.

02:26PM THE COURT: So we are looking at P-11, 12, 13, 14?

02:26PM MS. OLSON: 12, 13, 14, 15.
02:26PM THE COURT: Okay. 12,13,14,15. The exhibits are admitted.
02:26PM MS. OLSON: Thank you, Your Honor.
02:26PM (At this time Plaintiff's Exhibit Nos. 12-15 were admitted
02:26PM into evidence.)
02:26PM BY MS. OLSON:
02:26PM Q. First, Dr. Mauldin, I'm going to focus a little bit about
02:26PM the questions that I want to ask in terms of the prenatal
02:27PM course of Mrs. Gharbi. And when you reviewed the records, did
02:27PM you see whether Mrs. Gharbi was having any issues or problems
02:27PM that would have affected adversely the delivery of her baby?
02:27PM A. I saw no problem, it was an uncomplicated pregnancy by
02:27PM what I reviewed in her prenatal records.
02:27PM Q. How is amniotic fluid evaluated, Dr. Mauldin?
02:27PM A. Evaluated by ultrasound, and once a patient is in her
02:27PM latter half of the pregnancy, so from about 26 weeks on, we use
02:27PM ultrasound to measure the largest quadrant or the largest
02:27PM pocket of fluid in four different quadrants of the abdomen.
02:27PM Q. Was there any indication that the Gharbi's baby, according
02:27PM to all the ultrasounds and the amniotic fluid checks, that
02:27PM there was any problem with the baby having difficulty
02:27PM swallowing amniotic fluid before delivery?
02:28PM A. None. There was one ultrasound at, I believe, 36 weeks
02:28PM that had increased fluid, but ultrasounds prior to that and
02:28PM ultrasounds after that all had normal fluid.

Q. Was there any indication, based on the prenatal ultrasounds and evaluations, that this baby had any issues with passing fluid through his intestines?
A. No. No documentation there of, like, dilated bowel or the stomach being prominent or enlarged. The ultrasounds always appeared normal.
Q. Did Mrs. Gharbi's ultrasounds indicate that her baby was growing appropriately?
A. Yes.
Q. And did the ultrasounds indicate any type of restricted movement or any type of abnormal condition, in terms of the activity of the baby in utero?
A. No. All of her testing described normal extension and flexion of the extremities, so they were all moving appropriately.
Q. Now, Dr. Mauldin, you've done this for a long time, you've seen a lot of ultrasounds. Would you be able to see if a baby in utero has contractures?
A. Yes.
Q. Did this baby have any evidence of having contractures during the prenatal course?
A. None.
Q. You talked about one of the elevated amniotic fluid levels. I believe -- I wasn't sure -- were you referencing -- there was one in October that was upper normal,

and the OB-GYNs in the record indicated variation of normal. Is that typical, you can have upper normal, but it's still a variation, not consistent with a condition that requires treatment?

A. Oh, yes. And most of the time, they are just variations of normal.

Q. Then, there was a subsequent one in November where it was above normal, and the OB-GYN noted, Limitations of ultrasound. Is that also like a normal finding, again, no indication of any kind of condition requiring treatment like polyhydramnios?

A. Correct.

Q. According to what you said, there were subsequent ones, according to the record, December 1, she had no polyhydramnios, she had normal amniotic fluid. Was that your understanding?

A. Yes.

Q. And in the December 8, the second subsequent exam, did she also normal amniotic fluid?

A. Yes.

Q. The day before she was admitted to the hospital, was her amniotic fluid also normal then, too?

A. Yes.

Q. All right. Did Mrs. Gharbi also have normal prenatal testing results, during the course of her care?

A. Yes.

Q. Mrs. Gharbi had a due date of December 9, and we know that

02:30PM she was admitted on December 16. Would that be considered post-term pregnancy?

02:30PM A. Yes.

02:30PM Q. What is significant, if anything, about a post-term pregnancy?

02:31PM A. You know, it's her first baby, I think, first time moms, it's more likely to go postdate, we see it fairly frequently, probably, five or ten percent of the time. We don't typically let patients go much past 41 weeks because the risk of stillbirth increases.

02:31PM Q. In the admission records that you reviewed, there had been reference about Mrs. Gharbi's antenatal course complicated by polyhydramnios, with a most recent maternal fetal medicine check on November 17. Was that accurate?

02:31PM A. No. She had had an ultrasound several times since that visit, I think, maybe, if I recall, three, but even one the day before admission that had a very normal fluid.

02:31PM Q. Was there any indication that Mrs. Gharbi had any polyhydramnios diagnosed or treated, at all, during this prenatal course?

02:32PM A. Just that one ultrasound, but it was never confirmed on a follow-up scan.

02:32PM Q. In fact, did the follow-up scans indicate normal fluid and no polyhydramnios?

02:32PM A. Yes, that's right.

Q. Now, Dr. Mauldin, according to the records, initially, there was an H and P record that was performed. There's documentation that when she presented to the hospital at that point, she was two centimeters, 50 percent ballotable, soft posterior, and what does a 2 centimeter dilation mean, so we can understand what that means?
A. So usually throughout most of the pregnancy the cervix is closed. As you start to go into early labor and labor, the cervix has to dilate and become 10 centimeters, is what we call completely dilated. I think the rest of that exam, you said 50 percent effaced, so that means it's thinned out 50 percent. In order for the baby to deliver it has to thin out 100 percent.
Q. Now, what does ballotable mean? We heard in the records about the fetal head being ballotable. What does that mean?
A. It means that the baby's head is not yet engaged in the pelvis, when we feel it bouncing in and out of the pelvis when we do her pelvic exam.
Q. Does that mean that the fetal head is still up in the mom's pelvis?
A. Right.
Q. Dr. Mauldin, can you tell us what electronic fetal monitoring is and how it's done?
A. So electronic fetal monitoring is a sensor that the mom wears attached to a belt around her abdomen, she wears it, you know, as an outpatient for, like, 20 to 30 minutes usually in

02:34PM an office setting. In labor and delivery, they wear it -- usually, they wear it continuously during the process, but it's going to follow the baby's heart rate and the variations in that heart rate over time, and that allows us to assess whether the baby is tolerating labor well.

Q. Okay. Is electronic fetal monitoring universally accepted by all OB-GYN's, in terms of assessing fetal well-being in utero, during labor and induction?

A. Yes. I mean, it really is the only way we have to assess so, yes, it's used almost everywhere.

Q. Okay. And would the fetal heart rate response to mom's contractions, potentially, impact what could be the health of the baby, the unborn baby?

A. Right, absolutely. So when those contractions start, that's pressure on the uterus, that's squeezing the baby and perhaps squeezing the umbilical cord, and that pressure then potentially can decrease the blood flow through the umbilical cord to the baby, so in those instances, it might cause fetal heart rate decelerations.

So that's particularly what we look for, because if there's repetitive decelerations or decelerations that start to come after the contractions, it can show us that the baby is becoming hypoxic or not getting as much oxygen as it can or as it should through the placenta, and hypoxia, if it goes on for a long period of time, could result in acidosis.

Q. Are there certain fetal patterns that are like Harbinger's or warning signs that the unborn baby is not getting adequate oxygenation?

A. Yes, we call it a loss of variability, is one thing. Variability is seeing the heart rate sort of go up and down. You know, by vary, between 5 and 25 beats over 5 to 15 seconds, so we see just a lot of variation in the heart rate. Lots of variation means the baby is healthy and doing well.

As we start to lose that variation, then, that would indicate that the baby is struggling, in some way, perhaps, becoming hypoxic, which we would be concerned about, ultimately, leading to the acidosis.

That's one of the ways -- the other thing we look for is the decelerations that I mentioned. If those decelerations continue for a period of time, then, those, also, can decrease the ability of the baby to have adequate blood flow and oxygen.

Q. When you had talked about loss of fetal heart rate variability, you said that the baby isn't doing good and struggling. Would fetal heart rate variability be minimal or undetectable to five beats per minute, is that considered the problematic loss of variability that you talked about?

A. Yes, it is.

Q. Now, does the standard of care require OB-GYN's to closely and actively monitor the baby's heart rate and rhythm to make sure that the baby is being adequately oxygenated?

A. Yes.
Q. Does the standard of care require OB-GYN's to recognize these in utero fetal signs evident on fetal monitoring strips and act on them, deliver a child before the affects of asphyxia, hypoxia or acid base imbalance?
A. Yes.
Q. Now, Dr. Mauldin, we talked about the words, asphyxia hypoxia. Can you define those for us?
A. Hypoxia would be just a loss of the oxygen concentration in the blood, and then if the baby persists in having a low oxygen concentration, then, it progresses into acidemia or acidosis, which means it becomes metabolically unstable, so it's become being more acidotic.
Typically, we think, over time, as the degree of acidosis worsens, then, the outcome for the baby becomes much more guarded or at risk for having long-term problems.
Q. Would, also, inadequate or low oxygen to the unborn baby in utero for some period of time, potentially, result in their death?
A. Oh, yes, absolutely.
Q. Is it by fetal monitoring that OB-GYN's are able to detect whether there's been some intrapartum asphyxia, hypoxia or acidosis?
A. Yes, that's the only way that we're able to assess.
Q. Can a fetus withstand asphyxia, hypoxia, acidosis or

02:39PM imbalance indefinitely?
02:39PM A. No, I don't think so. I think there are always short
02:39PM periods of time that a healthy baby is going to be exposed to
02:39PM it and can tolerate it, but when it goes on for long periods of
02:39PM time, and that probably varies for each baby, but we can see
02:39PM those changes sort of adding up, as it continues to go on and
02:39PM the changes become more evident, that then we have to be
02:39PM concerned about the baby really being damaged, not being able
02:39PM to recover.
02:39PM Q. Would a fetus that is exposed in utero to the effects of
02:39PM asphyxia, hypoxia and acidosis, are they, then, at increased
02:40PM risk of death, if not timely delivered?
02:40PM A. Yes.
02:40PM Q. Now, we have heard the word, fetal distress. Can you tell
02:40PM us what fetal distress actually refers to, what that means?
02:40PM A. I think it's just a global term that we're meaning that
02:40PM the baby is not tolerating labor, not tolerating whatever is
02:40PM going on. We have tried to, sort of, move away from that term,
02:40PM fetal distress, and, fetal intolerance of labor, to try to be
02:40PM more specific about it, but, basically, it means that the baby
02:40PM is not doing well and we need to be moving towards delivery,
02:40PM whether that means we can do it, you know, with a vacuum or
02:40PM forceps vaginally or whether we have to move to C-section.
02:40PM Q. And a fetus in utero that is exposed to insufficient
02:40PM oxygen, how do they respond in utero?

A. Just by the changes in their heart rate tracing that we have discussed, you know, as they become less and less well oxygenated, then, the variability and their heart rate pattern is going to become flatter. They typically will have decelerations in the heart rate that occur after the contractions, but as the babies become more and more sick, those decelerations can often become very subtle, and perhaps more difficult to pick up on.
Q. Okay, what's fetal bradycardia? What does that mean?
A. A bradycardia just means that the heart rate is going below the typical range. The usual range is between 110 and 160, but with the bradycardia, now we have got a heart rate that is staying below that for an extended period of time and it usually is referring to something greater than 8 to 10 minutes.
Q. With severe bradycardia, does the brain then not get oxygen it needs and then damage starts?
A. Correct.
Q. If the baby is not delivered after a prolonged bradycardic event and they continue to experience minimal fetal heart rate variability and decelerations, will the baby then continue to be at risk from death from this?
A. Yes.
Q. What are decelerations? Just to make certain we understand each other.

A. So the deceleration is some change from the baseline of wherever that heart rate was staying, so in most instances, you know, a baseline is between 110 and 160, but now with the deceleration, it's going to fall by 15 beats, at least, typically, it falls by 20 or 30 beats, stays that way for 30 seconds to a minute or more.

When we see that coming with the contractions, you know, the babies can tolerate that a little bit longer, we call those variable decelerations, but when they come after the contractions, those are considered late decelerations, because we believe that reflects decreased oxygen to the baby.

Q. Are late decelerations visually apparent on these fetal monitoring strips?

A. Yes.

Q. We talked about fetal heart rate variability. Is that an important indicator about adequate oxygenation?

A. Oh, yes, very much so. You know, most babies, healthy babies are going to have moderate variability, that means their heart rate varies a good bit like between 6 and 25 beats per minute, but as it becomes minimal variability, which means it's between 0 and 5 beats of variation or even if it becomes absent then each of those changes increases the degree of health of the baby and we need to be watching them more closely.

Q. What happens to the fetus, if these minimum -- if there's minimum fetal heart rate variability and can persist for hours,

02:44PM accompanied with late decelerations and other decelerations, how does that scenario affect the fetus?

A. It's just opportunity for continued hypoxia, and in the setting of continued hypoxia, then, the baby becomes acidotic, and then acidotic results, most likely, in some sort of neurologic damage or, perhaps, even death.

Q. So in the process during labor, is it possible for an OB-GYN to definitively determine when, in utero, the pH of a fetus falls to a certain level? Is that even possible?

A. Not to an exact science, but I think we have -- you know, the changes we keep talking about, the loss of variability, the decelerations, those should give us estimates, you know, that we are falling below what a normal PH is.

Q. Now, would persistent minimum variability and decelerations be indicative of an acidotic pH?

A. Very possibly, yes.

Q. Now, Dr. Mauldin, what are the different categories of electronic fetal monitoring strips? We heard categories of I, II, III. Could you tell us a little bit about that?

A. Yes. So a Category I strip is just a very basic strip that we believe that says the baby is well-oxygenated, very healthy, we're seeing good variations in the baby's heart rate. If there's a deceleration, it's what we consider to be an early or a variable type, and it's happening infrequently, so we picture those to be healthy babies.

Category III, really, is when the tracing has lost variability, so it really is looking at really no variation, so absent variation, and then it can either be just that or can have repetitive variable or late decelerations. And then really Category II is everything else.

Unfortunately, it's in an intermediate category, you know, where, you know, you need to make decision points more frequently. Every time that you're looking at the patient, you know, we say, Is that baby healthy enough to continue laboring for another 30 minutes or an hour? Will that baby be delivering soon? Do we need to make a decision point to get that patient delivered?

Q. Does the standard of care require OB-GYN's to actively and closely and carefully monitor Category II tracings?

A. Yes.

Q. Why?

A. Just because, I think, if it persists, you know, we need to -- so Category II can allow a small degree of decelerations, but if those decelerations are persisting for more than an hour, then, you really need to go to delivery, and that's going to be the best result for the baby, you know, or if the variability is gradually changing over an hour, that would be another reason, you know, to say, I probably should get that patient delivered rather than to continue allowing labor.

Q. Okay, now, moving on to this particular case with Mrs.

Gharbi. We know when she was admitted on the 16th, they actually started her on an oral dose of the Cytotec. Cytotec appears to have been started for about 3:00 that afternoon.

Now, can you tell us, just very briefly, what is Cytotec and what it was meant for?

A. It's a prostaglandin medication we give, we call it a cervical ripening agent, and we want it to really soften up the cervix or make it more favorable, which means that hopefully the labor will go more smoothly, and she's more likely to have a vaginal delivery.

Q. Now, when you reviewed the record, there was -- was there an indication that with Cytotec, Mrs. Gharbi ended up having a Category II strip with some decelerations?

A. Yes, she really came in with a Category II strip, and then, you know, because there was really minimal variability at the time of admission, they gave the Cytotec, the contractions started, and she did have late decelerations. So they sort of waited for the contractions that occurred with that medication, which can stay in her system for about four to five or maybe six hours, they sort of waited for that time period to wear off.

And then there were discussion in there about starting Pitocin, which is an I.V. medication that we give patients to help them to contract.

Q. In fact, yes, the records did show that, at 11:29, they

actually did start induction with Pitocin. Can you tell us about Pitocin? What type of drug is it?

A. It's a hormone that works centrally to -- and then on the muscles of the uterus to cause contractions. The benefit of that is it's given I.V., so it has a very short onset of action, but, also, that means when we turn it off, it should stop working fairly quickly, too. So if a baby is going into distress, if we stop the medication that, will often make the problem better.

Q. Is Pitocin considered a rather dangerous drug, and if it is, why?

A. It's considered dangerous, in the sense that I think it could be very powerful that it can cause a lot of frequent and very strong contractions, and if it's not being used in a manner, you know, with knowledgeable caregivers, that too much can be given and can cause fetal distress.

Q. Now, a one milliunit dose of Pitocin, is that a small dose?

A. Yes, that's the starting dose, very small.

Q. Now, Pitocin, when it was started, when you reviewed the records, Dr. Klamerus indicated Mrs. Gharbi feeling strong contractions with Pitocin at only one milliunit. The tracings also were Category II with late decels. Was that significant?

A. It's significant that she, probably, was still having contractions that had started on her own, which we sometimes

see, but what is more significant is that we saw the development of late decelerations and, of course, the combination of late decelerations and a minimally reactive strip in that Category II strip would raise concern about developing hypoxemia or hypoxia.

Q. Dr. Klamerus did indicate when Mrs. Gharbi was on that Pitocin, Feeling strong contractions, they actually stopped the Pitocin within hour and a half, 1:00 in the morning, because of late decelerations.

What does that indicate, in terms of the baby's ability or not to tolerate induction and labor?

A. I think -- I mean, it's very eye opening, I think, to be aware of when the patient came in, was first admitted, she started with a Category II strip, and then she was given the Cytotec and then the Pitocin, so really was receiving very small amounts of labor augmentation, the baby did not tolerate that part well.

You know, so, in obstetrics, we think about, well, how many times have we turned on the Pitocin, during an induction of labor, trying to get a patient delivered. You know, in our mind, we have sort of a mental count of that, you know, and we don't want them to turn it off, you know, more than two or three times, that means the baby really is not tolerating labor.

Q. When you say, the baby is not tolerating labor, in

connection with late decelerations, what does that really mean, in terms of the baby getting sufficient oxygen or not?

A. So I would say, not tolerating labor, means that the baby is developing those late decelerations, which means getting inadequate oxygenation, and if we were to stay on that medication or we couldn't find a way to reverse the uterine activity and correct the heart rate tracing, the baby will become hypoxic and then acidemic.

Q. Then after the Pitocin was stopped at 1:00 in the morning, records indicate that about 7:27, Dr. Klamerus looked at the patient again, and she documented in the record that Mrs. Gharbi was still having late decelerations, even though, she's not on the Pitocin.

What was the significance about the continued late decelerations?

A. Just simply the fact they are still occurring, without any medication, just simply with the uterine activity that mom is having.

Q. Mrs. Gharbi's strip is still Category II, when Dr. Francis assumed care at Sign Out about 8:00 that morning. My question is, did the standard of care require of Dr. Francis to actively and closely monitor and manage Mrs. Gharbi's labor course that morning ?

A. Yes, absolutely. You know, I think the goal of an Attending, when you have the Residents with you is, you know,

you give them leeway to allow them to manage the patients, but you really need to know -- have your finger on the pulse of what actions are really going on with those strips so you don't miss opportunities.

Q. Now, we saw, according to the records, that there were two residents, Dr. Lin and Dr. Nguyen, who were actually under Dr. Francis' supervision.

Did the standard of care permit her to transfer the responsibilities regarding Mrs. Gharbi's labor course and management to either of those residents?

A. Not to transfer the responsibility. I mean, I think, you know, she should expect them to evaluate the patient and they can be managing the labor, but she needs to be abreast of what's going on. So I would envision that at Sign Out that morning, when she took it from, you know, the Attending, and the Residents leaving, to be aware this strip was a Category II.

We have had trouble with late decelerations overnight, we had to stop the Pitocin, you know, that would say to me, coming on as the new Attending, you know, I need to watch this strip closely. You know, what has her labor curve been doing? Is she moving in the right direction? Is it adequate, right now, to keep laboring or do we need to make another decision?

Q. Well, though, Dr. Francis may have expected her Residents to inform her about Mrs. Gharbi's changes, at all, did

Dr. Francis still remain, ultimately, responsible for the safe delivery of the Gharbi's baby?
A. Yes.
Q. Residents are still in training, is that typically what goes on?
A. Yes, that is how the units work, but the Attending is ultimately responsible.
Q. Now, when Dr. Francis took over at 8:00 that morning, the first evaluation by a physician was five hours later by a resident Dr. Lin. Was that -- at that point, he documents it's still Category II, and he indicated that there was minimal fetal heart rate variability. Is that significant?
A. I think what's significant about it is that it took five hours before we really had, you know, a new team member, resident or faculty, looking at that baby and mom. The persistence of the Category II strip is, also, of course, should be catching everybody's attention, since it has been that way since admission.
Q. Was the period of time, between Dr. Francis assuming care at 8 and a Resident seeing her at five hours, do you have an opinion concerning the appropriateness of Dr. Francis, in terms of actively closely monitoring Mrs. Gharbi's labor course?
A. I think that falls below the standard of care. I mean, Ms. Gharbi is in active labor, so I think she should be evaluated within an hour by the team that's coming on, you know, so that

they know, especially, what is the status.
Q. Is that your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. All right. Now, Dr. Francis, did she have an obligation that morning to make a decision concerning the course of Mrs. Gharbi's labor management, once she assumed care, after having been advised by Doctors Klamerus and Maenner that they tried Pitocin had to be stopped because of late decels and so forth?
A. She definitely -- I mean, it turned over to her responsibility. I don't know that the baby had to be delivered by C-section right then that morning at 8 or 9, I know, in her deposition, she said she would have done a C-section then. For sure, the patient needed to be evaluated and thoroughly assessed and a decision point made, you know, Do we keep trying to go vaginally for delivery? You know, Can we use Pitocin again and get farther? Or is a C-section indicated?
Q. Okay, and then the Resident we talked about who first saw Mrs. Gharbi at five hours later, he documented that cervical change was just a centimeter to six centimeters, the fetal head still ballotable, Mrs. Gharbi is having contractions, was there anything significant about the course, at this point, that would have required intervention or active monitoring on the part of Dr. Francis?
A. I think the things that stand out to me, at that point, is

several things. The fetal head is still ballotable, so still not engaged in the pelvis. You know, usually, for first-time moms, they come into their labor already with the fetal head engaged, so it starts at about zero station, so to say. When they started the induction, it was ballotable, and then still that way about 16 or 18 hours later.

Q. Dr. Mauldin, we missed the latter part of your answer. You were talking about the significance, at that point in time, and about the importance about the ballotable head not being -- could you answer that again for us?

A. Yes. I was talking about my concern about a baby that is ballotable on a patient who is having her first baby. You know, typically, when they come in in labor, you know, when they get to 39 or 41 weeks, as a first time mother, the baby's head is already engaged, and that would be down at zero station, so that means it has gone from, like, negative 4 to negative 3, 2, 1 and 0, so hers was still much higher, I think, so that certainly catches my attention that it's her first baby and she's already dilated to 6 and it's still high.

She's only 6 centimeters after all these hours, as well, of having contractions, so it feels like, by definition, a protracted labor course.

Q. And the Resident indicated a plan to restart the Pitocin, which Dr. Francis signed off on. Was that significant, restarting the Pitocin?

03:05PM A. Yes, I think that was the first time, even though, they had mentioned it, like, on the outgoing note to the end of the night shift, I think, it didn't get started until 12 or 1 that afternoon.
03:05PM Q. Actually 2:31.
03:06PM A. That was reasonable. Since the baby was not having frequent decelerations, at that point, the baby, you know, they needed to have contractions to try to get delivered, so that was, you know, the next step.
03:06PM Q. Okay, and according to the record, the Pitocin was restarted at 2:31 that afternoon, and when you read Dr. Francis' deposition, were you aware of her acknowledging whether she understood Pitocin was being restarted by her Resident? What was your opinion about that?
03:06PM A. If I recall correctly, I don't think she was aware, and she was not aware that it had been turned off earlier, so that's troubling, of course, you know, because I feel like the Attending should be more aware of what's going on with the labor of the patient she's in charge of.
03:06PM Q. Would you consider that an example of Dr. Francis' failure to actively and closely monitor Mrs. Gharbi's labor course?
03:07PM A. Yes.
03:07PM Q. Is that your opinion to a reasonable degree of medical certainty?
03:07PM A. Yes.

Q. While Dr. Francis may have been expecting her Residents to update her, did she still have a responsibility to actively and closely monitor and manage Mrs. Gharbi's labor?
A. Yes. I think if your Resident isn't calling you to update you, then, you should be calling yourself or preferably walking out to the floor and evaluating the patients.
Q. Now, the records that you had reviewed also indicated that had Pitocin was actually increased after 2:30, by 3:00, it was increased from 1 milliunit to 2 and then it was increased to 4 milliunits by 3:30, up to 6 milliunits by 4.
Can you explain the effect that increasing doses of Pitocin has on the uterus?
A. So increasing doses are going to gradually make the uterus contract more strongly, and, also, our goal is for you to contract more frequently so you have to have contractions about every two to three minutes, in order to have enough uterine forces to have a vaginal delivery.
Q. Now, the records documented 3:00 that afternoon is when Dr. Francis first evaluated Mrs. Gharbi, measured her to be 7 centimeters dilated. What's the significance about Dr. Francis seeing the patient and something recorded about her evaluation eight hours after her becoming the Attending for this patient?
A. Well, I think that's too long, personally, to not evaluate the patient that you have assumed responsibility for. You know, at least, we have a good point of her doing a cervical exam, at

that point, to know where we're starting.
Q. The records documented that she was 7 centimeters dilated, according to Dr. Francis, 100 percent effaced and minus one station and rupture of membranes was also performed. Is there any significance to these observations?
A. Ruptured membranes is appropriate, it's another means that we use to facilitate labor, hopefully, to make labor come more quickly, so that's a good point or a good step, at this point. You know, the head had also become better engaged at minus one station, and then, as we will see over the next three to four hours after that, she really had minimal cervical change after that point, after the 3:00 exam.
Q. So we talked a little bit about you mentioned what protracted labor is. What is arrested labor?
A. Arrested labor is when you have no change in the cervical exam over a period of four hours. We used to have that cut off at 2 hours and then we have learned that, you know, if we can give them a little bit longer, but that really should max out at about four hours, and, in fact, for Mrs. Gharbi, between 3 p.m. and 7 p.m., she did have an arrest of labor where her cervix remained at 7 centimeters, did not dilate further at that time.
So that was an action point, right there, just based on abnormalities of her labor curve, that they could have acted on and that would have been a very appropriate reason to do a

C-section and deliver the baby.
Q. And those two -- at 7 p.m., which is four hours after Dr. Francis' 3 p.m. exam, a Resident documented the cervical exam was 7 centimeters, no change, and also there was a nurse that documented no change, still 7 centimeters.
What did the standard of care, at this point, require of Dr. Francis?
A. I believe it's, proceed with delivery, because she has had an arrest of labor.
Q. Is that your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. What's the significance about not delivering when there's an arrest of labor?
A. The significance is that, you know, you've got this arrest of labor, so you -- and it's already been clear from much earlier in her labor progress, really, we have a dysfunctional labor curve, so we have one that is not moving as expected.
We also have it -- you know, we have an abnormal labor pattern, a baby that has had an indeterminate strip or a Category II strip that has had periods of late decelerations or periods of hypoxia.
You know, so it's just the number of factors are adding up by that 7:00 hour, where we have now got this arrest of labor, and so it really warrants taking action, because there are too

many things that are just warning signs that this is not normal.
Q. Clearly, did Mrs. Gharbi meet the criteria then for arrest of labor at 7 p.m. as you had stated?
A. Yes.
Q. One of the experts Dr. Golen said she never met the criteria for active labor. What's your response to that?
A. I just disagree. To me, it very clearly meets the definitions as are outlined by ACOG.
Q. That is, that there is no change in cervical dilation after four hours, despite adequate contractions and her being on Pitocin?
A. Yes, correct.
Q. Once there's been an arrest of labor, is it appropriate for an OB-GYN to wait for a Category III strip, before they deliver?
A. Oh, no, no, a patient -- so you don't need to wait, any time there's a Category II strip, you don't need to wait for a Category III, so, you know, you can certainly make that decision, at any point, with a Category II, but now, of course, with the arrest of labor, we have got an additional factor, you know, so I think that was outside the standard of care that no action was taken at that point.
Q. Is that your opinion to a reasonable degree of medical certainty?

03:14PM A. Yes.
03:14PM Q. Dr. Francis, actually, did not deliver the Gharbi's baby for another 6 hours, 1:41 the next morning. Was that below the standard of care?
03:14PM A. Yes, absolutely.
03:14PM Q. Did Dr. Francis' failure to initiate Caesarean delivery by 7:00, with the arrest of labor, did that increase the risk of harm to the Gharbi's baby?
03:14PM A. Oh, yes, absolutely.
03:14PM Q. How so?
03:14PM A. What was that?
03:14PM Q. How did Dr. Francis' failure to initiate delivery by 7 p.m. with the arrest of labor increase the risk of harm to the Gharbi's baby?
03:14PM A. Well, of course, it allowed for that prolonged deceleration that happened, beginning at about 7:24, so almost thirty minutes after she had the diagnosis of arrest of labor, she then had a prolonged deceleration, and, then, for nearly an hour after that deceleration, the fetal heart rate really could not be evaluated well, because of some artifact on the machine. So, I think, following a very critical finding or something where we know that the baby has been jeopardized, but then you have another hour where you can't monitor it, I mean, we don't have a good idea of what was going on, and I think, you know, as an Attending, I would need to say, Well, I don't know

whether that baby is still in jeopardy, is that baby harmed, so by not making that decision at 7:00 then, you know, at all the other hours going forward, it just allowed more time for the baby to be hypoxic and acidemic and ultimately not survive.
Q. Dr. Mauldin, had the Gharbi's baby been delivered when arrest of labor was clear at 7 p.m., would the Gharbi's baby's death have been prevented?
A. Yes, I believe so.
Q. Is that your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. So, now, let's look at that time period around 7:24, 7:30 and the events leading up. Was there -- well, actually, the records documented that there was a 14-minute deceleration. Was that consistent with your evaluation of the fetal strips?
A. Yes, it was.
Q. When you looked at the strips, when did the fetal deceleration, the 14-minute deceleration begin?
A. I believe it began around 7:24.
Q. Okay. Now, was this an acute bradycardic event?
A. Yes, by definition, it would be, yes.
Q. What's the significance of the baby having an acute bradycardic event for 14 minutes ?
A. Bradycardic or even that prolonged deceleration, then it falls into a Category III strip, by our criteria, so the

significance of that is, now, we have got another reason or another action point time that the baby should have been delivered, and I think would have had a different outcome.

Q. So the 14-minute deceleration, based on the fetal monitoring strips, was no longer a Category II but a Category III strip, is that what you're telling us?

A. Yes.

Q. Is that your opinion to a reasonable degree of medical certainty?

A. Yes.

Q. As a result of that Category III strip, with the 14-minute event of deceleration, did the standard of care require Dr. Francis to deliver the baby urgently by C-section at that time?

A. Yes.

Q. Was her failure to do so below the standard of care?

A. Yes.

Q. Did her failure to deliver the baby, at that point, increase the risk of harm and death to the baby?

A. Yes, very much so.

Q. Are these your opinions to a reasonable degree of medical certainty?

A. Yes.

Q. Now, what I'd like to do is have you actually show us, we can pull up the fetal strips. What I wanted to do is start with

the 7:24, which is J-3.204. It will be up on your screen, Dr. Mauldin, and if you need to, you can control the mouse, you just need to tell us, as you're describing what it is, that we're saying that started at 7:24.

A. I'm going to try to take control of it. All right, so here is where the deceleration has started, this dark line right here is 7:25, okay, that started right there(indicating), so this dark line 7:24 is where the deceleration is occurring.

Just to get reference, here is 120 and then 160 is about right here, so the heart rate up until this point, was in a normal range for what we expect for a term baby.

But you can see now during this deceleration, it's falling into the 80's, so this is the 90 mark, and you can see it right there. It jumps up for a second or two, like, between these lines, this 10 seconds, but it never got back up to normal heart rate tracing and stayed there.

If we go on to the next page, we will see how we can't see the heart rate, really. So, you know, over these next few minutes up until here, it really was bouncing around a lot, so, you know, the real thing is that it never equilibrated back to a baseline after that deceleration at 9:24.

Here we have got, like, 40 seconds, where it's remaining in the 140's, but then it goes down again to the 90's, and we really are losing it, and we don't see it here, at all.

Q. At one point, Dr. Nguyen had referenced that the baby's

heart rate dropped down to the 50's. That's not normal, is it?
A. No, not at all.
Q. Was this strip you're showing us here with this 14-minute period of time, was that a Category III strip that you were referring to?
A. Yes.
Q. Does this strip then, which is a Category III now, indicate signs of fetal distress for this baby?
A. Yes.
Q. Were these fetal strips here that you've shown us normal or abnormal?
A. Abnormal.
Q. Do they indicate that the baby was not getting adequate oxygenation?
A. Yes.
Q. Did it indicate that the baby was exposed to asphyxia, hypoxia and acid base imbalance?
A. Yes.
Q. Are these your opinions to a reasonable degree of medical certainty?
A. Yes.
Q. Doctor, would it be below the standard of care for an OB-GYN to assume that loss of tracing after that 14-minute event meant that everything was fine?
A. Most definitely.

Q. Was it okay to say everything after the 14-minute deceleration was okay because there's lack of tracing?
A. No, no, not okay, at all. I think we have to assume that the baby could still very much be in jeopardy, so I think that was below the standard of care not to be acting, in some way, to remedy that.
Q. All right, in that time period, we heard testimony and saw the records that nurses were initiating various resuscitation efforts for the fetus, including turning mom left and right, increasing I.V. fluids, stopping Pitocin at 7:41, giving mom supplemental oxygen, were those interventions enough to say the baby does not need to be delivered?
A. No, not at all. I mean, it's all the right actions, so it's all the things that we need to do, when we see a baby that's in distress like that, but we saw the baby in distress and we got it corrected temporarily, so hopefully the baby can, in essence, breathe a little bit better, but then, you know, that still is an action point, where we need to look at the whole picture and say, you know, What is her labor curve doing?
You know, is she getting close to delivery and what's happening with the strip? If we don't have reassuring factors then we need to go forward with delivery.
Q. Now, how about the following series of strips. We will continue where we left off. Can you tell us about those?
A. Yes.

Q. Is this where we left off, Doctor, 2:05. Let's go to 2:06. You want to control and tell us what's happening here?
A. Okay, so this is after the 7:27, so you can see we see no heart rate tracing really.
Q. Can you point that out to us?
A. Okay, so the only thing showing up on the monitor is this area here, which we can see is in the 60's.
Q. Sixties, meaning, what?
A. That's where it's picking up a baby's heart rate is here in the 60's. So, you know, you can say, Well, what if it's mother's heart rate? But we saw in the nurses' documentation that the mother's heart rate was in the 90's or 100's, so we know it's not mom's heart rate, so this is baby's heart rate.
So even, just right here, which is, typically, a period of nine minutes, we have no traceable heart rate that's in the normal range.
Q. Okay, how about the subsequent, the next strip, at 2:07?
A. Okay, so, now, we can see that it is starting, sort of, a very slow return to baseline.
Q. Could you point that out to us?
A. Can you see that?
Q. Now, we can, yes. So we see at the beginning of the page on the left that it's coming from below 90, a gradual return, so it's taking five minutes to get back up to this normal range of 100's or greater. That's what this page is showing us. So

the baby's heart rate was abnormal for over 10 minutes.
Q. What was the --
A. Typically, most obstetricians, I mean, we don't have something in the literature, but usually after a baby -- after we have been in a deceleration for 8 definitely 10 minutes, then, we just move to delivery at that point by stat C-section.
Q. Was this, also, part of the Category III strip that you had mentioned?
A. Yes.
Q. One of the experts Dr. Golen said that Mrs. Gharbi's tracings were never Category III. How do you respond to that?
A. I don't understand that, at all, because I think this very clearly fits into the definitions, as written about in our gold standard literature and in our ACOG documentation.
Q. Now, was there what's called a saltatory pattern in the baby's tracings?
A. Yes, I describe that more on the next page. Can you see my cursor?
Q. Yes, we can.
A. It's just like those little sharp black lines right there(indicating), that's really something just monitor interference so, for some reason, it really wasn't a good tracing. Obviously, it looked similar to that, but I think, you know, as you go on in the next few pages, you don't really know whether the baby is maintaining a flat line, does it have

absent variability, minimal variability, are there even late decelerations, which, after having that prolonged deceleration would be the expected findings that you should anticipate that the baby was going to have problems for 20 to 30 minutes or more, at least.

Q. Are these saltatory patterns normal or abnormal?

A. Abnormal.

Q. Now, we left off with strip 2:08. In obstetrics terms, Doctor, you described it in your report as a sentinel, this 14-minute deceleration, a sentinel event. What did you mean by that?

A. That means we have had a catastrophic and really unexpected outcome. So, certainly, when she came in in labor on the 16th or for induction, you know, nobody would expect, based on the tracing that we had and the understanding of her pregnancy course, we would not have expected this baby to die.

Q. During that 14-minute period of time, the sentinel event, this catastrophic period of time that you referred to, was there ever an adequate return to baseline?

A. During the 14 minutes?

Q. Yes.

A. No.

Q. Now, when the baby's heart rate did return to baseline, would that mean that everything was okay with him?

A. No, not at all. And I think that becomes more apparent, as

03:29PM you continue to watch and we get rid of these artifact things, we can see how the baby continues to have, you know, minimal variability, so not a lot of fluctuation in the heart rate, and, then, we also have the occurrence of late decelerations again.

Q. Now, when the sentinel event occurred in these 14 minutes, Dr. Francis was at the bedside, but, again, she felt that the nursing interventions was appropriate and left. Was that an appropriate act for her to do?

A. I don't believe so. And I think, either, in the chart or in her deposition, she said that she thought delivery was imminent. What bothers me about that is, you know, a delivery that's imminent, I would say, it's going to happen within the next 30 minutes or so, so knowing that this baby just had a very prolonged period of time where it's heart rate was down, you know, it's concerning that she left the room, that she wasn't standing there with her to say, Can she start pushing? Is she pushing well? You know, can we get the baby out vaginally? You know, if it's not going well, do we need to go for C-section?

Q. What I'd like to do is put up D-5. We have a blow-up or enlargement of that here, which you probably can't see, but I'll have Andy put that up. I wanted to ask you about that, because these are the five panels that you just discussed.

Does this represent all those five panels you just talked

about that demonstrated the Category III strip?
A. It does.
Q. And looking at this strip, in the totality of these five patterns, can you take control and demonstrate for us the length of time and what is happening, in terms of the slow return to baseline and the time line that we're talking about here that you said was a sentinel catastrophic event?
A. Okay, you know, so here it doesn't look the same as it did before. Do you see it now?
Q. Yes.
A. So this is leading up to this deceleration, and this is about 7:24, where we see the heart rate drop at that point, and then we have got this period of time where we don't see anything at all, and here was where it starts to be in the 60's and it goes back up.
So, really, if each page is generally nine minutes, you know, we have got 18 minutes, plus another 3 over here that it's down before it really gets back up to the baseline that it was way over here(indicating).
So an extended period of time that the baby did not have a normal heart rate, and I would say that was a period where it was hypoxic and becoming acidotic.
Q. Okay, thank you. We can pull that off. The nursing flow sheets indicated that -- and I'm picking up at 8:00 after this sentinel deceleration, because you were talking about what

03:33PM happened afterwards was important.
03:33PM According to the records, J-2.196, and Andy is going to
03:33PM pull that up for us. While he does that -- I'm sorry, the fetal
03:33PM strip, I want the fetal strip at 8:00.
03:33PM Let's just continue where Dr. Mauldin left off after the
03:33PM fifth panel, that will put us around 8:00, which is what I want
03:33PM you to reference next, if it's okay, Dr. Mauldin. Is that
03:34PM around 8:00 there?
03:34PM A. Yes, this is 8:00 right here, this is the page.
03:34PM Q. We still see this saltatory pattern at around that time
03:34PM period; correct?
03:34PM A. Yes.
03:34PM Q. Just abnormal pattern; is that right?
03:34PM A. Correct.
03:34PM Q. Now, let's go to 2:08. I'd like you to tell me what you
03:34PM see in the fetal monitoring that was happening, well, 8:00 and
03:34PM onwards until about 8:30. What do you see?
03:34PM A. If he wants to advance the page to 209.
03:34PM Q. Around 8 to 8:30, what's happening with the fetal strip?
03:34PM A. So this is just from 8:00 here over to 8:09(indicating).
03:34PM Q. Okay, what's happening?
03:34PM A. This is still artifact, so I think it precludes assessing
03:34PM whether there is any sort of subtle late deceleration that is
03:34PM happening after each one of these contractions, which is what I
03:35PM would expect to have happened after that prolonged event,

because it's not tracing appropriately.
Q. Okay, let's continue to the next page, the next nine minutes at 2:10. What do you see here?
A. You know, it looks like -- we have still got it here, we have got it here(indicating), we can see -- this looks like it's an area, these two, three, really, looks like the tracing is improving, but realistically, look, we have got this contraction right here, really, it looks like a collection of three contractions where the heart rate is going below the baseline, so that's, by definition, since this nadir is coming after the contraction peak, that's called a late deceleration, which is associated with hypoxia, and, you know, then, the more frequent or the recurrent that they are, then, eventually, that leads to acidosis.
Q. Okay. Before we leave this page, what time frame did we end here with this panel? What's the time there?
A. Looks like it says 8:18.
Q. Well, let's go on to the next page at 2:11. If you can tell us what you see here.
A. Just a general overview over these nine minutes, really, we can see there's absent variability, so, you know, there's no fluctuation up and down of the heart rate, it stays very straight or similar.
These are the contractions here(indicating), and here we have got a late deceleration after the peak of this

contraction. It also looks like a very subtle one right there. You know, and these very subtle decelerations are important, you know, because I believe that when the baby is healthier, the late decelerations are more obvious to pick up on, but as a baby loses its reserve and becomes more acidotic, often the only way we pick them up are this very subtle changes like what we're seeing right there.

Q. What time period do we end with this panel?

A. 8:29.

Q. Before we go on to the next one, nurses documented, we heard testimony, in the flow sheets that, like, at 8:30, there was minimal to absent fetal heart rate variability. Is that consistent with your evaluation of the strip?

A. Yes, I agree.

Q. Now, when there's minimal fetal heart rate variability, how does that impact this loss of beat to beat variability? How does that impact on the baby's fetal oxygen reserves?

A. I think what it is saying to us is that the baby has lost more of its reserves, you know, so as it's losing variability, as it went from having minimal variability down to absent variability, after that prolonged decel , you know, we understand that to mean that the baby is losing or, perhaps, has even lost all of its oxygen reserves.

Q. How does that impact, in terms of injury from the asphyxiate, hypoxic, acidotic effects that were occurring at

03:38PM this time?

03:38PM A. So, then, it really just -- I mean, I think that's what contributes to the baby's demise. You know, depending on when, ultimately, a baby would get delivered, would impact what the baby's outcome would be, you know, so if a baby had been delivered at this point, they might have ended up with severe neurologic injury, but I think, unfortunately, because this one remained in utero for six hours after that event, that that was the cause of the baby's demise.

03:39PM Q. Now, does this strip continue to evidence that the baby was suffering from the effects of asphyxia, hypoxia and acidosis?

03:39PM A. Yes.

03:39PM Q. Is that your opinion to a reasonable degree of medical certainty?

03:39PM A. Yes.

03:39PM Q. All right, then, let's continue to look after 8:30, the next strip is 2:12. If you can tell us what's happening here?

03:39PM A. I would probably call it minimal variability here, just these very simple or very slight increases of heart rate, so right here, I would say that was late deceleration.

03:39PM Q. Was that significant, in terms of having experienced that sentinel 14-minute event at 7:24?

03:40PM A. Yes.

03:40PM Q. How so?

03:40PM A. Just continued evidence that the baby was hypoxic and acidotic.

03:40PM Q. When you reviewed the strip, this ended at what time, this panel?

03:40PM A. It looks like 8:36.

03:40PM Q. Okay. Let's go to the next panel, 2:13. What time frame does this panel show us?

03:40PM A. Maybe, 8:44 or 8:45. This is, you know, minimal to absent variability, over the course of this nine minutes. You know, it started off a little bit lower here on the left, as we're going into that, you can sort of see some slight increase in the baseline over this nine minutes. That's another thing that, obviously, it's very subtle, but that you would pick up on that, as babies are losing their reserve even farther, that they can become tachycardic, as well, with this low degree of variability, and that's evidence of hypoxia and acidosis.

03:41PM Q. There was an instance in the record where the nurses documented, uterine tachysystole. What does that mean?

03:41PM A. It means there is more than five contractions in a 10-minute period, so, really, that you're having contractions about every two minutes, so that you're having six contractions, say, in a 10-minute period, we think that that probably, or in many instances, is too much uterine activity.

03:41PM Many babies are going to tolerate that just fine, but on some babies that have limited reserve or less reserve, they

03:42PM might not tolerate that as much. So if the patient was on Pitocin, we would decrease the dose or stop it completely.
03:42PM Q. The nurses indicate throughout this time period, again, there was minimal fetal heart rate variability. That's consistent with your assessment of these strips, is that right?
03:42PM A. Yes, it is.
03:42PM Q. Let's move to the next one. Tell me what time frame that would be, 2:14 what time frame are we at?
03:42PM A. Look like that's gone up to 8:53. You know, again, you just see, really, absent variability, it's very subtle, but gradually over these nine minutes, the baseline is ending up a little bit higher over here than where we started at the beginning of that nine minutes.
03:42PM This is, probably, the period where the nurses were talking about tachysystole. That is frequent right there. The other thing, you know, is this is probably a late deceleration right there(indicating), just that will very subtle shift below the baseline.
03:43PM Q. Was this still an abnormal strip?
03:43PM A. Yes.
03:43PM Q. Given the strip findings, should the baby have been delivered within the 14-minute time period and thereafter?
03:43PM A. Yes, I think every point thereafter, I would think that the baby should have been delivered. You know, I think it's showing evidence that it's not doing well.

03:43PM Q. Is that your opinion to a reasonable degree of medical certainty?
03:43PM A. Yes.
03:43PM Q. After around 9:00, you mentioned in your report about late decelerations beginning with over half of Mrs. Gharbi's contractions. Can you point those out to us here? Let's move on to the next 2:15 and 2:16. Show us what you mean by that and what's the significance of that?
03:44PM A. Right. So we're starting here up, you know, where the heart rate tracing was on that last panel, but here we have got this very subtle late deceleration, then, if we come along here, I would call that another decel, and then another right there(indicating).
03:44PM You know, because what you see, when you can look at it now, is that the heart rate baseline, probably, is around 145 but we're having these very subtle periods where it's going below the 140's.
03:44PM Q. Why was that significant to the unborn baby?
03:44PM A. Because that's evidence of continued hypoxia and acidosis, which is jeopardizing the baby's health.
03:45PM Q. Did that continue, as you went on to the next panel at 2:16?
03:45PM A. Yes, so here, the heart rate is a little bit higher, here's a subtle late deceleration coming after that contraction, we have got a late deceleration coming after that

one, we have got it right there, after this, and this, after that one.

Q. Now, what time does that panel end?

A. It looks like about 9:12 or something. It's tiny writing, I can't really see that time period too well.

Q. Now, Dr. Francis, according to the flow sheets, was not present during this time period. Was that significant, at all, in terms of your opinion regarding her management and monitoring of Mrs. Gharbi's labor course?

A. I think it's very, you know, a very big downfall on her part. Again, after the baby had really that catastrophic or sentinel event, and then just looking at this next hour and a half after that event to where they couldn't trace it for a while, we have continued loss of variability in those late decels, you know, it's just -- you know, she needed to be looking at the strip and making an action plan, Can the baby be delivered vaginally or does she need to go to C-section?

Q. Was this downfall of Dr. Francis' you talked about a breach in standard practice?

A. Yes.

Q. Should the baby have been delivered, at any point here, with all these subsequent areas of minimal deceleration and late decels?

A. At any point, any and every point.

Q. Did her failure to deliver the Gharbi's baby, even up to

this point, did that increase that the risk that the baby was going to suffer adverse effects from the ongoing hypoxia, asphyxia and acidosis?
A. Yes.
Q. Is that your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. All right, and we can continue to the next strip, 2:17. What's happening here?
A. You know, again, we have got a contraction here, now, a deceleration contraction. We can tell she's starting to push now, that's why those contractions look a little different. A contraction there, another contraction with some late deceleration there, so we have got, at least, three decelerations during that panel.
Q. Okay. What time frame -- can you read what time did we end at 2:17?
A. Right, 9:20.
Q. All right, let's move to the next panels at 2:18, which I think goes until 9:30. What's happening here?
A. So again, you know, I would say that's really absent or minimal variability at this point. This might be a very subtle deceleration, that one is hard to really say much about. And the rest appeared to be tolerated, okay, here in this panel, but I don't think that negates or helps you feel any more

03:48PM reassured, after all of the events that we have had over the past couple hours.
03:48PM Q. Was this continuing clinical evidence of the baby evidencing inadequate oxygenation?
03:49PM A. Yes.
03:49PM Q. Did this continue to evidence that the baby was suffering from the effects of asphyxia, hypoxia and acidosis?
03:49PM A. Yes.
03:49PM Q. Did these patterns continue throughout the duration of Mrs. Gharbi's assessments by fetal monitoring?
03:49PM A. It did.
03:49PM Q. There was one instance, perhaps, maybe, in the first -- maybe, in 15 minutes before Dr. Francis delivered the baby, that there was noted by a nurse one acceleration. Did that one acceleration, somehow, change the fact that the baby's exposure or lack of adequate oxygen, did that alter his course, at all, that one acceleration that was noted?
03:49PM A. No, no, I think -- it would have to be, you know, something that was happening repetitively, you know, accelerations, there would just have to be many more things that added up to a reassuring strip, and we certainly had too many things in the negative column to justify continuing to go forward.
03:50PM Q. Nurses continued, for the remainder of the time, between 10, 11, midnight and leading up to the delivery, of minimal

fetal heart rate variability and, again, decelerations that recurred. Is that consistent with your interpretation of the strips?
A. Yes.
Q. Now, one of the experts Dr. Pettker said there was no evidence of fetal distress in the electronic fetal monitoring at the time proximal to birth. Can you respond to that?
A. Well, I think it's a very vague statement, because what is that time proximal to the birth? So I don't think it's very informative and, obviously, I disagree with it, because I think there's very clear evidence that there was fetal distress happening in those six hours prior to delivery, and really evidence that the baby had a very guarded course since admission.
Q. With the continued minimal to absent fetal heart rate variability, can you explain what happens when you talked about fetal reserves getting depleted? Explain that to us.
A. You know, when they've lost their reserves, we, as obstetricians, become concerned about that, when the baby's heart rate is showing less variation, you know, so the changes are not as marked on the tracing.
What that means, physiologically, is that while a lot of babies can tolerate some periods of low oxygen or a stop of oxygen for a minute or so, if that continued for many hours or if that has a very severe event where it uses up all their

reserves that they have built up, you know, then they don't have anything else to pull from, and that's when that acidosis develops, and it's the acidosis we think is indicative of babies that are at risk for brain damage, to some degree, and/or demise.

Q. Okay. Dr. Pettker also said in his report, "There's no evidence of hypoxia, in this case, contrary to the conclusions of Dr. Mauldin and Dr. Hammers." What's your response to that?

A. Well, I disagree with that, as well, because, clearly, I think, you know, it seems very obvious to me, looking at the strip that has minimal variability for most of the labor course, and, then, after the sentinel event, we had really the majority of the strip was absent variability and with late decelerations, so those, clearly, are signs of hypoxia.

Q. One other thing Dr. Pettker said in his report, "The strips in the hour before delivery didn't indicate any abnormality that would indicate the baby was at risk of death at birth." How do you respond to that?

A. You know, I think that the strips still had minimum variability, you know, it was a sentinel event, we were not expecting this baby to die, but we can know, from looking at all of this labor course, that the baby had lots of instances that, sort of, chipped away at its oxygen reserve, and so I think that just because a few minutes before delivery that the heart rate was not in the 60's, you know, if it was in the

03:54PM normal range, that does not mean that the baby is going to be normal upon delivery or not have evidence of hypoxia.

03:54PM Q. Now, the delivery took place at 1:41 on December 18. Did the timing of this delivery comply with the standard of care?

03:54PM A. No.

03:54PM Q. Is that your opinion to a reasonable degree of medical certainty?

03:54PM A. Yes.

03:54PM Q. Dr. Mauldin, do you have an opinion to a reasonable degree of medical certainty as to what caused Baby Gharbi's death?

03:54PM A. I think it was the cumulative effects of hypoxia and acidosis that resulted in the baby's demise.

03:55PM Q. Is that your opinion to a reasonable degree of medical certainty?

03:55PM A. Yes.

03:55PM Q. Was Baby Gharbi's death preventable?

03:55PM A. Yes.

03:55PM Q. Had he been delivered prior to no later than 9:00, would his death have been prevented?

03:55PM A. I believe so.

03:55PM Q. Is that your opinion to a reasonable degree of medical certainty?

03:55PM A. Yes.

03:55PM Q. And the prolonged minimal variability and late decelerations that followed for the duration, did that then

further compromise the baby with hypoxia and acidosis?

A. Yes, absolutely.

Q. Dr. Mauldin, what's the purpose of testing cord gases after the baby's delivery?

A. We like to use cord gases to tell us what's the metabolic status and the respiratory status, at the time of delivery.

Q. Okay. And would a sampling of arterial blood be important?

A. Right, that's preferred or going to be the most accurate sampling for us to do. We are encouraged, if we can't get it from the umbilical artery, to do it from the umbilical vein, but that result, typically, is higher or in the more normal appearing range than what would be obtained from the umbilical artery.

Q. In this case, only a venous blood cord sample was collected; is that right?

A. Correct.

Q. Can timing of the collection skew cord blood gas results?

A. Yes. So when we do a delivery, we either want to draw the cord gas immediately and send it to the lab then or depending on the situation, the placenta is delivered, an alternative is to make sure it's clamped twice, so that the cord doesn't have any access to air, and we can maintain that metabolic status and that cord sample.

If it's doubly-clamped like that, then, you can draw blood from the umbilical cord up to an hour, and it's felt to be

pretty consistent with the baby's metabolic status. If we don't clamp it after delivery, it can stay that way for about twenty minutes, but then after that, it's no longer deemed adequate or reliable.
Q. Just so I understand, when the cord is clamped, it could be either singly-clamped or doubly-clamped; is that right?
A. Yes.
Q. You're referring to the umbilical cord that's already removed out of the body, so there's no risk of mom bleeding to death; right?
A. No, the umbilical cord is attached to the placenta after it has been delivered, and we want to put two clamps on the umbilical cord, say, six or eight inches apart, so it isolates a segment that we can draw blood from later.
Q. If the cord happened to be singly-clamped, that means the other end of the umbilical cord that was removed, it can be open to air that might impact on the results of the cord gas; correct?
A. Yes.
Q. In this case, Dr. Francis did not document whether she single-clamped or, actually, double-clamped that cord that she removed, did she?
A. That is correct.
Q. Can a single normal venous cord blood gas determine whether or not a baby has suffered from asphyxia, hypoxia or

acidosis?
A. I don't believe so, no.
Q. Why not?
A. Several things. I think what's important for this one is we don't know when the sample was drawn. You know, in the lab -- I mean, in the documentation, it looks like it was not reported for a whole hour after the baby was born, and the test itself, I think, has a fairly quick turn-around, so I think just looking at a single item, you know, we have to look at the whole clinical course and know that the things are not matching.
You know, so we have many more variables that are consistent with the death that occurred because of hypoxia and acidosis rather than this one blood gas value.
Q. Can a normal venous cord value exclude acute intrapartum asphyxia?
A. No.
Q. Can you have normal cord -- venous cord glasses with fetal cardiac arrest and death?
A. Oh, yes, I think, under unusual circumstances, you know, it's rare but very possible that, you know, a baby can go quickly into -- have a cardiac arrest in that very brief period of time between taking the mom off the monitor and getting the baby delivered, which, depending on how fast the procedure goes, could be a minute or it might even take five minutes,

sort of, depending on the situation.
So, you know, if the baby had a cardiac arrest in that period of time, then, very possibly, that blood gas result hasn't had time to equilibrate.
Q. In this case, according to the lab, collection time was noted as 2:41, we know the baby is delivered at 1:41. If, in fact, there was an hour delay between the baby being -- the sample being collected, the venous blood, how did that hour delay affect the results of that venous cord study?
A. To me -- I mean, the problems are that it's a venous sample, so already we are guarded about how accurate it is, but now we have also not had it at the lab until, at least, an hour after delivery, so, again, we have got two factors that would make that result unreliable.
Q. All right. Even if you were to assume that the venous cord blood was collected timely, does that, in any way, change your opinion, regarding the baby dying from hypoxic, asphyxic and acidotic injury and death?
A. No.
Q. Is that your opinion to a reasonable degree of medical certainty?
A. It is.
Q. Did this baby die from hypoxic acidotic injury during protracted labor?
A. I believe so, yes.

Q. The baby's death, it was preventable, was it not?
A. Yes.
Q. When the strip converted to a Category III, Dr. Francis was required by the standard of care to deliver by Caesarean, is that right?
A. Yes.
Q. Did those additional six hours she waited to deliver the baby increase the risk that he would die from asphyxia, hypoxia and acidosis?
A. Yes.
Q. Have you stated all these opinions to a reasonable degree of medical certainty?
A. I have.
Q. There was one record by a neonatologist Dr. Sartina, she documented she was actually called into the Caesarean delivery because of fetal distress with symptoms of variable decelerations.
Is that consistent with findings with hypoxic and acidotic injury and death?
A. Yes.
Q. According to the delivery record, the baby was pale and unresponsive, didn't cry, didn't have any respiratory efforts, pupils were non-responsive and arms and legs were contracted. Were these clinical features consistent with death from asphyxia, hypoxia and acidosis during prolonged labor?

A. Yes.
Q. According to the record, it was noted that the baby's heartbeat was absent, initially, and he was given an APGAR score of zero at one minute. APGAR evaluates certain things about the baby when they're delivered; correct?
A. Correct.
Q. Is APGAR, sort of, an acronym for Appearance, Pulse, Grimace, Activity and Respirations?
A. Yes.
Q. Now, this baby had an APGAR score of zero at one minute. Does that mean that he had zero color, zero pulse, no heart rate, no grimace, no activity and no breathing or respirations upon delivery?
A. Yes.
Q. Is that your opinion to a reasonable degree of medical certainty?
A. Yes.
Q. The records also indicated that, with resuscitative efforts, there was an irregular heartbeat at the fifth minute, about 30 to 40 beats per minute, when they were doing resuscitations, but still no pulse on the femoral arteries, and resuscitation continued for 20 minutes, but the baby had no response.
What's the significance of the baby not having any response to any of that CPR?

04:04PM A. That's just evidence of severe hypoxia and acidosis that couldn't be corrected, so the baby wasn't responding to the CPR that was being administered.
04:04PM Q. Now, autopsy indicated only two things. Possible Hirschsprung's and noted the baby's limb contractures. Hirschsprung's and limb contractures, did the pathologist, when you read the report, indicate a distinction between the contractures that baby Gharbi had with those that can be related to, like, the congenital amyoplasia syndromes?
04:05PM A. Yes, the comment by the pathologist was that there can be a correlation between findings of Hirschsprung's Disease and limb contractures that says this baby's contractures were not as significant as what is typically seen with those syndromes.
04:05PM You know, so -- I mean, we know that the baby can have contractures, just from hypoxia and -- you know, demise like that can cause the contractures.
04:05PM The other thing that bothered me about the pathology report was about ascribing the baby's death all to Hirschsprung's, when the findings on exam were minimal.
04:07PM Q. Dr. Mauldin, was there any diagnosis of a congenital syndrome that was the cause of this baby's death? Was there any indication of any congenital condition causing his death?
04:07PM A. No, there was not.
04:07PM Q. Was the baby's genetic testing results -- what were they?
04:07PM A. They were normal.

04:07PM Q. Was there any recommendation for any further genetic testing after the normal genetic test result?
04:07PM A. No, there was none.
04:07PM Q. Both Imen and Ben Gharbi, were their genetic test results also normal?
04:08PM A. They were.
04:08PM Q. What about evidence of hypoxic injury to the baby, does that happen right away or does that take time to manifest?
04:08PM A. That takes 24 to 48 hours at a minimum to manifest in a baby.
04:08PM Q. One of the experts Dr. Pettker said, "Well, the absence of hypoxic injury on the pathology report indicates that the baby didn't suffer hypoxia or acidemia significant enough to cause organ or tissue damage at birth." What's your response to that?
04:08PM A. I don't think there was enough time for any of that to develop on the baby for a pathologist to see. So I don't think that's an accurate statement.
04:09PM Q. As you said, hypoxic damage and death, on seeing that on pathology, takes 24 to 48 hours, is what your understanding was?
04:09PM A. Yes.
04:09PM Q. Have all your opinions been stated to a reasonable degree of medical certainty?
04:09PM A. Yes.

04:09PM Q. Was Baby Gharbi's death foreseeable during the course of Mrs. Gharbi's labor?
04:09PM A. Was it foreseeable -- could it have been predicted?
04:09PM Q. Yes.
04:09PM A. I think that, you know, they went into delivery with the baby still having a heart rate, but, of course, my interpretation is that, you know, the baby was going to be in very guarded health, because of that. So, you know, not a good outcome, because of missing all the opportunities early on to intervene.
04:10PM Q. Was one of the opportunities the failure to deliver when there was arrest of labor at 7 p.m.?
04:10PM A. Yes.
04:10PM Q. Was the second foreseeable opportunity to deliver when there was the sentinel 14-minute event between 7:30 and 8 p.m.?
04:10PM A. Yes.
04:10PM Q. Dr. Mauldin, would any possible genetic or congenital condition excuse Dr. Francis' substandard labor management?
04:10PM A. I don't believe so. I mean, the labor was still managed abnormally, we still had abnormal findings on the labor curve and on fetal monitoring, so even for a baby that if we knew had a genetic syndrome or afterwards was found to have one, it still doesn't discount the way everything was managed.
04:10PM Q. If a baby had a genetic syndrome, do they still deserve a safe delivery?

A. Absolutely.
Q. Again, have all your opinions been stated to a reasonable degree of medical certainty?
A. Yes.
MS. OLSON: Thank you. That is all that I have.
MS. PARKER: Your Honor, respectfully, may I ask for a two-minute comfort break before I begin my cross exam?
THE COURT: Sure. We will take 10 minutes.
(At this time a recess was taken.)
THE COURT: Are you ready to proceed?
MS. PARKER: Yes, Your Honor. May I be seated?
THE COURT: Of course.

CROSS EXAMINATION

BY MS. PARKER:
Q. Ms. Mauldin, are you ready to proceed?
A. Yes.
Q. Today you're offering your opinion on the standard of care and on the cause of death; correct?
A. Correct.
Q. You stated your opinion a number of times in your reports and in your deposition. I just want to make sure that I have all of them so we're all clear on what your opinions are.
On cause of death, it's your opinion that the baby died from hypoxic acidotic injury that occurred during labor; is that right?

04:23PM A. Yes.
04:23PM Q. And it's your opinion that this baby died of acidosis; right?
04:23PM A. Yes.
04:23PM Q. And it's your opinion that this baby had hypoxic episodes during labor that led to acidosis; right?
04:23PM A. Yes.
04:23PM Q. It's your opinion that the baby died shortly after birth from hypoxic and acidotic injury, due to protracted labor and failure to deliver by C-section; correct?
04:23PM A. Yes.
04:23PM Q. And it's your opinion that acidosis was the sole cause of death; isn't it?
04:24PM A. Yes.
04:24PM Q. All right. Let's talk about the standard of care. The last time you delivered a baby was 2015; right?
04:24PM A. Yes.
04:24PM Q. We have heard about the Pitocin being turned off during the early hours of December 17 and the prior team of Dr. Maenner and Klamerus didn't perform a C-section, did they?
04:24PM A. No.
04:24PM Q. You saw nothing in the records or other materials that you reviewed indicating that the prior team considered or recommended to Dr. Francis that she consider a C-section, did you?

04:24PM A. No.
04:24PM Q. Dr. Francis took over the care at 8 a.m. on December 17th, do you recall that?
04:24PM A. Yes.
04:24PM Q. In your first report, you state that you believe the baby was injured due to diagnosable protracted labor; right?
04:24PM A. I said that there was a diagnosis of protracted labor, you know, so I think the combination of the protracted and then the arrest of labor and the poor tracing is what ultimately caused the baby's demise.
04:25PM Q. I understand that. But I'm just going back to your first report and trying to get it straight. I'll talk about whether it was diagnosed or not in a minute.

In your report, you said the baby was injured due to diagnosable protracted labor, and you also expressed it as protracted/arrested labor in that report; isn't that true?
04:25PM A. Yes.
04:25PM Q. But when I asked you at your deposition, you were not able to tell me when the labor became protracted; isn't that true?
04:25PM A. That part I don't recall, specifically. I thought I answered everything as -- you know, correctly. But I don't recall a specific statement that I didn't know when that happened.
04:26PM Q. Well, you'll agree with me that, at your deposition, you were not able to tell me when the labor became protracted, do

04:26PM you agree with that?
04:26PM A. What I can tell you is that today I know when it was
04:26PM protracted, I don't recall, from my deposition, if I could not
04:26PM tell you a time.
04:26PM Q. So at your deposition, and I can refer you to Page 22, 23,
04:26PM when I asked you, you were not able to tell me when it became
04:26PM protracted, but today you can tell us when it became
04:26PM protracted?
04:26PM A. Yes.
04:26PM Q. What have you looked at, in the meantime, to inform you
04:26PM about that?
04:26PM A. It was just review of the records, in preparation for
04:26PM this, and looking at her labor curve, you know, so that she was
04:27PM 4 centimeters dilated in the middle of the evening, but by 12
04:27PM noon, she was only 6, you know, that's a protracted labor
04:27PM curve.
04:27PM Q. So that's your opinion today; is that right?
04:27PM A. It is. I don't recall us having a specific discussion
04:27PM about whether that diagnosis of protracted labor was accurate
04:27PM or not.
04:27PM Q. Well, let's take a look at your deposition and end the
04:27PM confusion. During your deposition, if we look at Page 28, Line
04:27PM 7 to 14.
04:27PM A. Can you all tell me which packet this is in?
04:27PM Q. Your deposition transcript. Do you have that?

MS. OLSON: I don't think you labeled it as an exhibit.

MS. PARKER: That is correct, I did not, I specifically asked you if these would be available.

MS. OLSON: They are as Plaintiff's. Do you have that deposition?

MS. PARKER: We will wait a moment for your deposition transcript to come up. Do you have that there? Your deposition transcript?

MS. OLSON: I'm sorry, Dr. Mauldin, it was labeled as P. Do you have a copy of your deposition?

MS. PARKER: If you have it in front of you, that's fine with me, that would be great, Dr. Mauldin, if you could just see it, yourself. I don't need to see it. I have it here, we all have it here.

THE WITNESS: It will just take me a minute. You said Page 22?

BY MS. PARKER:

Q. Yes, let's start with that so we get your testimony from the beginning. Page 22, when I asked you, you were not able to tell me when the labor became protracted.

MS. OLSON: What lines?

MS. PARKER: 22, Lines 11 to 23, Line 4.

BY MS. PARKER:

Q. So my question was;

"QUESTION: Now, at what time did Mrs. Gharbi's labor

become diagnosable protracted labor? What time of day?

"ANSWER: Oh, goodness, I remember that I called it an arrest of labor that happened about 7:30 that evening.

"QUESTION: What evening? Sorry --

"ANSWER: The evening --

"QUESTION: -- to interrupt you, but we need to be precise."

You answered;

"ANSWER: On the evening of December 17, 2017, where it was protracted, I don't recall offhand, I think -- knowing just about her labor curve, I think it -- I don't recall offhand, and I'm not sure if I specified that in any of my reports where, exactly, it became protracted. I thought it was definitely arrested at 7 p.m."

Did I read that correctly?

A. You did.

Q. Later in your deposition, you told me that the protracted labor was diagnosable between 3 and 5 p.m. on December 17; didn't you? If you need to refresh --

A. I must have.

Q. If you need to refresh, take a look at Page 28, Line 7 to 14.

"QUESTION: Let's stick with the protracted labor. When was it diagnosable?

"ANSWER: It was diagnosable between the time of the 3:00

04:31PM exam and the 5:00 exam, 5 p.m."
04:31PM Did I read that correctly?
04:31PM A. You did.
04:31PM Q. You told me it was not diagnosable before that; correct?
04:31PM A. Yes.
04:31PM Q. Now, just to be clear, latent labor is early when the
04:31PM cervix is not dilating one centimeter per hour and active labor
04:32PM is when the cervix dilates one centimeter per hour; is that
04:32PM correct?
04:32PM A. That is correct.
04:32PM Q. Okay.
04:32PM A. Latent labor can vary between 12 and 20 hours.
04:32PM Q. But, then, during your deposition, you even told me that
04:32PM focusing on, quote, protracted, is, quote, not helpful in your
04:32PM mind. Do you remember saying that?
04:32PM MS. OLSON: Is there a page reference?
04:32PM MS. PARKER: Yes, Ms. Olson. Excuse me, Your Honor, if I
04:32PM could just carry on my cross exam, I will always refer to a
04:32PM page if the witness needs it.
04:32PM THE COURT: She's correct. That's the appropriate approach.
04:32PM MS. OLSON: That's fine.
04:32PM BY MS. PARKER:
04:32PM Q. Do you recall telling me at your deposition that focusing
04:32PM on, quote, protracted, is not helpful in your mind?
04:32PM A. I don't recall that, specifically.

Q. All right. Well, let's take a look at Page 29, Line 15, to Page 30, Line 3, just to verify that we have that called to mind.

I asked you a long question, I'll pick it up on Page 29 at Line 21, your answer was;

"ANSWER: I think, going forward, I really have focused on the fact that I think it was clearly an arrest of labor at 7, 7 p.m., and that the baby should have been delivered then. That is a more definitive diagnosis, an action item.

"At that point in protracted, that doesn't really -- protracted and focusing on that is not helpful in my mind."

Did I read that right?

A. Yes.

Q. All right, so setting aside protracted labor, in your opinion, the first time anyone caring for Mrs. Gharbi fell below the standard of care was at 8 p.m. on December 17th, correct?

A. No, the first time was 7 p.m. with the arrest of labor.

Q. All right. Well, again, at your deposition, you said what I just referred to at Page 35. Do you recall that? Telling me that the first time that anyone fell below the standard of care was at 8 p.m.?

A. I am sure that if it is there in my deposition, then, that must be.

Q. It is in your deposition. Let's take a look at Page 35, Line 16 to 24.

"QUESTION: All right, well, then, when was the first time that you think the care by anybody fell below the standard?

"ANSWER: As I said in my report, I think the baby should have been delivered by 8 p.m., and that was based on a diagnosis of an arrest of labor."

So 8 p.m. on December 17th is twelve hours after Dr. Francis took over Mrs. Gharbi's care, do you recall that?

A. Yes.

Q. In your opinion, at 8 p.m. on December 17, there was an arrest of labor, and it fell below the standard of care not to deliver the baby at that time; isn't that correct?

A. I'm sorry, I lost what you were saying.

Q. It's your opinion that at 8 p.m. on December 17, there was an arrest of labor, and it fell below the standard of care not to deliver the baby; correct?

A. So I want to clarify, because I feel like the words are being not what I want to emphasize here, that, yes, it says that in my deposition, but I clearly state in my reports -- and I apologize that it didn't come across that way in the deposition -- that I think at 7 p.m. we had an arrest of labor, and, then, between 7:30 and 8, we had prolonged deceleration.

I think, quite clearly, on Page 35 where I said in the deposition that it should have been delivered by 8, based on a

04:36PM diagnosis of arrest of labor, that that is incorrect, because we have, obviously, just had a prolonged deceleration, so my apologies for not correcting that or catching that, but that is my testimony today is what I have outlined, I think, clearly, in all of my letters about what I think happened, during the course of this labor.

04:36PM Q. Understood. Indeed, during your deposition, you also opined that the labor was arrested at 7 p.m. You did that on Page 29. So it's your opinion that there was an arrest of labor at 7 p.m., also, on December 17th, and a C-section should have been called; isn't that correct?

04:36PM A. That is correct, that's what the diagnosis of that disorder happened.

04:36PM Q. It doesn't make a difference to your opinion that Mrs. Gharbi did become fully dilated and was able to push for two hours later on that night, does it?

04:37PM A. No, it doesn't change my opinion, because I feel like the strip was abnormal, and, yes, she eventually progressed, and I think there is a small percentage of people who will progress after that diagnosis of arrested labor, but that doesn't mean it should happen or we should allow all patients that opportunity .

04:37PM The strip was abnormal, and I think that that was what was wrong going forward.

04:37PM Q. You agree that you do not know what the outcome would have

been, if the baby had been delivered at 8 p.m. that night; correct?

A. No, I think if the baby had been delivered at 8 p.m., more likely than not, the baby would have been born and survived immediately after birth, presumably, longer.

Q. But, nevertheless, you are 100 percent confident that the baby would have survived, if delivered at 8 p.m., isn't that what you told me in your deposition?

A. I must have said that. 100 percent is an awful big estimate, but I think, more likely than not and based on my medical certainty, the baby would have been born alive if we had delivered at 8 p.m.

Q. Understood. But let's look at Page 62 because that was a big estimation. Page 62, Line 8, I asked you;

"QUESTION: How confident are you that the baby would have survived if the C-section had been done at 8 p.m. on December 17th?

"ANSWER: 100 percent."

Did I read that correctly?

A. Yes.

Q. Your level of confidence, you told me, is based on your 20 years of practice; correct?

A. It is.

Q. But you also told me, and you testified to it, that you have no opinion of what the baby's condition would have been,

if he had been delivered at 8 p.m., right?
A. Yes, that I have no opinion -- I think the baby would have been born at a point where it could have been better resuscitated and, hopefully, had no long-term impact.
Q. Well, that's a little different than what you testified to, so let's clear that up. Page 62, Line 12, I asked you;
"QUESTION: Do you have any opinion about what his condition could have been at delivery?
"ANSWER: No."
Did I read that correctly?
A. You did.
Q. Now, Dr. Francis testified that had she known that the Pitocin had been turned off the night before she assumed care of Mrs. Gharbi, she would have considered a C-section at that time, when she took over care at 8 a.m. You recall that; right?
A. Yes.
Q. You believe that that would have been one way that a physician could approach it, but that was not the right reflex response in this case. Isn't that what you believe?
A. Yes.
Q. In your opinion, it's okay to watch, going forward, to see how the labor course changes or progresses; right?
A. Yes.
Q. So Dr. Francis did not fall out of the standard of care by not performing a C-section before 7 p.m. on December 17;

04:40PM correct?

04:40PM A. Correct.

04:40PM Q. You told me an arrested labor means the mother is having contractions, but the cervix is not changing one centimeter per hour; right?

04:40PM A. Yes.

04:40PM Q. You also told me that the more recent view is to wait about four hours before making the diagnosis of arrested labor; right?

04:41PM A. Yes.

04:41PM Q. At your deposition, you testified;

"We give babies several trials of trying to get through vaginal delivery, before we decide that it needs to be done by C-section."

Isn't that what you said?

04:41PM A. Yes.

04:41PM Q. As to the standard of care, in your opinion, it falls outside the standard of care for an Attending to rely on Residents to report information to the Attending. That's your opinion; right?

04:41PM A. Yes.

04:41PM Q. But you have no way of knowing if Dr. Francis was not generally aware of what the status was with Mrs. Gharbi, do you?

04:41PM A. No.

Q. But you did tell me that you assumed she was aware, even when there's no note in the chart, didn't you tell me that?
A. I don't recall that.
Q. Let's look. Page 103, Line 8.
"QUESTION: Is it possible that she could have been notified", she being Dr. Francis, "that she could have been notified and aware, even without a note in the chart?
"ANSWER: I assume so, but, I mean, we don't know."
Did I read that correctly?
A. You did.
Q. Now, the performance of the nursing staff would be a component of an evaluation of Dr. Francis' care, including whether they contacted the Attending, who did they speak to, if they were concerned about the fetal monitoring strip. Isn't that true?
A. Yes.
Q. But you didn't focus on the nursing staff or other staff in this case, did you?
A. No.
Q. You've had training on how to read fetal heart tracings; correct?
A. Correct.
Q. You've had experience reading and interpreting fetal heart tracings; correct?
A. Yes.

04:42PM Q. And you are certified by the National Certification Corporation in Fetal Monitoring; correct?
04:43PM A. Yes.
04:43PM Q. And you have been since 2012; right?
04:43PM A. Yes.
04:43PM Q. Fetal heart tracings are indicators that professionals interpret to give some indication of the status of the fetus at that moment. Isn't that true?
04:43PM A. Yes.
04:43PM Q. You agree there are sometimes differences in interpretations of tracings, don't you?
04:43PM A. There can be, but I don't think that there should be differences when it's over -- you know, as the situation becomes worse.
04:43PM Q. Well, you didn't offer that to me in your deposition when I asked you that question. Do you recall not offering that to me then?
04:43PM A. I don't recall that.
04:43PM Q. All right, let's look at Page 69, starting at Line 7.
04:43PM "QUESTION: So fetal heart rate tracings, I mean, I -- they are indicators that professionals like yourself have to interpret; correct?
04:44PM "ANSWER: Yes.
04:44PM "QUESTION: Okay. And there are sometimes differences in interpretations of fetal heart tracings?

"ANSWER: Yes."
Did I read that correctly?
A. You did.
Q. Now, hypoxic, that means low oxygen content or without oxygen for some period of time in utero, doesn't it?
A. Yes.
Q. Hypoxia has to endure for some period of time to actually cause a change or injury to the fetus, doesn't it?
A. Yes.
Q. A baby born hypoxic is not necessarily harmed; isn't that true?
A. Correct.
Q. It's a healthy baby, it's just hypoxic; right?
A. Yes.
Q. Long-term hypoxia would begin to make the fetus acidotic, and it's the acidosis that is the risk for causing long-term harm; right?
A. Yes.
Q. Acidosis is when hypoxia has persisted for a period of time or is changing the fetus' metabolic status so it's becoming more acidotic; right?
A. Yes.
Q. But when interpreting fetal heart tracings during the labor process, you look to see if the fetus recovers from any hypoxic episodes and fetal heart rate becomes reassuring, even

04:45PM when you see minimal variability in late decelerations; isn't that right?
04:45PM A. Well, minimal variability -- excuse me?
04:45PM Q. Let me just repeat my question so we're clear. When interpreting fetal heart tracings during the labor process, you look to see if the fetus recovers from any hypoxic episodes and the fetal heart rate becomes reassuring, even when you see minimal variability and late decelerations; isn't that correct?
04:46PM A. Well, minimal variability and late decelerations are indicative of hypoxia.
04:46PM Q. My question is, if you see that, you wait to see if the fetus recovers from the hypoxic episode, don't you?
04:46PM A. You know, if you had the opportunity to wait, and if you see that -- I feel like you're trying to catch me in something, you know, that I don't intend to be saying. Some babies will recover after a hypoxic episode, but, then, there are others that won't, you know. And I think I made it clear today and I thought I made it clear through the deposition that the baby's status was guarded throughout the entire labor course.
04:47PM Q. Well, let's look back at -- I just want to make sure I'm getting your testimony correctly. Let's look back at your deposition, Page 34, we're discussing the prior team, before Dr. Francis came on duty.
04:47PM You testified;
04:47PM "I think, when she", Mrs. Gharbi, "was first admitted, she

was admitted with a plan to induce labor, to start her labor, and the actions by the overnight team were appropriate. They had waited for the baby's status to become reassuring. They stopped the medication when it did not become reassuring. They decided to watch the baby overnight rather than continue to increase the medication, and those felt like appropriate decisions to me at that time."

Did I read that correctly?

A. Yes, but that was talking about that point in time, that refers to that point in time. My concern is that you're trying to apply that to another point in time.

Q. That was not my question, Dr. Mauldin.

A. Okay.

Q. Now, there's no objective measure of low oxygen or acidosis in utero, is there?

A. No.

Q. The objective measure of whether there is acidosis is at the time of delivery, is the cord gas, look at that, tell us what the pH value of the baby's blood is. Isn't that correct?

A. Yes.

Q. You told me at your deposition, "Acidosis is a pH value that is below the normal 7.4 or 7.2 or 7.1". Right?

A. Yes.

Q. Fetal heart tracings do not tell you what the fetus' pH value is, do they?

04:48PM A. No.

04:48PM Q. It's true that you have no way of knowing when this fetus' pH value fell below 7.4 by looking at fetal heart tracings; correct?

04:49PM A. We don't know exactly, but we know from the years of practicing OB that there is a change, you know, and I think that's -- I mean, if there wasn't any use for the fetal monitoring, then, we wouldn't be using it on every patient as we do.

04:49PM Q. Well, I want to make sure, again, we're straight, and we're clear on what you testified. And if it's different today, I certainly want to know.

04:49PM At your deposition, you testified that;

04:49PM "It's true that you have no way of knowing when this fetus' pH value fell below 7.4, just by looking at the fetal heart tracings."

04:49PM Didn't you testify to that?

04:49PM A. Yes.

04:49PM Q. In fact, you testified that you can only give us your best guesstimate; isn't that true? And that's the word you used, guesstimate?

04:49PM A. Yes. It's an educated guess.

04:50PM Q. You interpreted the tracings in this case as the majority of the labor had a Category II tracing. Didn't you tell me that at your deposition?

04:50PM A. Yes.
04:50PM Q. In fact, in your November 22, 2020 report, you described the tracings as unrelenting Category II fetal monitoring. Right?
04:50PM A. Yes.
04:50PM Q. For December 17, you interpret the tracings as Category II throughout the day; correct?
04:50PM A. Yes.
04:50PM Q. And in your November 22, 2020 report, you describe the tracings from, approximately, 8 p.m. in the evening forward, on the night of December 17, as the continued Category II tracing, didn't you?
04:50PM A. Yes.
04:50PM Q. If you need to refresh, it's on your report, Page 3, Item 10.
04:50PM A. Yes.
04:50PM Q. In your opinion, the general concept for this whole labor, from admittance to the hospital to delivery, in your view, was that there was minimal variability and there were recurrent late decelerations the entire labor. That's your opinion; correct?
04:51PM A. Yes.
04:51PM Q. And it's your view that this fetus had minimal variability with periods of late decelerations throughout the labor process; correct?

04:51PM A. Yes.

04:51PM Q. You did not interpret the tracings in this case until today as Category III; correct?

04:51PM A. I did not give it that terminology, prior to today, but I did, very clearly, explain in my reports that that was a prolonged deceleration, and, then, by default, that is a Category III tracing.

04:51PM Q. All right, we will get into that detail and I will certainly ask you more about that.

04:52PM But it's true that you did not state, in any one of your four reports or in your deposition, that the tracings were ever Category III; isn't that true?

04:52PM A. That is.

04:52PM Q. All right. Now, with respect to when the baby is in utero, you would look to fetal heart rate monitoring for low variability and late decelerations, and that would be concerning; right?

04:52PM A. Yes.

04:52PM Q. When you see minimal variability and intermittent late decelerations, those are what you call decision points; right?

04:52PM A. Yes.

04:52PM Q. Now, before 8 a.m. on December 17th, 8 a.m., when Dr. Francis took over, there were minimal variability and late decelerations, but you don't believe those doctors or staff on duty before 8 a.m. fell below the standard of care because they

04:52PM made a decision to continue to watch the fetal monitoring for something reassuring that was not below the standard of care, was it?
04:53PM A. No, not at that point in time, it was not.
04:53PM Q. In fact, the folks who were managing the labor overnight, December 16 into December 17, did not fall below the standard of care, in your view, even though there was periods of minimal variability and late decelerations, and they did not perform a C-section; isn't that right?
04:53PM A. It is right, but they were under different scenarios.
04:53PM Q. Well, it's your view that if you've seen minimal variability and late decelerations, you have to evaluate what the situation was, at the time; right?
04:53PM A. Yes.
04:53PM Q. And before 8 p.m. on December 17, it's your opinion -- that's the night of December 17th -- it's your opinion there was something about the strips that made it reasonable to allow labor to continue; correct?
04:54PM A. I think it was reasonable until that prolonged deceleration started occurring. So I think that with it starting at about 7:24, that they should have been moving towards delivery at 10 minutes after that, at 7:35 or 7:34, and that the baby should have been delivered by 8 p.m.
04:54PM Q. I understand that's what you're saying today, but, again, I just want to clarify what you told me in your deposition,

Page 100, Line 6;

"QUESTION: And it's your opinion that before 8 p.m. on December 17th, there was something about the strips that made it reasonable to allow labor to continue, is that right?

"ANSWER: Yes."

Did I read that correctly?

A. You did.

Q. When you evaluate -- you as a professional -- when a professional evaluates the fetal heart rate tracings, you need to look at the tracings for over a period of thirty minutes to an hour; isn't that right?

A. Yes.

Q. And if you see minimal variability, late decelerations, ask yourself, What do we need to do to change so that the variability might improve and the late decelerations resolve? Isn't that correct?

A. Yes.

Q. "Because not every time there is a single late deceleration, but if you see late decelerations for thirty minutes, you need to ask yourself, What is going on?"

Isn't that what you told me in your deposition?

A. Yes.

Q. Because the fetus can recover from late decelerations; isn't that right?

A. Sometimes they can.

04:55PM Q. Now, you prepared four reports in this case; correct?
04:55PM A. Yes.
04:55PM Q. And the first one was dated December 14th, 2018; correct?
04:55PM A. Yes.
04:55PM Q. And in that report, you listed the materials that you had reviewed, including the prenatal records, the hospital records for Mrs. Gharbi, and hospital records for the baby; correct?
04:56PM A. Yes.
04:56PM Q. And at the time you wrote that report, you had not reviewed the autopsy report or the death certificate, isn't that right? You didn't list them in your report?
04:56PM A. Yes.
04:56PM Q. Okay. And your conclusion in that first report is that the baby died from hypoxia/acidosis. Isn't that your conclusion in that first report?
04:56PM A. Yes.
04:56PM Q. You also stated that your opinion is that the baby died from hypoxic and acidotic injury, didn't you?
04:56PM A. Yes.
04:56PM Q. In your opinion, the baby was injured by hypoxia is based upon the fetal heart tracings; right?
04:56PM A. Yes.
04:56PM Q. You wrote a second report, and that one is dated January 7, 2020; correct?
04:56PM A. Yes.

04:56PM Q. And for this report, you had reviewed the fetal heart tracings and the death certificate and the autopsy; right?
04:57PM A. Yes.
04:57PM Q. And your opinion in the second report is exactly the same. You even used the same words. "The baby died from hypoxic and acidotic injury."
04:57PM In this second report, you additionally state that you believe the baby died as a result of hypoxic injury during labor. Isn't that correct?
04:57PM A. Yes.
04:57PM Q. All right. Let's start with your first report from December 2018. It might help to put up the demonstrative that we had so kindly displayed to us on the screen that we looked at with you on your direct examination, starting with 1924. I think it was Page 204, J-3.204. Do you remember that?
04:57PM A. Yes.
04:57PM MS. PARKER: Do you have that, Ms. Olson, for us? Can you put up your exhibit that was my demonstrative that you used in your direct, please? As we were remote, I was hoping that you could display it on your screen. I'm happy to use the demonstrative.
04:58PM MS. OLSON: Which one did you want? We can put it up on the computer.
04:58PM THE COURT: There's entirely too much byplay between counsel.

MS. PARKER: I'm happy to use the demonstrative, Your Honor.

THE COURT: Go ahead. If you want to use the one she used, you may do so.

MS. OLSON: It's up on the screen now.

MS. PARKER: Great, I just want to make sure that the Doctor can see it.

BY MS. PARKER:

Q. So Dr. Mauldin, your first report from December 2018, in that first report, you identified a deceleration from 1924 to 1927. What I'm talking about is 7:24 to 7:27 p.m. on the night of December 17th. Is that correct?

A. Yes.

Q. All right. And, then, you identified a period from 1929, which would be 7:29 p.m., that you say the heart rate was intermittent -- intermittent is the word that you used in your report -- intermittent for 12 minutes; correct?

A. Yes.

Q. By the word, intermittent, you mean, there was not enough heartbeat tracing to determine a baseline; isn't that right?

A. Yes.

Q. You testified in your deposition and explained it and said, "The reason for that is probably a mechanical function." Didn't you tell me that?

A. That comment, I thought, was referring to what happened

after 8:00.

Q. All right, well, let's go back, because this is important. We will look at this exhibit together and figure out what it is you are seeing on these strips.

So Page 49 of your deposition is where we are discussing this, Line 12, I asked you -- let me start with the prior question on Line 8. My question is;

"QUESTION: What did you mean by, intermittent, in that report?"

You answered;

"ANSWER: That the -- there was not enough heartbeat tracing to determine a baseline."

Then I asked you;

"QUESTION: Is that a mechanical function, the fact that the monitor couldn't pick it up, or are you saying that the baby had no heart rate or what? Can you be more precise?

"ANSWER: It is probably a mechanical function that, for whatever reason, we're not picking up the heart rate. Is the heart rate down too low? Has the baby moved positions? But certainly it's concerning, because the minutes before the loss of continuous heart rate tracing, the baby was showing evidence of distress."

Did I read that correctly?

A. Yes.

Q. Okay. So for the period on the evening of December 17,

from 7:29 p.m., for 12 minutes, we just don't know, because the monitor was not able to capture the baby's heart rate; isn't that true?
A. That is a true statement that we did not know. I feel like it's being twisted because that is -- I mean, the heart rate looks like it was going down during that period, prior to being lost, and I think to assume something otherwise is just malpractice.
Q. Well, I'll get to that, but, again, it's very important to the United States that we get this clear.
If we look at Page 50 of your deposition, Line 1, I asked you;
"QUESTION: And then, from 1929 on, for 12 minutes, we just don't know, because the monitor was not able to capture after it, like a baby's heart rate; is that correct?"
And you answered;
"ANSWER: We don't know, correct."
Did I read that right?
A. That is a true statement.
Q. Now, you also told me there's a period, where you talked about earlier today, that very low line in the 60's, I think. Do you remember discussing that, earlier, with Ms. Olson?
A. Yes.
Q. And today you mentioned you thought that was the mother's heartbeat -- no, that was the baby's heartbeat, excuse me. But

isn't it true that, at your deposition, you thought it was probably the mother's heartbeat. Isn't that what you told me when you were deposed?

A. Oh my goodness, I honestly do not know.

Q. All right, let's look at Page 52, Line 11. You're talking -- there's several paragraphs of your testimony continuously, so I'll just pick it up with Exhibit J-2.206, which is the page that you were discussing earlier that I want to focus your attention on right now.

A. I closed mine by accident when we were flipping through screens. I've got to get back to it.

Q. Okay, let us know when you're ready.

A. Okay, what page?

Q. This is on Page 206 of J-2.206. So it's the fetal heart rate that shows that line that very faint line that's in the 60's.

A. Okay, I thought we were looking at my deposition.

Q. Well, we were doing that, too, but.

A. All right. So what is the question?

Q. All right, I just want to clear up, earlier today, you indicated that this line in the 60's was -- I thought I heard you say you thought it was the baby's heart rate, and I was a little confused, and I want to clear it up, because, in your deposition, you told me that that line on page -- you testified on Page 206;

"There's some sort of tracing at, in the middle of the page, a heartbeat in the -- around 60. Admittedly, we don't know whether that is mother or baby, but given the scenario, it's concerning."

Did I read your deposition correctly?

A. Yes, that is correct.

Q. Okay. So in your second report dated January 7, you repeat this interpretation of the fetal heart tracings that there was a deceleration from 1924 to 1927, and the tracing was, as you put it, intermittent, when there was probably a malfunction, correct, and the monitor wasn't capturing the fetus' heart rate. Correct?

A. Yes.

Q. But, then, you wrote a third report, and in your third report, which is dated November 22, 2020, you identified a deceleration that started at 1924 and lasted for 14 minutes. Right?

A. Yes.

Q. And when I asked you about that change that you made, you told me that you did not see it as a change of mind, but that the two versions in the reports are really saying the same thing; correct?

A. Yes.

Q. You said;

"What the two reports are saying is that there was a

deceleration that started at 1924, and we never saw a return of the fetal heart rate tracing to baseline for another 12 to 14 minutes." Correct?

A. Yes.

Q. But, then, when you look again at the tracings, during your deposition, you told me that;

"The first deceleration started at 1924 and then the heart rate returned to baseline for 40 or 50 seconds." Correct?

A. I did.

Q. And you believe that, as you said;

"Technically, they are probably two decelerations, but realistically and physiologically, it's probably just one long deceleration."

Do you remember telling me that?

A. Yes.

Q. But you don't have a reference or a specific treatise or textbook for that interpretation; right?

A. No.

Q. At your deposition, though, you told me that the tracing looks, as you put it, "suspicious for deceleration, and then a loss of tracing during that time". Right?

A. Yes.

Q. So for that period, when the monitor is not picking up what the baby's heart rate is, and so we don't know, in your words, and I think earlier you said it, in your words, you

think that, "by default, we have to assume the baby was likely in distress".

Isn't that the way you put it?

A. Yes.

Q. Now, you call this period from about 7:30 p.m., you call that period a prolonged deceleration. You call it that; correct?

A. Yes.

Q. As we have just discussed, though, for most of that time, the monitor wasn't recording the baby's heart rate, so we don't know what the heart rate really was; isn't that right?

A. That is true.

Q. But you told us you are assuming, by default, that there was a problem. Isn't that what you told us?

A. I think that serves the patient in the best interest to assume, because we saw what happened before we lost the tracing, we have to assume the worst, and we also can see when the tracing is returning, that it's returning from the 60's and 70's, and I think it took five or more minutes for it to turn back up to the baseline.

Q. Understood. But the prolonged deceleration that you have testified about includes 12 to 14 minutes where the monitor was not capturing the baby, and we do not know what the heart rate was, doesn't it?

A. That is correct.

05:08PM Q. Now, as for hypoxic injury, you opine that it is the event at 7:24 that lasted for 15 minutes, approximately --
05:08PM A. Yes.
05:08PM Q. -- that caused hypoxic injury; correct?
05:08PM A. Yes.
05:08PM Q. And to you, and we have heard you talk about it earlier today, this is what you call the sentinel event, and you call it the prolonged deceleration or bradycardia that happened around 7:30 p.m. Right?
05:08PM A. Yes.
05:08PM Q. And the injury that you assume from this time period is what you believe, ultimately, results in the baby's demise six to seven hours later; right?
05:09PM A. Yes.
05:09PM Q. Again, that time period includes return to baseline for 40 or 50 seconds that you told us about, and it also includes the 12 minutes of lost tracing; right?
05:09PM A. Yes.
05:09PM Q. So the sentinel event includes 12 minutes where your opinion is based on a default assumption that the baby was likely in distress; right?
05:09PM A. Yes.
05:09PM Q. The baby didn't die, at that point, did he?
05:09PM A. No.
05:09PM Q. The baby died shortly after birth; right?

A. Correct.
Q. And we know that, and you agree, because the baby had a heartbeat at delivery; isn't that true?
A. Yes.
Q. Excuse me?
A. Yes.
Q. In fact, you, yourself, don't have a specific time for when the baby died; correct?
A. No, it would be sometime during their resuscitation.
Q. Well, you told me at your deposition that you agree with the neonatologist or pediatric team, as to the time when the baby died; didn't you?
A. True, yes.
Q. So looking at fetal heart tracings, after the time period we just talked about, you also saw on the tracings that, at 7:50 to 8 p.m., we have what you called somewhat of a normal heart rate range. Didn't you tell me that?
A. What time period?
Q. 7:50 to 8 p.m.
A. I must have said that. I think that was when the baseline was returning back towards the normal area, yes, it was back up within a normal range.
Q. And then, after that, after that 7:50 to 8 p.m., we have another period of interference in the monitoring; right?
A. Yes.

Q. But the monitoring was sufficient to you to say that there was a fetal heart rate baseline; correct?
A. Yes.
Q. And you assumed, at this period that includes the 12 minutes of lost tracing, resulted in the baby's demise, even though the baby did not die at that time, the fetal heart rate returned to baseline, as you just described, and the fetus tolerated labor for another five hours; right?
A. I don't believe I said the baby tolerated labor, but the baby did not die at that time. I think the baby showed evidence of distress in those hours after 8:00.
Q. Well, we discussed your opinion that it's appropriate to ask yourself questions about what's really going on, when you see concerning heart rate tracings, right, because fetuses can recover from late decelerations. You just told us that; right?
A. Yes.
Q. That's what happened here, we did see a normal heart rate range, as you just told us, and a return to baseline, after this period that you called the sentinel event; right?
A. I did, and I also explained in my testimony about why I would also be concerned about late decelerations and showed their development in a few hours after that deceleration.
When we take that in the composite picture, combined with the arrest of labor and just the way her strip had looked the entire time, I think we need to have a high index of suspicion

05:12PM and to go for delivery.
05:12PM Q. All right, and just to be clear, the signs that you rely on that death was caused by hypoxia and/or acidosis are the fetal heart tracing patterns that you have told us about and nothing else; correct?
05:13PM A. Yes.
05:13PM Q. So you're relying on the fetal heart tracings for hypoxia and acidosis in utero that caused death, it's true that you believe the baby was hypoxic in utero, and the injury resulting was his demise. Do I have that right?
05:13PM A. Yes.
05:13PM Q. But we have also discussed that a baby born hypoxic is not necessarily harmed; right?
05:13PM A. Yes.
05:13PM Q. Because babies can be born with hypoxic injury and acidosis and survive; true?
05:13PM A. Yes.
05:13PM Q. In fact, even if you see minimal variability and light decelerations on tracings, you still cannot be 100 percent sure that the baby has acidosis, can you?
05:13PM A. That is true.
05:13PM Q. In fact, there are no fetal heart tracing characteristics from which you can definitively diagnose fetal acidemia, right?
05:14PM A. Correct.
05:14PM Q. The best you can do is to see things that give you, as you

05:14PM just said, a high index of suspicion; right?
05:14PM A. Yes.
05:14PM Q. But when I asked you at your deposition, you couldn't quantify a high index of suspicion; right?
05:14PM A. Okay.
05:14PM Q. Is that a yes?
05:14PM A. Yes.
05:14PM Q. And you told me that the prolonged deceleration that includes the 12 minutes when the monitor was not functioning on the baby, was, as you said, "very suggestive of inadequate oxygenation".
05:14PM Do you remember telling me that?
05:14PM A. Yes.
05:14PM Q. But you also could not quantify, very suggestive, either, could you?
05:14PM A. No.
05:15PM Q. You interpret tracings that show minimal variability and late decelerations as indicating hypoxia and acidemia, don't you?
05:15PM A. Yes.
05:15PM Q. Both hypoxia and acidemia, right, occurring at the same time, right?
05:15PM A. You know, it definitely is reflective of some hypoxia, and the question of whether there's acidemia depends on the clinical scenario and how long that has been occurring.

Q. Well, I'll just ask you, again, I want to clarify.
During your deposition, I asked you;
"Minimal variability and late decelerations. What does that indicate to you?"
Your answer:
"ANSWER: Hypoxia and acidemia."
My question;
"QUESTION: Both of them?"
Your answer;
"ANSWER: Yes."
I asked you;
"QUESTION: Are they switching off or are they both present at the same time?
"ANSWER: They're both present at the same time."
Did I read that right?
A. You did.
Q. So according to you, the fetus was experiencing both hypoxia and acidemia the entire induction and labor. Isn't that what you're saying? And, yet, there was no breach of the standard of care until 8 p.m. -- or excuse me -- 7 p.m. on December 17th. Isn't that what you're telling us?
A. You know, I understand the way that is being interpreted, and I thought I had done a good job expressing what I feel happened and how I am interpreting the strips and how to interpret things, you know, I think that you can have periods,

05:16PM you know, but by the time this baby -- by the time we get to the 8:00 hour, and we have been having this all day, and we had the prolonged deceleration, that, I think, the baby was acidotic at that time.

05:17PM I can't nitpick about -- or I'm going to have to say that was a misstatement from the deposition to say that every time there was a late decel that there was, also, acidosis, in addition to the hypoxia. You know, I thought I was explaining things well and correctly, and in my mind, I agree with how I've interpreted this case. That's going to be my deposition for today.

05:17PM Q. All right, let's just talk about acidosis for a second. I think, earlier, we agreed that it's your opinion that acidosis is defined as a pH value below the normal range of 7.4 or 7.2 or 7.1; right?

05:18PM A. Yes.

05:18PM Q. And we discussed that you have no way of knowing when this baby's pH fell below 7.4 in utero; right?

05:18PM A. Right.

05:18PM Q. And you told me, at your deposition, that you don't know what system in this baby's body was affected by acidosis, do you?

05:18PM A. I said that in my deposition? I don't recall saying that.

05:18PM Q. Do you want to take a look?

05:18PM A. Sure.

Q. Page 126, Line 6.

"QUESTION: Do we know which systems in this baby's body was affected by the acidosis?

"ANSWER: No."

And then my next question;

"QUESTION: Is there a way that you're aware of that we could figure it out?

"ANSWER: No."

Did I read that correctly?

A. Yes.

Q. All right, let's talk about the cord blood sample test results.

You find them unreliable, in this case, because you believe too much time had passed before the blood was drawn from the cord. Is that correct?

A. Yes.

Q. And you told me that you don't know whether pH values or test results, the lab results, go up or down with the passage of time; correct?

A. Correct.

Q. So let's take a look at Exhibit J-2.138, which is the lab results page. Do you have that, Dr. Mauldin?

A. I need to find it. Just a minute.

Q. Take your time.

A. Yes.

Q. All right, so if we take a look at this page, we see the lab results looking, specifically, at the pH value shown there of 7.353. That value for blood collected from a double-clamped sample of cord, within one minute after delivery, would be a normal pH value for a neonate. Isn't that correct?
A. Yes.
Q. Now, on this page, if we can focus you on the word, collected, which is sort of in the middle to the right, you don't know what the term, collected, means, with respect to this specific lab, do you?
A. No.
Q. And you saw the notation on this page, "Lab results in at 2:41", and you saw the note, "Resulted at 2:45". Do you see those notations?
A. Actually, I don't see them right now, but that sounds accurate to the way I recall my review.
Q. Right, if you look at the bunch of lines, kind of, to the left-hand side, I think you'll see, "Lab results in on 12/18/2017". Do you see that?
A. Yes, I see that.
Q. So I'm just asking you about this, because you find these results unreliable, but you didn't consider the draw time noted on these lab results, the draw time for drawing the cord blood, did you?
A. No, I don't know that it was documented.

Q. Well, if you look under the Comments section, if you look towards the lower left, you'll see the values, and then if you kind of look across, there's a Comments line, and you see the notation, small d, small t, 1:41. Do you see that?
A. Yes.
Q. You didn't consider that that meant draw time 1:41, did you?
A. I think I assumed it was delivery time.
Q. Fair enough. You told me at your deposition that your opinion that these results are unreliable, because of the passage of time, comes from your reliance on Dr. Francis' deposition testimony regarding these lab results.
In your November 20, 2022 report, you say;
"The cord gas results are invalid and unreliable because they were collected one hour after delivery", and you learned that from reading Dr. Francis' deposition. Do you recall that?
A. Yes.
Q. All right. Let's look carefully at what Dr. Francis actually said about that this you read. I don't know if you have Dr. Francis' transcript in front of you, do you?
A. If you can tell me what number it is.
Q. We're going to try to call it up for you, Dr. Mauldin, it's just a couple of lines.
Her transcript, at Page 202, Line 8. So in her deposition transcript, Dr. Francis testified -- Ms. Olson's question was;

05:24PM "QUESTION: And according to the hospital record, cord blood gases collected at 2:41, correct?"

05:24PM Dr. Francis answered;

05:24PM "ANSWER: If that's the time that they documented it, yes."

05:24PM Ms. Olson asked:

05:24PM "QUESTION: According to the hospital, the results were available on December 18th at 2:45; correct?"

05:24PM Dr. Francis answered:

05:24PM "ANSWER: If that's what's documented, yes."

05:24PM Now, my question to you, Dr. Mauldin is, Dr. Francis isn't offering any information about draw time, other than what is in the hospital record, is she?

05:24PM A. Does not appear to be.

05:24PM Q. So you relied on the selective questions that Ms. Olson asked Dr. Francis; isn't that correct?

05:24PM A. Yes.

05:24PM Q. All right. In the normal course of a C-section surgery, the cord is cut and clamped and then the placenta is delivered. Isn't that the normal sequence?

05:24PM A. Yes.

05:24PM Q. So let's look at the narrative of a C-section surgery procedure itself. That's Dr. Francis' narrative at J-2, Pages 82, 83. I'm going to direct your attention, specifically, to Page 83, the beginning of the first full paragraph on that page. Do you see that?

05:25PM A. Yes.
05:25PM Q. It says;
05:25PM "Cord gases and blood was obtained. Placenta was then delivered intact by a manual extraction".
05:25PM Do you see that?
05:25PM A. Yes.
05:25PM Q. All right, so that's what Dr. Francis wrote in the record; correct?
05:25PM A. Yes.
05:25PM Q. So that narrative indicates that cord blood and gases were obtained even before the placenta was extracted; right?
05:25PM A. Yes.
05:25PM Q. Let's take a look at J-2, Page 76. What I want to direct everyone's attention to the indication that indicates;
05:26PM "The placenta was removed at 1:42."
05:26PM Do you see that, Dr. Mauldin?
05:26PM A. Yes.
05:26PM Q. So the placenta was removed at 1:42 and delivery occurred at 1:41. Delivery at 1:41, cord and blood gases sample obtained, placenta removed, so somewhere in there at 1:41 or 1:42, those cord blood gases were obtained. Doesn't that make sense?
05:26PM A. Yes.
05:26PM Q. But you didn't look at that record to determine when the cord blood was drawn, you relied on Ms. Olson's questioning,

apparently; right?
A. Apparently.
Q. Now, you also know, though, that a cord sample that is double-clamped and blood drawn up to an hour after cutting and clamping is still a valid sample, don't you?
A. Yes.
Q. You know that blood drawn within 60 minutes would yield reliable results; isn't that true?
A. Yes.
Q. So cord blood drawn at 2:41, which was the time you assumed it was drawn at, an hour later, you still think those results are unreliable. But that's inconsistent, isn't it?
A. You know, I think, based on science, you know, if that's right there at the cutoff, I think it means that I would have to look at those with some skepticism, you know, Was it really 60 minutes, and then it's allowed to be abnormal?
From my perspective, I understand that the result came back normal, it doesn't fit the clinical picture, and I've tried to present that's why I think that's the case.
Q. All right. Well, let's turn to the autopsy, we'll talk about that.
In your November 2022 report, you state;
"Evidence of hypoxic injury to the fetus would not show up on autopsy when death occurs shortly after birth."
You say;

"Hypoxic findings usually become apparent 24 to 48 hours after the injury."

I think you testified earlier to that. That statement, though, is at Page 2, Paragraph 4 of your report. So let's see what we can understand from that statement.

You've told us that the fetus suffered hypoxia for the entire induction and labor, the Category II strip, minimal variability, late decelerations, they went on for almost 36 hours, from the beginning of the induction in the afternoon of December 16th, all the way to delivery at 1:41 a.m. on December 18. But we don't see any findings of hypoxic injury on autopsy, even though, 36 hours.

That's enough time to see findings on autopsy, according to you, isn't it?

A. You know, the acute event, I believe, was the one that happened between 7:30 and 8, that was when it was most severe. I believe the period before that was intermittent and, you know, likely, was not -- was depleting reserves but not to a level that would have been detected on autopsy.

Q. Okay, I think I understand that you are selecting that one time that we have discussed, during which we lost the tracing and after which the heart rate returned to baseline, according to you, to explain why there's no hypoxic injury on autopsy. Is that right?

A. I'm selecting that time because I think it was not a

malfunction, but I think, more likely than not, it was a period of little tracing.
Q. I'm sorry, so, at your deposition, you thought it was a malfunction, and today, you think it's a period of little tracing? Did I hear you correctly?
A. I think -- I agree with what -- you know, I think it was a period that indicates that the baby -- I feel like we're getting stuck on nuances here. I think the baby's heart rate was very low for that period, the monitor was not picking it up because it doesn't pick up, mechanically, when it is that low often, so in that aspect, I am agreeing with what I said in the deposition.
Q. I wonder if it really even matters, because you told us there was evidence of acidemia and likely hypoxia, so in your mind, this fetus already had acidemia, we just can't see it on autopsy, and we can't look to the core blood results that say that the pH is normal. Is that about it?
A. That's true.
Q. Cord gas results wouldn't become more normal if they were drawn too late, would they?
A. No.
Q. All right. You did not -- in your review in this case, you did not assess the resuscitation process for the baby as part of your work on the case, did you?
A. No.

Q. You have no opinion on why this baby was unable to be resuscitated, right?
A. Correct.
Q. Your opinion is that there was nothing prenatally that gave a red flag that something was, perhaps, not normal; isn't that correct?
A. Correct.
Q. It is your opinion that it is not possible that a genetic disorder caused this baby's death; isn't that true?
A. I want to say that, I think, it's unlikely that there was something so serious that it was not seen prenatally that would cause death immediately after it was born. That seems extremely unlikely to me.
Q. But you do acknowledge there could be a neurological issue that was not diagnosed in utero; right?
A. Not from what was -- the neurologic -- anything neurologic, from what I could tell, would, most likely, be a result of the labor course, and I believe was the period of the hypoxic episode.
Q. Well, let's, again, take a look at your deposition, because I want to make sure we get it straight. Page 138, Line 15, I asked you;
"QUESTION: Do you know what percentage of babies who have a neurological issue are undiagnosed before delivery ?"
Your answer;

05:33PM "ANSWER: No, I would think it is probably a good -- a significant number are possible. Again, these are just educated guesses. I think that something is possible, but it probably doesn't show up until the -- you know, I would even say age two or three.

05:33PM "I mean, I am unaware of something that would cause a -- the baby to die immediately, as soon as it's born, without us having some, you know, inclination that it was going to happen."

05:33PM Did I read that correctly?

05:33PM A. Yes, but I still agree with that, that there were no indications that this baby would come out and take a breath and just not live.

05:34PM Q. You, also, agree a significant number of babies have neurological issues that are undiagnosed before delivery; right?

05:34PM A. Yes.

05:34PM Q. As we look at the autopsy report, it notes limb contractures. And you do not know how to attribute them in your words; correct?

05:34PM A. I don't, because all of the ultrasound reports said that the baby moved his extremities well, so that would say to me there are no contractures.

05:34PM Q. Well, you don't disagree contractures were apparent upon delivery, do you?

A. If that's what's stated in the record. It certainly is not something I would know, just by looking at the images that I saw.
Q. Well, you don't know how to attribute limb contractures because you told me that's not your area of expertise, so you do not know what to expect from that; right?
A. Yes.
Q. Those limb contractures do not impact your opinion, at all; right?
A. Correct.
Q. In fact, you have no opinion on the limb contractures; right?
A. My opinion that I want to make sure that I get across is that there was no evidence of that on any of the prenatal care and ultrasound.
Q. All right, and I just want to be clear, too, that my question is, you have no opinion on how to attribute those limb contractures, do you?
A. Correct.
Q. You told me that you have no idea if the findings in the autopsy report are enough for a diagnosis of Hirschsprung's Disease because you're not a pediatrician or a pathologist; right?
A. That's true.
Q. You have no idea what caused those cells to develop as

they did, do you?

A. I want to make clear, and I think what is in my statement that I expressed concern that a few cells that were consistent with Hirschsprung's Disease, I did not understand how that could be so severe of a disease that it would cause death immediately after the baby was born. We had no findings of that on ultrasound, so we had no expectation of it.

Q. I understand what you're saying, but I think my question is a little bit different.

My question is, you have no idea what caused those cells to develop as they did, what caused them to develop abnormally, do you?

A. Aganglionic means they don't have nerve innervation, and that's what Hirschsprung's is, so if they say a few of those cells didn't have nerves, then, that's Hirschsprung's Disease, I understand that.

Q. Right, but at your deposition, you were clear that you don't have any idea what caused those aganglionic cells to develop as they did, do you?

A. I think I'm making myself clear today, you know, I'm not sure what it is you're trying to expect. I mean, it's nature that causes those cells not to be innervated correctly.

Q. All right. You don't know what having doughy skin would indicate, do you?

A. No.

05:37PM Q. Any description of doughy skin in the record had no impact on your opinions in this case, did they?
05:37PM A. No.
05:37PM Q. And you don't have an explanation for the non-floating lungs at autopsy, do you?
05:38PM A. No.
05:38PM Q. The non-floating lungs, as you said, is not your bailiwick, not your expertise; right?
05:38PM A. Yes.
05:38PM Q. You have no opinion on that; right?
05:38PM A. Correct.

05:38PM THE COURT: Ms. Parker, I apologize for interrupting you. I need to speak with my stenographer.

05:38PM (At this time there was a brief pause in the proceedings.)

05:38PM THE COURT: Ms. Parker, can you tell me how much more you have on cross examination?

05:38PM MS. PARKER: I have a page and a half, less than five minutes.

05:39PM THE COURT: Let's finish it then. Again, I raise it because you're asking for overnight transcription. Ms. Olson, if you have redirect, we will do that tomorrow.

05:39PM MS. OLSON: I have just very few questions, Your Honor, just to follow up. I'd be done in five minutes.

05:39PM THE COURT: All right.

05:39PM BY MS. PARKER:

Q. Now, in the autopsy, Dr. Mauldin, it states there are several genetic syndromes associated with the abnormalities observed, but that analysis had no impact on your opinions; right?
A. No.
Q. And the death certificate, noting that the secondary cause of death is probable genetic disorder, also, had no impact on your opinions; right?
A. No.
Q. And you told me, at your deposition, that, as to APGAR scores, it is, quote, purely guesswork on your part as to what percentage of low APGARS are because of acidosis; right?
A. Yes.
Q. And, in fact, an anomaly could cause the baby not to breathe well and thus have low APGARS; right?
A. Yes.
Q. But in any event, you told me, assigning an APGAR score is not in your purview; right?
A. Yes.
Q. Assigning APGAR scores is not what you do, on a regular basis; correct?
A. Correct.
Q. At your deposition, you truthfully told me that you are offering just your best guesstimate because you are not an authority on diseases or what happens with a neonate. Do you

remember saying that?
A. Yes.
Q. You look at the labor curve or labor pattern, and you believe it, alone, can explain what happened; right?
A. Yes.
Q. You testified that you have no way of knowing, and you even said it twice, you have no way of knowing when the baby's pH fell below 7.4, acidosis; isn't that true?
A. Yes.
Q. So let me see if we understand. You're opining on the cause of death of the neonate, with reference only to the fetal heart rate tracings in utero and not with reference to the APGAR scores, the inability to resuscitate, the possible genetic disorder, a record of doughy skin, limb contractures, possible Hirschsprung's Disease, abnormal cells, non-floating lungs, cord blood gas results or possible undiagnosed neurological issue. Right?
A. Correct.
Q. You look at the labor curve or the labor pattern, and you believe it can explain what happened, without reference to the other evidence that we have in this case; correct?
A. I agree. I mean, I do feel like I have enough medical knowledge, you know, for the way that I interpreted what the autopsy says, and I've tried to give my opinion, you know, that the diagnosis of Hirschsprung's, if it was there, I mean, is

not something that was significant enough to cause the immediate death, you know, so I feel like that should be a pediatric opinion, but I feel like I can also assess it, under my medical knowledge, to say it still is very surprising to me that a baby would pass like that, and I believe the right interpretation is that of the fetal heart rate tracing.

Q. All right, so let's focus on that, because it appears that's what you're focused on.

You base your opinion that the death, after delivery, was caused by hypoxia in utero on the fetal heart tracing patterns that you've told us about and nothing else; correct?

A. Yes.

Q. And you know that there are no fetal heart tracing characteristics from which you can definitively diagnosis fetal acidemia, don't you?

A. I know there's a collection of fetal heart rate changes that make it much more likely. I think, on some babies, sometimes, they can have those things for a short period of time and not be as acidotic, and other babies can have them for a shorter period of time and be more acidotic.

So it is not an exact science, but it is all that we have, as obstetricians, on how to interpret what's going on.

Q. At your deposition, you truthfully told me that you are offering just your best guesstimate because you are not an authority on diseases or what happens with a neonate; correct?

A. Correct.

MS. PARKER: Thank you very much, Dr. Mauldin.

MS. OLSON: Just a few questions, Dr. Mauldin.

REDIRECT EXAMINATION

BY MS. OLSON:

Q. With reference to guesstimates, all the opinion you gave concerning the breach of standard of care by Dr. Francis, were those to a reasonable degree of medical certainty, not a guesstimate?

A. Yes, much preferred terminology, yes.

Q. Was all the opinions that you gave, in terms of the cause of death with the baby from hypoxic injury and acidosis, also, to a reasonable degree of medical certainty, not a guesstimate?

A. Yes.

Q. Now, of course, you had no control over the selective questions that were asked by Ms. Parker in the deposition, but long before your deposition, you authored several reports concerning the breach and standard of care and the cause of this baby's death in four reports; is that right?

A. Yes.

Q. And in those reports, did you, specifically, indicate that the labor course was protracted, prior to 3 p.m. that day on December 17?

A. Yes.

Q. Did you also indicate, clearly, in your reports, that the

05:44PM arrest of active labor occurred at 7 p.m., when there was no change in cervical dilation? Was that clearly stated in your reports?
05:44PM A. Yes, very much.
05:44PM Q. Did you, clearly, state that as a result of that arrest of labor, the standard of care required Dr. Francis to initiate delivery at that point in time?
05:45PM A. Yes.
05:45PM Q. Did you also indicate in your reports, clearly, that urgent C-section delivery was required no later than 8 p.m., when that 14-minute sentinel catastrophic event occurred? Did you indicate that to a reasonable degree of medical certainty, long before your deposition?
05:45PM A. Yes.
05:45PM Q. Now, Dr. -- I mean, Ms. Parker never asked you, in your deposition, in the selective questions that she gave you, whether there was a Category III strip, as a result of the events that occurred during that sentinel 14 minutes, did she?
05:45PM A. No.
05:45PM Q. And was it, in fact, then, a Category III strip, as a result of that 14-minute deceleration, that was indicative of requiring an emergent delivery of this child?
05:45PM A. Yes.
05:45PM Q. She talked about how and emphasized how Dr. Klamerus and Dr. Maenner, they saw there might have been decelerations, they

05:46PM stopped Pitocin, and there was minimum variability, but then she said that that was something that occurred throughout the entire course, not necessarily during Dr. Francis.

05:46PM I sensed a sense of frustration on your part. Let me ask you this. What was different about when Dr. Francis assumed care that distinguished her lack of delivery, as opposed to the actions that were appropriately performed by Drs. Maenner and Klamerus earlier in the day?

05:46PM A. I think, with Maenner and Klamerus, I mean, they were aware, and it was documented in there, in the chart, that they were aware of the intermittent late decels, that the strip had minimal variability, they stopped it, allowed the patient to rest. You know, you felt they were taking the right actions and knew this might be a problem.

05:47PM The difference is, you know, starting at 8:00, there was really no documentation on the chart about what was going on, and not until 1:00 or even later, then, did we start to see things. And as labor progresses, it means different things. We have different action points that are needed, during the latent stage of labor, versus the active stage of labor.

05:47PM You know, so, unfortunately, often, the problems, you know, are arriving during the active phase.

05:47PM Q. Is the only thing -- did I understand your testimony that the only thing possible that you or any OB-GYN has to determine whether the fetus is exposed to hypoxic injury and acidosis is

05:48PM by electronic fetal monitoring? There's nothing else objective that you folks have, am I right?
05:48PM A. That is absolutely right.
05:48PM Q. So that's the only tool you have to determine if that baby is suffering from the effects of, potentially, dying from inadequate oxygen; is that correct?
05:48PM A. Yes, very much so.
05:48PM Q. Would it -- the period of time when the electronic fetal monitoring may have had some mechanical issues and might not have been accurately recording things, is it appropriate to err on the side of assuming everything is okay, having had that 14-minute deceleration?
05:48PM A. I strongly believe not. I believe, every time we walk in and look at a strip, we need to ask ourselves, you know, What is allowing me to keep this patient pregnant? And I feel very strongly about that. So, you know, if I can't interpret a strip, I need to be doing something to get it interpretable or to find reassurance, and I just don't believe we had that.
05:49PM Q. Is it important for an OB-GYN to err on the side of caution and prevent injury to a baby, assuming that, I have a drop in fetal heart rate, I can't assume that, Well, gee, there's nothing on the strips, so I'll assume the best instead of the worst? Is that proper?
05:49PM A. No, I think we need to assume the worst and try to protect the patient and the unborn.

05:49PM Q. All right, now, the other thing about -- there was a question about pH. There's no way possible, is there, Doctor, for any OB-GYN to determine in utero when the pH of the baby is dropping? Is there any potential way for you folks to do that?

05:49PM A. No, we don't have a way to know for sure, at all. Years ago, they used to do scalp blood sampling, but that really has fallen out of favor, where you would have to make a small cut on the baby's scalp and sample some of their blood. That is not done anymore, so the only way we have to interpret is just by the fetal monitoring.

05:50PM Q. All right. In your reports, did you, also, then, indicate that there was -- that the death of the baby was hypoxic injury during labor, had nothing to do with any potential neurologic cause of his death, is that right?

05:50PM A. Correct.

05:50PM Q. All right. Now, I want to talk, real quickly, about the heartbeat. What Ms. Parker did not talk about in the deposition sections that she selected was at Page 83 of your deposition. I'll read the question, it was at Line 18 until 23. We can put that up for a second if we have time. So at 83, the question was asked by Ms. Parker:

05:51PM "QUESTION: Okay, when did -- when did he die?"

05:51PM And in answer, did you indicate;

05:51PM "ANSWER: Essentially, he was born, I believe, with no heart rate or a very low heart rate and no respirations, so he

died sometime, you know, between moving from the labor room until the time of delivery."

Did you give that testimony to Ms. Parker, under oath?

A. Yes.

MS. PARKER: We're going to bring it up, Your Honor.

MS. OLSON: Thank you. She's fine.

BY MS. OLSON:

Q. Why didn't this baby survive the hypoxic and acidotic injury? You said some babies survive it. Why did he die of it?

A. I think he came in with lower reserves. You know, when we started the monitoring, it was a Category II tracing, you know, and we already had periods of late decelerations, so we were starting from a point, for whatever reason, you know, perhaps, because of earlier things that had happened that we didn't see, but you know -- I think I got side-tracked, I'm sorry. What was the rest of the question?

Q. In this case, your opinion was, to a reasonable degree of medical certainty, that he died from this hypoxic injury, but he didn't survive what had occurred in all those hours that led up to his death, is that what you're telling us?

A. Yes, yes. It was just a cumulative effect that had just reached its limit.

MS. OLSON: That's all I have. Thank you.

MS. PARKER: No more, Your Honor. Thank you.

THE COURT: Thank you, Dr. Mauldin.

05:53PM MS. OLSON: Thank you, Dr. Mauldin.

05:53PM THE COURT: We will adjourn for the evening. We'll resume tomorrow at 9:30.

05:53PM Could counsel give me some sense of what the schedule of witnesses is for tomorrow?

05:53PM MS. OLSON: Yes, we will have live testimony tomorrow morning, Dr. Jennifer Hammers, the pathologist, and then we will have, in the afternoon, a live zoom, hopefully, at 1:30, of the economist. In between, we will put the testimony of Mr. and Mrs. Gharbi on.

05:53PM THE COURT: Very good. Is there anything further before we adjourn?

05:53PM MS. OLSON: No, Your Honor.

05:53PM THE COURT: Thank you both.

05:53PM MS. PARKER: Thank you, Your Honor.

05:53PM (At this time the proceedings were adjourned.)

C E R T I F I C A T E

I, KRISTIN L. YEAGER, Official Court Reporter for the United States District Court for the Middle District of Pennsylvania, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a true and correct transcript of the within-mentioned proceedings, a portion of which was taken live and a portion of which was taken via *Zoom* in the above-mentioned and numbered cause on the date or dates hereinbefore set forth; and I do further certify that the foregoing transcript has been prepared by me or under my supervision.

S/Kristin L. Yeager
KRISTIN L. YEAGER, RMR,CRR
Official Court Reporter

REPORTED BY:

KRISTIN L. YEAGER, RMR,CRR
Official Court Reporter
United States District Court
Middle District of Pennsylvania
P.O. Box 5
Scranton, Pennsylvania 18501

(The foregoing certificate of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

**'**

**'17** [1] - 46:1
**'92** [1] - 131:4
**'96** [1] - 131:5

**0**

**0** [2] - 154:21, 164:17
**0241** [1] - 71:21

**1**

**1** [22] - 7:2, 28:3, 28:4, 29:4, 29:7, 30:2, 30:5, 30:23, 44:13, 52:2, 71:1, 87:23, 91:25, 107:10, 107:13, 121:7, 141:6, 146:13, 164:17, 165:3, 166:9, 230:11
**1,2** [1] - 2:19
**1-7,10,11** [1] - 2:20
**1.210** [1] - 28:23
**10** [13] - 70:17, 79:24, 80:1, 141:6, 148:9, 153:14, 173:15, 177:1, 177:5, 190:25, 203:8, 222:15, 224:22
**10,11** [1] - 2:20
**10-minute** [3] - 65:18, 185:20, 185:22
**100** [8] - 102:7, 148:12, 167:3, 213:6, 213:9, 213:18, 225:1, 238:19
**100's** [2] - 176:12, 176:25
**103** [1] - 216:4
**109** [1] - 32:22
**10:00** [2] - 64:23, 64:24
**10:18** [3] - 65:3, 70:18
**10:28** [2] - 65:20, 65:21
**10:30** [1] - 65:20
**10:54** [1] - 62:8
**11** [5] - 70:20, 141:6, 190:25, 207:22, 231:5
**110** [3] - 111:15, 153:11, 154:3
**110,122** [1] - 2:18
**112** [1] - 30:17
**112,245,246** [1] - 2:18
**118** [1] - 2:2
**11:00** [3] - 66:12, 66:13, 67:8
**11:20** [1] - 68:5
**11:29** [2] - 29:4, 157:25
**11:30** [11] - 5:9, 28:21, 28:25, 29:8, 29:9, 29:12, 67:21, 67:22, 70:21, 70:22
**12** [18] - 33:2, 47:16, 143:25, 144:1, 165:3, 206:14, 209:12, 214:6, 228:17, 229:6, 230:1, 230:13, 233:2, 234:22, 235:17, 235:19, 237:4, 239:9
**12,13,14,15** [1] - 144:2
**12-15** [2] - 2:9, 144:4
**12/18/2017"** [1] - 243:19
**120** [2] - 111:7, 173:9
**123** [1] - 2:2
**125** [1] - 2:7
**1250** [1] - 1:19
**126** [1] - 242:1
**128** [1] - 2:4
**129** [1] - 2:7
**12:16** [2] - 29:6, 29:7
**12:18** [1] - 71:21
**12:30** [2] - 69:15, 70:25
**12:46** [6] - 6:20, 43:19, 43:24, 44:13, 48:16, 51:22
**13** [6] - 32:22, 33:3, 112:4, 143:16, 143:25, 144:1
**130** [1] - 2:7
**138** [2] - 2:19, 250:21
**139** [2] - 2:8, 2:19
**14** [15] - 7:24, 7:25, 143:3, 143:16, 143:25, 144:1, 171:23, 178:20, 179:6, 206:23, 208:22, 232:16, 233:2, 234:22, 259:18
**14-minute** [20] - 8:7, 8:9, 11:21, 56:7, 56:11, 171:14, 171:18, 172:4, 172:11, 174:3, 174:23, 175:1, 178:10, 178:17, 184:23, 186:22, 202:15, 259:11, 259:21, 261:12
**140** [2] - 2:8, 2:20
**140's** [3] - 65:7, 173:23, 187:17
**141** [2] - 2:8, 2:20
**1431** [2] - 50:22, 89:14
**1434** [3] - 50:21, 51:1, 90:22
**144** [2] - 2:9, 47:14
**145** [2] - 90:18, 187:15
**14th** [1] - 226:3
**15** [11] - 75:8, 119:8, 125:20, 143:16, 144:1, 150:6, 154:4, 190:13, 210:1, 235:2, 250:22
**150's** [1] - 65:8
**1523** [1] - 28:16
**16** [8] - 2:7, 4:13, 4:15, 130:22, 147:1, 164:6, 211:2, 224:6
**160** [4] - 111:15, 153:12, 154:3, 173:9
**16th** [5] - 20:13, 138:23, 157:1, 178:14, 248:10
**17** [23] - 5:16, 18:17, 19:8, 19:11, 56:6, 81:15, 84:1, 86:11, 89:14, 97:3, 147:14, 204:19, 208:9, 208:18, 211:11, 211:15, 214:25, 222:6, 222:11, 224:6, 224:15, 229:25, 258:23
**17110** [1] - 1:16
**173,227** [1] - 2:21
**179** [1] - 2:10
**17th** [16] - 21:19, 49:2, 50:1, 50:3, 50:13, 50:19, 205:2, 210:17, 211:8, 212:10, 213:17, 223:22, 224:16, 225:3, 228:12, 240:21
**18** [10] - 2:2, 8:16, 71:6, 91:25, 100:17, 164:6, 180:17, 193:3, 248:11, 262:19
**1842** [2] - 55:9, 55:11
**18501** [1] - 265:21
**18503** [1] - 1:25
**18th** [3] - 19:9, 107:13, 245:7
**19** [1] - 132:12
**19106** [1] - 1:19
**192** [1] - 67:21
**1924** [6] - 227:14, 228:10, 232:9, 232:16, 233:1, 233:7
**1927** [2] - 228:11, 232:9
**1929** [2] - 228:14, 230:13
**193** [2] - 65:20, 66:12
**1940** [1] - 57:2
**1988** [1] - 131:4
**1996** [1] - 128:12
**1998** [1] - 128:13
**19cv1943** [1] - 1:7
**1:00** [14] - 5:16, 31:20, 33:18, 33:23, 44:2, 49:2, 49:6, 68:24, 70:5, 108:4, 159:8, 160:9, 260:17
**1:15** [2] - 122:2, 122:4
**1:28** [3] - 110:22, 111:3, 111:4
**1:30** [5] - 78:12, 79:4, 79:20, 125:5, 264:8
**1:34** [1] - 49:22
**1:41** [13] - 8:15, 9:15, 71:5, 111:5, 170:3, 193:3, 197:6, 244:4, 244:6, 246:19, 246:20, 248:10
**1:42** [3] - 246:15, 246:18, 246:21

**2**

**2** [8] - 2:18, 7:2, 52:5, 148:5, 164:16, 166:9, 167:17, 248:4
**2.126** [1] - 2:13
**2.138** [2] - 2:16, 2:22
**2.143** [1] - 28:10
**2.143,2.210** [1] - 2:11
**2.144** [2] - 2:17, 87:15
**2.145** [1] - 2:12
**2.175** [1] - 2:18
**2.176** [1] - 2:16
**2.194/2.195** [1] - 2:15
**2.196** [1] - 2:15
**2.197/4.4** [1] - 2:14
**2.200** [1] - 2:13
**2.203** [1] - 2:17
**2.206** [1] - 2:21
**2.85** [1] - 2:14
**2.86,2.87** [1] - 2:12
**2.87** [1] - 36:25
**20** [14] - 74:8, 87:23, 125:20, 127:22, 127:23, 139:22, 141:1, 148:25, 154:5, 178:4, 199:22, 209:12, 213:21, 244:13
**2000** [1] - 61:14
**2012** [1] - 217:4
**2013** [1] - 80:15
**2015** [1] - 204:16
**2017** [6] - 3:23, 4:13, 81:16, 84:1, 138:23, 208:9
**2018** [4] - 143:3, 226:3, 227:12, 228:9
**202** [1] - 244:24
**2020** [9] - 127:22, 127:23, 143:4, 143:6, 143:7, 222:2, 222:9, 226:24, 232:15
**2022** [3] - 1:13, 244:13, 247:22
**203** [1] - 2:4
**204** [1] - 227:15
**2040** [1] - 1:16
**206** [2] - 231:14, 231:25
**209** [1] - 181:18
**21** [2] - 75:8, 210:5
**2100** [3] - 29:5, 29:14, 61:24
**22** [12] - 1:13, 3:24, 29:7, 77:1, 143:6, 206:5, 207:16, 207:19, 207:22, 222:2, 222:9, 232:15
**2200** [1] - 64:24
**2230** [1] - 29:11
**23** [4] - 30:18, 206:5, 207:22, 262:19
**2300** [1] - 66:13
**231** [1] - 2:21
**232** [2] - 75:8, 76:25
**2329** [1] - 29:7
**2330** [1] - 67:22
**235** [1] - 1:24
**24** [4] - 201:9, 201:20, 211:2, 248:1
**242** [1] - 2:22
**25** [5] - 134:21, 136:12, 143:7, 150:6, 154:19
**258** [1] - 2:4
**26** [1] - 144:16
**27** [1] - 2:10
**28** [5] - 2:7, 2:11, 206:22, 208:21, 265:6
**29** [3] - 210:1, 210:4, 212:9
**29,48,49,89** [1] - 2:12
**2:00** [2] - 9:8, 74:7
**2:05** [1] - 176:1
**2:06** [1] - 176:1
**2:07** [1] - 176:17
**2:08** [2] - 178:8,

181:15
**2:10** [1] - 182:3
**2:11** [1] - 182:18
**2:12** [1] - 184:18
**2:13** [1] - 185:6
**2:14** [1] - 186:8
**2:15** [1] - 187:7
**2:16** [2] - 187:7, 187:22
**2:17** [2] - 189:8, 189:17
**2:18** [1] - 189:19
**2:23** [1] - 97:2
**2:30** [6] - 7:2, 50:13, 51:23, 52:2, 166:8
**2:31** [4] - 49:9, 50:18, 165:5, 165:11
**2:34** [1] - 49:17
**2:41** [7] - 9:14, 71:20, 71:25, 197:6, 243:13, 245:2, 247:10
**2:45** [1] - 245:7
**2:45"** [1] - 243:13

## 3

**3** [16] - 28:4, 28:14, 28:17, 53:18, 54:1, 54:3, 55:19, 101:20, 164:16, 167:19, 168:3, 180:17, 208:18, 210:2, 222:14, 258:22
**3-9** [1] - 2:19
**3.204** [1] - 2:21
**30** [9] - 125:19, 148:25, 154:5, 156:10, 178:4, 179:14, 199:20, 210:2
**303** [1] - 1:16
**34** [2] - 135:17, 219:22
**35** [3] - 210:21, 211:1, 211:24
**36** [3] - 144:23, 248:8, 248:12
**36,43,48,86** [1] - 2:12
**39** [7] - 2:7, 28:1, 124:20, 124:22, 124:24, 125:1, 164:14
**3:00** [15] - 4:17, 6:19, 7:3, 7:5, 27:5, 52:5, 52:14, 53:9, 53:16, 53:17, 157:3, 166:8, 166:18, 167:12, 208:25
**3:30** [3] - 7:3, 52:8, 166:10

## 4

**4** [11] - 7:3, 7:11, 30:25, 52:8, 55:24, 164:16, 166:9, 166:10, 206:14, 207:22, 248:4
**4.3** [1] - 2:16
**40** [5] - 135:17, 173:22, 199:20, 233:8, 235:15
**41** [5] - 20:15, 20:19, 20:22, 147:9, 164:14
**48** [3] - 201:9, 201:20, 248:1
**49** [2] - 2:13, 229:5
**4:00** [2] - 7:4, 52:11

## 5

**5** [10] - 2:8, 2:10, 47:15, 85:10, 150:6, 154:21, 208:18, 209:1, 265:20
**50** [6] - 148:4, 148:10, 148:11, 230:11, 233:8, 235:16
**50's** [1] - 174:1
**52** [1] - 231:5
**53** [1] - 2:13
**54** [1] - 2:14
**55** [1] - 60:2
**55,56** [1] - 2:14
**57,60,61** [1] - 2:15
**5:00** [1] - 209:1

## 6

**6** [13] - 2:8, 7:4, 7:11, 52:11, 55:24, 154:19, 164:19, 164:20, 166:10, 170:3, 206:15, 225:1, 242:1
**60** [3] - 232:2, 247:7, 247:16
**60's** [9] - 89:19, 176:7, 176:10, 180:14, 192:25, 230:21, 231:16, 231:21, 234:18
**61** [1] - 2:15
**615** [1] - 1:19
**62** [3] - 213:13, 213:14, 214:6
**68** [1] - 2:16
**69** [1] - 217:19
**6:42** [2] - 55:8, 55:11
**6:56** [1] - 54:11

## 7

**7** [46] - 7:7, 7:10, 11:18, 32:23, 53:22, 53:25, 54:1, 54:7, 54:11, 54:21, 55:4, 55:11, 55:12, 57:20, 102:19, 102:23, 103:3, 141:6, 143:4, 166:19, 167:2, 167:20, 167:21, 168:2, 168:4, 168:5, 169:4, 170:12, 171:6, 202:12, 206:23, 208:14, 208:21, 210:7, 210:19, 211:22, 212:8, 212:10, 214:25, 217:19, 226:24, 232:7, 240:20, 259:1
**7.1** [1] - 241:15
**7.1"** [1] - 220:22
**7.2** [2] - 220:22, 241:14
**7.353** [1] - 243:3
**7.4** [6] - 220:22, 221:3, 221:15, 241:14, 241:18, 256:8
**70's** [1] - 234:19
**71** [1] - 2:16
**753** [1] - 265:6
**76** [1] - 246:13
**7:00** [8] - 7:9, 19:8, 54:20, 55:9, 55:17, 168:24, 170:7, 171:2
**7:22** [11] - 36:20, 36:25, 37:1, 37:3, 37:5, 37:6, 37:21, 37:24, 41:25, 86:11, 86:15
**7:24** [11] - 170:16, 171:12, 171:19, 173:1, 173:4, 173:8, 180:12, 184:23, 224:21, 228:11, 235:2
**7:25** [1] - 173:7
**7:27** [3] - 160:10, 176:3, 228:11
**7:29** [2] - 228:15, 230:1
**7:30** [13] - 5:18, 7:22, 11:21, 36:20, 103:12, 103:14, 171:12, 202:15, 208:3, 211:23, 234:5, 235:9, 248:16
**7:34** [1] - 224:22
**7:35** [1] - 224:22
**7:38** [4] - 56:18, 56:19, 57:21
**7:39** [3] - 56:23, 57:25
**7:40** [6] - 57:2, 57:3, 57:4, 58:3, 60:9
**7:41** [3] - 57:9, 58:7, 175:10
**7:45** [15] - 57:17, 58:10, 58:15, 58:19, 59:9, 60:9, 60:10, 60:12, 60:14, 62:14, 63:13, 103:15, 103:18, 103:19, 104:18
**7:46** [1] - 60:19
**7:50** [5] - 60:9, 60:15, 236:16, 236:19, 236:23
**7:55** [7] - 59:22, 60:1, 60:2, 60:25, 61:5, 61:11, 61:12
**7:56** [1] - 60:2

## 8

**8** [53] - 11:21, 56:12, 60:19, 64:18, 102:19, 103:3, 104:18, 104:19, 105:3, 105:16, 107:4, 107:9, 126:7, 146:16, 153:14, 162:20, 163:12, 177:5, 181:19, 202:15, 205:2, 210:17, 210:23, 211:6, 211:8, 211:11, 211:15, 211:23, 211:25, 213:1, 213:3, 213:7, 213:12, 213:14, 213:16, 214:1, 214:15, 216:4, 222:10, 223:22, 223:25, 224:15, 224:23, 225:2, 229:7, 236:16, 236:19, 236:23, 240:20, 244:24, 248:16, 259:10
**8-11** [1] - 2:8
**80** [1] - 2:2
**80's** [1] - 173:13
**82** [2] - 112:10, 245:23
**83** [6] - 112:10, 112:13, 245:23, 245:24, 262:18, 262:20
**87** [1] - 2:17
**8:00** [31] - 5:17, 18:16, 19:8, 31:7, 31:12, 31:16, 41:7, 42:24, 43:22, 56:6, 60:1, 61:13, 61:14, 64:17, 64:18, 121:10, 160:20, 162:8, 180:24, 181:4, 181:6, 181:8, 181:9, 181:16, 181:20, 229:1, 237:11, 241:2, 260:15
**8:09(indicating)** [1] - 181:20
**8:18** [1] - 182:17
**8:25** [1] - 107:5
**8:29** [1] - 183:9
**8:30** [9] - 61:19, 61:21, 64:19, 181:17, 181:19, 183:11, 184:17
**8:36** [1] - 185:5
**8:41** [2] - 86:18
**8:44** [1] - 185:8
**8:45** [1] - 185:8
**8:53** [1] - 186:9

## 9

**9** [10] - 3:23, 61:18, 61:24, 64:19, 98:14, 101:9, 101:20, 126:7, 146:25, 163:12
**90** [2] - 173:13, 176:23
**90's** [2] - 173:23, 176:12
**98** [1] - 2:17
**9:00** [8] - 36:12, 61:24, 61:25, 92:11, 98:13, 98:18, 187:4, 193:18
**9:12** [1] - 188:4
**9:20** [1] - 189:18
**9:24** [1] - 173:21
**9:30** [10] - 1:13, 62:4, 62:9, 62:15, 63:13, 64:20, 70:17, 98:14, 189:20, 264:3

## A

**a.m** [23] - 9:14, 9:15, 37:5, 70:25, 71:1, 71:5, 86:11, 86:15, 86:18, 91:25, 101:9, 101:20, 107:10, 107:13, 111:3, 111:4, 205:2, 214:15, 223:22, 223:25, 248:10
**A.M** [1] - 1:13

**abdomen** [3] - 104:6, 144:18, 148:24
**ability** [2] - 150:16, 159:10
**able** [22] - 11:5, 39:17, 51:22, 87:12, 87:24, 87:25, 96:14, 103:11, 104:22, 104:24, 106:16, 145:17, 151:21, 151:24, 152:8, 205:18, 205:25, 206:6, 207:19, 212:15, 230:2, 230:14
**abnormal** [29] - 15:12, 16:23, 17:16, 29:22, 53:1, 67:18, 73:21, 74:1, 90:16, 90:17, 102:22, 105:19, 115:11, 145:11, 168:19, 174:11, 174:12, 177:1, 178:6, 178:7, 181:13, 186:19, 202:20, 212:18, 212:23, 247:16, 256:15
**abnormalities** [3] - 10:5, 167:24, 255:2
**abnormality** [1] - 192:17
**abnormally** [2] - 202:20, 253:11
**above-mentioned** [2] - 141:10, 265:10
**abreast** [1] - 161:13
**absence** [1] - 201:11
**absent** [13] - 9:5, 154:21, 156:3, 178:1, 182:21, 183:12, 183:20, 185:8, 186:10, 189:21, 191:15, 192:13, 199:3
**Absolutely** [2] - 52:23, 125:8
**absolutely** [9] - 93:16, 149:14, 151:20, 160:24, 170:5, 170:9, 194:2, 203:1, 261:3
**abstracts** [2] - 135:10, 135:17
**academic** [6] - 132:10, 132:13, 132:16, 132:19, 132:25, 134:6
**accelerate** [1] - 16:9
**acceleration** [9] - 122:3, 122:4, 122:11, 122:15, 122:21, 123:2, 190:14, 190:15, 190:17
**accelerations** [12] - 37:15, 63:8, 63:13, 63:20, 69:4, 99:16, 105:24, 106:20, 117:22, 122:6, 122:13, 190:20
**accept** [1] - 122:21
**acceptable** [4] - 45:9, 79:2, 126:20, 126:25
**accepted** [3] - 45:11, 54:24, 149:6
**access** [3] - 32:25, 33:7, 194:22
**accident** [1] - 231:10
**accompanied** [1] - 155:1
**according** [44] - 28:8, 33:17, 36:21, 43:15, 48:16, 50:19, 52:1, 52:13, 52:25, 54:20, 56:4, 56:13, 56:16, 56:17, 57:17, 59:22, 61:14, 62:25, 64:25, 65:3, 65:8, 68:25, 69:12, 71:8, 71:19, 71:20, 74:6, 123:11, 144:19, 146:12, 146:13, 148:1, 161:5, 165:10, 167:3, 181:2, 188:6, 197:5, 198:21, 199:2, 240:17, 245:1, 248:13, 248:22
**According** [1] - 245:6
**accuracy** [1] - 121:21
**accurate** [9] - 54:24, 55:1, 123:4, 147:14, 194:8, 197:11, 201:18, 206:19, 243:16
**accurately** [1] - 261:10
**achieved** [1] - 88:2
**acid** [8] - 5:4, 8:13, 9:17, 10:19, 63:10, 136:20, 151:5, 174:17
**acidemia** [11] - 151:11, 201:13, 238:23, 239:18, 239:21, 239:24, 240:6, 240:18, 249:14, 249:15, 257:15
**acidemic** [2] - 160:8, 171:4
**Acidosis** [1] - 220:21
**acidosis** [50] - 9:17, 10:19, 14:12, 14:16, 15:17, 117:19, 136:21, 137:4, 149:25, 150:12, 151:12, 151:14, 151:23, 151:25, 152:11, 182:14, 184:12, 185:16, 187:19, 189:3, 190:7, 192:2, 192:3, 193:12, 194:1, 196:1, 196:14, 198:9, 198:25, 200:1, 204:2, 204:6, 204:12, 218:16, 218:19, 220:15, 220:17, 238:3, 238:8, 238:16, 238:20, 241:7, 241:12, 241:13, 241:21, 242:3, 255:12, 256:8, 258:12, 260:25
**acidotic** [21] - 151:13, 155:4, 155:5, 155:15, 180:22, 183:5, 183:25, 185:2, 197:18, 197:23, 198:18, 203:24, 204:9, 218:15, 218:21, 226:18, 227:6, 241:4, 257:19, 257:20, 263:8
**acknowledge** [4] - 44:22, 93:2, 250:14
**acknowledged** [1] - 44:20
**acknowledging** [1] - 165:12
**acknowledgment** [1] - 117:7
**ACOG** [2] - 169:9, 177:14
**acronym** [2] - 8:24, 199:7
**act** [3] - 5:3, 151:4, 179:9
**acted** [1] - 167:24
**acting** [1] - 175:5
**action** [10] - 59:5, 158:6, 167:23, 168:25, 169:23, 172:2, 175:18, 188:16, 210:9, 260:19
**actions** [7] - 142:2, 142:22, 161:3, 175:13, 220:2, 260:7, 260:13
**active** [10] - 51:7, 121:5, 136:15, 162:24, 163:23, 169:7, 209:7, 259:1, 260:20, 260:22
**actively** [6] - 150:24, 156:13, 160:21, 162:22, 165:21, 166:2
**activities** [1] - 4:1
**Activity** [2] - 8:25, 199:8
**activity** [6] - 9:2, 145:12, 160:7, 160:17, 185:23, 199:12
**acute** [5] - 7:23, 171:20, 171:22, 196:15, 248:15
**adamant** [1] - 108:25
**add** [1] - 44:12
**added** [1] - 190:21
**adding** [2] - 152:6, 168:23
**addition** [5] - 44:16, 67:13, 126:21, 133:15, 241:8
**additional** [7] - 57:6, 61:6, 90:18, 113:14, 131:10, 169:21, 198:7
**additionally** [1] - 227:7
**address** [3] - 15:3, 15:11, 82:6
**addressed** [1] - 22:9
**adequate** [12] - 5:1, 58:20, 110:9, 150:2, 150:16, 154:16, 161:22, 169:11, 174:13, 178:19, 190:16, 195:3
**adequately** [1] - 150:25
**adjourn** [2] - 264:2, 264:12
**adjourned** [1] - 264:16
**adjust** [5] - 78:17, 85:23, 87:12, 87:16, 87:25
**adjusted** [3] - 88:16, 88:17, 123:23
**adjusting** [1] - 89:5
**administered** [5] - 55:24, 56:25, 60:4, 61:1, 200:3
**administering** [1] - 93:11
**administers** [1] - 3:2
**administration** [15] - 28:12, 32:5, 32:9, 32:15, 33:1, 33:4, 33:13, 33:17, 49:3, 50:22, 52:1, 87:10, 87:12, 93:7, 133:6
**administrative** [6] - 132:15, 133:1, 133:11, 133:14, 133:21, 133:25
**administrators** [1] - 1:3
**admission** [15] - 42:22, 43:5, 48:4, 49:14, 82:4, 130:2, 130:6, 138:24, 140:22, 140:23, 147:11, 147:17, 157:16, 162:18, 191:14
**admit** [8] - 27:25, 34:16, 34:25, 35:5, 42:21, 124:19, 143:15, 143:18
**admittance** [1] - 222:18
**Admitted** [1] - 2:6
**admitted** [28] - 4:13, 20:12, 20:16, 21:9, 21:13, 25:16, 26:2, 43:4, 81:18, 82:4, 82:9, 124:24, 125:1, 126:20, 130:21, 130:22, 137:18, 138:4, 141:8, 141:10, 144:2, 144:4, 146:19, 147:1, 157:1, 159:13, 219:25, 220:1
**admittedly** [1] - 232:2
**admitting** [1] - 83:18
**adopts** [1] - 143:22
**adult's** [1] - 102:7
**advance** [1] - 181:18
**adverse** [1] - 189:2
**adversely** [2] - 142:19, 144:11
**advised** [1] - 163:8
**affect** [2] - 155:2, 197:9
**affected** [4] - 142:19, 144:11, 241:21, 242:3
**affects** [1] - 151:4
**affiliated** [2] - 132:4, 132:5

**affirming** [1] - 120:22
**afflicting** [1] - 17:15
**afternoon** [24] - 4:17, 6:19, 6:20, 7:2, 7:6, 27:5, 28:15, 44:3, 47:19, 49:18, 49:23, 50:13, 51:15, 52:14, 53:9, 79:11, 101:12, 128:7, 157:3, 165:4, 165:11, 166:18, 248:9, 264:8
**afterwards** [2] - 181:1, 202:22
**aganglionic** [2] - 253:13, 253:18
**age** [2] - 82:2, 251:4
**agent** [1] - 157:7
**ago** [4] - 23:18, 79:22, 135:24, 262:6
**agree** [33] - 22:4, 23:12, 24:22, 24:25, 29:15, 29:20, 30:2, 30:22, 31:1, 32:1, 35:10, 45:12, 45:18, 61:5, 86:1, 122:9, 122:14, 122:15, 122:16, 122:18, 123:3, 183:14, 205:24, 206:1, 212:25, 217:10, 236:2, 236:10, 241:9, 249:6, 251:11, 251:14, 256:22
**agreeable** [1] - 78:17
**agreed** [9] - 40:18, 71:3, 109:2, 122:5, 122:7, 122:10, 122:12, 122:13, 241:13
**agreeing** [1] - 249:11
**ahead** [6] - 35:7, 37:21, 95:1, 99:8, 140:22, 228:3
**aided** [1] - 1:22
**air** [2] - 194:22, 195:17
**aligned** [1] - 89:4
**alive** [1] - 213:11
**allow** [7] - 105:6, 105:7, 156:18, 161:1, 212:21, 224:17, 225:4
**allowed** [6] - 35:18, 66:22, 170:15, 171:3, 247:16, 260:12
**allowing** [2] - 156:24, 261:15
**allows** [1] - 149:4
**almost** [3] - 149:10, 170:16, 248:8
**alone** [1] - 256:4
**aloud** [1] - 127:20
**alter** [3] - 4:7, 45:2, 190:16
**altered** [1] - 25:21
**alternative** [3] - 36:3, 91:17, 194:20
**AMERICA** [1] - 1:8
**American** [2] - 81:8, 134:12
**amniotic** [10] - 4:2, 4:7, 4:11, 144:14, 144:20, 144:22, 145:23, 146:14, 146:17, 146:20
**amount** [3] - 80:20, 88:1, 88:12
**amounts** [1] - 159:16
**amyoplasia** [2] - 10:4, 200:9
**analysis** [1] - 255:3
**AND** [3] - 18:10, 128:3, 128:4
**Andy** [3] - 125:12, 179:23, 181:2
**anesthesia** [1] - 110:9
**anesthesiologist** [2] - 109:7, 110:9
**annually** [1] - 129:6
**anomaly** [1] - 255:14
**ANSWER** [28] - 31:1, 33:4, 47:20, 47:22, 75:14, 208:2, 208:5, 208:9, 208:25, 210:6, 211:5, 213:18, 214:9, 216:8, 217:23, 218:1, 225:5, 229:11, 229:17, 230:17, 240:6, 240:10, 242:4, 242:8, 245:4, 245:9, 251:1, 262:24
**answer** [17] - 31:2, 47:19, 75:19, 75:21, 75:23, 77:5, 106:16, 108:22, 138:8, 164:7, 164:10, 210:5, 240:5, 240:9, 240:14, 250:25, 262:23
**answer"** [1] - 75:12
**answered** [14] - 30:25, 33:2, 33:3, 33:9, 33:12, 75:13, 77:4, 124:12, 205:21, 208:8, 229:10, 230:16, 245:3, 245:8
**answers** [1] - 125:12
**antenatal** [1] - 147:12
**anticipate** [3] - 79:3, 79:6, 178:3
**anticipated** [1] - 78:16
**anticipation** [1] - 90:25
**anxiety** [1] - 102:17
**apart** [2] - 140:3, 195:13
**APGAR** [12] - 8:23, 8:24, 9:1, 116:4, 199:3, 199:4, 199:7, 199:10, 255:10, 255:17, 255:20, 256:13
**APGARS** [2] - 255:12, 255:15
**apologies** [1] - 212:3
**apologize** [3] - 86:24, 211:21, 254:12
**apparent** [5] - 10:22, 154:12, 178:25, 248:1, 251:24
**appear** [1] - 245:13
**appearance** [6] - 13:4, 15:8, 15:10, 73:22, 115:17, 116:15
**Appearance** [2] - 8:24, 199:7
**appeared** [4] - 102:12, 115:19, 145:6, 189:24
**appearing** [1] - 194:12
**application** [2] - 118:12, 118:14
**applied** [1] - 88:25
**apply** [3] - 119:4, 220:11, 265:23
**appointed** [1] - 265:5
**appointments** [2] - 133:1, 133:12
**approach** [3] - 13:17, 209:20, 214:18
**appropriate** [20] - 39:18, 41:17, 49:12, 78:20, 92:1, 117:8, 122:12, 130:2, 133:23, 137:11, 167:6, 167:25, 169:14, 179:8, 179:9, 209:20, 220:2, 220:6, 237:12, 261:10
**appropriately** [4] - 145:8, 145:15, 182:1, 260:7
**appropriateness** [1] - 162:21
**approval** [1] - 47:21
**area** [10] - 35:6, 39:6, 113:10, 134:20, 135:5, 135:8, 176:7, 182:6, 236:21, 252:5
**areas** [2] - 135:18, 188:22
**argue** [2] - 12:20, 50:6
**argumentative** [2] - 34:22, 35:5
**arms** [2] - 115:8, 198:23
**arrest** [35] - 7:15, 7:19, 11:18, 56:2, 97:24, 136:15, 167:20, 168:9, 168:14, 168:15, 168:24, 169:3, 169:14, 169:21, 170:7, 170:13, 170:17, 171:6, 196:19, 196:22, 197:2, 202:12, 205:9, 208:3, 210:7, 210:19, 211:7, 211:12, 211:16, 211:22, 212:1, 212:9, 237:24, 259:1, 259:5
**arrested** [8] - 98:2, 167:14, 167:15, 208:14, 212:8, 212:20, 215:3, 215:8
**arrive** [3] - 57:16, 114:23, 114:25
**arrived** [3] - 58:15, 59:9, 60:12
**arriving** [1] - 260:22
**arterial** [4] - 9:13, 73:5, 73:8, 194:7
**arteries** [2] - 9:7, 199:21
**artery** [3] - 114:5, 194:10, 194:13
**articles** [1] - 134:25
**artifact** [3] - 170:20, 179:1, 181:22
**AS** [3] - 18:9, 18:10, 128:4
**ascribing** [1] - 200:18
**aside** [2] - 14:15, 210:15
**aspect** [1] - 249:11
**asphyxia** [17] - 5:4, 10:19, 136:20, 137:3, 151:5, 151:7, 151:22, 151:25, 152:11, 174:16, 184:11, 189:3, 190:7, 195:25, 196:16, 198:8, 198:25
**asphyxiate** [1] - 183:25
**asphyxic** [4] - 8:13, 10:23, 11:4, 197:17
**assess** [8] - 45:13, 45:15, 96:1, 149:5, 149:9, 151:24, 249:23, 257:3
**assessed** [2] - 68:15, 163:15
**assessing** [4] - 64:7, 101:17, 149:7, 181:22
**assessment** [22] - 45:20, 54:24, 58:12, 62:20, 63:7, 66:6, 69:25, 70:2, 85:25, 88:4, 88:10, 92:19, 104:21, 107:7, 107:21, 108:16, 121:20, 121:24, 122:5, 122:7, 122:9, 186:5
**assessments** [2] - 96:4, 190:10
**assign** [1] - 116:4
**assigned** [2] - 8:23, 84:24
**assigning** [2] - 255:17, 255:20
**assistance** [2] - 115:22, 115:25
**Assistant** [1] - 132:17
**Associate** [1] - 132:17
**associated** [3] - 10:4, 182:12, 255:2
**assume** [12] - 174:23, 175:3, 197:15, 216:8, 230:7, 234:1, 234:16, 234:17, 235:11, 261:21, 261:22, 261:24
**assumed** [22] - 21:19, 31:6, 31:13, 31:15, 34:18, 35:2, 38:1, 41:10, 43:23, 58:15, 66:4, 84:1, 91:12, 160:20, 163:7, 166:24, 214:13, 216:1, 237:4, 244:8, 247:11, 260:5
**assuming** [5] - 84:22, 162:19, 234:13, 261:11, 261:20
**assumption** [2] - 83:22, 235:20
**assumptions** [1] - 16:3
**asymptomatic** [1] - 102:12

**Atlanta** [1] - 131:3
**attached** [5] - 59:19, 104:7, 104:12, 148:24, 195:11
**attempt** [1] - 104:15
**attempted** [5] - 31:16, 41:19, 104:14, 118:6, 118:9
**attempts** [1] - 103:20
**attend** [1] - 131:24
**attended** [1] - 131:2
**attending** [7] - 5:21, 6:16, 18:16, 18:19, 21:22, 33:1, 93:11
**Attending** [36] - 19:24, 20:1, 20:8, 21:10, 31:7, 33:8, 38:8, 39:21, 40:16, 41:6, 42:10, 42:18, 43:19, 51:6, 63:5, 85:14, 85:21, 86:1, 86:5, 87:15, 92:17, 93:14, 95:25, 96:2, 96:6, 116:7, 160:25, 161:15, 161:20, 162:6, 165:18, 166:22, 170:25, 215:18, 215:19, 216:13
**Attendings** [3] - 41:15, 43:12, 66:10
**attendings** [2] - 24:12, 24:13
**attention** [6] - 62:19, 162:17, 164:18, 231:9, 245:23, 246:14
**attorney** [2] - 129:10, 139:15
**Attorney** [1] - 143:3
**Attorney's** [1] - 1:18
**attribute** [4] - 46:18, 251:19, 252:4, 252:17
**attributed** [1] - 4:5
**augmentation** [1] - 159:16
**authenticate** [1] - 143:19
**authored** [2] - 141:14, 258:17
**authorities** [1] - 81:6
**authority** [3] - 40:21, 255:25, 257:25
**authorized** [1] - 77:10
**autopsy** [38] - 9:19, 10:2, 10:7, 10:10, 10:13, 11:3, 13:13, 14:6, 15:12, 15:22, 74:17, 74:21, 74:24, 74:25, 116:21, 123:8, 123:14, 139:7, 139:9, 139:10, 140:25, 200:4, 226:10, 227:2, 247:20, 247:24, 248:11, 248:13, 248:19, 248:23, 249:16, 251:18, 252:21, 254:5, 255:1, 256:24
**availability** [1] - 79:13
**available** [13] - 19:22, 19:23, 19:24, 32:10, 32:15, 32:17, 33:13, 78:23, 79:4, 79:15, 109:17, 207:3, 245:7
**AVENUE** [1] - 1:24
**awaiting** [1] - 112:16
**awards** [2] - 129:24, 134:15
**aware** [17] - 14:1, 14:6, 72:4, 82:8, 105:11, 159:13, 161:16, 165:12, 165:15, 165:16, 165:18, 215:23, 216:1, 216:7, 242:6, 260:10, 260:11
**awareness** [1] - 11:10
**awful** [1] - 213:9

## B

**babies** [20] - 115:7, 131:13, 153:6, 154:8, 154:17, 154:18, 155:25, 185:14, 185:24, 185:25, 191:23, 192:4, 215:12, 219:15, 238:15, 250:23, 251:14, 257:17, 257:19, 263:9
**Baby** [11] - 10:3, 123:9, 139:3, 139:4, 139:12, 139:21, 140:24, 141:2, 193:10, 193:16, 202:1
**baby** [327] - 3:16, 3:23, 5:1, 5:3, 5:7, 5:13, 5:22, 6:8, 6:24, 7:18, 7:21, 7:24, 7:25, 8:12, 8:14, 8:18, 8:19, 9:3, 9:7, 9:14, 9:24, 10:6, 10:14, 10:18, 10:25, 11:3, 11:17, 11:19, 11:20, 12:7, 12:11, 12:17, 13:4, 13:5, 13:8, 13:11, 14:3, 14:5, 15:6, 15:8, 15:16, 15:21, 15:24, 16:1, 17:13, 17:15, 17:22, 17:24, 18:1, 20:24, 21:3, 21:6, 29:21, 38:2, 40:23, 44:3, 50:13, 57:20, 59:7, 59:13, 59:19, 61:15, 61:21, 61:25, 62:4, 62:10, 64:24, 66:1, 66:4, 66:13, 67:14, 67:24, 69:1, 69:9, 69:15, 69:22, 70:6, 70:9, 72:25, 73:20, 74:6, 74:15, 74:18, 74:22, 75:1, 75:11, 76:2, 76:10, 77:11, 77:19, 99:17, 99:21, 103:10, 103:24, 106:4, 106:7, 108:12, 111:4, 112:14, 112:15, 113:5, 113:6, 113:8, 113:9, 113:12, 115:19, 115:21, 115:25, 116:2, 116:9, 116:15, 116:21, 117:9, 117:12, 117:19, 117:21, 119:25, 120:12, 137:22, 140:2, 141:22, 142:9, 142:12, 144:11, 144:19, 144:21, 145:2, 145:7, 145:12, 145:17, 145:20, 147:6, 148:12, 149:5, 149:13, 149:15, 149:18, 149:22, 150:2, 150:8, 150:10, 150:16, 150:18, 150:25, 151:10, 151:15, 151:17, 152:3, 152:5, 152:8, 152:17, 152:20, 153:19, 153:21, 154:11, 154:23, 155:4, 155:21, 156:9, 156:10, 156:21, 158:7, 159:16, 159:23, 159:25, 160:2, 160:3, 160:7, 162:2, 162:15, 163:11, 164:11, 164:12, 164:18, 165:6, 165:7, 168:1, 168:20, 170:2, 170:8, 170:14, 170:22, 171:1, 171:4, 171:5, 171:22, 172:2, 172:13, 172:18, 172:19, 173:11, 174:8, 174:13, 174:16, 175:4, 175:12, 175:14, 175:15, 175:16, 177:4, 177:25, 178:4, 178:16, 179:2, 179:14, 179:18, 180:20, 183:3, 183:5, 183:18, 183:22, 184:4, 184:5, 184:10, 185:1, 186:21, 186:24, 187:18, 188:11, 188:16, 188:21, 188:25, 189:1, 190:3, 190:6, 190:14, 191:13, 192:17, 192:21, 192:22, 193:1, 194:1, 195:25, 196:7, 196:21, 196:24, 197:2, 197:6, 197:7, 197:17, 197:23, 198:8, 198:21, 199:5, 199:10, 199:22, 199:24, 200:2, 200:8, 200:14, 201:7, 201:10, 201:12, 201:17, 202:6, 202:7, 202:21, 202:24, 203:23, 204:2, 204:5, 204:8, 204:16, 205:5, 205:14, 210:8, 211:5, 211:13, 211:17, 213:1, 213:3, 213:4, 213:7, 213:11, 213:15, 214:2, 218:10, 218:13, 220:5, 223:14, 224:23, 226:7, 226:14, 226:17, 226:20, 227:5, 227:8, 229:16, 229:19, 229:21, 232:3, 234:1, 234:23, 235:20, 235:23, 235:25, 236:2, 236:8, 236:12, 237:6, 237:9, 237:10, 238:9, 238:12, 238:20, 239:10, 241:1, 241:3, 249:7, 249:23, 250:1, 251:7, 251:12, 251:22, 253:6, 255:14, 257:5, 258:12, 261:4, 261:20, 262:3, 262:12, 263:8
**baby's** [85] - 3:25, 4:22, 8:24, 9:1, 9:7, 10:7, 10:10, 10:13, 10:16, 11:25, 13:14, 14:13, 14:25, 15:10, 36:19, 59:18, 62:14, 65:23, 67:23, 76:9, 76:12, 76:22, 77:3, 77:9, 77:13, 77:15, 115:15, 123:5, 123:14, 139:24, 140:25, 141:2, 142:19, 142:22, 148:15, 149:3, 150:24, 155:22, 159:10, 164:14, 171:6, 173:25, 176:9, 176:13, 177:1, 177:16, 178:23, 183:17, 184:3, 184:5, 184:9, 187:20, 190:15, 191:19, 193:12, 194:4, 195:1, 198:1, 199:2, 200:5, 200:12, 200:18, 200:21, 200:24, 205:10, 213:25, 219:18, 220:3, 220:19, 230:2, 230:15, 230:25, 231:22, 233:24, 234:10, 235:12, 237:5, 241:18, 241:21, 242:2, 249:8, 250:9, 256:7, 258:19, 262:8
**background** [2] - 11:8, 130:15
**badgering** [1] - 34:22
**bailiwick** [1] - 254:8
**ballotable** [9] - 44:4, 148:4, 148:13, 148:14, 163:21, 164:1, 164:5, 164:9, 164:12
**base** [9] - 5:4, 8:13, 9:17, 10:19, 63:10,

136:20, 151:5, 174:17, 257:9
**based** [21] - 16:3, 40:18, 74:22, 75:10, 76:1, 84:19, 94:19, 94:23, 111:16, 132:21, 145:1, 167:23, 172:4, 178:14, 211:6, 211:25, 213:10, 213:21, 226:20, 235:20, 247:13
**baseline** [37] - 7:25, 16:11, 58:16, 58:24, 59:1, 59:3, 59:17, 59:20, 59:25, 102:12, 104:23, 110:12, 154:1, 154:3, 173:21, 176:19, 178:19, 178:23, 180:6, 180:18, 182:10, 185:12, 186:11, 186:18, 187:15, 228:20, 229:12, 233:2, 233:8, 234:20, 235:15, 236:20, 237:2, 237:7, 237:18, 248:22
**basic** [2] - 82:1, 155:20
**basis** [7] - 34:6, 34:9, 34:21, 90:14, 135:25, 255:21
**bathroom** [3] - 46:18, 46:23, 82:24
**bear** [1] - 47:1
**beat** [4] - 46:6, 183:16
**beats** [11] - 46:7, 102:7, 111:7, 111:15, 150:6, 150:20, 154:4, 154:5, 154:19, 154:21, 199:20
**became** [9] - 20:5, 129:1, 132:9, 205:19, 205:25, 206:6, 206:7, 207:20, 208:13
**become** [21] - 95:24, 106:7, 118:10, 129:3, 148:9, 151:13, 152:7, 153:2, 153:4, 153:6, 153:7, 160:8, 167:9, 185:15, 191:19, 208:1, 212:15, 220:3, 220:4, 248:1, 249:19
**becomes** [10] - 151:12, 151:15, 154:20, 154:21, 155:4, 178:25, 183:5, 217:14, 218:25, 219:7
**becoming** [5] - 149:23, 150:11, 166:22, 180:22, 218:21
**bedside** [3] - 57:7, 57:16, 179:7
**BEEN** [2] - 18:10, 128:3
**BEFORE** [1] - 1:12
**began** [2] - 22:1, 171:19
**begin** [5] - 78:3, 87:25, 171:18, 203:7, 218:15
**beginning** [9] - 75:8, 121:10, 170:16, 176:22, 186:13, 187:5, 207:19, 245:24, 248:9
**behave** [1] - 17:13
**belong** [1] - 134:10
**below** [29] - 59:19, 142:2, 142:13, 153:11, 153:13, 155:13, 162:23, 170:3, 172:16, 174:22, 175:5, 176:23, 182:9, 186:17, 187:17, 210:17, 210:22, 211:4, 211:12, 211:16, 220:22, 221:3, 221:15, 223:25, 224:2, 224:6, 241:14, 241:18, 256:8
**belt** [1] - 148:24
**Ben** [6] - 1:3, 1:5, 3:2, 3:19, 140:18, 201:4
**benefit** [4] - 121:11, 121:18, 121:21, 158:4
**bent** [2] - 115:8, 115:9
**best** [10] - 12:15, 59:5, 104:25, 156:21, 221:19, 234:15, 238:25, 255:24, 257:24, 261:22
**better** [7] - 3:20, 78:25, 126:4, 158:9, 167:9, 175:17, 214:3
**between** [43] - 5:24, 11:21, 24:12, 43:22, 57:20, 60:8, 62:14, 63:4, 78:13, 83:17, 101:14, 101:20, 104:18, 110:3, 110:13, 111:15, 112:5, 113:11, 113:16, 113:22, 133:6, 150:6, 153:11, 154:3, 154:19, 154:21, 162:19, 167:19, 173:14, 190:24, 196:23, 197:7, 200:7, 200:11, 202:15, 208:18, 208:25, 209:12, 211:23, 227:24, 248:16, 263:1, 264:9
**beyond** [2] - 4:12, 131:10
**big** [5] - 13:25, 47:8, 188:10, 213:9, 213:14
**bigger** [1] - 135:15
**birth** [9] - 3:22, 191:7, 191:9, 192:18, 201:14, 204:8, 213:5, 235:25, 247:24
**bit** [16] - 94:21, 95:21, 99:6, 131:1, 131:8, 144:7, 154:8, 154:19, 155:19, 167:13, 167:18, 175:17, 185:10, 186:12, 187:23, 253:9
**black** [1] - 177:20
**blame** [1] - 14:12
**blanket** [1] - 119:3
**blanks** [1] - 70:16
**bleeding** [2] - 91:5, 195:9
**blood** [50] - 8:19, 9:10, 9:11, 9:12, 9:14, 9:16, 14:13, 14:14, 29:21, 71:19, 72:1, 72:15, 73:5, 73:8, 73:9, 99:17, 112:23, 114:6, 137:9, 149:17, 150:16, 151:10, 194:7, 194:14, 194:17, 194:24, 195:14, 195:24, 196:14, 197:3, 197:8, 197:16, 220:19, 242:11, 242:14, 243:3, 243:23, 245:2, 246:3, 246:10, 246:19, 246:21, 246:25, 247:4, 247:7, 247:10, 249:16, 256:16, 262:6, 262:8
**blow** [1] - 179:21
**blow-up** [1] - 179:21
**board** [1] - 128:15
**Board** [8] - 80:9, 80:11, 80:13, 80:16, 81:12, 118:6, 118:10, 128:14
**body** [4] - 11:1, 195:9, 241:21, 242:2
**book** [1] - 135:4
**born** [11] - 196:7, 213:4, 213:11, 214:3, 218:10, 238:12, 238:15, 250:12, 251:7, 253:6, 262:24
**bothered** [1] - 200:17
**bothers** [1] - 179:12
**bottom** [1] - 87:1
**bouncing** [2] - 148:16, 173:19
**bowel** [1] - 145:4
**Box** [1] - 265:20
**bpm** [1] - 111:7
**bradycardia** [5] - 153:9, 153:10, 153:12, 153:16, 235:8
**bradycardic** [5] - 7:23, 153:19, 171:20, 171:23, 171:24
**brain** [3] - 10:24, 153:16, 192:4
**Brant** [1] - 114:12
**breach** [4] - 188:19, 240:19, 258:7, 258:18
**breached** [2] - 141:20, 142:8
**breaches** [1] - 142:18
**break** [6] - 46:18, 46:24, 82:24, 125:25, 126:15, 203:7
**breath** [2] - 109:22, 251:12
**breathe** [3] - 10:14, 175:17, 255:15
**breather** [1] - 68:7
**breathing** [2] - 115:12, 199:12
**brief** [3] - 125:16, 196:22, 254:14
**briefly** [2] - 95:23, 157:4
**bring** [1] - 263:5
**brings** [1] - 16:4
**broad** [1] - 99:25
**Brooklyn** [1] - 81:13
**brought** [1] - 12:14
**built** [1] - 192:1
**bulb** [1] - 112:15
**bump** [1] - 109:14
**bunch** [1] - 243:17
**burden** [1] - 17:23
**bury** [1] - 11:6
**BY** [28] - 18:15, 27:13, 28:2, 35:9, 50:25, 80:6, 95:3, 99:9, 118:5, 123:20, 124:3, 128:6, 129:18, 130:12, 130:25, 138:5, 139:17, 141:12, 144:6, 203:14, 207:17, 207:23, 209:22, 228:8, 254:25, 258:5, 263:7, 265:17
**byplay** [1] - 227:24

## C

**C-section** [53] - 16:25, 17:2, 17:11, 35:25, 36:18, 43:10, 71:2, 71:4, 71:10, 72:5, 84:17, 84:19, 91:15, 92:1, 98:3, 100:8, 104:19, 107:9, 108:22, 108:24, 109:1, 109:3, 109:6, 109:12, 109:15, 109:16, 109:18, 109:24, 110:17, 112:2, 112:11, 152:23, 163:12, 163:13, 163:17, 168:1, 172:13, 177:6, 179:20, 188:17, 204:10, 204:20, 204:24, 212:10, 213:16, 214:14, 214:25, 215:14, 224:9, 245:17, 245:21, 259:10
**C-sectioned** [1] - 39:1
**Caesarean** [13] - 8:6, 8:15, 8:17, 11:23, 35:13, 35:23, 36:15, 70:13, 72:19, 137:6, 170:6, 198:4, 198:15
**CALLED** [2] - 18:9, 128:3
**cannot** [4] - 41:13,

88:11, 109:19, 238:19
**capacity** [1] - 11:13
**capture** [2] - 230:2, 230:14
**capturing** [2] - 232:11, 234:23
**cardiac** [3] - 196:19, 196:22, 197:2
**care** [133] - 3:12, 5:22, 6:15, 6:17, 7:20, 8:6, 15:5, 15:19, 15:20, 18:2, 18:20, 21:19, 22:8, 24:16, 25:11, 25:15, 25:18, 26:19, 31:6, 31:13, 34:18, 35:2, 36:7, 36:9, 38:1, 40:1, 40:12, 40:13, 40:15, 40:17, 41:4, 41:7, 41:10, 41:11, 41:15, 41:18, 41:20, 41:21, 41:22, 41:24, 42:1, 42:4, 42:9, 43:23, 52:24, 53:5, 77:20, 77:25, 81:15, 81:22, 83:22, 84:1, 84:22, 85:8, 85:11, 85:13, 85:16, 85:20, 85:22, 86:2, 87:3, 87:4, 87:7, 87:10, 89:12, 90:7, 90:12, 90:25, 91:12, 92:21, 93:11, 95:19, 96:1, 96:2, 97:12, 107:7, 116:16, 118:22, 119:2, 119:10, 119:12, 128:18, 132:14, 137:16, 141:20, 141:25, 142:3, 142:8, 142:13, 142:18, 146:23, 150:23, 151:2, 156:13, 160:20, 160:21, 161:8, 162:19, 162:23, 163:7, 168:6, 169:22, 170:4, 172:12, 172:16, 174:22, 175:5, 193:4, 198:4, 203:17, 204:15, 205:2, 210:17, 210:22, 211:4, 211:9, 211:12, 211:16, 214:13, 214:15, 214:24, 215:17, 215:18, 216:12, 223:25, 224:2, 224:7, 240:20, 252:14, 258:7, 258:18, 259:6, 260:6
**Care** [1] - 133:4
**career** [5] - 132:16, 134:12, 134:16, 134:19, 135:22
**carefully** [2] - 156:14, 244:18
**caregivers** [2] - 93:9, 158:15
**caring** [3] - 85:8, 96:4, 210:16
**Carolina** [12] - 131:5, 131:6, 132:11, 133:8, 133:9, 133:10, 133:12, 133:15, 133:16, 133:18, 133:19, 133:20
**Carrie** [2] - 93:23, 95:19
**carries** [1] - 88:6
**carry** [1] - 209:18
**carrying** [1] - 87:7
**case** [45] - 9:18, 12:1, 12:6, 12:24, 13:18, 14:14, 17:24, 22:13, 24:3, 25:21, 41:10, 74:24, 75:16, 78:19, 79:22, 83:5, 93:17, 94:6, 97:15, 101:24, 112:4, 113:20, 123:22, 126:23, 127:11, 139:4, 141:17, 156:25, 192:7, 194:14, 195:20, 197:5, 214:19, 216:18, 221:23, 223:2, 226:1, 241:10, 242:13, 247:19, 249:22, 249:24, 254:2, 256:21, 263:17
**cases** [2] - 10:5, 136:6
**catastrophic** [5] - 178:12, 178:18, 180:7, 188:11, 259:11
**catch** [1] - 219:14
**catches** [1] - 164:18
**catching** [2] - 162:17, 212:3
**categories** [2] - 155:17, 155:18
**Category** [105] - 5:6, 5:12, 5:20, 6:4, 6:21, 33:25, 36:21, 37:10, 37:21, 38:3, 38:5, 44:6, 44:9, 44:13, 44:21, 44:25, 51:19, 88:11, 98:8, 98:10, 98:12, 98:15, 98:19, 98:22, 98:23, 99:1, 99:10, 99:11, 99:12, 99:14, 99:18, 99:19, 99:20, 99:22, 99:23, 99:24, 99:25, 100:3, 100:4, 100:5, 100:6, 100:8, 100:12, 100:21, 100:25, 103:5, 119:17, 119:21, 119:25, 120:3, 120:7, 120:9, 120:12, 120:14, 120:19, 120:22, 120:23, 121:1, 121:6, 124:10, 155:20, 156:5, 156:14, 156:18, 157:13, 157:14, 158:23, 159:4, 159:14, 160:19, 161:16, 162:11, 162:16, 168:21, 169:15, 169:18, 169:19, 169:20, 171:25, 172:5, 172:11, 174:4, 174:7, 177:7, 177:11, 180:1, 198:3, 221:24, 222:3, 222:6, 222:11, 223:3, 223:7, 223:12, 248:7, 259:17, 259:20, 263:11
**category** [7] - 6:3, 99:2, 100:1, 119:21, 121:7, 156:1, 156:6
**caught** [1] - 64:22
**caused** [16] - 10:16, 11:2, 76:17, 76:22, 77:9, 193:10, 205:9, 235:4, 238:3, 238:8, 250:9, 252:25, 253:10, 253:11, 253:18, 257:10
**causes** [1] - 253:22
**causing** [3] - 106:3, 200:22, 218:16
**caution** [1] - 261:20
**cell** [3] - 13:14, 15:12, 17:16
**cells** [7] - 252:25, 253:3, 253:10, 253:15, 253:18, 253:22, 256:15
**center** [1] - 19:4
**Center** [2] - 6:13, 18:25
**centimeter** [5] - 148:5, 163:20, 209:7, 209:8, 215:4
**centimeters** [18] - 7:7, 7:10, 53:22, 54:1, 54:7, 54:22, 55:5, 55:12, 148:4, 148:9, 163:20, 164:20, 166:20, 167:2, 167:21, 168:4, 168:5, 206:14
**Central** [1] - 3:20
**centrally** [1] - 158:3
**certain** [14] - 4:24, 29:24, 30:1, 64:22, 80:20, 87:24, 88:1, 88:10, 99:2, 106:22, 150:1, 153:24, 155:9, 199:4
**certainly** [19] - 22:25, 23:20, 25:19, 31:22, 32:6, 44:24, 59:6, 77:2, 78:18, 126:15, 127:11, 164:18, 169:19, 178:13, 190:21, 221:12, 223:9, 229:20, 252:1
**certainty** [29] - 138:10, 142:5, 142:15, 142:24, 163:3, 165:24, 168:11, 169:25, 171:10, 172:9, 172:22, 174:20, 184:15, 187:2, 189:6, 193:7, 193:10, 193:14, 193:22, 197:21, 198:12, 199:16, 201:24, 203:3, 213:11, 258:8, 258:13, 259:12, 263:18
**certificate** [8] - 9:22, 139:7, 139:9, 140:24, 226:10, 227:2, 255:6, 265:23
**certification** [4] - 80:17, 118:7, 128:21, 136:15
**Certification** [2] - 80:19, 217:1
**CERTIFIED** [1] - 1:24
**certified** [11] - 80:9, 80:11, 80:13, 81:12, 118:10, 128:14, 128:15, 128:24, 129:1, 129:3, 217:1
**certify** [2] - 265:6, 265:11
**certifying** [1] - 265:24
**cervical** [15] - 7:7, 7:14, 7:16, 54:6, 54:21, 55:18, 104:12, 157:7, 163:19, 166:25, 167:11, 167:15, 168:3, 169:10, 259:2
**cervix** [12] - 7:9, 53:9, 53:20, 53:22, 82:13, 148:7, 148:9, 157:8, 167:21, 209:7, 209:8, 215:4
**chairman** [1] - 133:7
**challenged** [1] - 71:24
**chance** [1] - 97:14
**change** [37] - 5:17, 6:7, 16:9, 25:17, 43:4, 45:2, 45:4, 45:7, 48:5, 55:18, 67:3, 67:20, 70:12, 81:23, 82:17, 85:23, 86:2, 92:10, 107:13, 107:25, 108:16, 154:1, 163:20, 167:11, 167:15, 168:4, 168:5, 169:10, 190:15, 197:16, 212:17, 218:8, 221:6, 225:14, 232:19, 232:20, 259:2
**changed** [2] - 25:14, 85:10
**changes** [13] - 11:2, 40:12, 40:13, 152:6, 152:7, 153:1, 154:22, 155:11, 161:25, 183:6, 191:20, 214:22, 257:16
**changing** [4] - 104:1, 156:22, 215:4, 218:20
**chapters** [1] - 135:4
**characteristics** [2] - 238:22, 257:14
**charge** [4] - 42:24, 54:16, 133:22, 165:19
**Charleston** [4] - 131:5, 132:13, 133:10, 133:19
**chart** [24] - 19:22, 22:18, 23:13, 23:21, 24:6, 24:7, 24:9, 24:11, 25:2, 26:23, 32:10, 33:5, 33:13, 33:15, 41:16, 64:15,

83:19, 119:19, 119:23, 179:10, 216:2, 216:7, 260:10, 260:16
**charts** [2] - 24:18, 64:12
**chatted** [2] - 64:17, 70:16
**check** [14] - 54:5, 55:19, 96:6, 101:14, 101:20, 107:19, 107:20, 107:22, 107:23, 107:25, 110:4, 147:14
**checked** [9] - 9:10, 53:9, 53:19, 97:17, 101:5, 101:8, 101:12, 108:3, 108:16
**checking** [3] - 96:9, 96:12, 101:19
**checks** [7] - 4:2, 44:3, 96:22, 107:25, 121:9, 121:10, 144:20
**chest** [9] - 9:6, 57:6, 58:4, 115:10, 123:5, 123:9, 123:10, 123:14
**Chestnut** [1] - 1:19
**child** [4] - 3:23, 74:2, 151:4, 259:22
**child's** [1] - 76:18
**children** [2] - 12:7, 82:2
**chipped** [1] - 192:23
**chromosomes** [1] - 77:14
**chronologically** [1] - 57:4
**Chung** [2] - 15:9, 141:14
**circulating** [4] - 72:4, 72:6, 72:7, 73:16
**circulator** [2] - 113:10, 113:16
**circumcised** [1] - 39:2
**Circumcised** [1] - 39:3
**circumstances** [3] - 36:15, 119:11, 196:20
**citizens** [1] - 3:19
**clamp** [6] - 72:22, 113:11, 113:14, 113:15, 195:2
**clamped** [16] - 72:19, 72:21, 112:16, 113:19, 115:13, 194:21, 194:24, 195:5, 195:6, 195:15, 195:21, 243:3, 245:18, 247:4
**clamping** [1] - 247:5
**clamps** [3] - 113:10, 113:14, 195:12
**clarify** [6] - 50:23, 98:25, 99:10, 211:18, 224:25, 240:1
**classification** [1] - 99:25
**clear** [22] - 27:16, 49:1, 127:2, 130:11, 168:16, 171:6, 191:11, 203:22, 209:6, 214:6, 219:4, 219:17, 219:18, 221:11, 230:10, 231:20, 231:23, 238:2, 252:16, 253:2, 253:17, 253:20
**clearly** [14] - 169:3, 169:8, 177:13, 192:9, 192:14, 210:7, 211:20, 211:24, 212:4, 223:5, 258:25, 259:2, 259:5, 259:9
**CLERK** [1] - 18:11
**clinical** [8] - 10:21, 132:14, 132:23, 190:3, 196:10, 198:24, 239:25, 247:18
**close** [5] - 38:3, 38:6, 51:7, 55:11, 175:20
**closed** [2] - 148:8, 231:10
**closely** [8] - 150:23, 154:23, 156:14, 160:22, 161:21, 162:22, 165:21, 166:3
**closer** [1] - 105:15
**clot** [1] - 114:7
**CME's** [1] - 80:22
**Co** [2] - 1:3, 3:2
**Co-administers** [1] - 3:2
**Co-administrators** [1] - 1:3
**Code** [1] - 265:6
**cognizant** [1] - 109:21
**collaborated** [1] - 40:6
**collect** [1] - 113:17
**collected** [15] - 71:19, 71:21, 72:3, 72:4, 73:3, 73:16, 73:19, 194:15, 197:8, 197:16, 243:3, 243:8, 243:9, 244:15, 245:2
**collection** [7] - 9:14, 71:25, 72:15, 182:8, 194:17, 197:5, 257:16
**collections** [1] - 137:9
**College** [2] - 81:8, 134:13
**color** [2] - 9:2, 199:11
**Columbia** [1] - 133:20
**column** [2] - 110:19, 190:22
**combination** [2] - 159:3, 205:8
**combined** [1] - 237:23
**comfort** [1] - 203:7
**coming** [11] - 24:14, 83:18, 106:17, 108:9, 154:7, 161:19, 162:25, 176:23, 182:10, 187:24, 187:25
**comment** [3] - 14:25, 200:10, 228:25
**Comments** [2] - 244:1, 244:3
**committee** [1] - 134:7
**communicate** [9] - 39:22, 84:8, 84:16, 93:14, 95:8, 95:9, 97:20, 97:23, 98:2
**communicated** [1] - 93:25
**communicating** [2] - 51:10, 54:16
**communication** [2] - 51:13, 109:8
**communications** [1] - 94:7
**complete** [3] - 16:17, 118:12, 118:14
**completed** [2] - 41:22, 86:17
**completely** [4] - 9:8, 107:11, 148:10, 186:2
**completing** [1] - 79:17
**complicated** [3] - 128:18, 128:19, 147:12
**complications** [4] - 83:2, 128:20, 131:12, 131:13
**comply** [1] - 193:4
**component** [1] - 216:12
**composite** [1] - 237:23
**comprehensive** [7] - 6:1, 22:5, 22:6, 24:3, 25:10, 26:4, 82:1
**comprehensively** [1] - 78:10
**compression** [1] - 106:4
**compressions** [1] - 9:6
**compromise** [1] - 194:1
**computer** [3] - 1:22, 92:18, 227:23
**computer-aided** [1] - 1:22
**concave** [1] - 123:7
**concentration** [2] - 151:9, 151:11
**concept** [1] - 222:17
**concern** [6] - 95:5, 97:21, 159:4, 164:11, 220:10, 253:3
**concerned** [8] - 25:13, 92:1, 106:7, 150:11, 152:8, 191:19, 216:14, 237:21
**concerning** [23] - 14:18, 14:21, 24:9, 24:10, 25:13, 37:23, 76:12, 84:8, 97:6, 100:6, 102:9, 102:10, 138:14, 141:24, 162:21, 163:6, 179:16, 223:17, 229:20, 232:4, 237:14, 258:7, 258:18
**concerns** [2] - 71:25, 125:23
**conclude** [1] - 14:13
**concluded** [1] - 125:6
**conclusion** [4] - 11:15, 13:23, 226:13, 226:14
**conclusions** [4] - 12:20, 14:6, 16:2, 192:7
**condensed** [1] - 30:18
**condition** [13] - 10:1, 10:16, 14:12, 14:25, 58:13, 115:15, 145:11, 146:3, 146:10, 200:22, 202:18, 213:25, 214:8
**condolences** [2] - 117:4, 117:6
**conduct** [2] - 79:14, 79:22
**conducted** [1] - 58:20
**confidence** [1] - 213:21
**confident** [3] - 17:25, 213:6, 213:15
**confirmed** [3] - 4:11, 7:14, 147:21
**conforms** [1] - 143:20
**confused** [2] - 116:17, 231:23
**confusion** [1] - 206:22
**congenital** [10] - 10:4, 10:16, 74:23, 75:2, 75:12, 76:2, 200:9, 200:20, 200:22, 202:17
**connection** [1] - 160:1
**consent** [1] - 108:24
**consequences** [1] - 137:21
**conservative** [1] - 78:25
**consider** [6] - 14:19, 155:23, 165:20, 204:24, 243:22, 244:6
**consideration** [2] - 15:2, 15:4
**considered** [9] - 17:25, 84:16, 147:1, 150:20, 154:10, 158:10, 158:12, 204:23, 214:14
**considering** [1] - 84:19
**consistent** [17] - 89:12, 89:13, 90:11, 98:8, 98:17, 98:19, 100:10, 146:3, 171:15, 183:13, 186:5, 191:2, 195:1, 196:13, 198:18, 198:24, 253:3
**consoled** [2] - 116:18, 116:25
**constant** [1] - 63:5
**constantly** [2] - 63:4, 93:9
**constraints** [1] - 78:6
**Consultants** [1] - 131:18
**consume** [1] - 125:23
**contact** [3] - 103:8, 103:9, 103:14
**contacted** [1] - 216:13
**content** [1] - 218:4
**context** [4] - 31:4, 47:24, 48:3, 109:11
**continue** [30] - 36:17,

40:18, 64:23, 67:21, 83:7, 91:15, 105:6, 105:7, 105:14, 130:21, 150:15, 153:20, 153:21, 156:9, 156:24, 175:24, 179:1, 181:5, 182:2, 184:10, 184:17, 187:21, 189:8, 190:6, 190:9, 220:5, 224:1, 224:18, 225:4
**continued** [15] - 5:12, 28:18, 104:16, 132:20, 155:3, 155:4, 160:14, 185:1, 187:19, 188:14, 190:24, 191:15, 191:24, 199:22, 222:11
**continues** [4] - 36:25, 48:5, 152:6, 179:2
**continuing** [6] - 14:21, 36:12, 80:20, 81:4, 190:3, 190:22
**continuous** [2] - 38:4, 229:21
**continuously** [3] - 82:23, 149:2, 231:7
**contract** [3] - 157:24, 166:14, 166:15
**contracted** [2] - 115:8, 198:23
**contracting** [1] - 55:23
**contraction** [9] - 106:6, 182:8, 182:11, 183:1, 187:25, 189:10, 189:11, 189:13
**contractions** [39] - 4:23, 5:11, 7:11, 7:17, 29:16, 29:17, 29:20, 55:22, 65:18, 83:3, 88:2, 88:12, 149:12, 149:14, 149:22, 153:6, 154:7, 154:10, 157:16, 157:18, 158:4, 158:14, 158:22, 158:25, 159:7, 163:21, 164:21, 165:8, 166:15, 169:11, 181:24, 182:9, 182:24, 185:19, 185:20, 185:22, 187:6, 189:12, 215:4
**contractures** [20] - 10:1, 10:3, 15:10, 145:18, 145:20, 200:5, 200:6, 200:8, 200:12, 200:15, 200:16, 251:19, 251:23, 251:24, 252:4, 252:8, 252:11, 252:18, 256:14
**contradicting** [1] - 75:18
**contrary** [1] - 192:7
**contributed** [1] - 135:4
**contributes** [1] - 184:3
**control** [8] - 40:22, 131:24, 173:2, 173:5, 176:2, 180:4, 258:15, 265:24
**conversation** [3] - 85:3, 91:13, 119:5
**converted** [1] - 198:3
**copy** [2] - 126:2, 207:10
**cord** [68] - 9:10, 9:11, 9:14, 9:15, 13:9, 17:18, 71:19, 71:21, 71:25, 72:8, 72:20, 72:21, 73:2, 73:9, 106:4, 112:16, 113:13, 113:16, 113:18, 113:19, 113:22, 113:25, 114:25, 115:13, 115:17, 137:9, 149:16, 149:18, 194:3, 194:5, 194:14, 194:17, 194:19, 194:21, 194:23, 194:25, 195:5, 195:8, 195:11, 195:13, 195:15, 195:16, 195:17, 195:21, 195:24, 196:15, 196:18, 197:9, 197:15, 220:18, 242:11, 242:15, 243:4, 243:23, 244:14, 245:1, 245:18, 246:3, 246:10, 246:19, 246:21, 246:25, 247:3, 247:10, 249:19, 256:16
**Cord** [1] - 112:23
**core** [1] - 249:16
**Coroner** [1] - 9:22
**Coroner's** [1] - 9:20
**Corporation** [1] - 217:2
**corporation** [1] - 131:23
**Correct** [3] - 54:1, 55:19, 58:10
**correct** [293] - 18:17, 18:20, 18:23, 19:2, 19:9, 19:10, 19:11, 19:14, 19:18, 19:19, 19:20, 19:24, 20:10, 20:17, 20:21, 20:25, 21:4, 21:8, 21:11, 21:17, 21:21, 22:1, 22:10, 22:16, 23:22, 24:9, 24:23, 25:1, 26:8, 27:2, 27:6, 28:13, 28:15, 28:21, 28:24, 29:8, 29:18, 29:25, 30:15, 31:2, 31:13, 32:3, 32:4, 32:7, 32:11, 32:16, 33:14, 33:19, 36:16, 36:22, 37:2, 37:7, 37:13, 37:16, 37:18, 38:4, 38:12, 38:13, 38:14, 38:17, 38:21, 38:22, 38:23, 39:1, 39:3, 39:4, 39:7, 39:8, 39:10, 39:11, 39:13, 39:19, 39:20, 40:1, 40:2, 40:9, 40:12, 40:16, 41:1, 43:16, 43:20, 44:4, 44:10, 44:14, 44:21, 45:1, 45:3, 45:10, 45:16, 45:19, 45:23, 45:25, 46:2, 46:6, 47:12, 47:21, 50:20, 51:8, 51:11, 51:24, 52:14, 53:1, 53:10, 53:20, 53:22, 54:8, 54:12, 54:16, 54:17, 54:18, 54:19, 54:22, 55:5, 55:13, 55:20, 55:25, 56:13, 57:13, 57:17, 57:23, 58:1, 58:5, 58:17, 58:21, 59:23, 60:4, 60:19, 61:1, 61:7, 61:16, 62:22, 63:21, 65:1, 65:5, 65:11, 65:16, 65:24, 66:14, 66:20, 67:15, 67:25, 68:7, 69:2, 69:7, 69:10, 69:13, 69:17, 69:20, 69:23, 70:7, 70:10, 70:13, 71:6, 71:11, 72:16, 72:17, 73:11, 74:19, 74:20, 75:15, 75:19, 75:22, 77:6, 77:8, 77:11, 77:13, 97:15, 100:18, 100:19, 110:1, 111:5, 111:6, 111:8, 111:9, 118:10, 118:19, 118:23, 119:1, 119:12, 119:18, 119:22, 119:25, 120:3, 120:7, 120:9, 120:12, 120:14, 120:19, 120:23, 121:1, 121:12, 121:22, 121:23, 122:5, 122:8, 122:12, 123:6, 123:24, 124:10, 124:11, 141:6, 146:11, 153:18, 160:7, 169:13, 181:11, 181:14, 194:16, 195:18, 195:23, 199:5, 199:6, 203:18, 203:19, 204:10, 207:2, 209:4, 209:9, 209:10, 209:20, 210:18, 211:13, 211:17, 212:11, 212:12, 213:2, 213:22, 215:1, 215:2, 216:21, 216:22, 216:24, 217:2, 217:22, 218:12, 219:8, 220:19, 221:4, 222:7, 222:21, 222:25, 223:3, 224:18, 225:16, 226:1, 226:3, 226:7, 226:24, 227:9, 228:12, 228:17, 230:15, 230:17, 232:6, 232:11, 232:12, 232:22, 233:3, 233:8, 234:7, 234:25, 235:4, 236:1, 236:8, 237:2, 238:5, 238:24, 242:15, 242:19, 242:20, 243:5, 245:2, 245:7, 245:15, 246:8, 250:3, 250:6, 250:7, 251:20, 252:10, 252:19, 254:11, 255:21, 255:22, 256:18, 256:21, 257:11, 257:25, 258:1, 261:6, 262:15, 265:7
**corrected** [3] - 67:9, 175:16, 200:2
**correcting** [1] - 212:3
**corrections** [1] - 66:18
**correctly** [20] - 22:23, 33:12, 165:15, 205:21, 208:15, 209:2, 213:19, 214:10, 216:9, 218:2, 219:21, 220:8, 225:6, 229:23, 232:5, 241:9, 242:9, 249:5, 251:10, 253:22
**correlation** [1] - 200:11
**corroboration** [1] - 40:24
**cosign** [1] - 42:18
**counsel** [5] - 3:10, 125:11, 127:18, 227:25, 264:4
**counseled** [4] - 43:9, 91:11, 107:10, 108:12
**counselors** [1] - 136:6
**count** [1] - 159:21
**counting** [1] - 135:24
**country** [1] - 131:25
**couple** [5] - 68:4, 79:10, 123:21, 190:2, 244:23
**course** [71] - 3:16, 4:7, 6:2, 6:15, 10:22, 15:24, 20:19, 21:21, 22:21, 25:23, 26:16, 30:7, 30:24, 38:8, 39:14, 40:4, 40:9, 40:22, 51:7, 59:5, 72:11, 74:17, 76:8, 82:3, 83:21, 97:5, 97:10, 98:23, 118:19, 127:9, 134:16, 134:19, 135:12, 135:22, 142:1, 144:9, 145:21, 146:23, 147:12, 147:20, 159:2, 160:22, 161:9, 162:16, 162:22, 163:6, 163:22, 164:22, 165:17, 165:21, 169:20, 170:15, 178:16, 185:9, 188:9, 190:16, 191:13, 192:12, 192:22, 196:10, 202:1, 202:6, 203:12, 212:6, 214:22, 219:19,

245:17, 250:18, 258:15, 258:22, 260:3
**courses** [1] - 80:21
**COURT** [65] - 1:1, 3:1, 12:3, 18:4, 18:8, 27:12, 27:24, 34:21, 34:24, 78:3, 78:18, 79:3, 79:6, 79:9, 79:12, 79:19, 80:1, 80:4, 94:6, 94:10, 94:16, 94:21, 94:25, 99:4, 118:2, 123:18, 124:22, 124:24, 125:3, 125:6, 125:9, 125:14, 125:17, 125:22, 126:11, 126:17, 127:6, 127:9, 127:19, 129:15, 129:17, 130:5, 130:11, 130:18, 130:20, 138:3, 141:5, 141:8, 143:19, 143:25, 144:2, 203:8, 203:10, 203:12, 209:20, 227:24, 228:3, 254:12, 254:15, 254:19, 254:24, 263:25, 264:2, 264:11, 264:14
**Court** [18] - 3:9, 12:2, 12:14, 12:21, 17:24, 18:1, 26:24, 49:2, 52:22, 75:22, 79:24, 94:12, 130:4, 265:3, 265:4, 265:16, 265:19, 265:19
**court** [8] - 33:22, 94:5, 94:18, 94:22, 126:9, 126:15, 127:20, 136:9
**Court's** [2] - 15:4, 27:9
**cover** [1] - 79:11
**covering** [4] - 6:10, 19:1, 19:8, 38:10
**CPR** [2] - 199:25, 200:2
**crash** [1] - 112:2
**creases** [1] - 10:12
**create** [1] - 40:15
**created** [1] - 40:17
**credits** [1] - 80:21
**criteria** [13] - 16:25, 87:25, 88:9, 88:10, 88:15, 88:20, 97:24, 99:3, 99:20, 100:4, 169:3, 169:7, 171:25
**criteria"** [1] - 88:4
**critical** [1] - 170:21
**cross** [8] - 18:7, 95:21, 97:1, 101:11, 105:17, 203:7, 209:18, 254:16
**Cross** [2] - 2:2, 2:3
**CROSS** [3] - 18:9, 80:5, 203:13
**cross-exam** [1] - 97:1
**CRR** [1] - 1:23
**cry** [2] - 8:20, 198:22
**cumulative** [2] - 193:11, 263:21
**current** [4] - 96:19, 96:20, 130:9, 130:15
**curriculum** [3] - 129:22, 130:13, 130:20
**cursor** [1] - 177:18
**curve** [10] - 161:21, 167:24, 168:18, 175:19, 202:20, 206:13, 206:16, 208:11, 256:3, 256:19
**cut** [9] - 13:9, 17:17, 72:21, 72:22, 113:11, 113:15, 167:16, 245:18, 262:7
**cutoff** [1] - 247:14
**cutting** [2] - 113:22, 247:4
**CV** [4] - 129:19, 130:7, 130:14, 135:17
**cycles** [2] - 105:22, 105:23
**Cytotec** [14] - 4:17, 5:5, 26:15, 27:1, 27:5, 28:8, 28:14, 28:17, 157:2, 157:4, 157:12, 157:16, 159:15

## D

**D-5** [1] - 179:21
**D.O** [2] - 127:17, 127:20
**daily** [1] - 126:2
**damage** [7] - 10:24, 11:1, 153:17, 155:6, 192:4, 201:14, 201:19
**damaged** [1] - 152:8
**dangerous** [2] - 158:10, 158:12
**dark** [2] - 173:6, 173:8
**data** [1] - 132:2
**date** [6] - 3:5, 4:12, 20:19, 127:23, 146:25, 265:10
**dated** [4] - 226:3, 226:23, 232:7, 232:15
**dates** [2] - 143:10, 265:10
**DAY** [1] - 1:12
**day-to-day** [1] - 135:25
**days** [2] - 16:17, 92:7
**daytime** [1] - 93:23
**dead** [3] - 9:8, 74:6, 116:9
**deal** [1] - 47:9
**dealt** [1] - 21:11
**death** [59] - 9:22, 10:17, 11:9, 11:11, 11:25, 14:13, 76:9, 76:13, 76:18, 76:22, 77:3, 77:9, 139:7, 139:9, 140:24, 151:19, 152:12, 153:22, 155:6, 171:7, 172:19, 192:17, 193:10, 193:16, 193:19, 195:10, 196:13, 196:19, 197:18, 198:1, 198:19, 198:24, 200:18, 200:21, 200:22, 201:19, 202:1, 203:18, 203:23, 204:13, 226:10, 227:2, 238:3, 238:8, 247:24, 250:9, 250:12, 253:5, 255:6, 255:7, 256:11, 257:2, 257:9, 258:12, 258:19, 262:12, 262:14, 263:20
**Deceased** [2] - 1:4, 3:3
**decel** [3] - 183:21, 187:12, 241:7
**decelerate** [1] - 16:9
**deceleration** [59] - 8:7, 8:9, 11:21, 56:8, 56:12, 154:1, 154:4, 155:23, 170:16, 170:18, 170:19, 171:14, 171:18, 171:24, 172:4, 172:12, 173:6, 173:8, 173:12, 173:21, 175:2, 177:5, 178:2, 178:10, 180:11, 180:25, 181:23, 182:11, 182:25, 184:21, 186:16, 187:11, 187:24, 187:25, 188:22, 189:11, 189:14, 189:23, 211:23, 212:2, 223:6, 224:20, 225:19, 228:10, 232:9, 232:16, 233:1, 233:7, 233:13, 233:20, 234:6, 234:21, 235:8, 237:22, 239:8, 241:3, 259:21, 261:12
**decelerations** [130] - 5:7, 5:13, 5:15, 5:20, 6:5, 7:24, 8:11, 8:19, 11:22, 23:7, 26:12, 30:6, 30:9, 30:23, 31:17, 31:21, 31:23, 33:24, 34:11, 35:11, 35:22, 36:5, 36:7, 36:21, 37:2, 37:5, 37:7, 37:18, 41:20, 46:2, 46:3, 62:6, 62:11, 64:21, 67:15, 67:17, 67:25, 68:20, 69:10, 69:12, 69:20, 70:9, 70:10, 70:21, 70:22, 70:24, 71:17, 83:3, 98:20, 106:1, 106:3, 106:8, 106:10, 117:21, 118:15, 119:7, 121:6, 121:16, 121:17, 122:23, 123:1, 149:19, 149:21, 150:14, 153:5, 153:7, 153:21, 153:24, 154:9, 154:10, 154:12, 155:1, 155:12, 155:15, 156:4, 156:18, 156:19, 157:13, 157:17, 159:2, 159:3, 159:9, 160:1, 160:4, 160:12, 160:15, 161:18, 165:7, 168:21, 178:2, 179:4, 183:2, 183:4, 187:5, 189:15, 191:1, 192:14, 193:25, 198:17, 219:1, 219:8, 219:9, 222:20, 222:24, 223:16, 223:20, 223:24, 224:8, 224:12, 225:13, 225:15, 225:19, 225:23, 233:11, 237:15, 237:21, 238:19, 239:18, 240:3, 248:8, 259:25, 263:12
**decelerations"** [1] - 71:11
**decels** [6] - 37:22, 158:23, 163:9, 188:15, 188:23, 260:11
**December** [59] - 3:23, 4:13, 4:15, 5:16, 8:16, 18:17, 19:8, 19:9, 19:11, 20:13, 45:25, 50:1, 50:3, 50:13, 56:6, 71:6, 81:15, 84:1, 86:11, 89:14, 91:25, 97:3, 107:13, 138:23, 143:3, 146:13, 146:16, 146:25, 147:1, 193:3, 204:19, 205:2, 208:9, 208:18, 210:17, 211:8, 211:11, 211:15, 212:10, 213:16, 214:25, 222:6, 222:11, 223:22, 224:6, 224:15, 224:16, 225:3, 226:3, 227:12, 228:9, 228:12, 229:25, 240:21, 245:7, 248:10, 258:23
**decide** [6] - 27:24, 40:23, 105:1, 105:7, 111:18, 215:13
**decided** [2] - 105:6, 220:5
**decides** [1] - 111:16
**decision** [14] - 6:8, 47:18, 70:12, 71:1, 136:3, 156:7, 156:11, 161:23, 163:6, 163:15, 169:20, 171:2, 223:20, 224:1
**decisions** [2] - 132:21, 220:7
**decrease** [3] - 149:17, 150:15, 186:2
**decreased** [4] - 45:16, 83:4, 123:23, 154:11
**deemed** [2] - 143:21,

195:3
**deep** [1] - 109:22
**deeply** [1] - 131:11
**default** [4] - 223:6, 234:1, 234:13, 235:20
**Defendant** [2] - 1:9, 2:9
**Defendant's** [1] - 27:15
**DEFENDANTS** [1] - 1:17
**Defense** [1] - 141:13
**defer** [2] - 28:6, 78:8
**define** [1] - 151:8
**defined** [1] - 241:14
**definitely** [8] - 40:6, 67:16, 135:20, 163:10, 174:25, 177:5, 208:14, 239:23
**definition** [3] - 164:21, 171:21, 182:10
**definitions** [3] - 81:4, 169:9, 177:13
**definitive** [1] - 210:9
**definitively** [3] - 155:8, 238:23, 257:14
**degree** [33] - 138:9, 142:4, 142:14, 142:23, 151:14, 154:22, 156:18, 163:2, 165:23, 168:10, 169:24, 171:9, 172:8, 172:21, 174:19, 184:14, 185:15, 187:1, 189:5, 192:4, 193:6, 193:9, 193:13, 193:21, 197:20, 198:11, 199:15, 201:23, 203:3, 258:8, 258:13, 259:12, 263:17
**delay** [3] - 9:15, 197:7, 197:9
**deliver** [36] - 3:16, 8:14, 11:18, 16:22, 35:12, 36:8, 36:15, 40:23, 59:6, 66:1, 66:4, 69:22, 95:17, 105:14, 108:12, 119:8, 119:15, 136:3, 137:22, 142:9, 142:12, 148:12, 151:4, 168:1, 169:16, 170:2, 172:13, 172:18, 188:25, 198:4, 198:7, 202:11, 202:14, 204:10, 211:13, 211:17
**delivered** [49] - 7:21, 9:15, 13:6, 17:15, 63:6, 71:5, 73:20, 111:4, 112:14, 112:15, 112:24, 113:7, 113:9, 115:19, 152:12, 153:19, 156:12, 156:24, 159:20, 163:11, 165:8, 171:5, 172:3, 175:12, 184:4, 184:6, 186:22, 186:24, 188:17, 188:21, 190:13, 193:18, 194:20, 195:12, 196:24, 197:6, 199:5, 204:16, 210:8, 211:6, 211:25, 213:1, 213:3, 213:7, 213:12, 214:1, 224:23, 245:18, 246:4
**deliveries** [3] - 135:21, 135:25, 136:4
**delivering** [4] - 105:15, 113:5, 156:10, 168:13
**Delivery** [1] - 4:19
**delivery** [131] - 3:12, 4:20, 5:22, 6:8, 7:20, 8:7, 8:15, 8:20, 9:10, 9:17, 11:23, 12:11, 13:5, 13:8, 13:16, 14:3, 14:23, 15:10, 17:8, 17:14, 18:3, 31:5, 34:18, 35:2, 35:20, 35:24, 35:25, 40:8, 40:20, 43:9, 50:11, 56:5, 56:10, 56:15, 57:20, 59:14, 59:15, 63:1, 63:2, 64:3, 70:13, 71:9, 82:14, 83:24, 89:19, 91:16, 91:18, 92:11, 95:14, 101:2, 101:16, 101:18, 101:21, 105:10, 107:18, 108:14, 108:17, 110:6, 112:5, 114:15, 114:21, 115:3, 115:4, 115:20, 116:24, 117:10, 118:25, 119:7, 123:3, 132:7, 136:1, 137:7, 137:12, 137:19, 138:15, 144:11, 144:22, 149:1, 152:21, 156:20, 157:10, 162:2, 163:16, 166:17, 168:8, 170:6, 170:12, 175:20, 175:22, 177:6, 179:11, 179:12, 190:25, 191:12, 192:16, 192:24, 193:2, 193:3, 193:4, 194:4, 194:6, 194:18, 195:2, 197:13, 198:15, 198:21, 199:13, 202:5, 202:25, 214:8, 215:13, 220:18, 222:18, 224:22, 236:3, 238:1, 243:4, 244:8, 244:15, 246:18, 246:19, 248:10, 250:24, 251:15, 251:25, 257:9, 259:7, 259:10, 259:22, 260:6, 263:2
**delve** [1] - 131:11
**demise** [10] - 142:22, 184:3, 184:9, 192:5, 193:12, 200:15, 205:10, 235:12, 237:5, 238:10
**demographic** [1] - 82:2
**demonstrate** [1] - 180:4
**demonstrated** [3] - 5:19, 7:23, 180:1
**demonstrating** [1] - 7:18
**demonstrative** [7] - 27:17, 27:18, 100:16, 227:12, 227:18, 227:21, 228:1
**denomination** [1] - 98:18
**department** [4] - 132:15, 132:24, 133:7, 133:25
**depleted** [2] - 117:16, 191:17
**depleting** [1] - 248:18
**deposed** [1] - 231:3
**deposition** [102] - 22:17, 23:17, 23:18, 30:10, 30:17, 32:19, 32:20, 33:22, 35:15, 35:21, 36:10, 47:10, 74:1, 75:5, 75:22, 76:25, 106:13, 125:4, 125:11, 125:19, 126:6, 127:10, 127:14, 127:16, 127:19, 127:21, 127:23, 140:6, 140:9, 140:12, 140:15, 140:18, 163:13, 165:12, 179:11, 203:21, 205:18, 205:24, 206:3, 206:5, 206:21, 206:22, 206:25, 207:5, 207:6, 207:7, 207:10, 208:17, 209:13, 209:23, 210:20, 210:24, 211:1, 211:20, 211:22, 211:25, 212:7, 213:8, 215:11, 217:15, 219:18, 219:22, 220:21, 221:13, 221:25, 223:11, 224:25, 225:21, 228:22, 229:5, 230:11, 231:1, 231:17, 231:24, 232:5, 233:6, 233:19, 236:10, 239:3, 240:2, 241:6, 241:10, 241:20, 241:23, 244:9, 244:12, 244:16, 244:24, 249:3, 249:12, 250:20, 253:17, 255:10, 255:23, 257:23, 258:16, 258:17, 259:13, 259:16, 262:17, 262:18
**depositions** [6] - 78:12, 79:23, 125:18, 125:23, 126:24, 127:7
**deprivation** [1] - 45:22
**depth** [2] - 36:11, 91:13
**Deputy** [1] - 9:22
**describe** [6] - 11:11, 85:12, 112:14, 133:1, 177:17, 222:9
**described** [6] - 114:10, 123:5, 145:13, 178:9, 222:2, 237:7
**describing** [4] - 3:25, 14:3, 173:3
**description** [3] - 112:11, 123:10, 254:1
**deserve** [1] - 202:24
**desired** [1] - 135:1
**despite** [5] - 7:10, 7:11, 10:14, 14:8, 169:11
**detail** [2] - 25:8, 223:8
**detailed** [2] - 6:1, 26:4
**details** [3] - 23:2, 25:9, 72:15
**detect** [1] - 151:21
**detectable** [5] - 67:7, 67:23, 69:2, 69:7, 69:16
**detected** [1] - 248:19
**determination** [1] - 127:11
**determine** [10] - 18:1, 89:4, 155:8, 195:24, 228:20, 229:12, 246:24, 260:24, 261:4, 262:3
**determined** [1] - 92:1
**devastating** [1] - 11:7
**develop** [5] - 201:17, 252:25, 253:11, 253:19
**developed** [2] - 5:11, 95:18
**developing** [2] - 159:5, 160:4
**development** [6] - 13:15, 15:12, 17:16, 159:2, 237:22
**develops** [1] - 192:3
**diabetes** [1] - 135:15
**diagnosable** [7] - 205:6, 205:15, 208:1, 208:18, 208:24, 208:25, 209:4
**diagnose** [1] - 238:23
**diagnosed** [4] - 56:2, 147:19, 205:13, 250:15
**diagnoses** [1] - 4:8
**diagnosis** [14] - 131:14, 170:17, 200:20, 205:7, 206:19, 210:9, 211:7, 212:1, 212:12, 212:20, 215:8, 252:21, 256:25, 257:14

**die** [11] - 18:1, 178:16, 192:21, 197:23, 198:8, 235:23, 237:6, 237:10, 251:7, 262:22, 263:9
**died** [24] - 3:17, 9:4, 10:18, 11:3, 12:7, 12:11, 12:17, 17:22, 17:24, 74:23, 75:11, 117:9, 203:23, 204:2, 204:8, 226:14, 226:17, 227:5, 227:8, 235:25, 236:8, 236:12, 263:1, 263:18
**dies** [1] - 5:4
**differ** [1] - 83:22
**difference** [6] - 13:17, 13:25, 91:6, 91:10, 212:14, 260:15
**differences** [3] - 217:10, 217:13, 217:24
**different** [30] - 13:23, 50:2, 55:1, 56:21, 62:20, 63:7, 65:9, 67:1, 67:5, 107:21, 108:2, 108:8, 119:10, 129:23, 131:14, 131:15, 132:1, 132:6, 133:19, 144:18, 155:17, 172:3, 189:12, 214:5, 221:11, 224:10, 253:9, 260:5, 260:18, 260:19
**differently** [5] - 84:4, 91:11, 91:18, 101:24, 114:10
**difficult** [2] - 115:4, 153:8
**difficulty** [3] - 6:24, 105:12, 144:21
**dilate** [3] - 82:13, 148:9, 167:21
**dilated** [16] - 7:10, 53:22, 54:1, 54:7, 54:22, 55:5, 55:12, 105:15, 107:12, 145:4, 148:10, 164:19, 166:20, 167:2, 206:14, 212:15
**dilates** [1] - 209:8
**dilating** [1] - 209:7
**dilation** [8] - 7:7, 7:14, 7:16, 53:19, 55:18, 148:5, 169:10, 259:2
**dilators** [1] - 82:13
**dilemma** [1] - 79:18
**Direct** [1] - 2:2
**direct** [16] - 39:22, 78:10, 78:14, 78:17, 79:1, 79:14, 79:16, 79:25, 95:10, 118:21, 124:12, 227:14, 227:19, 245:23, 246:13, 265:24
**DIRECT** [2] - 18:14, 128:5
**direction** [3] - 39:19, 41:1, 161:22
**directly** [2] - 104:8, 104:12
**Director** [3] - 133:3, 133:5, 134:1
**disagree** [15] - 66:6, 66:15, 66:16, 66:23, 68:1, 69:3, 69:5, 69:18, 69:19, 71:16, 123:2, 169:8, 191:10, 192:9, 251:24
**disagreed** [5] - 68:17, 69:8, 69:24, 121:20, 121:23
**disagreement** [1] - 70:1
**discarded** [1] - 25:4
**disconnect** [1] - 110:13
**disconnected** [4] - 103:24, 109:25, 110:4, 110:7
**discount** [1] - 202:23
**discuss** [7] - 15:19, 36:9, 82:7, 85:25, 96:2, 99:11, 128:25
**discussed** [16] - 23:24, 25:1, 35:20, 36:1, 41:16, 71:3, 89:22, 97:1, 99:10, 153:2, 179:24, 234:9, 237:12, 238:12, 241:17, 248:21
**discussing** [6] - 51:17, 118:24, 219:22, 229:5, 230:22, 231:8
**discussion** [17] - 24:22, 25:9, 25:10, 35:17, 36:11, 36:14, 48:2, 51:14, 64:5, 66:22, 67:4, 67:6, 85:6, 85:21, 86:4, 157:22, 206:18
**discussions** [7] - 24:5, 45:4, 63:5, 64:13, 64:14, 64:15, 71:24
**disease** [5] - 74:23, 75:2, 75:12, 128:20, 253:5
**Disease** [6] - 9:25, 200:11, 252:22, 253:4, 253:15, 256:15
**diseases** [2] - 255:25, 257:25
**disorder** [4] - 212:13, 250:9, 255:7, 256:14
**dispense** [1] - 126:7
**display** [1] - 227:20
**displayed** [1] - 227:13
**distinction** [1] - 200:7
**distinguished** [1] - 260:6
**distinguishing** [1] - 10:3
**distress** [19] - 5:14, 8:18, 32:2, 71:10, 136:23, 152:14, 152:15, 152:19, 158:8, 158:16, 174:8, 175:15, 191:6, 191:11, 198:16, 229:22, 235:21, 237:11
**distress"** [1] - 234:2
**DISTRICT** [2] - 1:1, 1:1
**District** [4] - 265:4, 265:19, 265:20
**Doctor** [11] - 19:11, 30:22, 33:8, 50:6, 71:2, 125:9, 129:19, 176:1, 178:9, 228:7, 262:2
**doctor** [6] - 5:21, 47:10, 50:3, 63:12, 99:4, 174:22
**doctors** [4] - 4:5, 14:11, 40:14, 223:24
**Doctors** [1] - 163:8
**document** [39] - 9:14, 37:18, 41:3, 41:11, 42:10, 42:17, 43:8, 51:13, 51:16, 51:17, 52:19, 53:12, 53:14, 57:14, 58:12, 60:16, 62:18, 63:16, 63:17, 63:23, 63:24, 63:25, 64:1, 64:11, 64:15, 66:21, 67:6, 69:5, 70:1, 70:3, 72:18, 73:21, 103:11, 104:22, 107:8, 120:2, 121:24, 130:18, 195:20
**documentation** [18] - 24:25, 25:2, 43:24, 44:1, 51:20, 52:17, 54:3, 59:18, 65:23, 68:18, 71:19, 119:16, 145:4, 148:3, 176:11, 177:14, 196:6, 260:16
**documentations** [1] - 67:9
**documented** [100] - 6:17, 7:6, 9:4, 10:7, 10:11, 10:12, 22:18, 23:12, 23:21, 23:25, 24:6, 24:7, 24:8, 24:10, 24:11, 37:5, 37:8, 37:11, 37:14, 37:15, 37:17, 37:23, 37:25, 41:6, 41:16, 41:21, 42:8, 42:19, 42:24, 43:6, 44:3, 45:3, 45:6, 47:4, 52:21, 53:8, 53:19, 54:23, 56:8, 56:12, 56:14, 57:7, 58:23, 60:12, 60:13, 61:15, 62:15, 62:21, 63:22, 64:13, 65:2, 65:4, 66:16, 67:13, 69:8, 69:9, 69:14, 69:15, 69:18, 69:19, 69:20, 70:8, 70:11, 71:22, 71:23, 72:21, 73:4, 74:1, 74:10, 103:17, 109:9, 111:25, 119:17, 119:20, 120:6, 120:9, 120:11, 120:15, 120:17, 120:18, 121:4, 122:4, 122:24, 122:25, 123:9, 124:9, 160:11, 163:19, 166:18, 167:2, 168:3, 168:5, 171:14, 183:10, 185:18, 198:15, 243:25, 245:4, 245:9, 260:10
**documenting** [1] - 55:18
**documents** [5] - 3:6, 32:6, 32:8, 37:6, 162:10
**done** [34] - 22:21, 22:22, 26:16, 35:25, 41:10, 42:21, 43:5, 43:12, 57:12, 62:22, 63:6, 80:16, 82:6, 84:5, 89:19, 101:24, 110:15, 110:16, 114:3, 114:4, 114:10, 116:20, 117:1, 132:23, 135:14, 141:17, 145:16, 148:22, 163:13, 213:16, 215:13, 240:23, 254:23, 262:9
**Doppler** [11] - 17:9, 110:10, 110:14, 110:19, 110:25, 111:2, 111:17, 111:23, 111:24, 111:25, 112:5
**dosage** [1] - 88:1
**dose** [12] - 4:17, 5:11, 29:13, 30:2, 30:4, 86:12, 86:23, 157:2, 158:17, 158:18, 158:19, 186:2
**doses** [3] - 7:12, 166:11, 166:13
**dosing** [2] - 88:16, 88:17
**double** [7] - 72:22, 72:23, 113:19, 126:4, 195:21, 243:3, 247:4
**double-clamped** [4] - 113:19, 195:21, 243:3, 247:4
**doubled** [1] - 73:1
**doubly** [3] - 72:19, 194:24, 195:6
**doubly-clamped** [3] - 72:19, 194:24, 195:6
**doubt** [4] - 34:1, 74:10, 74:13, 127:12
**dough** [1] - 10:11
**dough-like** [1] - 10:11
**doughy** [4] - 15:11, 253:23, 254:1, 256:14
**down** [24] - 37:21, 55:9, 60:3, 99:4, 99:5, 100:25, 108:9, 110:21, 110:22, 110:23, 113:14, 113:15, 125:9, 150:5, 164:15, 173:23, 174:1, 179:15, 180:18, 182:22, 183:20, 229:19, 230:6, 242:18
**downfall** [2] - 188:10,

188:18
**downstairs** [1] - 116:1
**Dr** [316] - 2:3, 2:4, 3:13, 3:14, 5:23, 5:24, 5:25, 6:9, 6:11, 6:17, 6:20, 7:5, 7:7, 7:21, 8:8, 8:14, 9:21, 10:8, 11:15, 11:17, 11:20, 11:24, 12:10, 13:20, 13:22, 13:23, 13:25, 14:8, 14:17, 14:24, 15:9, 15:15, 15:16, 15:18, 15:20, 16:5, 16:7, 16:16, 16:17, 16:19, 16:24, 17:3, 17:5, 17:9, 17:12, 17:13, 17:20, 18:7, 20:6, 21:10, 21:14, 21:15, 21:20, 21:24, 22:4, 23:12, 25:23, 25:24, 26:5, 26:22, 27:11, 27:23, 29:15, 30:5, 33:21, 35:10, 36:22, 37:8, 37:9, 37:25, 38:1, 39:25, 41:8, 41:9, 41:18, 41:23, 42:8, 43:14, 43:15, 43:23, 44:2, 44:13, 44:25, 45:12, 45:22, 48:7, 48:10, 48:21, 49:19, 51:14, 52:18, 53:16, 53:18, 54:12, 54:15, 55:17, 56:4, 56:20, 63:24, 63:25, 72:18, 73:20, 75:11, 78:11, 78:19, 78:23, 79:1, 79:3, 79:6, 79:11, 79:13, 79:15, 79:17, 79:20, 80:7, 84:2, 84:4, 84:14, 84:16, 84:25, 85:2, 85:3, 85:4, 86:7, 86:8, 86:10, 86:17, 87:6, 87:9, 89:12, 90:12, 90:19, 94:8, 94:13, 94:15, 96:25, 97:20, 98:1, 98:2, 100:20, 102:1, 110:24, 114:19, 114:21, 114:25, 117:9, 118:1, 118:6, 119:17, 119:19, 119:20, 119:23, 119:24, 120:2, 120:11, 120:18, 120:21, 124:21, 125:5, 125:6, 125:11, 125:24, 127:14, 127:16, 128:1, 128:2, 128:7, 128:11, 129:8, 129:14, 130:7, 130:13, 132:9, 136:12, 137:24, 138:3, 138:6, 140:7, 140:9, 140:12, 141:14, 141:20, 141:24, 142:8, 142:18, 143:5, 143:6, 143:8, 143:16, 144:7, 144:14, 145:16, 148:1, 148:21, 151:7, 155:17, 158:21, 159:6, 160:10, 160:19, 160:21, 161:6, 161:7, 161:24, 162:1, 162:8, 162:10, 162:19, 162:21, 163:5, 163:24, 164:7, 164:24, 165:12, 165:20, 166:1, 166:19, 166:20, 167:3, 168:3, 168:7, 169:6, 170:2, 170:6, 170:12, 171:5, 172:13, 173:2, 173:25, 177:10, 179:7, 181:5, 181:7, 188:6, 188:18, 190:13, 191:5, 192:6, 192:8, 192:15, 193:9, 194:3, 195:20, 198:3, 198:14, 200:20, 201:11, 202:17, 202:18, 204:20, 204:24, 205:2, 207:9, 207:12, 211:9, 214:12, 214:24, 215:22, 216:6, 216:12, 219:23, 220:12, 223:22, 228:9, 242:22, 244:11, 244:16, 244:18, 244:20, 244:22, 244:25, 245:3, 245:8, 245:10, 245:15, 245:22, 246:7, 246:16, 255:1, 258:2, 258:3, 258:7, 259:6, 259:15, 259:24, 259:25, 260:3, 260:5, 263:25, 264:1, 264:7
**dr** [1] - 141:16
**draw** [8] - 100:24, 194:18, 194:24, 195:14, 243:22, 243:23, 244:6, 245:11
**drawing** [1] - 243:23
**drawn** [9] - 9:13, 196:5, 242:14, 246:25, 247:4, 247:7, 247:10, 247:11, 249:20
**draws** [1] - 72:7
**drop** [2] - 180:12, 261:21
**dropped** [1] - 174:1
**dropping** [1] - 262:4
**Drs** [6] - 4:16, 5:15, 34:17, 35:1, 125:4, 260:7
**drug** [2] - 158:2, 158:10
**due** [7] - 3:23, 4:12, 20:16, 146:25, 204:9, 205:6, 205:14
**DULY** [2] - 18:10, 128:3
**duration** [3] - 126:24, 190:9, 193:25
**during** [69] - 3:12, 10:20, 13:1, 13:15, 16:9, 18:2, 22:7, 22:14, 22:19, 22:21, 23:4, 25:24, 32:20, 45:22, 55:21, 81:23, 82:18, 83:9, 85:8, 91:21, 93:23, 97:1, 102:3, 103:3, 105:18, 105:19, 106:2, 106:14, 110:3, 117:13, 117:16, 134:6, 134:18, 145:21, 146:23, 147:19, 149:2, 149:8, 155:7, 159:19, 173:12, 178:17, 178:20, 188:7, 189:15, 197:23, 198:25, 202:1, 203:24, 204:6, 204:18, 206:22, 209:13, 212:5, 212:7, 218:23, 219:5, 227:8, 230:6, 233:5, 233:21, 236:9, 240:2, 248:21, 259:18, 260:3, 260:19, 260:22, 262:13
**duties** [2] - 131:20, 133:21
**duty** [7] - 17:5, 24:13, 24:14, 98:1, 100:17, 219:23, 223:25
**dying** [2] - 197:17, 261:5
**dysfunctional** [1] - 168:17

## E

**E.D** [1] - 3:3
**E.G** [1] - 1:4
**early** [12] - 67:15, 67:17, 69:20, 70:9, 106:1, 106:8, 106:10, 148:8, 155:23, 202:9, 204:19, 209:6
**earnings** [1] - 11:13
**easier** [2] - 30:21, 54:13
**eat** [1] - 82:24
**economist** [2] - 16:2, 264:9
**educated** [2] - 221:22, 251:2
**education** [4] - 67:12, 80:21, 81:5, 136:12
**educational** [1] - 96:4
**effaced** [2] - 148:11, 167:3
**effect** [2] - 166:11, 263:21
**effects** [11] - 8:13, 10:19, 11:4, 136:17, 152:10, 183:25, 184:11, 189:2, 190:7, 193:11, 261:5
**efficiency** [1] - 24:17
**efficient** [1] - 83:15
**effort** [6] - 13:10, 20:2, 57:12, 58:5, 68:16, 108:12
**efforts** [12] - 8:2, 9:9, 10:15, 13:12, 14:4, 68:13, 74:8, 74:15, 131:24, 175:9, 198:22, 199:19
**eight** [6] - 6:18, 133:3, 140:2, 141:3, 166:22, 195:13
**either** [12] - 62:1, 70:4, 86:1, 91:15, 128:19, 136:7, 156:3, 161:10, 179:10, 194:18, 195:6, 239:14
**electrode** [4] - 104:7, 121:11, 121:13, 121:19
**Electronic** [3] - 134:1, 136:14, 138:1
**electronic** [14] - 4:21, 5:2, 33:5, 128:22, 128:24, 129:1, 136:25, 148:21, 148:23, 149:6, 155:18, 191:6, 261:1, 261:8
**electronically** [1] - 51:1
**elevated** [2] - 102:14, 145:23
**elevation** [1] - 102:16
**Elmo** [8] - 27:10, 31:10, 31:19, 37:20, 51:21, 53:16, 55:15, 64:16
**emergency** [7] - 109:3, 109:4, 109:6, 109:10, 109:12, 109:20, 112:1
**Emergency** [1] - 39:6
**emergent** [6] - 109:9, 109:11, 109:15, 109:18, 259:22
**Emory** [2] - 131:3, 131:4
**emphasize** [1] - 211:19
**emphasized** [1] - 259:24
**employed** [1] - 129:24
**employee** [1] - 6:12
**encounter** [6] - 42:10, 42:11, 52:13, 52:15, 52:17, 52:21
**encouraged** [1] - 194:9
**end** [8] - 130:3, 165:2, 182:16, 183:8, 188:3, 189:16, 195:16, 206:21
**ended** [5] - 21:25, 78:1, 157:12, 184:6, 185:3
**ending** [1] - 186:11
**endure** [1] - 218:7
**engaged** [6] - 108:10, 148:15, 164:2, 164:4, 164:15, 167:9
**enlarged** [1] - 145:5
**enlargement** [1] - 179:22
**ensued** [1] - 8:2
**entered** [3] - 90:19, 103:19, 104:19
**entire** [10] - 24:18, 61:2, 122:19, 134:12, 219:19,

222:20, 237:25, 240:18, 248:7, 260:3
**entirely** [2] - 127:13, 227:24
**entries** [1] - 89:11
**entry** [3] - 60:2, 87:19, 87:21
**envision** [1] - 161:14
**epidural** [1] - 83:1
**episode** [5] - 4:6, 105:11, 219:12, 219:16, 250:19
**episodes** [3] - 204:5, 218:25, 219:6
**equilibrate** [1] - 197:4
**equilibrated** [1] - 173:20
**equipped** [1] - 4:20
**err** [2] - 261:10, 261:19
**especially** [2] - 116:16, 163:1
**Esq** [2] - 1:15, 1:18
**essence** [2] - 121:6, 175:17
**essentially** [4] - 13:21, 126:4, 133:4, 262:24
**Estate** [2] - 1:4, 3:2
**estate** [1] - 3:11
**estimate** [1] - 213:10
**estimates** [1] - 155:12
**estimation** [1] - 213:14
**etc** [1] - 133:24
**ethically** [1] - 135:3
**evaluate** [11] - 6:18, 40:5, 62:13, 62:19, 96:1, 96:14, 107:17, 161:12, 166:23, 224:12, 225:8
**evaluated** [11] - 7:13, 44:2, 55:12, 63:4, 108:9, 144:14, 144:15, 162:24, 163:14, 166:19, 170:20
**evaluates** [2] - 199:4, 225:9
**evaluating** [5] - 54:3, 85:18, 85:20, 96:18, 166:6
**evaluation** [10] - 94:9, 96:16, 96:18, 107:14, 108:8, 162:9, 166:21, 171:15, 183:13, 216:12
**evaluations** [2] - 121:15, 145:2
**evening** [16] - 7:9, 54:12, 54:20, 56:24, 67:8, 93:24, 95:19, 206:14, 208:3, 208:4, 208:5, 208:9, 222:10, 229:25, 264:2
**event** [27] - 7:23, 8:9, 153:20, 171:20, 171:23, 172:12, 174:24, 178:10, 178:17, 179:6, 180:7, 181:25, 184:8, 184:23, 188:12, 188:13, 191:25, 192:12, 192:20, 202:15, 235:1, 235:7, 235:19, 237:19, 248:15, 255:17, 259:11
**events** [5] - 11:10, 105:3, 171:13, 190:1, 259:18
**eventually** [2] - 182:13, 212:18
**everywhere** [1] - 149:10
**evidence** [61] - 5:12, 10:15, 12:1, 12:18, 12:19, 12:20, 12:22, 12:23, 12:25, 13:4, 13:8, 13:10, 13:11, 13:13, 13:19, 14:1, 14:2, 14:9, 14:11, 14:15, 14:19, 14:25, 15:2, 15:4, 15:7, 15:24, 16:5, 16:24, 17:6, 17:9, 17:14, 17:19, 17:20, 17:25, 124:19, 125:2, 130:23, 141:11, 143:15, 144:5, 145:20, 184:10, 185:1, 185:16, 186:25, 187:19, 190:3, 190:6, 191:6, 191:11, 191:13, 192:7, 193:2, 200:1, 201:7, 229:21, 237:10, 247:23, 249:14, 252:14, 256:21
**evidenced** [2] - 10:21, 68:22
**evidencing** [2] - 8:12, 190:4
**evident** [2] - 151:3, 152:7
**exact** [4] - 60:13, 108:5, 155:10, 257:21
**exactly** [5] - 75:3, 126:8, 208:13, 221:5, 227:4
**exam** [21] - 11:5, 42:19, 95:22, 97:1, 101:11, 105:17, 107:24, 146:16, 148:10, 148:17, 166:25, 167:12, 167:16, 168:3, 168:4, 200:19, 203:7, 209:1, 209:18
**examination** [6] - 18:7, 54:6, 54:21, 123:12, 227:14, 254:16
**EXAMINATION** [8] - 18:10, 18:14, 80:5, 118:4, 123:19, 128:5, 203:13, 258:4
**EXAMINED** [1] - 128:4
**examined** [3] - 9:24, 10:10, 123:14
**examiner** [4] - 9:20, 14:7, 55:1, 55:7
**examiners** [2] - 7:13, 108:2
**examining** [1] - 85:18
**example** [3] - 14:11, 14:17, 165:20
**exceed** [2] - 29:24, 30:1
**Exception** [1] - 94:25
**exchange** [2] - 24:12, 24:19
**exclude** [1] - 196:15
**excruciatingly** [1] - 108:7
**excuse** [6] - 126:23, 202:18, 219:3, 230:25, 236:5, 240:20
**Excuse** [1] - 209:17
**execute** [2] - 86:3, 86:5
**executive** [1] - 134:7
**exercises** [1] - 16:12
**exhibit** [7] - 27:15, 27:18, 30:19, 143:11, 207:1, 227:18, 229:3
**Exhibit** [25] - 2:7, 2:7, 2:8, 2:8, 2:9, 2:10, 2:10, 27:15, 27:19, 27:22, 28:10, 86:21, 98:13, 110:18, 112:10, 124:20, 125:1, 127:15, 129:11, 130:22, 138:24, 139:8, 144:4, 231:7, 242:21
**Exhibits** [4] - 2:11, 126:7, 139:4, 141:6
**exhibits** [3] - 141:8, 141:10, 144:2
**existing** [1] - 72:14
**expect** [9] - 12:7, 12:11, 27:24, 161:12, 173:11, 178:14, 181:25, 252:6, 253:21
**expectation** [1] - 253:7
**expected** [8] - 17:13, 21:6, 23:20, 40:11, 161:24, 168:18, 178:3, 178:16
**expecting** [4] - 3:22, 41:13, 166:1, 192:21
**experience** [8] - 29:22, 39:17, 84:6, 95:25, 129:9, 133:23, 153:20, 216:23
**experienced** [4] - 7:24, 89:18, 89:20, 184:22
**experiencing** [2] - 67:14, 240:17
**expert** [12] - 7:19, 8:5, 9:3, 11:13, 15:7, 15:16, 15:18, 15:23, 15:25, 136:10, 137:25, 143:15
**expertise** [2] - 252:5, 254:8
**experts** [8] - 12:15, 13:2, 13:19, 13:22, 169:6, 177:10, 191:5, 201:11
**explain** [20] - 12:15, 12:21, 15:9, 15:13, 15:16, 15:20, 16:2, 67:5, 87:21, 90:22, 103:24, 131:20, 132:18, 166:11, 191:16, 191:17, 223:5, 248:23, 256:4, 256:20
**explained** [2] - 228:22, 237:20
**explaining** [4] - 15:7, 15:23, 15:25, 241:8
**explains** [1] - 130:15
**explanation** [2] - 15:2, 254:4
**exposed** [6] - 45:16, 152:3, 152:10, 152:24, 174:16, 260:25
**exposure** [1] - 190:16
**express** [1] - 77:2
**expressed** [2] - 205:15, 253:3
**expressing** [2] - 95:5, 240:23
**exsanguinate** [1] - 72:25
**extend** [1] - 124:15
**extended** [3] - 117:6, 153:13, 180:20
**extension** [1] - 145:13
**extensive** [1] - 24:3
**extra** [1] - 70:22
**extracted** [1] - 246:11
**extraction** [1] - 112:24
**extraction"** [1] - 246:4
**extremely** [1] - 250:12
**extremities** [2] - 145:14, 251:22
**eye** [1] - 159:12

## F

**F-R-A-N-C-I-S** [1] - 18:13
**fabricated** [1] - 34:13
**facilitate** [1] - 167:7
**facility** [1] - 133:20
**facing** [1] - 126:17
**fact** [28] - 23:3, 31:22, 36:6, 46:19, 46:21, 47:6, 51:18, 59:16, 73:8, 118:9, 122:21, 147:23, 157:25, 160:16, 167:19, 190:15, 197:7, 210:7, 221:19, 222:2, 224:5, 229:14, 236:7, 238:18, 238:22, 252:11, 255:14, 259:20
**factor** [1] - 169:21
**factors** [4] - 89:4, 168:23, 175:21, 197:13
**facts** [1] - 23:5
**faculty** [2] - 136:4, 162:15
**failed** [1] - 3:16
**failing** [1] - 142:9
**failure** [11] - 7:16, 137:22, 142:11, 165:20, 170:6, 170:12, 172:16, 172:18, 188:25, 202:11, 204:10
**faint** [1] - 231:15

**fair** [2] - 100:22, 244:9
**fairly** [3] - 147:7, 158:7, 196:8
**fall** [3] - 154:4, 214:24, 224:6
**fallen** [1] - 262:7
**falling** [2] - 155:13, 173:12
**falls** [5] - 154:5, 155:9, 162:23, 171:25, 215:17
**familiar** [15] - 20:5, 50:7, 50:9, 136:15, 136:17, 136:20, 136:23, 136:25, 137:3, 137:6, 137:9, 137:11, 137:14, 137:16, 137:21
**familiarize** [2] - 20:2, 20:7
**family** [2] - 11:7, 117:24
**fast** [3] - 29:16, 94:21, 196:24
**faster** [2] - 29:18, 29:20
**favor** [1] - 262:7
**favorable** [1] - 157:8
**feasible** [1] - 85:22
**features** [1] - 198:24
**FEBRUARY** [1] - 1:13
**Federal** [1] - 6:12
**fell** [12] - 142:2, 142:13, 210:16, 210:22, 211:4, 211:12, 211:16, 221:3, 221:15, 223:25, 241:18, 256:8
**Fellowship** [3] - 128:12, 131:7, 131:8
**felt** [8] - 53:1, 58:19, 108:10, 142:22, 179:7, 194:25, 220:6, 260:13
**femoral** [2] - 9:7, 199:21
**fetal** [221] - 4:21, 4:25, 5:2, 5:5, 5:12, 5:19, 6:21, 6:22, 6:23, 7:22, 8:2, 8:10, 8:18, 10:21, 11:22, 12:24, 13:1, 13:19, 13:20, 14:9, 14:18, 14:20, 15:15, 15:18, 15:19, 15:25, 16:7, 16:8, 16:14, 16:23, 17:1, 17:7, 17:21, 29:22, 33:25, 36:19, 37:1, 37:13, 38:3, 44:4, 44:7, 44:10, 45:12, 45:13, 45:15, 45:19, 45:21, 45:22, 46:3, 46:5, 51:18, 58:5, 58:13, 58:22, 58:23, 58:25, 59:3, 59:17, 61:1, 61:16, 61:22, 62:1, 62:5, 62:14, 62:15, 63:9, 63:10, 63:22, 64:4, 64:25, 66:13, 67:7, 67:24, 68:13, 68:20, 68:22, 69:2, 69:13, 69:16, 70:7, 71:10, 80:23, 81:3, 81:7, 81:10, 83:2, 88:10, 96:9, 96:12, 98:5, 98:21, 99:2, 99:13, 100:12, 100:20, 101:19, 101:22, 103:3, 105:19, 109:25, 117:15, 117:18, 121:10, 121:11, 121:13, 121:17, 121:19, 121:24, 122:11, 122:25, 124:9, 124:13, 128:20, 128:22, 128:24, 129:1, 136:20, 136:23, 136:25, 137:4, 139:2, 139:4, 140:23, 147:13, 148:14, 148:18, 148:21, 148:23, 149:6, 149:7, 149:11, 149:18, 150:1, 150:17, 150:19, 151:3, 151:21, 152:14, 152:15, 152:19, 153:9, 153:20, 154:12, 154:15, 154:25, 155:18, 158:16, 162:12, 163:20, 164:1, 164:3, 170:19, 171:15, 171:17, 172:4, 172:25, 174:8, 174:10, 181:3, 181:4, 181:16, 181:19, 183:12, 183:15, 183:17, 186:4, 190:10, 191:1, 191:6, 191:11, 191:15, 191:17, 196:18, 198:16, 202:21, 216:14, 216:20, 216:23, 217:6, 217:20, 217:25, 218:23, 218:25, 219:5, 219:7, 220:24, 221:3, 221:7, 221:15, 222:3, 223:15, 224:1, 225:9, 226:21, 227:1, 231:14, 232:8, 233:2, 236:14, 237:2, 237:6, 238:4, 238:7, 238:22, 238:23, 256:11, 257:6, 257:10, 257:13, 257:14, 257:16, 261:1, 261:8, 261:21, 262:10
**Fetal** [13] - 88:3, 128:10, 128:15, 128:17, 131:7, 131:17, 134:1, 134:13, 136:13, 136:14, 138:1, 217:2
**fetus** [63] - 12:25, 13:3, 14:21, 14:22, 16:12, 16:13, 16:22, 17:9, 20:20, 32:2, 38:6, 45:15, 45:20, 46:1, 57:13, 57:14, 59:4, 59:5, 59:22, 61:7, 65:15, 88:11, 91:21, 96:20, 102:25, 103:21, 104:8, 104:13, 104:24, 104:25, 105:5, 105:13, 105:21, 105:23, 110:5, 111:10, 113:7, 113:8, 121:5, 136:18, 151:25, 152:10, 152:24, 154:24, 155:2, 155:9, 175:9, 217:7, 218:8, 218:15, 218:24, 219:6, 219:12, 222:23, 225:23, 237:7, 240:17, 247:23, 248:6, 249:15, 260:25
**fetus'** [12] - 13:1, 14:20, 16:10, 99:20, 104:9, 111:16, 112:8, 218:20, 220:24, 221:2, 221:15, 232:11
**fetuses** [2] - 105:21, 237:14
**few** [11] - 67:17, 96:13, 118:3, 173:18, 177:24, 192:24, 237:22, 253:3, 253:14, 254:22, 258:3
**field** [1] - 72:9
**fields** [1] - 137:25
**fifth** [3] - 9:6, 181:6, 199:19
**figure** [3] - 17:21, 229:3, 242:7
**filed** [1] - 74:24
**fill** [3] - 9:22, 64:16, 70:16
**final** [3] - 139:8, 139:10, 140:25
**findings** [24] - 9:23, 9:24, 13:13, 14:6, 15:12, 15:22, 15:23, 37:24, 74:22, 75:1, 75:11, 76:2, 122:24, 178:3, 186:21, 198:18, 200:11, 200:19, 202:20, 248:1, 248:11, 248:13, 252:20, 253:6
**fine** [11] - 50:24, 53:15, 58:17, 73:2, 98:9, 127:1, 174:24, 185:24, 207:11, 209:21, 263:6
**finger** [1] - 161:2
**finish** [3] - 78:24, 134:25, 254:19
**finished** [1] - 128:12
**first** [49] - 3:23, 7:5, 15:6, 16:18, 18:5, 21:6, 32:1, 43:18, 52:13, 52:15, 87:24, 92:7, 92:9, 98:5, 98:6, 98:7, 104:15, 105:11, 118:7, 128:23, 133:21, 141:16, 147:6, 159:13, 162:9, 163:18, 164:2, 164:12, 164:14, 164:18, 165:1, 166:19, 190:13, 205:5, 205:11, 210:16, 210:19, 210:22, 211:3, 219:25, 226:3, 226:13, 226:15, 227:11, 228:9, 228:10, 233:7, 245:24
**First** [1] - 144:7
**first-time** [2] - 16:18, 164:2
**fit** [2] - 79:22, 247:18
**fits** [1] - 177:13
**five** [23] - 43:22, 46:6, 46:7, 119:14, 120:16, 132:5, 147:8, 150:20, 157:19, 162:9, 162:13, 162:20, 163:19, 176:24, 179:24, 179:25, 180:3, 185:19, 196:25, 234:19, 237:8, 254:17, 254:23
**flag** [1] - 250:5
**flat** [1] - 177:25
**flatter** [1] - 153:4
**flexion** [1] - 145:14
**flipping** [1] - 231:10
**float** [1] - 10:13
**floating** [4] - 15:12, 254:4, 254:7, 256:15
**floor** [1] - 166:6
**Florida** [1] - 131:19
**flow** [24] - 7:6, 29:1, 29:21, 32:8, 32:12, 32:14, 52:14, 53:8, 53:18, 53:24, 56:16, 56:17, 62:25, 65:25, 106:21, 107:1, 121:16, 122:8, 124:12, 149:17, 150:16, 180:23, 183:11, 188:6
**fluctuation** [2] - 179:3, 182:22
**fluid** [18] - 4:2, 4:4, 4:7, 4:11, 58:4, 144:14, 144:18, 144:20, 144:22, 144:24, 144:25, 145:3, 145:23, 146:14, 146:17, 146:20, 147:17, 147:23
**fluids** [3] - 8:4, 57:6, 175:10
**flustered** [1] - 106:17
**focus** [8] - 13:19, 14:9, 132:14, 144:7, 216:17, 231:9, 243:7, 257:7
**focused** [2] - 210:6, 257:8
**focusing** [3] - 209:14, 209:23, 210:11
**folded** [2] - 115:8, 115:9
**folks** [3] - 224:5, 261:2, 262:4

**follow** [8] - 48:5, 82:8, 87:9, 127:10, 147:22, 147:23, 149:3, 254:23
**follow-up** [2] - 147:22, 147:23
**followed** [8] - 4:10, 8:10, 11:21, 22:15, 73:11, 73:15, 73:18, 193:25
**following** [4] - 57:3, 126:21, 170:21, 175:23
**FOLLOWS** [2] - 18:10, 128:4
**foot** [3] - 10:12, 139:24, 141:2
**footprint** [1] - 140:3
**footprints** [2] - 140:2, 141:3
**FOR** [3] - 1:1, 1:14, 1:17
**forceps** [1] - 152:23
**forces** [1] - 166:17
**foregoing** [3] - 265:7, 265:12, 265:23
**foreseeable** [5] - 11:17, 11:20, 202:1, 202:3, 202:14
**form** [3] - 32:12, 33:11, 42:10
**formal** [1] - 81:3
**formation** [1] - 17:16
**forth** [5] - 63:4, 123:24, 131:2, 163:9, 265:11
**forward** [11] - 12:1, 41:17, 96:17, 121:10, 171:3, 175:22, 190:23, 210:6, 212:24, 214:21, 222:10
**foundation** [1] - 130:8
**four** [18] - 7:8, 7:14, 7:17, 55:18, 55:21, 128:23, 143:1, 144:18, 157:19, 167:10, 167:16, 167:19, 168:2, 169:11, 215:8, 223:11, 226:1, 258:19
**fourth** [1] - 134:2
**fourth-year** [1] - 134:2
**frame** [5] - 182:15, 185:6, 186:7, 186:8, 189:16
**francis** [1] - 17:9
**Francis** [111] - 2:3, 3:13, 3:14, 5:23, 5:25, 6:9, 6:11, 6:17, 7:5, 7:7, 7:21, 8:8, 8:14, 10:9, 11:15, 11:17, 11:20, 11:24, 12:10, 13:22, 15:20, 16:5, 16:7, 16:16, 16:17, 16:19, 16:24, 17:3, 17:5, 17:13, 17:20, 18:7, 18:13, 20:6, 22:4, 23:12, 27:11, 27:23, 29:15, 30:5, 35:10, 38:1, 45:12, 45:22, 48:10, 52:18, 53:16, 53:18, 56:4, 63:24, 72:18, 73:20, 78:19, 79:13, 79:15, 80:7, 94:15, 100:20, 110:24, 117:9, 118:1, 118:6, 125:6, 140:7, 141:20, 141:24, 142:8, 142:18, 160:19, 160:21, 161:24, 162:1, 162:8, 162:19, 162:21, 163:5, 163:24, 164:24, 166:1, 166:19, 166:20, 167:3, 168:7, 170:2, 172:13, 179:7, 188:6, 190:13, 195:20, 198:3, 204:24, 205:2, 211:9, 214:12, 214:24, 215:22, 216:6, 219:23, 223:23, 244:18, 244:25, 245:3, 245:8, 245:10, 245:15, 246:7, 258:7, 259:6, 260:3, 260:5
**Francis'** [17] - 79:1, 94:8, 94:13, 124:21, 161:7, 165:12, 165:20, 168:3, 170:6, 170:12, 188:18, 202:18, 216:12, 244:11, 244:16, 244:20, 245:22
**Franklin** [1] - 120:8
**frantic** [1] - 115:24
**free** [1] - 126:14
**frequent** [4] - 158:13, 165:7, 182:13, 186:15
**frequently** [3] - 147:7, 156:8, 166:15
**Friday** [1] - 126:14
**front** [5] - 28:9, 93:12, 129:19, 207:11, 244:20
**frustration** [1] - 260:4
**fulfill** [1] - 87:6
**fulfilling** [1] - 93:10
**full** [3] - 128:9, 128:13, 245:24
**fully** [1] - 212:15
**function** [5] - 21:3, 58:22, 228:23, 229:14, 229:17
**functioning** [1] - 239:9
**functions** [1] - 133:25
**future** [1] - 11:13
**fuzzy** [1] - 60:3

## G

**gas** [13] - 71:21, 99:17, 137:9, 194:17, 194:19, 195:17, 195:24, 196:14, 197:3, 220:18, 244:14, 249:19, 256:16
**gases** [12] - 73:9, 112:23, 113:13, 113:18, 115:17, 194:3, 194:5, 245:2, 246:3, 246:10, 246:19, 246:21
**gasped** [2] - 115:13
**gee** [1] - 261:21
**General** [1] - 128:15
**general** [5] - 22:11, 111:18, 111:19, 182:20, 222:17
**generally** [7] - 82:22, 86:4, 86:20, 92:17, 108:1, 180:16, 215:23
**genetic** [23] - 10:8, 10:9, 10:16, 77:11, 77:13, 77:15, 77:18, 139:12, 139:16, 139:18, 140:25, 141:1, 200:24, 201:1, 201:2, 201:4, 202:17, 202:22, 202:24, 250:8, 255:2, 255:7, 256:14
**geneticist** [2] - 15:9, 15:14
**Georgia** [1] - 81:13
**Gerald** [4] - 21:10, 127:17, 127:21, 140:9
**gestation** [3] - 13:16, 20:19, 21:2
**gestations** [1] - 135:14
**Gharbi** [134] - 3:1, 3:2, 3:3, 3:11, 3:18, 4:2, 5:10, 5:18, 6:6, 6:14, 6:16, 6:17, 6:18, 7:1, 7:5, 7:14, 7:15, 8:3, 9:4, 16:17, 16:20, 16:21, 17:11, 19:12, 20:12, 21:9, 21:13, 22:10, 23:6, 23:15, 26:6, 31:15, 32:7, 33:24, 34:18, 35:3, 35:12, 36:12, 38:1, 38:12, 38:16, 41:4, 42:20, 43:18, 43:25, 44:2, 44:6, 44:21, 52:13, 52:15, 54:6, 54:21, 55:12, 55:21, 55:24, 56:20, 56:25, 57:5, 59:10, 60:4, 66:8, 68:5, 71:5, 74:16, 77:19, 81:15, 81:19, 81:21, 81:24, 82:9, 83:22, 84:5, 84:9, 84:17, 84:22, 85:13, 86:12, 88:21, 92:2, 92:5, 92:9, 92:15, 92:23, 93:1, 93:19, 95:8, 95:11, 95:14, 97:21, 97:24, 102:3, 110:1, 115:23, 116:12, 117:4, 119:15, 120:3, 120:7, 138:15, 139:12, 139:19, 140:15, 140:19, 140:24, 141:2, 141:21, 142:19, 144:9, 144:10, 146:22, 146:25, 147:18, 157:1, 157:12, 158:21, 159:6, 160:12, 162:24, 163:19, 163:21, 166:19, 167:19, 169:3, 200:8, 201:4, 210:16, 212:15, 214:14, 215:23, 219:25, 226:7, 264:10
**GHARBI** [4] - 1:2, 1:3, 1:4, 1:5
**Gharbi's** [106] - 3:15, 3:16, 4:9, 4:12, 4:15, 5:13, 5:21, 6:2, 6:8, 6:21, 7:9, 7:20, 7:24, 10:3, 10:6, 11:6, 11:15, 11:17, 11:20, 11:25, 16:6, 17:2, 17:3, 18:16, 18:19, 19:21, 20:1, 20:8, 21:6, 21:19, 21:21, 21:25, 22:13, 22:21, 23:13, 23:21, 31:6, 32:9, 33:1, 38:8, 39:25, 40:4, 40:9, 40:12, 40:22, 41:6, 41:11, 51:7, 51:18, 52:23, 57:16, 58:12, 65:7, 73:20, 74:15, 83:12, 84:11, 85:7, 91:7, 94:1, 95:5, 98:2, 98:21, 100:12, 100:18, 100:20, 101:4, 101:19, 105:2, 123:9, 124:9, 138:18, 138:23, 139:2, 139:3, 139:5, 139:21, 141:25, 144:19, 145:7, 147:12, 160:19, 160:22, 161:9, 161:25, 162:2, 162:22, 163:7, 165:21, 166:3, 170:2, 170:8, 170:14, 171:5, 171:6, 177:10, 187:5, 188:9, 188:25, 190:10, 193:10, 193:16, 202:1, 202:2, 207:25, 211:9
**Gharbis** [1] - 98:6
**Given** [1] - 28:16
**given** [28] - 5:25, 20:18, 22:11, 22:18, 23:22, 24:2, 24:4, 26:15, 26:17, 27:3, 27:7, 35:16, 40:19, 42:1, 42:5, 57:25, 68:6, 70:22, 83:5, 94:14, 98:7, 126:20, 158:5, 158:16, 159:14, 186:21, 199:3, 232:3
**glasses** [1] - 196:18
**glean** [1] - 27:22
**global** [1] - 152:16
**goal** [4] - 80:21, 132:20, 160:24, 166:14
**gold** [1] - 177:13
**Golen** [4] - 15:18, 141:14, 169:6, 177:10

**goodness** [2] - 208:2, 231:4
**Gossett** [1] - 128:9
**Government** [1] - 2:2
**Government's** [1] - 13:22
**gradual** [1] - 176:23
**gradually** [3] - 156:22, 166:13, 186:11
**great** [2] - 207:12, 228:6
**greater** [2] - 153:14, 176:25
**greet** [1] - 92:22
**grieve** [1] - 117:8
**grieving** [2] - 117:6, 117:24
**Grimace** [2] - 8:25, 199:8
**grimace** [2] - 9:2, 199:12
**group** [6] - 85:6, 129:5, 131:21, 131:22, 131:25, 134:8
**growing** [1] - 145:8
**growth** [1] - 132:21
**guarded** [5] - 151:16, 191:13, 197:11, 202:8, 219:19
**guess** [3] - 68:10, 90:3, 221:22
**guesses** [1] - 251:3
**guesstimate** [6] - 221:20, 221:21, 255:24, 257:24, 258:9, 258:13
**guesstimates** [1] - 258:6
**guesswork** [1] - 255:11
**GYN** [33] - 5:17, 6:10, 6:16, 18:16, 18:19, 19:1, 20:1, 20:8, 21:10, 38:14, 38:17, 38:18, 38:19, 38:20, 43:3, 128:15, 131:4, 131:16, 134:13, 135:8, 135:19, 136:10, 136:13, 137:11, 137:17, 137:25, 146:8, 155:8, 169:15, 174:23, 260:24, 261:19, 262:3
**GYN's** [5] - 149:7, 150:23, 151:2, 151:21, 156:13
**gynecology** [1] - 83:16
**Gynecology** [3] - 80:12, 80:14, 81:9
**GYNs** [3] - 134:11, 134:24, 146:1

## H

**half** [8] - 7:22, 33:19, 119:9, 144:16, 159:8, 187:5, 188:13, 254:17
**halted** [2] - 35:10, 90:1
**Hamilton** [2] - 6:12, 18:25
**Hammers** [8] - 13:20, 13:23, 13:25, 14:8, 14:17, 14:24, 192:8, 264:7
**hand** [8] - 31:7, 36:20, 109:15, 113:10, 113:11, 113:13, 120:16, 243:18
**hand-off** [2] - 31:7, 36:20
**handed** [6] - 72:6, 72:8, 112:16, 113:5, 115:1, 115:14
**handheld** [1] - 110:11
**handing** [1] - 113:22
**handled** [1] - 91:18
**hands** [1] - 113:17
**happily** [1] - 3:22
**happy** [4] - 3:7, 105:5, 227:20, 228:1
**Harbinger's** [2] - 4:25, 150:1
**hard** [2] - 99:5, 189:23
**harm** [6] - 11:16, 11:19, 170:8, 170:13, 172:19, 218:17
**harmed** [4] - 91:21, 171:1, 218:10, 238:13
**Harrisburg** [6] - 1:16, 4:13, 4:19, 6:10, 19:7, 81:13
**Hattab** [2] - 3:2, 3:3
**HATTAB** [2] - 1:2, 1:4
**HAVING** [2] - 18:10, 128:3
**head** [15] - 44:4, 104:9, 108:9, 108:10, 117:5, 117:7, 148:14, 148:15, 148:18, 163:20, 164:1, 164:3, 164:9, 164:14, 167:9
**Health** [3] - 6:12, 18:25
**health** [6] - 15:5, 19:4, 149:12, 154:22, 187:20, 202:8
**healthier** [1] - 183:3
**healthy** [8] - 3:24, 150:8, 152:3, 154:17, 155:21, 155:25, 156:9, 218:13
**hear** [24] - 3:7, 4:24, 6:11, 7:19, 8:5, 9:3, 9:15, 10:13, 10:18, 10:23, 11:12, 11:25, 12:9, 12:12, 12:23, 13:5, 13:13, 29:10, 33:21, 85:2, 108:23, 115:22, 115:24, 249:5
**heard** [14] - 12:8, 12:12, 17:25, 101:8, 101:11, 105:16, 148:13, 152:14, 155:18, 175:7, 183:11, 204:18, 231:21, 235:6
**hearsay** [3] - 94:4, 143:17, 143:21
**Hearsay** [1] - 95:1
**heart** [204] - 4:22, 4:25, 6:22, 6:23, 8:11, 9:2, 9:5, 11:22, 12:24, 13:1, 13:19, 13:20, 14:9, 14:18, 14:19, 14:20, 14:22, 15:19, 15:25, 16:7, 16:8, 16:10, 16:14, 16:23, 17:1, 17:7, 17:10, 17:21, 29:22, 44:10, 45:13, 45:15, 45:20, 46:5, 58:16, 58:22, 58:23, 58:25, 59:3, 59:17, 61:16, 61:22, 62:1, 62:5, 62:10, 62:15, 63:22, 64:4, 64:25, 65:7, 65:23, 66:13, 67:7, 67:14, 67:23, 67:24, 68:20, 68:22, 69:2, 69:7, 69:16, 70:7, 80:24, 81:3, 81:7, 81:10, 96:10, 96:12, 98:5, 98:21, 99:2, 99:3, 99:13, 99:15, 99:20, 100:12, 100:20, 101:19, 101:22, 102:7, 102:14, 103:4, 104:22, 105:19, 109:25, 111:16, 111:20, 112:8, 117:18, 121:17, 122:11, 122:16, 124:10, 124:13, 149:3, 149:4, 149:11, 149:19, 150:5, 150:7, 150:17, 150:19, 150:24, 153:1, 153:3, 153:5, 153:10, 153:12, 153:20, 154:2, 154:15, 154:19, 154:25, 155:22, 160:7, 162:12, 170:19, 173:10, 173:16, 173:18, 174:1, 176:4, 176:9, 176:11, 176:12, 176:13, 176:15, 177:1, 178:23, 179:3, 179:15, 180:12, 180:21, 182:9, 182:22, 183:12, 183:15, 184:20, 186:4, 187:10, 187:15, 187:23, 191:1, 191:15, 191:20, 192:25, 199:11, 202:6, 216:20, 216:23, 217:6, 217:20, 217:25, 218:23, 218:25, 219:5, 219:7, 220:24, 221:3, 221:16, 223:15, 225:9, 226:21, 227:1, 228:15, 229:16, 229:18, 229:19, 229:21, 230:2, 230:5, 230:15, 231:14, 231:22, 232:8, 232:11, 233:2, 233:7, 233:24, 234:10, 234:11, 234:23, 236:14, 236:17, 237:2, 237:6, 237:14, 237:17, 238:4, 238:7, 238:22, 248:22, 249:8, 256:12, 257:6, 257:10, 257:13, 257:16, 261:21, 262:25
**heartbeat** [18] - 9:5, 59:18, 102:17, 102:18, 103:11, 110:12, 112:1, 199:3, 199:19, 228:20, 229:11, 230:25, 231:2, 232:2, 236:3, 262:17
**held** [2] - 129:23, 133:20
**help** [7] - 61:6, 75:4, 91:5, 99:7, 132:20, 157:24, 227:12
**helped** [2] - 129:2, 136:2
**helpful** [3] - 209:14, 209:24, 210:11
**helps** [2] - 131:11, 189:25
**heparinized** [1] - 114:6
**here(indicating** [2] - 182:5, 182:24
**here(indicating)** [1] - 180:19
**hereby** [1] - 265:6
**hereinbefore** [1] - 265:11
**high** [4] - 164:19, 237:25, 239:1, 239:4
**higher** [4] - 164:17, 186:12, 187:23, 194:11
**highlight** [1] - 49:3
**highlighted** [1] - 106:22
**highly** [1] - 89:20
**himself** [1] - 13:12
**Hirschsprung's** [11] - 9:25, 200:5, 200:6, 200:11, 200:19, 252:21, 253:4, 253:14, 253:15, 256:15, 256:25
**history** [4] - 42:19, 42:25, 56:5, 101:25
**hold** [5] - 79:1, 131:21, 132:25, 133:14, 134:5
**honestly** [1] - 231:4
**Honor** [44] - 3:9, 12:5, 18:3, 18:6, 27:16, 34:20, 35:8, 50:21, 79:5, 79:8, 79:23, 94:4, 94:12, 95:2, 118:1, 124:19, 127:3, 129:14, 129:16, 130:1, 130:8, 130:19, 130:24, 137:24, 138:2, 140:21, 141:4, 141:7, 143:8, 143:14, 143:17,

143:23, 144:3, 203:6, 203:11, 209:17, 228:2, 254:22, 263:5, 263:24, 264:13, 264:15
**HONORABLE** [1] - 1:12
**honored** [1] - 3:10
**honors** [1] - 134:15
**hopefully** [5] - 157:8, 167:7, 175:16, 214:4, 264:8
**hopes** [1] - 3:19
**hoping** [2] - 119:15, 227:19
**hormone** [1] - 158:3
**hospital** [21] - 9:11, 9:12, 19:1, 20:13, 21:9, 21:11, 119:15, 132:15, 132:24, 133:5, 133:6, 133:25, 138:24, 146:19, 148:3, 222:18, 226:6, 226:7, 245:1, 245:6, 245:12
**Hospital** [6] - 4:13, 6:10, 19:7, 133:9, 133:12, 133:16
**hospital's** [3] - 9:21, 19:22, 74:18
**Hospital's** [1] - 4:19
**hospitals** [2] - 132:4, 132:6
**hospitals'** [1] - 4:20
**hour** [27] - 7:22, 33:19, 119:9, 126:14, 156:10, 156:20, 156:22, 159:8, 162:25, 168:24, 170:19, 170:23, 188:12, 192:16, 194:25, 196:7, 197:7, 197:8, 197:12, 209:7, 209:8, 215:5, 225:11, 241:2, 244:15, 247:4, 247:11
**hours** [63] - 6:18, 7:8, 7:14, 7:17, 8:14, 14:22, 43:22, 55:19, 55:21, 61:14, 61:25, 64:24, 67:22, 78:4, 79:10, 79:20, 100:17, 105:16, 105:18, 105:20, 106:15, 107:23, 109:17, 109:19, 122:22, 122:25, 154:25, 157:20, 162:9, 162:14, 162:20, 163:19, 164:6, 164:20, 166:22, 167:11, 167:16, 167:17, 167:19, 168:2, 169:11, 170:3, 171:3, 184:8, 190:2, 191:12, 191:24, 198:7, 201:9, 201:20, 204:19, 209:12, 211:8, 212:16, 215:8, 235:13, 237:8, 237:11, 237:22, 248:1, 248:9, 248:12, 263:19
**hum** [2] - 54:14, 75:7
**husband** [3] - 16:22, 108:22, 117:6
**hypoxemia** [1] - 159:5
**hypoxia** [54] - 5:4, 10:19, 45:23, 46:4, 99:17, 99:22, 136:20, 137:3, 149:24, 151:5, 151:8, 151:9, 151:22, 151:25, 152:11, 155:3, 155:4, 159:5, 168:22, 174:17, 182:12, 184:11, 185:16, 187:19, 189:2, 190:7, 192:7, 192:14, 193:2, 193:11, 194:1, 195:25, 196:13, 198:8, 198:25, 200:1, 200:15, 201:13, 218:7, 218:15, 218:19, 219:10, 226:20, 238:3, 238:7, 239:18, 239:21, 239:23, 240:6, 240:18, 241:8, 248:6, 249:14, 257:10
**hypoxia/acidosis** [1] - 226:14
**hypoxic** [45] - 8:13, 10:24, 11:4, 117:19, 149:23, 150:11, 160:8, 171:4, 180:22, 183:25, 185:1, 197:17, 197:23, 198:18, 201:7, 201:12, 201:19, 203:24, 204:5, 204:9, 218:4, 218:10, 218:13, 218:25, 219:6, 219:12, 219:16, 226:18, 227:5, 227:8, 235:1, 235:4, 238:9, 238:12, 238:15, 247:23, 248:1, 248:11, 248:23, 250:19, 258:12, 260:25, 262:12, 263:8, 263:18

## I

**I.V** [6] - 8:3, 57:6, 58:4, 157:23, 158:5, 175:10
**ice** [1] - 114:7
**idea** [8] - 6:14, 73:15, 73:18, 170:24, 252:20, 252:25, 253:10, 253:18
**Identified** [1] - 2:6
**identified** [4] - 130:14, 228:10, 228:14, 232:15
**identify** [2] - 14:17, 131:15
**II** [57] - 5:6, 5:12, 5:20, 6:4, 6:21, 33:25, 36:21, 37:10, 37:21, 38:3, 38:5, 44:6, 44:9, 44:13, 44:21, 44:25, 51:19, 88:11, 99:10, 99:23, 99:24, 100:3, 100:5, 100:6, 100:8, 100:21, 103:6, 119:17, 119:21, 119:25, 120:7, 120:12, 120:19, 120:22, 155:19, 156:5, 156:14, 156:18, 157:13, 157:14, 158:23, 159:4, 159:14, 160:19, 161:17, 162:11, 162:16, 168:21, 169:18, 169:20, 172:5, 221:24, 222:3, 222:6, 222:11, 248:7, 263:11
**III** [27] - 99:11, 99:18, 99:19, 99:22, 99:25, 100:5, 100:12, 100:25, 124:10, 155:19, 156:1, 169:15, 169:19, 171:25, 172:6, 172:11, 174:4, 174:7, 177:7, 177:11, 180:1, 198:3, 223:3, 223:7, 223:12, 259:17, 259:20
**images** [1] - 252:2
**imbalance** [8] - 5:4, 8:13, 9:18, 10:20, 136:21, 151:5, 152:1, 174:17
**IMEN** [2] - 1:2, 1:4
**Imen** [5] - 3:1, 3:3, 3:22, 3:24, 201:4
**immediate** [1] - 257:2
**immediately** [8] - 114:1, 115:3, 115:4, 194:19, 213:5, 250:12, 251:7, 253:6
**imminent** [3] - 66:7, 179:12, 179:13
**impact** [13] - 11:8, 47:5, 149:12, 183:16, 183:17, 183:24, 184:4, 195:17, 214:4, 252:8, 254:1, 255:3, 255:7
**implement** [1] - 132:2
**implements** [1] - 89:2
**importance** [1] - 164:9
**important** [14] - 12:6, 12:8, 12:10, 12:12, 45:18, 154:16, 181:1, 183:2, 194:7, 196:4, 229:2, 230:9, 261:19
**impression** [4] - 78:14, 95:13, 95:18, 116:14
**improve** [2] - 128:25, 225:15
**improvement** [1] - 132:1
**improving** [1] - 182:7
**IN** [1] - 1:1
**in-depth** [1] - 91:13
**inability** [1] - 256:13
**inadequate** [7] - 5:14, 8:1, 151:17, 160:5, 190:4, 239:10, 261:6
**inappropriate** [1] - 36:13
**inappropriately** [1] - 3:15
**inches** [1] - 195:13
**inclination** [1] - 251:8
**inclined** [1] - 3:7
**include** [3] - 15:1, 82:15, 96:9
**included** [6] - 26:6, 26:9, 26:10, 26:17, 35:12, 35:23
**includes** [6] - 234:22, 235:15, 235:16, 235:19, 237:4, 239:9
**including** [4] - 138:7, 175:9, 216:12, 226:6
**inclusive** [1] - 77:17
**inconsistent** [2] - 97:11, 247:12
**incorrect** [2] - 25:21, 212:1
**increase** [9] - 4:7, 88:14, 170:7, 170:13, 172:19, 185:11, 189:1, 198:8, 220:6
**increased** [18] - 4:4, 7:2, 7:3, 8:3, 11:16, 11:19, 52:5, 52:8, 52:11, 57:6, 58:5, 65:7, 123:23, 144:24, 152:11, 166:8, 166:9
**increases** [4] - 21:4, 147:10, 154:22, 184:20
**increasing** [3] - 166:11, 166:13, 175:10
**incredibly** [1] - 11:6
**indeed** [1] - 212:7
**indefinitely** [1] - 152:1
**independence** [1] - 40:24
**independent** [1] - 7:13
**independently** [3] - 39:18, 40:21, 40:25
**indeterminate** [1] - 168:20
**index** [3] - 237:25, 239:1, 239:4
**indicate** [39] - 4:25, 15:11, 15:23, 34:9, 57:10, 60:18, 60:24, 61:21, 62:9, 62:22, 66:18, 70:17, 72:23, 77:23, 96:15, 100:15, 117:18, 145:7, 145:10, 147:23, 150:10, 159:6, 159:10, 160:10, 174:8, 174:13, 174:16, 186:3, 192:16, 192:17, 200:7,

240:4, 253:24, 258:21, 258:25, 259:9, 259:12, 262:11, 262:23
**indicated** [37] - 5:5, 6:21, 17:2, 26:23, 28:3, 33:22, 37:12, 44:9, 44:17, 45:9, 46:8, 48:17, 48:22, 54:6, 54:21, 56:6, 59:8, 63:19, 69:6, 78:6, 78:23, 104:19, 107:12, 108:23, 114:16, 120:19, 120:21, 146:1, 158:21, 162:11, 163:17, 164:23, 166:7, 180:24, 199:18, 200:4, 231:21
**indicates** [12] - 15:8, 36:25, 49:6, 55:8, 60:3, 68:4, 68:19, 111:7, 201:12, 246:10, 246:14, 249:7
**indicating** [7] - 5:7, 46:13, 75:1, 90:21, 121:16, 204:23, 239:18
**indication** [27] - 45:5, 56:24, 57:4, 61:25, 62:4, 62:21, 62:24, 63:21, 67:22, 68:13, 69:1, 74:22, 75:1, 75:10, 117:12, 117:15, 120:17, 120:25, 122:3, 144:19, 145:1, 146:9, 147:18, 157:12, 200:22, 217:7, 246:14
**indications** [3] - 76:1, 137:6, 251:12
**indicative** [5] - 96:20, 155:15, 192:3, 219:10, 259:21
**indicator** [6] - 6:23, 63:9, 63:10, 65:15, 99:16, 154:16
**indicators** [2] - 217:6, 217:21
**individualized** [1] - 88:21
**Individually** [2] - 1:5, 3:3
**individually** [1] - 43:8
**induce** [2] - 87:10, 220:1
**induced** [10] - 4:23, 22:24, 23:10, 23:15, 26:3, 42:6, 48:25, 56:1, 56:3, 92:5
**inducing** [4] - 90:6, 90:8, 90:10, 124:6
**induction** [67] - 4:14, 4:16, 5:5, 5:8, 5:10, 6:3, 10:20, 16:16, 16:21, 17:6, 20:17, 20:22, 21:25, 25:16, 26:2, 26:3, 28:3, 28:4, 28:14, 28:18, 36:17, 38:8, 48:21, 49:21, 49:25, 50:4, 50:10, 50:17, 53:4, 65:16, 82:10, 82:11, 82:15, 82:19, 83:7, 83:10, 87:7, 87:23, 88:23, 88:25, 90:1, 90:5, 91:1, 91:15, 92:5, 92:6, 93:6, 95:6, 95:22, 97:5, 97:10, 100:17, 123:21, 124:4, 136:17, 137:12, 137:18, 149:8, 158:1, 159:11, 159:19, 164:5, 178:14, 240:18, 248:7, 248:9
**infant** [1] - 77:20
**inform** [5] - 94:8, 141:19, 142:17, 161:25, 206:10
**information** [47] - 6:1, 20:18, 22:2, 22:11, 22:18, 23:5, 23:8, 23:14, 23:20, 23:21, 24:2, 24:4, 24:12, 24:15, 24:19, 24:25, 25:1, 25:6, 26:4, 26:5, 26:11, 27:22, 33:15, 34:2, 34:5, 34:7, 34:10, 35:14, 35:16, 40:19, 42:5, 42:7, 45:5, 45:10, 53:3, 56:14, 71:14, 83:16, 83:20, 85:2, 94:13, 108:1, 108:15, 215:19, 245:11
**informative** [1] - 191:10
**informed** [15] - 6:4, 21:24, 22:7, 22:14, 23:13, 28:17, 28:20, 33:23, 34:16, 35:1, 36:11, 37:9, 38:7, 38:9, 79:17
**infrequently** [1] - 155:24
**initial** [1] - 48:19
**initiate** [9] - 6:8, 48:17, 48:23, 59:6, 66:1, 89:3, 170:6, 170:12, 259:6
**initiated** [4] - 34:17, 35:2, 119:2, 119:12
**initiating** [1] - 175:8
**injured** [7] - 5:3, 15:21, 117:12, 136:7, 205:6, 205:14, 226:20
**injury** [30] - 11:4, 117:19, 183:24, 184:7, 197:18, 197:23, 198:19, 201:7, 201:12, 203:24, 204:9, 218:8, 226:18, 227:6, 227:8, 235:1, 235:4, 235:11, 238:9, 238:15, 247:23, 248:2, 248:11, 248:23, 258:12, 260:25, 261:20, 262:12, 263:9, 263:18
**innervated** [1] - 253:22
**innervation** [1] - 253:13
**inpatient** [1] - 17:4
**inquiry** [1] - 35:7
**insisted** [1] - 108:23
**instance** [3] - 136:2, 185:17, 190:12
**instances** [4] - 149:18, 154:2, 185:23, 192:22
**instead** [3] - 9:20, 104:6, 261:22
**institutional** [1] - 134:5
**instruct** [1] - 79:13
**insufficient** [1] - 152:24
**intact** [2] - 112:24, 246:4
**integral** [1] - 85:11
**intend** [2] - 77:2, 219:15
**intended** [1] - 73:8
**interaction** [1] - 43:24
**interchangeable** [2] - 73:6, 73:7
**interest** [2] - 79:17, 234:15
**interests** [1] - 78:24
**interference** [2] - 177:22, 236:24
**interim** [2] - 6:19, 43:22
**intermediate** [1] - 156:6
**intermittent** [9] - 223:19, 228:16, 228:17, 228:19, 229:8, 232:10, 248:17, 260:11
**internal** [3] - 121:12, 121:18, 121:21
**interpret** [12] - 13:21, 66:22, 81:7, 217:7, 217:22, 222:6, 223:2, 239:17, 240:25, 257:22, 261:16, 262:9
**interpretable** [1] - 261:17
**interpretation** [10] - 58:13, 61:8, 66:25, 122:10, 128:25, 191:2, 202:7, 232:8, 233:17, 257:6
**interpretations** [4] - 67:2, 124:14, 217:11, 217:25
**interpreted** [5] - 137:1, 221:23, 240:22, 241:10, 256:23
**interpreting** [7] - 61:3, 80:23, 128:21, 216:23, 218:23, 219:5, 240:24
**interrupt** [1] - 208:6
**interrupting** [1] - 254:12
**interval** [2] - 88:13, 110:3
**intervene** [1] - 202:10
**intervention** [2] - 59:2, 163:23
**interventions** [4] - 32:2, 58:20, 175:11, 179:8
**intestines** [1] - 145:3
**intolerance** [3] - 7:18, 35:19, 152:19
**intraobserver** [1] - 107:19
**intrapartum** [3] - 25:6, 151:22, 196:15
**introduce** [1] - 143:15
**introduced** [1] - 92:16
**invalid** [2] - 9:16, 244:14
**invasive** [1] - 131:15
**involved** [10] - 39:25, 72:11, 74:14, 77:25, 85:7, 131:9, 132:16, 133:11, 135:11, 135:22
**involvement** [1] - 6:15
**involving** [1] - 135:18
**irregular** [2] - 9:5, 199:19
**irreparably** [1] - 5:3
**IS** [2] - 18:9, 128:3
**isolates** [1] - 195:13
**issue** [4] - 26:11, 250:14, 250:24, 256:17
**issues** [5] - 26:7, 144:10, 145:2, 251:15, 261:9
**Item** [1] - 222:14
**item** [2] - 196:9, 210:9
**itself** [5] - 10:25, 100:6, 110:4, 196:8, 245:22

## J

**J-1** [3] - 138:18, 138:20, 140:23
**J-10** [2] - 139:25, 141:2
**J-11** [3] - 140:4, 141:3
**J-2** [5] - 112:10, 138:25, 140:23, 245:22, 246:13
**J-2.126** [1] - 49:16
**J-2.138** [2] - 71:20, 242:21
**J-2.143** [1] - 28:12
**J-2.144** [1] - 87:19
**J-2.145** [5] - 29:3, 29:6, 49:1, 89:7
**J-2.175** [3] - 110:18, 122:1, 122:2
**J-2.176** [1] - 68:25
**J-2.194** [2] - 61:24, 64:24
**J-2.195** [2] - 61:19
**J-2.196** [4] - 57:3, 60:1, 61:13, 181:2
**J-2.197** [3] - 55:8, 56:17
**J-2.200** [2] - 53:15, 53:25
**J-2.203** [1] - 98:13
**J-2.206** [2] - 231:7, 231:14
**J-2.210** [2] - 28:22, 28:24
**J-2.85** [1] - 54:11
**J-2.86** [4] - 36:24, 43:14, 48:16, 86:21

**J-3** [2] - 139:4, 140:23
**J-3.204** [2] - 173:1, 227:15
**J-4** [2] - 139:4, 140:24
**J-4.3** [1] - 71:8
**J-4.4** [1] - 56:4
**J-5** [2] - 139:9, 140:24
**J-6** [2] - 139:9, 140:24
**J-7** [2] - 139:9, 140:25
**J-72** [1] - 123:8
**J-8** [2] - 139:13, 140:25
**J-9** [2] - 139:22, 141:1
**J.2197** [1] - 56:17
**J2.86** [1] - 36:25
**Jacksonville** [1] - 131:19
**January** [3] - 143:4, 226:23, 232:7
**jar** [1] - 47:5
**jargon** [1] - 99:7
**Jennifer** [1] - 264:7
**jeopardized** [1] - 170:22
**jeopardizing** [1] - 187:20
**jeopardy** [2] - 171:1, 175:4
**Jill** [4] - 2:4, 128:2, 128:9, 137:25
**job** [2] - 133:24, 240:23
**joined** [1] - 129:2
**Joint** [2] - 2:11, 28:10
**journal** [1] - 135:1
**journals** [3] - 134:20, 134:22, 134:23
**jumps** [1] - 173:14
**JURY** [1] - 1:12
**justify** [1] - 190:22

## K

**KB** [2] - 122:4, 122:24
**keep** [6] - 14:8, 83:7, 155:11, 161:23, 163:15, 261:15
**kind** [13] - 78:16, 81:1, 104:7, 109:18, 115:8, 115:10, 115:11, 116:11, 119:20, 123:7, 146:10, 243:17, 244:3
**kindly** [3] - 78:23, 138:8, 227:13
**Klamerus** [38] - 4:16, 5:15, 5:24, 17:12, 21:20, 21:24, 25:24, 26:5, 26:22, 33:21, 34:17, 35:1, 36:22, 37:8, 37:9, 37:25, 41:18, 41:23, 48:7, 85:4, 86:8, 86:10, 86:17, 90:19, 120:2, 125:4, 127:17, 127:20, 127:22, 140:13, 158:21, 159:6, 160:10, 163:8, 204:20, 259:24, 260:8, 260:9
**Klamerus'** [7] - 42:8, 49:19, 86:22, 87:1, 87:6, 87:9, 89:12
**Klamerus's** [1] - 90:12
**knees** [2] - 57:5, 58:3
**knowing** [8] - 179:14, 208:10, 215:22, 221:2, 221:14, 241:17, 256:6, 256:7
**knowledge** [6] - 85:5, 100:14, 111:18, 111:19, 256:23, 257:4
**knowledgeable** [1] - 158:15
**known** [3] - 91:7, 91:19, 214:12
**KRISTIN** [4] - 1:23, 265:3, 265:15, 265:18
**Kristin** [1] - 126:23

## L

**Lab** [2] - 243:12, 243:18
**lab** [12] - 15:22, 114:8, 194:19, 196:6, 197:5, 197:12, 242:18, 242:21, 243:2, 243:10, 243:23, 244:12
**labeled** [2] - 207:1, 207:9
**Labor** [1] - 4:19
**labor** [221] - 3:12, 3:15, 4:14, 4:20, 4:23, 5:8, 6:2, 6:14, 7:15, 7:19, 7:20, 10:20, 11:18, 12:10, 12:25, 13:2, 13:3, 14:21, 15:17, 16:6, 16:10, 16:15, 16:16, 16:18, 16:20, 17:2, 17:7, 18:3, 18:20, 18:23, 20:17, 21:21, 21:25, 22:21, 25:6, 40:4, 40:8, 40:9, 40:20, 45:22, 51:7, 56:2, 56:5, 59:13, 59:15, 63:1, 63:2, 64:2, 65:16, 65:17, 82:10, 82:11, 82:13, 83:23, 89:19, 91:7, 91:18, 91:21, 92:2, 92:10, 97:24, 98:2, 100:18, 101:5, 101:16, 101:18, 101:21, 102:4, 102:17, 102:22, 103:1, 105:2, 105:6, 105:8, 105:14, 107:11, 107:18, 117:13, 117:16, 123:22, 124:4, 132:7, 136:1, 136:15, 136:17, 137:12, 137:18, 138:15, 142:1, 148:8, 149:1, 149:5, 149:8, 152:17, 152:19, 155:7, 156:24, 157:9, 159:11, 159:16, 159:20, 159:24, 159:25, 160:3, 160:22, 161:9, 161:13, 161:21, 162:22, 162:24, 163:7, 164:3, 164:13, 164:22, 165:19, 165:21, 166:3, 167:7, 167:14, 167:15, 167:20, 167:24, 168:9, 168:14, 168:16, 168:17, 168:18, 168:19, 168:24, 169:4, 169:7, 169:14, 169:21, 170:7, 170:13, 170:17, 171:6, 175:19, 178:13, 188:9, 192:11, 192:22, 197:24, 198:25, 202:2, 202:12, 202:18, 202:19, 202:20, 203:24, 204:6, 204:9, 205:6, 205:7, 205:9, 205:15, 205:16, 205:19, 205:25, 206:13, 206:15, 206:19, 207:20, 207:25, 208:1, 208:3, 208:11, 208:18, 208:23, 209:6, 209:7, 209:12, 210:7, 210:15, 210:19, 211:7, 211:12, 211:16, 211:22, 212:1, 212:6, 212:8, 212:9, 212:20, 214:22, 215:3, 215:8, 218:24, 219:5, 219:19, 220:1, 221:24, 222:17, 222:20, 222:24, 224:5, 224:18, 225:4, 227:9, 237:8, 237:9, 237:24, 240:18, 248:7, 250:18, 256:3, 256:19, 258:22, 259:1, 259:6, 260:18, 260:20, 262:13, 263:1
**laboring** [2] - 156:9, 161:23
**lack** [8] - 10:12, 18:2, 39:17, 99:21, 126:4, 175:2, 190:16, 260:6
**lacking** [1] - 46:1
**lady's** [1] - 9:24
**lap/leg** [1] - 113:9
**large** [1] - 131:23
**largest** [2] - 144:17
**last** [4] - 17:10, 41:23, 187:10, 204:15
**lasted** [2] - 232:16, 235:2
**lastly** [1] - 143:6
**late** [92] - 5:6, 5:13, 5:14, 5:20, 6:5, 23:6, 26:12, 30:6, 30:23, 31:17, 31:21, 31:23, 33:24, 34:10, 35:11, 35:22, 36:5, 36:7, 36:21, 37:5, 37:18, 37:22, 46:2, 46:3, 62:6, 62:11, 64:21, 67:14, 67:17, 70:20, 89:19, 119:7, 121:16, 122:23, 123:1, 154:10, 154:12, 155:1, 156:4, 157:17, 158:23, 159:2, 159:3, 159:9, 160:1, 160:4, 160:12, 160:14, 161:18, 163:9, 168:21, 178:1, 179:4, 181:23, 182:11, 182:25, 183:4, 184:21, 186:16, 187:4, 187:11, 187:24, 187:25, 188:14, 188:23, 189:13, 192:13, 193:24, 219:1, 219:8, 219:9, 222:20, 222:24, 223:16, 223:19, 223:23, 224:8, 224:12, 225:13, 225:15, 225:18, 225:19, 225:23, 237:15, 237:21, 239:18, 240:3, 241:7, 248:8, 249:20, 260:11, 263:12
**latent** [3] - 209:6, 209:12, 260:19
**latter** [2] - 144:16, 164:7
**lay** [1] - 113:9
**layperson** [1] - 85:12
**lead** [1] - 131:24
**leading** [7] - 103:6, 105:3, 123:25, 150:12, 171:13, 180:11, 190:25
**leads** [1] - 182:14
**learn** [5] - 81:21, 81:24, 84:11, 89:23, 101:25
**learned** [4] - 84:20, 97:12, 167:17, 244:15
**learning** [3] - 66:23, 85:24, 131:13
**least** [7] - 35:4, 96:16, 154:4, 166:25, 178:5, 189:14, 197:12
**leave** [5] - 23:3, 23:8, 60:22, 117:8, 182:15
**leaves** [1] - 110:6
**leaving** [2] - 60:9, 161:16
**lectures** [3] - 81:3, 133:24
**led** [4] - 11:10, 97:23, 204:6, 263:19
**leeway** [1] - 161:1
**left** [24] - 41:9, 57:9, 59:10, 59:12, 59:21, 59:24, 62:14, 63:12, 64:17, 70:16, 72:9, 117:8, 117:20, 175:9, 175:24, 176:1, 176:23, 178:8, 179:8, 179:16, 181:5, 185:10, 243:18,

244:2
**left-hand** [1] - 243:18
**legs** [2] - 115:9, 198:23
**length** [3] - 78:14, 125:17, 180:5
**less** [7] - 46:6, 46:7, 153:2, 185:25, 191:20, 254:17
**letters** [1] - 212:5
**letting** [1] - 33:10
**level** [3] - 155:9, 213:21, 248:19
**levels** [2] - 4:11, 145:24
**liaison** [1] - 133:6
**life** [4] - 9:1, 11:7, 17:17, 89:19
**lifeless** [1] - 8:22
**ligated** [1] - 112:16
**light** [2] - 8:7, 238:18
**lightly** [1] - 89:21
**likely** [12] - 147:7, 155:5, 157:9, 213:4, 213:10, 234:1, 235:21, 248:18, 249:1, 249:14, 250:17, 257:17
**limb** [11] - 10:1, 15:10, 200:5, 200:6, 200:12, 251:18, 252:4, 252:8, 252:11, 252:17, 256:14
**limbs** [1] - 115:7
**limit** [1] - 263:22
**limitations** [1] - 4:5
**Limitations** [1] - 146:8
**limited** [1] - 185:25
**limp** [1] - 115:7
**Lin** [23] - 6:20, 39:25, 43:14, 43:15, 43:20, 43:23, 44:2, 44:13, 44:25, 48:21, 51:14, 84:25, 85:2, 85:3, 86:8, 87:6, 90:19, 96:25, 97:20, 98:1, 120:18, 161:6, 162:10
**lin** [1] - 17:12
**Line** [30] - 30:18, 30:25, 32:22, 33:2, 33:3, 47:15, 47:16, 75:8, 77:1, 133:4, 134:9, 206:22, 207:22, 208:21, 210:1, 210:2, 210:5, 211:2, 213:14, 214:6, 216:4, 217:19, 225:1, 229:6, 229:7, 231:5, 242:1, 244:24, 250:21, 262:19
**line** [21] - 27:11, 32:23, 44:12, 55:2, 60:18, 60:24, 70:15, 100:24, 102:20, 124:20, 173:6, 173:8, 177:25, 180:6, 230:11, 230:21, 231:15, 231:21, 231:24, 244:3
**Lines** [1] - 207:22
**lines** [5] - 173:15, 177:20, 207:21, 243:17, 244:23
**lingering** [1] - 116:11
**Linglestown** [1] - 1:16
**list** [9] - 25:3, 25:4, 25:5, 25:8, 25:9, 29:2, 129:24, 226:11
**listed** [3] - 25:6, 77:10, 226:5
**listen** [3] - 110:10, 110:11, 126:21
**literature** [2] - 177:4, 177:14
**LIVE** [1] - 128:4
**live** [8] - 11:1, 11:3, 127:25, 128:1, 251:13, 264:6, 264:8, 265:8
**LLP** [1] - 1:15
**locked** [1] - 92:18
**log** [1] - 52:4
**long-term** [4] - 151:16, 214:4, 218:15, 218:16
**Look** [1] - 122:3
**look** [85] - 12:1, 12:18, 13:20, 14:1, 17:13, 29:3, 32:16, 43:13, 49:16, 49:20, 54:10, 57:9, 63:14, 67:1, 68:24, 71:8, 72:2, 77:14, 79:19, 86:21, 87:15, 89:7, 89:11, 92:19, 98:5, 98:13, 101:22, 103:4, 107:1, 110:18, 110:19, 110:24, 112:10, 112:13, 115:5, 116:22, 138:14, 149:20, 150:13, 171:12, 175:18, 180:8, 182:7, 184:17, 186:9, 187:14, 189:12, 196:9, 206:21, 206:22, 208:21, 210:1, 211:1, 213:13, 216:4, 217:19, 218:24, 219:6, 219:20, 219:21, 220:18, 223:15, 225:10, 229:3, 230:11, 231:5, 233:5, 241:24, 242:21, 243:1, 243:17, 244:1, 244:3, 244:18, 245:21, 246:13, 246:24, 247:15, 249:16, 250:20, 251:18, 256:3, 256:19, 261:14
**looked** [20] - 13:5, 47:4, 49:24, 63:12, 64:12, 73:25, 74:2, 89:7, 89:10, 90:12, 98:9, 98:14, 106:21, 123:8, 160:10, 171:17, 177:23, 206:10, 227:13, 237:24
**looking** [30] - 49:2, 60:1, 61:4, 61:13, 61:24, 65:20, 67:21, 68:24, 88:12, 96:9, 96:13, 96:21, 103:12, 143:25, 156:2, 156:8, 162:15, 180:3, 188:12, 188:16, 192:10, 192:21, 196:9, 206:13, 221:3, 221:15, 231:17, 236:14, 243:2, 252:2
**looks** [15] - 43:14, 50:7, 60:25, 112:4, 182:4, 182:5, 182:6, 182:8, 182:17, 183:1, 185:5, 188:4, 196:6, 230:6, 233:20
**lose** [1] - 150:9
**loses** [1] - 183:5
**losing** [4] - 173:24, 183:19, 183:22, 185:14
**loss** [16] - 11:12, 103:8, 103:9, 103:14, 105:2, 150:4, 150:17, 150:21, 151:9, 155:11, 174:23, 183:16, 188:14, 229:20, 233:21
**lost** [13] - 3:12, 11:13, 11:16, 156:1, 183:18, 183:23, 191:18, 211:14, 230:7, 234:16, 235:17, 237:5, 248:21
**love** [1] - 79:16
**low** [22] - 4:17, 68:9, 68:12, 68:16, 86:12, 86:23, 99:17, 151:10, 151:17, 185:15, 191:23, 218:4, 220:14, 223:15, 229:19, 230:21, 249:9, 249:10, 255:12, 255:15, 262:25
**lower** [6] - 110:19, 110:22, 185:10, 244:2, 263:10
**lungs** [5] - 10:13, 15:13, 254:5, 254:7, 256:16

## M

**M.D** [2] - 127:17, 127:21
**ma'am** [4] - 34:4, 39:11, 42:21, 80:8
**machine** [3] - 1:21, 110:11, 170:20
**Macon** [1] - 81:13
**maenner** [1] - 5:15
**Maenner** [38] - 4:16, 5:25, 17:12, 21:10, 21:14, 21:15, 21:20, 21:24, 25:23, 26:5, 26:22, 33:21, 34:17, 35:1, 41:8, 41:9, 41:18, 84:2, 84:4, 84:14, 84:16, 102:1, 119:17, 119:19, 119:20, 119:23, 119:24, 125:5, 125:11, 127:17, 127:21, 140:10, 163:8, 204:20, 259:25, 260:7, 260:9
**Maenner's** [1] - 127:14
**maintain** [3] - 80:16, 80:17, 194:22
**maintaining** [1] - 177:25
**Maintenance** [1] - 80:19
**majority** [3] - 63:3, 192:13, 221:23
**malfunction** [3] - 232:10, 249:1, 249:4
**malfunctioning** [1] - 104:1
**malpractice** [1] - 230:8
**manage** [5] - 18:22, 39:18, 160:22, 161:1, 166:3
**managed** [7] - 3:15, 12:10, 16:5, 91:6, 101:4, 202:19, 202:23
**management** [15] - 4:8, 18:20, 35:11, 35:23, 40:7, 40:22, 76:19, 76:20, 85:16, 137:12, 141:21, 161:10, 163:7, 188:8, 202:18
**managers** [1] - 85:19
**managing** [9] - 21:20, 93:6, 93:19, 95:22, 105:1, 137:17, 141:25, 161:13, 224:5
**manifest** [3] - 10:25, 201:8, 201:9
**manner** [1] - 158:15
**manual** [2] - 112:24, 246:4
**MARIANI** [1] - 1:12
**mark** [2] - 138:19, 173:13
**marked** [23] - 27:14, 28:13, 103:7, 126:7, 129:11, 130:7, 138:17, 138:24, 139:3, 139:8, 139:13, 139:21, 139:25, 140:3, 140:4, 140:7, 140:10, 140:13, 140:19, 141:3, 143:5, 143:7, 191:21
**mask** [2] - 56:25, 68:7
**matching** [1] - 196:11
**materials** [7] - 138:12, 138:14, 141:19, 142:7, 142:17, 204:22, 226:5
**maternal** [5] - 15:15, 15:18, 108:11, 128:19, 147:13
**Maternal** [8] - 128:10, 128:15, 128:17, 131:7, 131:16, 134:13, 136:13, 137:25
**math** [1] - 112:4
**matter** [2] - 3:1, 3:5

**matters** [1] - 249:13
**Mauldin** [60] - 2:4, 13:20, 13:23, 13:25, 14:8, 14:17, 14:24, 78:11, 78:23, 79:3, 79:11, 79:17, 125:5, 128:1, 128:2, 128:7, 128:9, 128:11, 129:8, 129:14, 130:13, 132:9, 136:12, 137:25, 138:3, 138:6, 141:16, 143:8, 143:16, 144:7, 144:14, 145:16, 148:1, 148:21, 151:7, 155:17, 164:7, 171:5, 173:2, 181:5, 181:7, 192:8, 193:9, 194:3, 200:20, 202:17, 203:15, 207:9, 207:12, 220:12, 228:9, 242:22, 244:22, 245:10, 246:16, 255:1, 258:2, 258:3, 263:25, 264:1
**Mauldin's** [6] - 79:6, 79:20, 125:24, 130:7, 143:5, 143:6
**max** [1] - 167:18
**mean** [65] - 13:24, 16:1, 30:8, 46:16, 60:16, 62:19, 63:17, 64:8, 76:16, 82:11, 88:8, 90:2, 90:4, 96:13, 99:1, 99:13, 102:6, 102:13, 103:9, 105:21, 107:5, 108:3, 109:7, 109:11, 125:25, 148:5, 148:13, 148:14, 148:18, 149:9, 153:9, 159:12, 160:1, 161:11, 162:23, 163:10, 170:23, 175:13, 177:3, 178:10, 178:24, 183:22, 184:2, 185:18, 187:7, 193:1, 196:6, 197:10, 199:11, 200:14, 202:19, 212:20, 216:8, 217:20, 221:7, 228:19, 229:8, 230:5, 251:6, 253:21, 256:22, 256:25, 259:15, 260:9
**meaning** [5] - 25:6, 56:6, 92:7, 152:16, 176:8
**means** [40] - 15:13, 16:18, 47:7, 50:11, 54:1, 65:18, 71:18, 87:21, 103:10, 126:3, 134:24, 148:6, 148:11, 148:15, 150:8, 151:12, 152:15, 152:20, 152:22, 153:10, 154:18, 154:20, 157:8, 158:6, 159:23, 160:3, 160:4, 164:16, 167:6, 178:12, 185:19, 191:22, 195:15, 215:3, 218:4, 243:9, 247:14, 253:13, 260:18, 265:23
**meant** [6] - 7:15, 10:14, 132:13, 157:5, 174:24, 244:6
**meantime** [1] - 206:10
**measure** [4] - 9:17, 144:17, 220:14, 220:17
**measured** [2] - 7:7, 166:19
**measurement** [4] - 14:14, 110:25, 111:2, 111:17
**mechanical** [4] - 228:23, 229:14, 229:17, 261:9
**mechanically** [1] - 249:10
**Medical** [6] - 131:6, 133:3, 133:5, 133:9, 133:16, 133:18
**medical** [52] - 9:20, 14:3, 14:7, 25:20, 40:22, 80:20, 81:4, 85:16, 97:14, 109:8, 130:17, 131:1, 131:3, 133:10, 133:12, 133:22, 134:3, 134:7, 136:6, 138:10, 139:3, 142:4, 142:15, 142:23, 163:2, 165:23, 168:10, 169:24, 171:9, 172:8, 172:21, 174:19, 184:14, 187:1, 189:5, 193:6, 193:10, 193:13, 193:21, 197:20, 198:12, 199:15, 201:24, 203:3, 213:11, 256:22, 257:4, 258:8, 258:13, 259:12, 263:18
**medically** [2] - 116:20, 135:2
**medication** [27] - 28:9, 28:12, 29:1, 32:5, 32:9, 32:15, 32:25, 33:4, 33:12, 33:15, 33:17, 49:3, 50:19, 52:1, 82:16, 82:18, 82:25, 89:5, 124:6, 157:6, 157:18, 157:23, 158:8, 160:6, 160:17, 220:4, 220:6
**medications** [11] - 26:6, 26:8, 26:9, 26:10, 26:13, 26:14, 32:6, 32:7, 82:12, 82:17, 83:9
**Medicine** [8] - 128:10, 128:16, 128:17, 131:7, 131:17, 134:14, 136:13, 138:1
**medicine** [7] - 15:15, 15:18, 132:13, 132:20, 132:25, 134:6, 147:13
**Mednax** [1] - 131:23
**meet** [8] - 16:24, 80:21, 92:9, 92:22, 99:2, 99:24, 100:4, 169:3
**meetings** [1] - 131:25
**meets** [3] - 88:4, 99:20, 169:8
**Megan** [6] - 5:24, 86:22, 87:1, 127:16, 127:20, 140:12
**member** [3] - 134:9, 134:12, 162:14
**membranes** [4] - 7:8, 54:7, 167:4, 167:6
**mental** [1] - 159:21
**mention** [1] - 135:17
**mentioned** [9] - 141:10, 150:14, 165:2, 167:13, 177:8, 187:4, 230:24, 265:8, 265:10
**met** [12] - 15:20, 19:13, 19:16, 19:18, 81:19, 88:16, 92:11, 97:24, 98:6, 98:7, 141:24, 169:6
**metabolic** [4] - 194:5, 194:22, 195:1, 218:20
**metabolically** [1] - 151:12
**metrics** [1] - 132:1
**middle** [4] - 101:12, 206:14, 232:1, 243:8
**MIDDLE** [1] - 1:1
**Middle** [2] - 265:4, 265:20
**midnight** [6] - 68:25, 69:1, 69:9, 70:23, 108:4, 190:25
**might** [16] - 39:5, 91:3, 106:7, 114:9, 126:14, 149:18, 184:6, 186:1, 189:22, 195:17, 196:25, 225:15, 227:12, 259:25, 260:14, 261:9
**mill** [1] - 7:2
**millimeter** [1] - 5:11
**milliunit** [10] - 7:12, 29:4, 29:7, 30:2, 30:6, 30:23, 52:2, 158:17, 158:22, 166:9
**milliunits** [9] - 7:3, 7:4, 52:5, 52:8, 52:11, 55:25, 166:10
**mind** [10] - 94:8, 94:19, 159:21, 209:15, 209:24, 210:3, 210:12, 232:20, 241:9, 249:15
**Mind** [1] - 94:25
**mine** [1] - 231:10
**minimal** [67] - 6:22, 6:23, 8:10, 11:22, 44:10, 44:14, 46:5, 61:15, 61:22, 62:1, 62:5, 64:24, 65:23, 66:13, 67:7, 67:23, 68:1, 68:20, 68:23, 69:16, 70:6, 105:22, 106:23, 107:4, 107:5, 107:6, 121:17, 122:11, 122:14, 122:19, 150:19, 153:20, 154:20, 157:15, 162:11, 167:11, 178:1, 179:2, 183:12, 183:15, 183:20, 184:19, 185:8, 186:4, 188:22, 189:22, 190:25, 191:15, 192:11, 193:24, 200:19, 219:1, 219:3, 219:8, 219:9, 222:19, 222:23, 223:19, 223:23, 224:7, 224:11, 225:13, 238:18, 239:17, 240:3, 248:7, 260:12
**minimally** [1] - 159:3
**minimum** [19] - 37:22, 64:18, 64:19, 64:20, 70:18, 70:20, 70:21, 70:23, 70:25, 122:16, 122:23, 122:25, 154:24, 154:25, 155:14, 192:19, 201:9, 260:1
**minus** [2] - 167:3, 167:9
**minute** [23] - 9:1, 9:6, 25:19, 88:2, 96:14, 102:8, 111:7, 111:15, 113:24, 150:20, 154:6, 154:20, 191:24, 196:25, 199:4, 199:10, 199:19, 199:20, 203:7, 205:13, 207:15, 242:23, 243:4
**minutes** [67] - 7:24, 7:25, 14:23, 17:10, 68:5, 74:8, 79:25, 80:1, 96:17, 96:21, 112:5, 114:24, 119:9, 123:13, 125:20, 148:25, 153:15, 156:10, 166:16, 170:17, 171:23, 173:19, 176:15, 176:24, 177:1, 177:5, 178:4, 178:20, 179:6, 179:14, 180:16, 180:17, 182:3, 182:20, 185:9, 185:12, 185:21, 186:11, 186:13, 190:13, 192:24, 195:3, 196:25, 199:22, 203:8, 224:22, 225:10, 225:20, 228:17, 229:20, 230:1, 230:13, 232:16,

233:3, 234:19, 234:22, 235:2, 235:17, 235:19, 237:5, 239:9, 247:7, 247:16, 254:18, 254:23, 259:18
**Miranda** [1] - 114:12
**mishear** [1] - 127:4
**misinformed** [2] - 25:24, 26:1
**miss** [1] - 161:4
**missed** [1] - 164:7
**missing** [1] - 202:9
**misstatement** [1] - 241:6
**moderate** [11] - 59:4, 63:8, 68:17, 98:18, 105:5, 105:23, 106:11, 106:19, 117:21, 121:5, 154:18
**modes** [1] - 35:20
**mom** [12] - 57:23, 58:1, 65:22, 66:4, 106:1, 148:23, 160:17, 162:15, 175:9, 175:10, 195:9, 196:23
**mom's** [5] - 4:23, 113:9, 148:19, 149:11, 176:13
**moment** [6] - 13:6, 71:8, 79:22, 112:14, 207:6, 217:8
**moments** [3] - 17:8, 105:17, 106:22
**moms** [2] - 147:6, 164:3
**monitor** [36] - 57:15, 58:22, 62:13, 96:13, 103:10, 103:21, 103:22, 103:23, 104:2, 104:3, 104:5, 104:16, 105:4, 109:25, 110:3, 110:13, 121:22, 150:24, 156:14, 160:22, 165:21, 166:3, 170:23, 176:6, 177:21, 196:23, 229:15, 230:2, 230:14, 232:11, 233:23, 234:10, 234:22, 239:9, 249:9
**monitored** [2] - 3:15, 82:23
**Monitoring** [4] - 134:2, 136:14, 138:1, 217:2
**monitoring** [55] - 4:21, 5:2, 5:5, 5:12, 5:19, 7:23, 10:21, 36:19, 38:4, 38:6, 45:13, 45:15, 51:7, 51:18, 62:15, 69:13, 80:24, 121:11, 121:12, 128:22, 128:24, 129:1, 136:25, 137:4, 137:11, 137:17, 139:2, 141:21, 141:25, 148:22, 148:23, 149:6, 151:3, 151:21, 154:13, 155:18, 162:22, 163:23, 172:5, 181:16, 188:9, 190:10, 191:6, 202:21, 216:14, 221:8, 222:3, 223:15, 224:1, 236:24, 237:1, 261:1, 261:9, 262:10, 263:11
**monitors** [6] - 59:19, 64:3, 103:25, 104:1, 104:6, 110:7
**morning** [58] - 3:1, 3:10, 5:16, 5:17, 5:18, 6:9, 6:11, 8:16, 9:8, 18:17, 19:8, 19:9, 31:8, 31:12, 31:16, 31:20, 33:18, 34:19, 34:23, 35:3, 35:13, 35:24, 36:1, 36:13, 36:20, 37:1, 38:2, 38:7, 39:9, 41:25, 43:19, 43:22, 49:2, 49:7, 52:15, 63:2, 70:5, 70:6, 71:6, 74:7, 86:18, 91:12, 92:11, 98:6, 98:14, 106:21, 159:8, 160:9, 160:20, 160:23, 161:15, 162:8, 163:6, 163:12, 170:3, 264:7
**most** [19] - 93:13, 99:15, 125:20, 130:15, 134:17, 135:20, 146:5, 147:13, 148:7, 154:2, 154:17, 155:5, 174:25, 177:3, 192:11, 194:8, 234:9, 248:16, 250:17
**mother** [8] - 13:10, 16:12, 16:18, 91:17, 105:6, 164:14, 215:3, 232:3
**mother's** [5] - 17:18, 176:11, 176:12, 230:24, 231:2
**mothers** [1] - 131:12
**mouse** [1] - 173:2
**move** [13] - 41:17, 91:15, 92:21, 115:9, 130:2, 130:5, 130:6, 152:18, 152:23, 177:6, 186:7, 187:6, 189:19
**moved** [3] - 131:5, 229:19, 251:22
**movement** [1] - 145:11
**movements** [2] - 4:1, 121:5
**moves** [1] - 16:13
**moving** [9] - 140:22, 141:5, 145:14, 152:21, 156:25, 161:22, 168:18, 224:21, 263:1
**MS** [134] - 3:9, 12:5, 18:6, 18:15, 27:9, 27:13, 27:16, 27:18, 27:19, 27:21, 28:1, 28:2, 34:20, 34:22, 35:8, 35:9, 50:21, 50:24, 50:25, 78:2, 78:4, 78:9, 78:16, 78:22, 79:5, 79:8, 79:10, 79:11, 79:15, 79:23, 80:2, 80:6, 94:4, 94:7, 94:12, 94:18, 94:22, 95:2, 95:3, 99:9, 118:1, 118:3, 118:5, 123:17, 123:20, 123:25, 124:2, 124:3, 124:18, 124:19, 124:23, 124:25, 125:8, 125:10, 125:15, 125:19, 126:5, 126:12, 127:1, 127:2, 127:8, 127:13, 127:14, 127:25, 128:6, 129:10, 129:13, 129:14, 129:16, 129:18, 130:1, 130:6, 130:8, 130:12, 130:19, 130:24, 130:25, 137:24, 138:2, 138:5, 139:15, 139:17, 140:21, 141:4, 141:7, 141:9, 141:12, 143:3, 143:14, 143:17, 143:23, 143:24, 144:1, 144:3, 144:6, 203:5, 203:6, 203:11, 203:14, 207:1, 207:2, 207:4, 207:6, 207:9, 207:11, 207:17, 207:21, 207:22, 207:23, 209:16, 209:17, 209:21, 209:22, 227:17, 227:22, 228:1, 228:5, 228:6, 228:8, 254:17, 254:22, 254:25, 258:2, 258:3, 258:5, 263:5, 263:6, 263:7, 263:23, 263:24, 264:1, 264:6, 264:13, 264:15
**multiple** [2] - 135:14, 136:1
**MUSC** [1] - 133:18
**muscles** [1] - 158:4
**must** [5] - 135:24, 208:20, 210:25, 213:9, 236:20

## N

**nadir** [1] - 182:10
**name** [4] - 3:10, 18:11, 128:7, 128:9
**names** [1] - 93:22
**narrative** [3] - 245:21, 245:22, 246:10
**national** [2] - 129:2, 129:4
**National** [1] - 217:1
**nature** [2] - 123:25, 253:21
**Navitsky** [1] - 1:15
**nearly** [1] - 170:18
**necessarily** [5] - 24:1, 59:14, 218:10, 238:13, 260:3
**need** [43] - 59:1, 77:23, 78:24, 79:21, 99:4, 104:23, 118:22, 126:12, 152:21, 154:23, 156:7, 156:11, 156:17, 156:20, 161:2, 161:20, 161:23, 169:17, 169:18, 170:25, 173:2, 173:3, 175:12, 175:14, 175:18, 175:22, 179:19, 188:17, 207:13, 208:6, 208:19, 208:21, 222:14, 225:9, 225:14, 225:20, 237:25, 242:23, 254:13, 261:14, 261:17, 261:24
**needed** [19] - 22:9, 22:15, 22:22, 25:14, 26:12, 38:25, 46:18, 77:22, 91:3, 91:13, 98:3, 108:11, 108:21, 108:23, 119:9, 163:14, 165:8, 188:15, 260:19
**needles** [1] - 114:6
**needlessly** [1] - 11:16
**needs** [13] - 6:25, 82:6, 82:8, 82:23, 85:23, 93:11, 99:5, 109:19, 119:2, 153:17, 161:13, 209:19, 215:13
**negates** [1] - 189:25
**negative** [3] - 164:16, 190:22
**neglected** [5] - 7:21, 8:8, 11:19, 11:24, 64:9
**neonatal** [1] - 114:14
**neonate** [8] - 112:15, 112:16, 115:5, 116:8, 243:5, 255:25, 256:11, 257:25
**neonates** [1] - 38:25
**neonatologist** [4] - 15:15, 114:20, 198:14, 236:11
**nerve** [1] - 253:13
**nerves** [1] - 253:15
**neurologic** [5] - 155:6, 184:7, 250:16, 250:17, 262:13
**neurological** [4] - 250:14, 250:24, 251:15, 256:17
**never** [39] - 6:17, 10:15, 19:13, 19:16, 19:18, 19:19, 20:1, 20:6, 26:22, 26:25, 34:3, 41:6, 41:21, 42:19, 42:24, 43:6, 48:10, 48:21, 56:2, 71:24, 72:3, 74:24,

77:18, 92:25, 115:18, 119:20, 120:2, 120:4, 120:9, 120:14, 120:25, 147:21, 169:6, 173:15, 173:20, 177:11, 233:1, 259:15
**nevertheless** [1] - 213:6
**New** [1] - 81:13
**new** [9] - 5:21, 48:15, 48:19, 48:21, 49:12, 107:2, 107:3, 161:20, 162:14
**newborns** [1] - 8:23
**next** [38] - 30:25, 36:24, 49:9, 57:2, 81:17, 83:20, 86:22, 86:23, 89:7, 92:21, 98:1, 112:13, 112:22, 119:8, 127:24, 165:9, 167:10, 170:3, 173:17, 173:18, 176:17, 177:17, 177:24, 179:14, 181:7, 182:2, 182:18, 183:10, 184:18, 185:6, 186:7, 187:7, 187:21, 188:12, 189:8, 189:19, 242:5
**Nguyen** [16] - 17:12, 39:25, 54:12, 54:15, 55:4, 55:17, 56:18, 56:20, 57:22, 63:25, 65:4, 98:2, 120:11, 120:21, 161:6, 173:25
**NICU** [4] - 8:16, 9:4, 71:9, 115:25
**night** [17] - 5:9, 28:21, 55:9, 102:23, 105:3, 116:17, 118:17, 118:24, 119:5, 126:18, 165:3, 212:16, 213:1, 214:13, 222:11, 224:16, 228:11
**Nijole** [2] - 1:15, 3:10
**nine** [8] - 176:15, 180:16, 182:2, 182:20, 185:9, 185:12, 186:11, 186:13
**nitpick** [1] - 241:5
**nobody** [1] - 178:14
**non** [12] - 8:21, 9:9, 15:12, 56:25, 67:7, 67:23, 68:7, 74:7, 198:23, 254:4, 254:7, 256:15
**NON** [1] - 1:12
**non-detectable** [2] - 67:7, 67:23
**non-floating** [4] - 15:12, 254:4, 254:7, 256:15
**NON-JURY** [1] - 1:12
**non-re-breather** [1] - 68:7
**non-rebreather** [1] - 56:25
**non-responsive** [4] - 8:21, 9:9, 74:7, 198:23
**none** [6] - 14:24, 20:10, 20:11, 144:23, 145:22, 201:3
**nonstress** [1] - 4:2
**noon** [2] - 108:3, 206:15
**normal** [81] - 3:24, 4:1, 4:2, 4:3, 4:5, 4:11, 10:8, 14:22, 16:8, 16:10, 16:14, 17:6, 17:7, 17:10, 30:6, 30:8, 30:24, 77:13, 77:16, 77:17, 83:23, 110:12, 111:10, 111:11, 111:12, 111:16, 111:19, 111:20, 112:3, 116:22, 118:16, 118:19, 118:20, 144:25, 145:6, 145:13, 145:25, 146:1, 146:2, 146:6, 146:8, 146:9, 146:14, 146:17, 146:20, 146:22, 147:17, 147:23, 155:13, 169:2, 173:11, 173:15, 174:1, 174:10, 176:16, 176:24, 178:6, 180:21, 193:1, 193:2, 194:11, 195:24, 196:15, 196:18, 200:25, 201:2, 201:5, 220:22, 236:16, 236:21, 236:22, 237:17, 241:14, 243:5, 245:17, 245:19, 247:18, 249:17, 249:19, 250:5
**normally** [2] - 16:21, 112:3
**Nos** [12] - 2:8, 2:9, 2:11, 2:12, 2:14, 2:15, 2:16, 2:19, 2:19, 2:20, 2:20, 144:4
**notation** [4] - 36:22, 64:11, 243:12, 244:4
**notations** [3] - 89:10, 124:14, 243:14
**note** [53] - 37:3, 41:23, 42:8, 42:14, 42:15, 42:16, 43:8, 43:13, 43:21, 44:20, 44:23, 44:24, 45:7, 45:11, 46:8, 54:10, 58:14, 67:4, 73:23, 73:25, 74:3, 86:11, 86:13, 86:14, 86:18, 86:21, 86:22, 86:24, 87:1, 88:20, 89:12, 90:3, 90:18, 90:22, 96:25, 97:2, 97:6, 97:11, 106:25, 107:2, 107:3, 107:4, 112:12, 114:16, 114:24, 120:6, 120:22, 165:2, 216:2, 216:7, 243:13
**noted** [9] - 106:24, 119:24, 146:8, 190:14, 190:17, 197:6, 199:2, 200:5, 243:22
**notes** [21] - 41:5, 41:8, 42:17, 43:6, 43:7, 43:11, 45:4, 47:4, 63:14, 86:11, 88:6, 88:8, 98:17, 106:23, 119:19, 119:23, 120:20, 120:24, 121:2, 251:18
**nothing** [20] - 25:13, 25:14, 46:17, 52:21, 52:25, 53:1, 53:4, 61:10, 74:1, 74:17, 123:15, 204:22, 238:5, 250:4, 257:11, 261:1, 261:22, 262:13
**notified** [2] - 216:6, 216:7
**notify** [1] - 40:11
**noting** [1] - 255:6
**November** [11] - 127:22, 127:23, 143:6, 143:7, 146:7, 147:14, 222:2, 222:9, 232:15, 244:13, 247:22
**nowhere** [1] - 41:3
**nuances** [1] - 249:8
**number** [12] - 38:14, 38:17, 77:14, 82:2, 82:21, 135:21, 138:14, 168:23, 203:20, 244:21, 251:2, 251:14
**numbered** [1] - 265:10
**numbers** [2] - 100:3, 143:11
**numerous** [1] - 132:4
**nurse** [38] - 49:11, 53:11, 53:13, 53:23, 55:11, 60:20, 61:17, 61:23, 62:3, 62:12, 65:25, 68:8, 68:11, 68:15, 72:4, 72:6, 72:7, 73:16, 73:19, 87:18, 90:11, 90:15, 93:24, 95:19, 106:25, 107:19, 113:5, 113:12, 113:17, 113:23, 113:25, 115:1, 116:16, 116:18, 122:4, 122:24, 168:4, 190:14
**nurse's** [1] - 122:7
**nurses** [53] - 8:2, 16:19, 17:13, 29:1, 40:8, 40:20, 46:24, 46:25, 50:15, 52:14, 53:8, 53:18, 56:5, 57:7, 57:9, 58:7, 58:20, 59:21, 61:4, 61:6, 62:15, 63:22, 65:2, 69:6, 69:8, 85:11, 86:3, 86:5, 87:9, 87:24, 89:3, 89:4, 89:18, 89:20, 93:5, 93:8, 93:12, 93:14, 93:19, 94:24, 103:11, 106:24, 108:8, 110:10, 111:22, 121:15, 175:8, 183:10, 185:17, 186:3, 186:14, 190:24
**nurses'** [7] - 62:25, 63:14, 66:20, 92:18, 107:7, 124:12, 176:11
**nursing** [10] - 7:6, 82:21, 88:9, 88:15, 93:11, 106:21, 179:8, 180:23, 216:11, 216:17

## O

**oath** [10] - 30:14, 31:2, 32:23, 33:12, 47:11, 47:17, 75:6, 75:25, 76:3, 263:3
**OB** [42] - 5:17, 6:10, 6:16, 18:16, 18:19, 19:1, 20:1, 20:8, 21:10, 38:21, 38:22, 43:3, 43:6, 43:13, 128:15, 131:4, 131:16, 134:11, 134:13, 134:24, 135:8, 135:19, 136:10, 136:13, 137:11, 137:17, 137:25, 146:1, 146:8, 149:7, 150:23, 151:2, 151:21, 155:8, 156:13, 169:15, 174:23, 221:6, 260:24, 261:19, 262:3
**OB-GYN** [28] - 5:17, 6:10, 6:16, 18:16, 18:19, 19:1, 20:1, 20:8, 21:10, 43:3, 128:15, 131:4, 131:16, 134:13, 135:8, 135:19, 136:10, 136:13, 137:11, 137:17, 137:25, 146:8, 155:8, 169:15, 174:23, 260:24, 261:19, 262:3
**OB-GYN's** [5] - 149:7, 150:23, 151:2, 151:21, 156:13
**OB-GYNs** [3] - 134:11, 134:24, 146:1
**object** [2] - 34:20, 94:4
**objection** [12] - 35:4, 123:25, 124:22, 124:23, 125:14, 126:12, 129:15, 130:18, 138:2, 138:3, 141:4, 141:8
**objective** [5] - 14:11, 14:15, 220:14, 220:17, 261:1
**obligation** [1] - 163:5
**observations** [2] - 124:13, 167:5
**observed** [1] - 255:3
**Obstetric** [1] - 131:18
**obstetric** [1] - 39:18

**obstetrician/ gynecologist** [1] - 132:10
**obstetricians** [3] - 177:3, 191:19, 257:22
**obstetrics** [4] - 83:15, 135:19, 159:18, 178:8
**Obstetrics** [3] - 80:12, 80:13, 81:8
**obtained** [8] - 9:12, 112:23, 114:5, 194:12, 246:3, 246:11, 246:20, 246:21
**obvious** [3] - 126:17, 183:4, 192:10
**obviously** [5] - 78:11, 177:23, 185:13, 191:10, 212:2
**occasional** [1] - 100:21
**occupation** [1] - 128:8
**occur** [1] - 153:5
**occurred** [12] - 13:15, 14:16, 157:18, 179:6, 196:13, 203:24, 246:18, 259:1, 259:11, 259:18, 260:2, 263:19
**occurrence** [1] - 179:4
**occurring** [6] - 160:16, 173:8, 183:25, 224:20, 239:21, 239:25
**occurs** [1] - 247:24
**October** [1] - 145:25
**OF** [3] - 1:1, 1:8, 1:11
**offer** [2] - 137:24, 217:15
**offered** [7] - 36:2, 36:17, 91:14, 94:10, 94:19, 94:23, 117:4
**offering** [5] - 203:17, 217:16, 245:11, 255:24, 257:24
**offhand** [2] - 208:10, 208:11
**office** [1] - 149:1
**Office** [2] - 1:18, 9:20
**Official** [3] - 265:3, 265:16, 265:19
**officially** [1] - 9:7
**often** [6] - 101:22, 153:7, 158:8, 183:5, 249:11, 260:21
**old** [1] - 3:24
**Olson** [22] - 1:15, 1:15, 3:8, 3:10, 12:3, 12:14, 13:18, 18:4, 41:13, 78:23, 89:22, 90:21, 94:17, 106:22, 125:17, 141:5, 209:17, 227:17, 230:22, 245:5, 245:14, 254:20
**OLSON** [75] - 3:9, 18:6, 18:15, 27:9, 27:13, 27:18, 27:21, 28:1, 28:2, 35:8, 35:9, 50:24, 50:25, 78:2, 78:9, 79:5, 79:8, 79:11, 94:4, 94:18, 94:22, 118:3, 118:5, 123:17, 123:25, 124:19, 124:25, 125:8, 125:10, 125:19, 126:5, 127:1, 127:14, 127:25, 128:6, 129:10, 129:14, 129:18, 130:1, 130:6, 130:12, 130:24, 130:25, 137:24, 138:5, 139:15, 139:17, 140:21, 141:7, 141:9, 141:12, 143:3, 143:14, 143:24, 144:1, 144:3, 144:6, 203:5, 207:1, 207:4, 207:9, 207:21, 209:16, 209:21, 227:22, 228:5, 254:22, 258:3, 258:5, 263:6, 263:7, 263:23, 264:1, 264:6, 264:13
**Olson's** [6] - 78:5, 78:7, 101:11, 105:17, 244:25, 246:25
**ON** [1] - 18:9
**on-call** [1] - 18:25
**once** [27] - 17:24, 26:15, 31:7, 41:21, 58:22, 59:13, 59:19, 60:21, 66:8, 78:1, 82:22, 86:2, 86:4, 89:3, 110:6, 110:7, 113:7, 113:8, 116:9, 116:12, 118:22, 119:1, 120:2, 143:19, 144:15, 163:7, 169:14
**ONE** [1] - 1:12
**one** [88] - 5:10, 9:1, 9:25, 12:23, 13:19, 14:9, 17:11, 20:16, 22:5, 32:1, 54:15, 72:7, 87:22, 89:18, 89:20, 90:21, 106:9, 107:17, 114:5, 114:6, 114:13, 119:6, 120:6, 122:3, 122:10, 122:15, 122:21, 123:2, 124:6, 124:9, 125:20, 134:8, 138:17, 140:23, 141:17, 144:23, 145:23, 145:25, 146:7, 147:16, 147:21, 150:4, 150:13, 158:17, 158:22, 167:3, 167:9, 168:18, 169:6, 173:25, 177:10, 181:24, 183:1, 183:10, 184:7, 186:7, 188:1, 188:2, 189:23, 190:12, 190:14, 190:15, 190:17, 191:5, 192:15, 196:4, 196:14, 198:14, 199:4, 199:10, 201:11, 202:11, 202:22, 209:7, 209:8, 214:17, 215:4, 223:10, 226:3, 226:23, 227:22, 228:3, 233:12, 243:4, 244:15, 248:15, 248:20
**ones** [3] - 29:18, 85:19, 146:12
**ongoing** [4] - 49:15, 61:2, 81:4, 189:2
**onset** [1] - 158:5
**onwards** [1] - 181:17
**OP** [4] - 73:23, 73:25, 74:3, 112:12
**open** [2] - 12:4, 195:17
**opening** [3] - 3:7, 104:12, 159:12
**operating** [3] - 74:16, 110:8, 116:12
**opine** [1] - 235:1
**opined** [1] - 212:8
**opining** [1] - 256:10
**opinion** [78] - 76:9, 76:12, 76:15, 76:17, 76:21, 138:7, 138:8, 138:9, 141:24, 142:4, 142:11, 142:14, 142:21, 142:23, 162:21, 163:2, 165:14, 165:23, 168:10, 169:24, 171:9, 172:8, 184:14, 187:1, 188:8, 189:5, 193:6, 193:9, 193:13, 193:21, 197:17, 197:20, 199:15, 203:17, 203:20, 203:23, 204:2, 204:5, 204:8, 204:12, 206:17, 210:16, 211:11, 211:15, 212:9, 212:14, 212:17, 213:25, 214:2, 214:7, 214:21, 215:17, 215:20, 222:17, 222:20, 224:15, 224:16, 225:2, 226:17, 226:20, 227:4, 235:20, 237:12, 241:13, 244:10, 250:1, 250:4, 250:8, 252:8, 252:11, 252:13, 252:17, 254:10, 256:24, 257:3, 257:9, 258:6, 263:17
**opinions** [13] - 15:1, 77:2, 143:1, 172:21, 174:19, 198:11, 201:23, 203:2, 203:22, 254:2, 255:3, 255:8, 258:11
**opportunities** [4] - 3:20, 161:4, 202:9, 202:11
**opportunity** [9] - 36:2, 77:21, 94:16, 105:14, 141:13, 155:3, 202:14, 212:22, 219:13
**opposed** [1] - 260:6
**opposite** [1] - 99:19
**options** [1] - 36:3
**oral** [11] - 24:11, 24:18, 24:20, 24:21, 25:1, 64:13, 64:15, 83:16, 83:18, 83:21, 157:2
**order** [44] - 11:2, 47:20, 48:3, 48:4, 48:8, 48:13, 48:15, 48:19, 48:20, 48:21, 49:12, 49:13, 49:18, 49:19, 49:20, 49:21, 49:24, 49:25, 50:3, 50:4, 50:7, 50:10, 50:15, 50:16, 50:17, 50:18, 50:21, 51:1, 51:3, 87:23, 87:25, 88:9, 89:3, 90:15, 108:18, 126:13, 148:12, 166:16
**ordered** [4] - 6:25, 48:11, 49:17, 49:22
**orders** [11] - 50:2, 50:9, 86:2, 86:3, 86:5, 90:23, 91:1, 91:2, 93:10
**organ** [3] - 13:15, 17:16, 201:14
**organization** [1] - 129:2
**organizations** [1] - 134:11
**organs** [1] - 10:24
**originally** [1] - 3:18
**otherwise** [2] - 78:20, 230:7
**ourselves** [1] - 261:14
**out-of-court** [3] - 94:5, 94:18, 94:22
**outcome** [10] - 52:23, 53:6, 53:7, 142:19, 151:15, 172:3, 178:13, 184:5, 202:9, 212:25
**outgoing** [1] - 165:2
**outlined** [2] - 169:9, 212:4
**outpatient** [1] - 148:25
**outside** [2] - 169:22, 215:18
**outstanding** [1] - 53:4
**overall** [3] - 45:19, 45:21, 85:14
**overnight** [13] - 6:2, 31:16, 35:11, 35:19, 36:6, 48:8, 48:10, 91:14, 161:18, 220:2, 220:5, 224:5, 254:20
**overruled** [1] - 95:1
**oversee** [2] - 135:25, 136:4
**overview** [1] - 182:20
**own** [4] - 1:5, 3:4, 120:5, 158:25
**oxygen** [50] - 5:1, 6:24, 8:1, 8:5, 13:9, 17:18, 29:21, 45:16, 45:22, 46:1, 56:24, 57:25, 60:3, 60:5,

60:6, 60:8, 60:14, 60:15, 60:18, 60:22, 60:25, 61:6, 61:8, 61:11, 61:12, 68:6, 68:11, 70:23, 117:15, 149:23, 150:16, 151:9, 151:11, 151:17, 152:25, 153:17, 154:11, 160:2, 175:11, 183:17, 183:23, 190:16, 191:23, 191:24, 192:23, 218:4, 218:5, 220:14, 261:6
**oxygenated** [4] - 106:7, 150:25, 153:3, 155:21
**oxygenation** [8] - 5:14, 99:21, 105:25, 150:3, 154:16, 160:5, 174:14, 190:4
**oxygenation"** [1] - 239:11
**Oxytocin** [3] - 48:17, 48:23, 87:22

## P

**P-10** [1] - 140:16
**P-11** [2] - 140:19, 143:25
**P-12** [2] - 143:2, 143:16
**P-13** [1] - 143:5
**P-14** [1] - 143:6
**P-15** [1] - 143:7
**P-16** [6] - 129:11, 129:14, 129:19, 130:7, 130:13, 130:20
**P-5** [3] - 139:16, 141:1, 141:6
**P-6** [1] - 140:7
**P-8** [1] - 140:13
**P-9** [3] - 127:14, 127:15, 140:10
**p.m** [98] - 11:18, 11:21, 28:3, 28:4, 28:5, 28:14, 28:17, 28:25, 44:13, 53:18, 54:1, 54:4, 54:11, 55:4, 55:11, 55:19, 56:12, 56:18, 56:19, 57:3, 57:9, 57:20, 57:21, 57:25, 58:3, 58:7, 58:10, 61:18, 61:24, 64:18, 64:19, 65:3, 65:4, 70:17, 70:18, 70:20, 85:10, 97:3, 101:20, 102:19, 102:23, 103:3, 103:12, 103:15, 104:18, 104:19, 105:3, 105:16, 107:4, 107:9, 167:20, 168:2, 168:3, 169:4, 170:13, 171:6, 202:12, 202:15, 208:14, 208:18, 209:1, 210:8, 210:17, 210:19, 210:23, 211:6, 211:8, 211:11, 211:15, 211:22, 212:8, 212:10, 213:1, 213:3, 213:7, 213:12, 213:16, 214:1, 214:25, 222:10, 224:15, 224:23, 225:2, 228:11, 228:15, 230:1, 234:5, 235:9, 236:16, 236:19, 236:23, 240:20, 258:22, 259:1, 259:10
**P.O** [1] - 265:20
**packet** [1] - 206:24
**page** [39] - 17:3, 17:4, 28:11, 30:25, 36:24, 55:16, 57:2, 61:18, 66:12, 86:22, 86:23, 89:7, 89:9, 112:13, 173:17, 176:22, 176:25, 177:17, 180:16, 181:9, 181:18, 182:2, 182:15, 182:18, 207:19, 209:16, 209:19, 231:8, 231:13, 231:24, 232:2, 242:1, 242:22, 243:1, 243:7, 243:12, 245:25, 250:21, 254:17
**Page** [37] - 30:17, 32:22, 47:14, 75:8, 76:25, 90:18, 112:13, 206:5, 206:22, 207:15, 208:21, 210:1, 210:2, 210:4, 210:21, 211:1, 211:24, 212:9, 213:13, 213:14, 214:6, 216:4, 217:19, 219:22, 222:14, 225:1, 227:15, 229:5, 230:11, 231:5, 231:14, 231:25, 244:24, 245:24, 246:13, 248:4, 262:18
**Pages** [2] - 112:10, 245:22
**pages** [2] - 125:19, 177:24
**pain** [1] - 102:18
**pale** [2] - 8:20, 198:21
**panel** [11] - 181:6, 182:16, 183:8, 185:4, 185:6, 185:7, 187:10, 187:21, 188:3, 189:15, 189:24
**panels** [3] - 179:24, 179:25, 189:19
**papers** [1] - 129:25
**paragraph** [1] - 245:24
**Paragraph** [1] - 248:4
**paragraphs** [1] - 231:6
**parameters** [3] - 29:24, 30:1, 121:8
**paramount** [1] - 126:16
**pardon** [2] - 48:14, 74:12
**parents** [4] - 12:6, 117:2, 117:4, 141:1
**parents'** [1] - 139:16
**Parker** [18] - 1:18, 12:3, 18:4, 78:3, 121:9, 121:25, 123:18, 126:11, 129:10, 139:15, 143:3, 254:12, 254:15, 258:16, 259:15, 262:17, 262:21, 263:3
**PARKER** [59] - 12:5, 27:16, 27:19, 34:20, 34:22, 50:21, 78:4, 78:16, 78:22, 79:10, 79:15, 79:23, 80:2, 80:6, 94:7, 94:12, 95:2, 95:3, 99:9, 118:1, 123:20, 124:2, 124:3, 124:18, 124:23, 125:15, 126:12, 127:2, 127:8, 127:13, 129:13, 129:16, 130:8, 130:19, 138:2, 141:4, 143:17, 143:23, 203:6, 203:11, 203:14, 207:2, 207:6, 207:11, 207:17, 207:22, 207:23, 209:17, 209:22, 227:17, 228:1, 228:6, 228:8, 254:17, 254:25, 258:2, 263:5, 263:24, 264:15
**part** [27] - 16:3, 32:12, 35:4, 38:19, 42:12, 42:13, 66:23, 67:12, 78:19, 85:11, 103:14, 119:4, 128:24, 129:4, 131:22, 132:19, 134:7, 134:9, 159:17, 163:24, 164:7, 177:7, 188:11, 205:20, 249:23, 255:11, 260:4
**particular** [7] - 24:3, 24:4, 81:25, 88:21, 102:15, 105:17, 156:25
**particularly** [1] - 149:20
**parts** [1] - 53:5
**pass** [3] - 118:7, 118:9, 257:5
**passage** [2] - 242:18, 244:11
**passed** [3] - 113:22, 118:11, 242:14
**passes** [1] - 110:13
**passing** [1] - 145:3
**past** [5] - 84:6, 96:19, 136:2, 147:9, 190:2
**pathologic** [1] - 11:2
**pathologically** [1] - 10:25
**pathologist** [15] - 9:21, 9:23, 10:2, 10:7, 10:10, 14:7, 74:18, 123:8, 123:11, 123:14, 200:6, 200:10, 201:17, 252:22, 264:7
**pathologist's** [2] - 9:23, 74:21
**pathology** [6] - 11:5, 13:14, 75:11, 200:17, 201:12, 201:20
**patient** [109] - 20:4, 25:11, 25:12, 25:13, 26:19, 31:4, 31:24, 36:11, 38:5, 38:12, 38:16, 40:5, 42:1, 42:3, 42:6, 42:10, 42:11, 43:4, 43:23, 46:12, 46:17, 48:5, 48:24, 59:24, 60:22, 62:7, 62:8, 62:20, 63:4, 63:6, 63:7, 64:5, 64:9, 64:10, 77:20, 82:22, 82:23, 83:1, 83:2, 83:19, 85:16, 85:18, 85:20, 87:5, 90:6, 90:10, 90:25, 92:21, 93:9, 93:12, 93:15, 94:9, 94:14, 96:1, 96:5, 96:7, 96:9, 96:23, 97:17, 103:20, 103:22, 104:17, 104:21, 105:9, 105:11, 107:10, 107:17, 107:19, 107:20, 108:24, 110:6, 110:10, 110:11, 110:15, 110:16, 110:17, 118:24, 119:6, 121:4, 121:13, 122:6, 122:13, 122:19, 136:7, 137:17, 144:15, 156:8, 156:11, 156:24, 159:13, 159:20, 160:11, 161:12, 163:14, 164:12, 165:19, 166:21, 166:22, 166:24, 169:17, 186:1, 221:8, 234:15, 260:12, 261:15, 261:25
**patient's** [4] - 41:25, 85:22, 102:16, 104:6
**patients** [35] - 6:10, 19:1, 22:3, 22:12, 24:16, 25:7, 38:9, 38:14, 38:15, 38:17, 38:18, 38:20, 38:21, 38:22, 38:23, 39:5, 39:18, 52:20, 66:10, 84:2, 88:13, 88:25, 92:20, 93:5, 101:17, 101:23, 132:7, 135:19, 147:9, 157:23, 161:1, 166:6, 212:21
**pattern** [12] - 16:14, 16:23, 17:7, 42:13, 105:19, 153:3, 168:20, 177:15, 181:10, 181:13, 256:3, 256:19

**patterns** [8] - 4:25, 29:22, 150:1, 178:6, 180:4, 190:9, 238:4, 257:10
**pause** [3] - 90:8, 125:16, 254:14
**pay** [1] - 62:19
**peak** [2] - 182:11, 182:25
**pediatric** [4] - 15:9, 15:13, 236:11, 257:3
**pediatrician** [3] - 56:10, 56:15, 252:22
**peds** [1] - 56:10
**peer** [3] - 134:20, 134:22, 134:23
**peer-reviewed** [2] - 134:20, 134:23
**pelvic** [1] - 148:17
**pelvis** [4] - 148:16, 148:19, 164:2
**pending** [6] - 22:9, 22:15, 22:22, 23:8, 25:14, 39:6
**PENNSYLVANIA** [3] - 1:1, 1:13, 1:25
**Pennsylvania** [7] - 1:16, 1:19, 3:21, 81:14, 265:5, 265:20, 265:21
**people** [6] - 13:7, 15:6, 64:6, 85:13, 99:7, 212:19
**per** [11] - 35:25, 90:5, 102:7, 111:7, 111:15, 150:20, 154:19, 199:20, 209:7, 209:8, 215:4
**perceived** [1] - 67:4
**percent** [10] - 147:8, 148:4, 148:11, 148:12, 167:3, 213:6, 213:9, 213:18, 238:19
**percentage** [3] - 212:19, 250:23, 255:12
**perform** [4] - 11:24, 115:23, 204:20, 224:8
**performance** [1] - 216:11
**performed** [9] - 8:15, 9:19, 9:21, 17:1, 74:18, 112:11, 148:2, 167:4, 260:7
**performing** [1] - 214:25
**perfusion** [1] - 8:21
**perhaps** [9] - 126:18, 149:16, 150:10, 153:7, 155:6, 183:22, 190:12, 250:5, 263:13
**period** [64] - 57:19, 63:20, 65:19, 96:14, 103:3, 103:7, 103:12, 103:15, 107:5, 149:25, 150:15, 151:18, 153:13, 157:20, 162:19, 167:16, 171:12, 174:4, 175:7, 176:14, 178:17, 178:18, 179:15, 180:13, 180:20, 180:21, 181:11, 183:8, 185:20, 185:22, 186:3, 186:14, 186:22, 188:5, 188:7, 196:22, 197:3, 218:5, 218:7, 218:19, 225:10, 228:14, 229:25, 230:6, 230:20, 233:23, 234:5, 234:6, 235:11, 235:15, 236:14, 236:18, 236:24, 237:4, 237:19, 248:17, 249:1, 249:4, 249:7, 249:9, 250:18, 257:18, 257:20, 261:8
**periods** [14] - 63:7, 63:8, 100:21, 103:5, 152:3, 152:4, 168:21, 168:22, 187:16, 191:23, 222:24, 224:7, 240:25, 263:12
**permission** [1] - 27:9
**permit** [1] - 161:8
**perpetual** [1] - 11:12
**persist** [2] - 107:2, 154:25
**persisted** [1] - 218:19
**persistence** [1] - 162:16
**persistent** [1] - 155:14
**persisting** [1] - 156:19
**persists** [3] - 107:6, 151:10, 156:17
**person** [7] - 42:23, 56:9, 56:10, 93:12, 93:13, 101:6, 107:25
**personal** [1] - 93:11
**personally** [2] - 20:7, 166:23
**perspective** [1] - 247:17
**perspectives** [1] - 12:16
**pertinent** [4] - 24:16, 25:5, 25:7, 25:9
**Petronella** [5] - 89:15, 89:17, 93:23, 94:3, 121:4
**Pettker** [6] - 15:16, 141:14, 191:5, 192:6, 192:15, 201:11
**PH** [1] - 155:13
**pH** [20] - 14:13, 14:14, 63:11, 99:17, 155:8, 155:15, 220:19, 220:21, 220:24, 221:3, 221:15, 241:14, 241:18, 242:17, 243:2, 243:5, 249:17, 256:8, 262:2, 262:3
**phase** [2] - 90:25, 260:22
**phased** [1] - 90:24
**Philadelphia** [1] - 1:19
**photo** [1] - 139:24
**photographs** [3] - 139:21, 139:22, 141:2
**photos** [1] - 141:2
**phrase** [1] - 95:4
**phrasing** [1] - 22:23
**physical** [4] - 42:19, 42:24, 73:21, 82:12
**physically** [2] - 87:17, 116:22
**physician** [14] - 6:10, 8:17, 9:4, 18:25, 33:1, 43:18, 71:9, 77:10, 93:10, 95:24, 128:10, 136:7, 162:9, 214:18
**physicians** [3] - 4:15, 39:16, 43:3
**physiologically** [2] - 191:22, 233:12
**pick** [8] - 153:8, 183:4, 183:6, 185:13, 210:4, 229:15, 231:7, 249:10
**picking** [5] - 176:9, 180:24, 229:18, 233:23, 249:9
**picture** [4] - 155:24, 175:19, 237:23, 247:18
**piece** [3] - 12:23, 13:19, 14:9
**Pit** [4] - 50:16, 87:5, 91:19, 91:22
**Pitocin** [157] - 5:9, 5:11, 5:15, 5:19, 6:4, 6:6, 6:25, 7:1, 7:4, 7:11, 7:17, 8:4, 22:24, 23:6, 23:10, 23:11, 23:15, 23:16, 25:17, 26:3, 26:11, 26:16, 26:19, 26:21, 28:18, 28:20, 28:21, 28:24, 29:4, 29:15, 29:17, 30:2, 30:5, 30:8, 30:23, 31:16, 31:20, 31:22, 32:1, 33:18, 33:23, 34:10, 35:10, 35:18, 35:22, 36:5, 36:6, 36:12, 41:19, 41:25, 42:2, 42:3, 42:7, 44:18, 46:9, 46:10, 46:12, 46:13, 46:14, 46:16, 46:20, 46:24, 47:3, 47:6, 47:18, 47:19, 48:1, 48:4, 48:7, 48:10, 48:15, 48:18, 48:21, 48:23, 49:6, 49:10, 49:17, 49:22, 50:2, 50:4, 50:19, 50:22, 51:2, 51:14, 51:23, 52:2, 52:5, 52:8, 52:11, 55:24, 57:10, 58:7, 82:20, 82:22, 83:5, 86:12, 86:23, 87:10, 87:13, 87:16, 87:19, 88:1, 88:14, 89:14, 89:23, 90:9, 90:11, 90:14, 90:19, 90:23, 91:3, 91:5, 91:7, 91:13, 93:7, 96:25, 97:9, 97:11, 103:6, 118:15, 118:19, 118:22, 119:1, 119:6, 119:11, 123:22, 124:6, 157:23, 158:1, 158:2, 158:10, 158:17, 158:20, 158:22, 159:7, 159:8, 159:15, 159:19, 160:9, 160:13, 161:19, 163:9, 163:16, 164:23, 164:25, 165:10, 165:13, 166:8, 166:12, 169:12, 175:10, 186:2, 204:18, 214:13, 260:1
**place** [5] - 24:5, 31:7, 60:22, 104:3, 193:3
**placed** [5] - 86:3, 89:3, 90:24, 110:8, 126:19
**placenta** [11] - 21:2, 112:23, 149:24, 194:20, 195:11, 245:18, 246:3, 246:11, 246:15, 246:18, 246:20
**places** [1] - 129:2
**placing** [1] - 104:6
**Plaintiff** [2] - 2:6, 28:1
**Plaintiff's** [9] - 16:2, 27:19, 27:21, 124:20, 125:1, 127:14, 130:22, 144:4, 207:4
**Plaintiffs** [2] - 1:6, 12:19
**PLAINTIFFS** [1] - 1:14
**Plaintiffs'** [1] - 13:18
**plan** [45] - 6:17, 25:11, 25:15, 25:18, 26:19, 36:7, 36:9, 40:13, 40:15, 40:17, 41:3, 41:6, 41:11, 41:15, 41:18, 41:20, 41:22, 41:24, 41:25, 42:3, 59:6, 78:7, 85:20, 85:22, 85:25, 86:2, 86:11, 87:3, 87:4, 87:6, 87:10, 89:12, 90:6, 90:12, 92:21, 96:1, 96:2, 97:12, 118:22, 119:1, 119:10, 119:12, 164:23, 188:16, 220:1
**plans** [4] - 34:18, 35:2, 35:12, 66:1
**plus** [1] - 180:17
**pocket** [1] - 144:18
**point** [61] - 10:2, 47:9, 69:22, 70:12, 82:13, 91:25, 100:25, 102:3, 103:1, 103:6, 104:20, 105:8, 107:7, 109:23, 122:2, 127:4, 140:21, 143:21, 148:4, 156:11, 162:10, 163:15, 163:22, 163:25, 164:8, 165:7, 166:25, 167:1, 167:8, 167:12, 167:23, 168:6, 169:20, 169:23, 172:2, 172:18, 173:10, 173:25,

175:18, 176:5, 176:20, 177:6, 180:12, 184:6, 186:23, 187:6, 188:21, 188:24, 189:1, 189:22, 210:10, 214:3, 220:9, 220:10, 220:11, 224:4, 235:23, 259:7, 263:13
**points** [3] - 156:7, 223:20, 260:19
**Polin** [2] - 15:15, 141:14
**polyhydramnios** [10] - 4:8, 4:9, 84:11, 84:14, 101:25, 146:10, 146:13, 147:13, 147:19, 147:24
**poor** [2] - 8:21, 205:9
**portion** [3] - 122:20, 265:8, 265:9
**positions** [3] - 56:21, 129:23, 229:19
**possible** [17] - 9:25, 132:3, 135:23, 155:7, 155:9, 196:21, 200:4, 202:17, 216:5, 250:8, 251:2, 251:3, 256:13, 256:15, 256:16, 260:24, 262:2
**possibly** [2] - 155:16, 197:3
**post** [9] - 9:10, 9:17, 20:16, 20:19, 21:2, 137:14, 137:18, 147:2, 147:4
**post-date** [1] - 20:19
**post-delivery** [2] - 9:10, 9:17
**post-due** [1] - 20:16
**post-term** [5] - 21:2, 137:14, 137:18, 147:2, 147:4
**postdate** [2] - 20:22, 147:7
**posterior** [1] - 148:5
**Postpartum** [1] - 50:11
**postpartum** [8] - 38:23, 49:21, 49:25, 50:10, 90:23, 91:1, 91:3, 91:5
**Potacia** [6] - 2:3, 3:13, 5:23, 18:7, 18:13, 140:7
**POTACIA** [1] - 18:13
**potential** [2] - 262:4, 262:13
**potentially** [5] - 27:21, 149:12, 149:17, 151:18, 261:5
**powerful** [1] - 158:13
**practice** [13] - 35:17, 40:7, 40:10, 41:15, 83:23, 114:11, 128:11, 131:16, 131:22, 131:24, 136:13, 188:19, 213:22
**practiced** [1] - 115:18
**practicing** [3] - 15:13, 128:13, 221:6
**practitioner** [1] - 132:9
**pre** [4] - 3:6, 126:7, 139:8, 140:4
**pre-marked** [3] - 126:7, 139:8, 140:4
**pre-trial** [1] - 3:6
**precise** [2] - 208:7, 229:16
**precludes** [1] - 181:22
**predicted** [1] - 202:3
**preface** [1] - 143:9
**preferably** [1] - 166:5
**preferred** [2] - 194:8, 258:10
**prefers** [1] - 130:4
**pregnancies** [3] - 128:19, 137:14
**pregnancy** [11] - 4:12, 16:12, 21:6, 92:7, 102:16, 144:12, 144:16, 147:2, 147:5, 148:7, 178:16
**pregnant** [2] - 131:12, 261:15
**preliminary** [3] - 139:8, 139:9, 140:25
**prenatal** [25] - 3:24, 3:25, 4:8, 10:22, 17:4, 19:21, 19:23, 20:2, 20:8, 20:9, 20:10, 20:11, 25:5, 82:3, 131:14, 138:19, 140:23, 144:8, 144:13, 145:1, 145:21, 146:22, 147:20, 226:6, 252:14
**prenatally** [2] - 250:4, 250:11
**prep** [2] - 110:10, 110:16
**preparation** [3] - 138:13, 138:21, 206:12
**prepare** [1] - 143:12
**prepared** [5] - 3:14, 110:1, 130:9, 226:1, 265:12
**preparing** [1] - 109:24
**prepped** [1] - 110:16
**prepping** [1] - 17:11
**presence** [1] - 63:23
**present** [17] - 3:7, 12:21, 15:1, 15:3, 15:4, 15:7, 15:22, 15:24, 56:20, 58:10, 63:21, 114:15, 135:7, 188:7, 240:12, 240:14, 247:19
**presentation** [1] - 135:16
**presentations** [3] - 135:7, 135:10, 135:18
**presented** [2] - 12:19, 148:3
**presenting** [1] - 12:1
**pressure** [3] - 8:19, 149:15, 149:16
**presumably** [1] - 213:5
**pretty** [3] - 22:5, 86:5, 195:1
**prevent** [1] - 261:20
**preventable** [3] - 11:25, 193:16, 198:1
**prevented** [3] - 17:17, 171:7, 193:19
**previous** [4] - 22:8, 22:25, 23:4, 25:25
**previously** [5] - 46:10, 118:16, 129:11, 136:9, 139:13
**primarily** [2] - 85:15
**primary** [4] - 85:19, 93:8, 93:13, 134:8
**primis** [2] - 92:6, 105:10
**private** [2] - 131:22, 132:9
**probable** [1] - 255:7
**problem** [6] - 76:2, 144:12, 144:21, 158:9, 234:14, 260:14
**problematic** [3] - 126:1, 150:21
**problems** [6] - 131:15, 144:10, 151:16, 178:4, 197:10, 260:21
**procedure** [2] - 196:24, 245:22
**proceed** [8] - 78:21, 80:4, 111:23, 112:3, 127:24, 168:8, 203:10, 203:15
**Proceedings** [1] - 1:21
**PROCEEDINGS** [1] - 1:11
**proceedings** [5] - 125:16, 126:3, 254:14, 264:16, 265:8
**process** [40] - 5:8, 12:25, 14:22, 15:17, 16:19, 22:5, 22:7, 22:20, 23:18, 24:17, 25:17, 41:14, 48:24, 49:14, 53:4, 61:2, 66:23, 80:19, 82:1, 82:5, 82:12, 82:15, 83:7, 83:8, 83:15, 92:6, 92:8, 96:4, 113:6, 123:22, 124:4, 129:4, 132:18, 132:19, 149:2, 155:7, 218:24, 219:5, 222:25, 249:23
**processed** [1] - 72:12
**produced** [1] - 1:22
**production** [1] - 132:23
**professional** [7] - 24:12, 128:8, 129:24, 132:21, 134:10, 225:8, 225:9
**professionals** [4] - 83:17, 94:8, 217:6, 217:21
**Professor** [2] - 132:17, 132:18
**Program** [1] - 131:8
**program** [1] - 128:24
**progress** [13] - 7:16, 17:2, 36:22, 43:6, 43:7, 43:8, 43:11, 43:13, 94:1, 95:5, 102:22, 168:17, 212:19
**progressed** [1] - 212:18
**progresses** [4] - 13:3, 151:11, 214:22, 260:18
**progressing** [3] - 16:21, 97:21, 107:11
**prolonged** [20] - 10:20, 153:19, 170:15, 170:18, 171:24, 178:2, 179:15, 181:25, 183:21, 193:24, 198:25, 211:23, 212:2, 223:6, 224:19, 234:6, 234:21, 235:8, 239:8, 241:3
**prominent** [1] - 145:5
**promoted** [1] - 132:17
**pronounced** [4] - 9:7, 10:6, 74:6, 116:9
**proper** [2] - 35:6, 261:23
**properly** [1] - 28:14
**propose** [1] - 126:23
**proposed** [1] - 129:7
**prospective** [1] - 141:17
**prospectively** [1] - 141:17
**prostaglandin** [1] - 157:6
**protect** [1] - 261:24
**protocol** [10] - 9:11, 9:12, 73:11, 73:15, 73:18, 88:23, 88:25, 89:2, 90:12, 90:15
**protocols** [3] - 82:21, 88:15, 88:20
**protracted** [27] - 164:22, 167:14, 197:24, 204:9, 205:6, 205:7, 205:8, 205:15, 205:19, 205:25, 206:3, 206:7, 206:8, 206:15, 206:19, 207:20, 208:1, 208:10, 208:13, 208:17, 208:23, 209:14, 209:24, 210:10, 210:11, 210:15, 258:22
**protracted/arrested** [1] - 205:16
**prove** [3] - 3:14, 94:19, 94:23
**provided** [2] - 129:12, 143:11
**provider** [4] - 63:25, 83:17, 83:18, 83:20
**providers** [1] - 15:5
**providing** [1] - 132:24
**proving** [1] - 17:23
**provisions** [1] - 265:5
**proximal** [2] - 191:7, 191:9
**published** [2] -

129:25, 134:19
**pull** [8] - 36:24, 53:25, 60:1, 123:8, 172:25, 180:23, 181:3, 192:2
**pulse** [4] - 8:19, 161:2, 199:11, 199:21
**Pulse** [2] - 8:25, 199:7
**pulses** [1] - 9:6
**pupils** [1] - 198:23
**purely** [1] - 255:11
**purpose** [3] - 5:2, 45:12, 194:3
**pursuant** [1] - 265:5
**purview** [1] - 255:18
**push** [2] - 189:11, 212:15
**pushing** [18] - 62:7, 62:8, 62:9, 66:9, 66:11, 67:16, 67:18, 68:3, 69:11, 106:1, 106:2, 106:3, 107:12, 108:4, 108:5, 108:11, 179:17, 179:18
**put** [36] - 7:1, 31:10, 37:21, 41:13, 47:14, 51:22, 53:24, 55:2, 55:15, 57:5, 60:20, 68:8, 73:23, 74:3, 74:4, 74:5, 78:15, 89:21, 93:8, 103:20, 114:7, 121:8, 121:25, 122:1, 179:21, 179:23, 181:6, 195:12, 227:12, 227:18, 227:22, 232:10, 233:20, 234:3, 262:19, 264:9
**putting** [1] - 47:24

## Q

**quadrant** [1] - 144:17
**quadrants** [1] - 144:18
**qualified** [2] - 33:10, 136:9
**quality** [3] - 131:24, 132:1, 134:8
**quantified** [1] - 119:3
**quantify** [2] - 239:4, 239:14
**quarterly** [1] - 131:25
**QUESTION** [29] - 30:22, 32:25, 33:7, 34:25, 47:18, 47:21, 75:10, 77:2, 106:14, 207:25, 208:4, 208:6, 208:23, 211:3, 213:15, 214:7, 216:5, 217:20, 225:2, 229:8, 229:14, 230:13, 240:8, 240:12, 242:2, 245:1, 245:6, 250:23, 262:22
**questioning** [2] - 130:3, 246:25
**questions** [18] - 78:2, 92:20, 93:3, 106:17, 118:3, 125:3, 125:13, 129:6, 129:7, 138:6, 138:7, 144:8, 237:13, 245:14, 254:22, 258:3, 258:16, 259:16
**quick** [3] - 92:19, 92:22, 196:8
**quickly** [7] - 99:8, 106:17, 109:14, 158:7, 167:8, 196:22, 262:16
**quit** [1] - 135:24
**quite** [3] - 79:12, 106:17, 211:24
**quote** [4] - 209:14, 209:24, 255:11

## R

**raise** [2] - 159:4, 254:19
**range** [14] - 110:12, 111:12, 111:14, 153:11, 173:11, 176:16, 176:24, 193:1, 194:12, 236:17, 236:22, 237:18, 241:14
**ranging** [1] - 7:11
**rapid** [2] - 112:2, 113:24
**rare** [1] - 196:21
**rate** [154] - 4:22, 4:25, 6:22, 6:23, 8:11, 9:2, 9:5, 11:22, 13:1, 14:23, 16:8, 16:11, 16:14, 16:23, 17:7, 17:10, 29:22, 44:10, 46:5, 58:16, 58:23, 58:25, 59:3, 59:17, 61:16, 61:22, 62:1, 62:5, 62:10, 64:25, 65:7, 65:23, 66:13, 67:7, 67:14, 67:23, 67:24, 68:20, 69:2, 69:7, 69:16, 70:7, 80:24, 81:7, 87:23, 96:12, 98:5, 98:21, 99:3, 99:13, 99:15, 99:20, 102:7, 102:14, 103:4, 105:19, 111:10, 111:16, 111:20, 112:8, 121:18, 122:11, 122:16, 149:3, 149:4, 149:11, 149:19, 150:5, 150:7, 150:17, 150:19, 150:24, 153:1, 153:3, 153:5, 153:10, 153:12, 153:20, 154:2, 154:15, 154:19, 154:25, 155:22, 160:7, 162:12, 170:19, 173:10, 173:16, 173:18, 174:1, 176:4, 176:9, 176:11, 176:12, 176:13, 176:15, 177:1, 178:23, 179:3, 179:15, 180:12, 180:21, 182:9, 182:22, 183:12, 183:15, 184:20, 186:4, 187:10, 187:15, 187:23, 191:1, 191:15, 191:20, 192:25, 199:12, 202:6, 217:20, 218:25, 219:7, 223:15, 225:9, 228:15, 229:16, 229:18, 229:19, 229:21, 230:2, 230:5, 230:15, 231:15, 231:22, 232:12, 233:2, 233:8, 233:24, 234:10, 234:11, 234:23, 236:17, 237:2, 237:6, 237:14, 237:17, 248:22, 249:8, 256:12, 257:6, 257:16, 261:21, 262:25
**rates** [1] - 14:18
**rather** [4] - 156:24, 158:10, 196:14, 220:5
**re** [3] - 43:9, 68:7, 123:21
**re-counseled** [1] - 43:9
**re-visit** [1] - 123:21
**reach** [1] - 13:23
**reached** [2] - 14:7, 263:22
**react** [1] - 111:24
**reacted** [1] - 94:15
**reaction** [1] - 115:15
**reactive** [1] - 159:3
**read** [43] - 20:9, 20:10, 20:11, 24:18, 33:22, 63:14, 75:21, 75:25, 78:12, 81:10, 90:15, 125:10, 125:12, 125:13, 125:18, 125:23, 126:8, 126:13, 127:4, 127:10, 127:17, 127:20, 165:11, 189:16, 200:7, 208:15, 209:2, 210:13, 213:19, 214:10, 216:9, 216:20, 218:2, 220:8, 225:6, 229:23, 230:18, 232:5, 240:15, 242:9, 244:19, 251:10, 262:19
**reading** [13] - 15:19, 80:23, 110:14, 111:24, 111:25, 125:4, 126:24, 127:3, 127:7, 127:12, 128:22, 216:23, 244:16
**ready** [5] - 63:6, 80:7, 203:10, 203:15, 231:12
**real** [2] - 173:20, 262:16
**realistically** [2] - 182:7, 233:12
**really** [55] - 92:25, 97:4, 105:9, 149:9, 152:8, 156:1, 156:2, 156:4, 156:20, 157:7, 157:14, 157:15, 159:15, 159:23, 160:1, 161:2, 161:3, 162:14, 167:11, 167:18, 168:17, 168:25, 170:19, 173:18, 173:19, 173:24, 176:4, 177:21, 177:22, 177:24, 178:12, 180:16, 180:18, 182:6, 182:8, 182:20, 184:2, 185:20, 186:10, 188:5, 188:11, 189:21, 189:23, 191:12, 192:12, 210:6, 210:11, 232:21, 234:11, 237:13, 247:15, 249:13, 260:16, 262:6
**REALTIME** [1] - 1:24
**reason** [21] - 25:20, 25:23, 34:1, 46:23, 74:10, 74:13, 91:3, 102:15, 103:11, 108:25, 109:5, 114:9, 143:18, 143:21, 156:23, 167:25, 172:1, 177:22, 228:23, 229:18, 263:13
**reasonable** [33] - 105:12, 138:9, 142:4, 142:14, 142:23, 163:2, 165:6, 165:23, 168:10, 169:24, 171:9, 172:8, 172:21, 174:19, 184:14, 187:1, 189:5, 193:6, 193:9, 193:13, 193:21, 197:20, 198:11, 199:15, 201:23, 203:2, 224:17, 224:19, 225:4, 258:8, 258:13, 259:12, 263:17
**reasons** [2] - 46:16, 82:21
**reassurance** [1] - 261:18
**reassured** [2] - 106:19, 190:1
**reassuring** [10] - 99:15, 106:12, 106:15, 175:21, 190:21, 218:25, 219:7, 220:3, 220:4, 224:2
**rebreather** [1] - 56:25
**received** [4] - 3:6, 13:9, 26:5, 134:15
**receiving** [1] - 159:15
**recent** [3] - 130:9, 147:13, 215:7
**recess** [2] - 80:3, 203:9
**recognitions** [1] - 134:15
**recognize** [2] -

129:21, 151:2
**recollection** [2] - 32:18, 75:4
**recommend** [1] - 77:23
**recommendation** [1] - 201:1
**recommended** [2] - 77:18, 204:24
**recommending** [1] - 108:22
**record** [90] - 18:11, 23:24, 24:5, 24:21, 28:6, 28:9, 28:12, 31:18, 32:5, 32:9, 32:15, 33:1, 33:4, 33:5, 33:13, 33:16, 33:17, 33:20, 34:14, 37:6, 41:3, 43:18, 48:22, 49:3, 50:19, 51:13, 51:17, 51:25, 52:1, 53:25, 56:4, 56:13, 59:22, 61:5, 61:10, 61:13, 61:14, 61:21, 63:15, 63:19, 64:1, 64:25, 65:3, 65:8, 66:19, 68:4, 68:19, 68:23, 68:25, 70:17, 71:20, 72:14, 72:16, 74:4, 74:5, 74:6, 77:24, 86:10, 86:17, 87:21, 90:1, 110:24, 111:7, 119:16, 121:3, 124:15, 125:11, 126:19, 127:18, 127:19, 140:3, 140:23, 146:1, 146:13, 148:2, 157:11, 160:11, 165:10, 185:17, 198:14, 198:21, 199:2, 245:1, 245:12, 246:7, 246:24, 252:1, 254:1, 256:14
**recorded** [10] - 1:21, 7:6, 44:25, 56:5, 61:4, 68:19, 96:23, 97:17, 121:16, 166:21
**recording** [2] - 234:10, 261:10
**records** [52] - 8:16, 9:14, 14:1, 14:3, 15:5, 17:4, 19:21, 19:23, 20:3, 20:8, 20:9, 20:10, 20:11, 23:25, 25:20, 57:17, 62:9, 66:20, 83:12, 96:23, 97:14, 97:18, 109:5, 138:17, 138:19, 138:24, 139:3, 139:5, 140:23, 140:24, 144:9, 144:13, 147:11, 148:1, 148:13, 157:25, 158:21, 160:10, 161:5, 166:7, 166:18, 167:2, 171:14, 175:8, 181:2, 199:18, 204:22, 206:12, 226:6, 226:7
**recover** [4] - 152:9, 219:16, 225:23, 237:15
**recovered** [4] - 59:11, 59:13, 59:16, 104:23
**recovers** [3] - 218:24, 219:6, 219:12
**recovery** [3] - 14:20, 116:12, 117:3
**Recross** [1] - 2:2
**recross** [1] - 118:2
**RECROSS** [1] - 123:19
**recurred** [3] - 8:11, 11:23, 191:2
**recurrent** [11] - 46:2, 46:3, 67:19, 68:3, 83:3, 106:5, 106:9, 106:10, 119:6, 182:13, 222:19
**red** [1] - 250:5
**REDIRECT** [2] - 118:4, 258:4
**redirect** [1] - 254:21
**Redirect** [1] - 2:2
**reduce** [1] - 29:21
**refer** [6] - 47:10, 47:14, 81:6, 138:18, 206:5, 209:18
**reference** [18] - 27:10, 29:3, 30:17, 31:10, 31:20, 41:23, 55:8, 64:23, 143:5, 147:12, 173:9, 181:7, 209:16, 233:16, 256:11, 256:12, 256:20, 258:6
**referenced** [1] - 173:25
**referencing** [7] - 32:6, 56:18, 129:10, 139:15, 143:2, 143:4, 145:25
**referred** [2] - 178:18, 210:21
**referring** [12] - 35:14, 36:23, 59:16, 76:20, 76:21, 82:20, 118:17, 133:17, 153:14, 174:5, 195:8, 228:25
**refers** [2] - 152:15, 220:10
**reflect** [3] - 109:5, 110:25, 127:19
**reflective** [1] - 239:23
**reflects** [2] - 86:10, 154:11
**reflex** [1] - 214:18
**refresh** [6] - 32:18, 75:4, 76:25, 208:19, 208:21, 222:14
**regained** [1] - 58:22
**regard** [5] - 84:4, 105:1, 115:20, 132:4, 142:21
**regarding** [7] - 71:25, 76:9, 141:21, 161:9, 188:8, 197:17, 244:12
**Regional** [1] - 131:18
**regular** [1] - 255:20
**regularly** [1] - 134:24
**reinserted** [1] - 104:16
**reject** [1] - 14:15
**relate** [1] - 24:15
**related** [1] - 200:9
**relating** [1] - 22:13
**reliable** [2] - 195:4, 247:8
**reliance** [1] - 244:11
**relied** [6] - 40:3, 40:5, 40:8, 42:5, 245:14, 246:25
**reluctance** [2] - 34:16, 34:25
**reluctant** [1] - 35:5
**rely** [12] - 24:19, 81:6, 81:8, 83:16, 87:6, 87:9, 93:14, 96:6, 108:1, 119:16, 215:18, 238:2
**relying** [1] - 238:7
**remain** [2] - 20:21, 162:1
**remainder** [1] - 190:24
**remained** [4] - 7:9, 9:8, 167:21, 184:8
**remaining** [1] - 173:22
**remarkable** [1] - 123:15
**remedy** [1] - 175:6
**remember** [28] - 23:17, 23:18, 25:12, 30:10, 30:13, 38:15, 38:18, 75:16, 75:20, 75:24, 76:4, 76:5, 92:13, 92:14, 92:23, 93:3, 93:22, 108:5, 108:6, 108:21, 208:2, 209:15, 227:15, 230:22, 233:14, 239:12, 256:1
**remote** [6] - 31:5, 31:24, 118:25, 119:7, 119:9, 227:19
**removed** [6] - 195:9, 195:16, 195:22, 246:15, 246:18, 246:20
**render** [1] - 9:16
**rendered** [1] - 18:2
**repairs** [1] - 11:1
**repeat** [5] - 94:21, 100:2, 133:13, 219:4, 232:7
**repetitive** [2] - 149:21, 156:4
**repetitively** [1] - 190:19
**rephrase** [2] - 35:6, 124:2
**report** [58] - 74:21, 74:24, 74:25, 75:3, 75:14, 75:16, 76:5, 76:6, 76:7, 116:21, 139:8, 143:3, 143:4, 143:6, 143:7, 143:15, 143:19, 143:20, 143:22, 178:9, 187:4, 192:6, 192:15, 200:7, 200:18, 201:12, 205:5, 205:12, 205:14, 205:16, 211:5, 215:19, 222:2, 222:9, 222:14, 226:5, 226:9, 226:10, 226:11, 226:13, 226:15, 226:23, 227:1, 227:4, 227:7, 227:11, 228:9, 228:10, 228:17, 229:9, 232:7, 232:14, 232:15, 244:13, 247:22, 248:4, 251:18, 252:21
**reported** [1] - 196:7
**REPORTED** [1] - 265:17
**REPORTER** [1] - 1:24
**reporter** [3] - 126:9, 126:15, 265:24
**Reporter** [3] - 265:3, 265:16, 265:19
**reporting** [1] - 124:13
**reports** [20] - 141:13, 143:1, 143:10, 143:18, 203:20, 208:12, 211:20, 223:5, 223:11, 226:1, 232:21, 232:25, 251:21, 258:17, 258:19, 258:21, 258:25, 259:3, 259:9, 262:11
**repositioned** [1] - 8:3
**repositioning** [1] - 57:23
**represent** [3] - 3:11, 136:7, 179:25
**reproduction** [1] - 265:23
**request** [2] - 77:21, 79:24
**requests** [1] - 93:4
**require** [8] - 10:8, 10:9, 150:23, 151:2, 156:13, 160:21, 168:6, 172:12
**required** [12] - 3:6, 8:6, 9:11, 9:13, 11:18, 11:23, 71:9, 137:17, 163:23, 198:4, 259:6, 259:10
**requires** [3] - 7:20, 38:3, 146:3
**requiring** [2] - 146:10, 259:22
**requisite** [1] - 39:17
**research** [4] - 129:25, 132:23, 134:24, 135:15
**reserve** [5] - 183:5, 185:14, 185:25, 192:23
**reserves** [9] - 117:16, 183:17, 183:19, 183:23, 191:17, 191:18, 192:1, 248:18, 263:10
**Residency** [3] - 128:12, 131:4, 131:10
**residency** [2] - 81:2, 134:18
**resident** [8] - 6:19, 6:20, 6:25, 47:3, 48:17, 54:12, 162:10, 162:15
**Resident** [60] - 41:16,

43:15, 43:20, 44:16, 46:13, 47:20, 48:1, 48:3, 48:9, 48:11, 48:13, 48:15, 48:16, 48:22, 49:9, 49:11, 49:13, 49:17, 49:22, 50:3, 50:5, 50:7, 50:18, 51:11, 51:17, 51:22, 54:20, 55:4, 56:18, 57:22, 63:5, 65:4, 66:21, 84:24, 85:4, 85:8, 85:10, 85:17, 86:7, 86:10, 87:12, 95:24, 96:3, 96:6, 96:22, 98:1, 104:2, 107:20, 116:19, 119:24, 120:5, 120:11, 121:2, 162:20, 163:18, 164:23, 165:14, 166:4, 168:3

**Resident's** [7] - 45:4, 46:8, 49:19, 54:10, 54:24, 95:22, 95:23

**residents** [9] - 17:12, 21:22, 24:13, 40:11, 54:15, 161:6, 161:10, 162:4

**Residents** [23] - 39:9, 39:14, 39:17, 39:22, 39:24, 40:3, 40:15, 40:21, 41:5, 41:8, 42:17, 43:12, 67:10, 85:15, 85:23, 86:4, 120:18, 120:25, 160:25, 161:16, 161:24, 166:1, 215:19

**resolve** [1] - 225:15

**respect** [3] - 83:23, 223:14, 243:9

**respectful** [1] - 78:5

**respectfully** [1] - 203:6

**respirations** [4] - 8:20, 9:3, 199:12, 262:25

**Respirations** [2] - 8:25, 199:8

**respiratory** [3] - 114:13, 194:6, 198:22

**respond** [6] - 16:1, 94:16, 152:25, 177:11, 191:7, 192:18

**responded** [1] - 13:11

**responding** [2] - 65:15, 200:2

**response** [8] - 4:22, 149:11, 169:7, 192:8, 199:23, 199:25, 201:14, 214:19

**responsibilities** [4] - 131:20, 133:14, 134:5, 161:9

**responsibility** [11] - 18:20, 18:22, 31:6, 31:15, 39:10, 40:16, 131:23, 161:11, 163:11, 166:2, 166:24

**responsible** [9] - 5:21, 38:23, 38:25, 39:5, 51:6, 51:10, 85:14, 162:1, 162:7

**responsive** [4] - 8:21, 9:9, 74:7, 198:23

**rest** [6] - 63:2, 79:7, 148:10, 189:24, 260:13, 263:16

**restart** [9] - 44:17, 50:16, 51:2, 86:12, 86:23, 88:18, 97:11, 164:23

**restarted** [24] - 7:1, 46:9, 46:14, 47:5, 47:7, 47:19, 48:10, 48:12, 49:10, 49:11, 49:12, 49:17, 49:22, 50:20, 51:23, 51:24, 83:6, 89:10, 89:14, 89:24, 91:19, 91:22, 165:11, 165:13

**restarting** [11] - 35:18, 41:24, 47:3, 47:8, 48:1, 48:7, 49:14, 51:14, 96:25, 97:9, 164:25

**rested** [1] - 6:9

**restricted** [1] - 145:10

**result** [18] - 3:17, 15:17, 50:18, 77:15, 149:25, 151:18, 156:21, 172:11, 194:11, 197:3, 197:14, 201:2, 227:8, 247:17, 250:18, 259:5, 259:17, 259:21

**Resulted** [1] - 243:13

**resulted** [3] - 142:22, 193:12, 237:5

**resulting** [1] - 238:9

**results** [35] - 9:16, 15:22, 77:13, 137:22, 139:12, 139:16, 139:18, 141:1, 146:23, 155:5, 194:17, 195:17, 197:9, 200:24, 201:4, 235:12, 242:12, 242:18, 242:22, 243:2, 243:12, 243:18, 243:22, 243:23, 244:10, 244:12, 244:14, 245:6, 247:8, 247:12, 249:16, 249:19, 256:16

**resume** [3] - 80:7, 130:14, 264:2

**resuscitate** [12] - 13:11, 32:2, 38:6, 57:12, 59:22, 61:6, 68:16, 103:21, 104:24, 105:13, 256:13

**resuscitated** [5] - 59:4, 105:13, 116:2, 214:4, 250:2

**resuscitation** [11] - 8:2, 10:15, 14:4, 58:5, 61:1, 68:14, 74:14, 175:8, 199:22, 236:9, 249:23

**resuscitations** [1] - 199:21

**resuscitative** [3] - 9:9, 74:8, 199:18

**return** [10] - 7:25, 16:11, 176:19, 176:23, 178:19, 178:23, 180:6, 233:1, 235:15, 237:18

**returned** [8] - 58:16, 58:19, 59:1, 59:3, 59:17, 233:8, 237:7, 248:22

**returning** [3] - 234:18, 236:21

**reverse** [1] - 160:6

**review** [28] - 32:10, 66:18, 83:12, 83:19, 96:3, 97:14, 134:22, 136:6, 138:19, 138:23, 139:2, 139:7, 139:12, 139:18, 139:21, 139:24, 140:2, 140:4, 140:6, 140:9, 140:12, 140:15, 140:18, 141:13, 141:16, 206:12, 243:16, 249:22

**reviewed** [19] - 129:6, 134:20, 134:23, 138:13, 138:20, 141:19, 142:7, 142:17, 144:9, 144:13, 147:11, 157:11, 158:20, 166:7, 185:3, 204:23, 226:6, 226:10, 227:1

**reviewers** [1] - 135:1

**reviewing** [2] - 132:2, 134:25

**reviews** [1] - 135:2

**rhythm** [1] - 150:24

**rid** [1] - 179:1

**ripening** [1] - 157:7

**risk** [18] - 11:16, 11:19, 20:20, 20:24, 21:3, 147:9, 151:16, 152:12, 153:22, 170:7, 170:13, 172:19, 189:1, 192:4, 192:17, 195:9, 198:8, 218:16

**RMR** [1] - 1:23

**RMR,CRR** [2] - 265:15, 265:18

**RN** [2] - 55:18, 89:15

**Road** [1] - 1:16

**ROBERT** [1] - 1:12

**role** [4] - 93:6, 95:22, 95:23, 95:25

**rolling** [1] - 106:4

**Room** [1] - 39:6

**room** [31] - 53:11, 53:12, 53:13, 58:15, 58:19, 59:14, 64:2, 64:6, 64:8, 72:5, 92:13, 92:14, 92:17, 93:13, 101:16, 103:16, 103:17, 103:19, 104:19, 108:6, 109:17, 110:6, 111:21, 113:17, 114:21, 116:12, 116:13, 117:3, 117:20, 179:16, 263:1

**rounds** [1] - 63:2

**routine** [4] - 41:14, 42:12, 48:20, 109:15

**routinely** [3] - 43:11, 97:5, 97:9

**Rule** [1] - 95:1

**rules** [1] - 66:25

**runs** [1] - 26:16

**rupture** [1] - 167:4

**ruptured** [3] - 7:8, 54:7, 167:6


## S


**safe** [5] - 5:22, 18:23, 78:22, 162:1, 202:25

**saltatory** [3] - 177:15, 178:6, 181:10

**sample** [21] - 9:13, 72:3, 72:12, 73:2, 73:17, 73:19, 113:19, 113:23, 113:25, 114:25, 194:14, 194:23, 196:5, 197:8, 197:11, 242:11, 243:4, 246:19, 247:3, 247:5, 262:8

**sampled** [1] - 73:9

**samples** [2] - 73:5, 114:5

**sampling** [4] - 9:16, 194:7, 194:9, 262:6

**Sartina** [5] - 114:19, 114:21, 114:25, 116:7, 198:14

**satisfactory** [1] - 127:13

**satisfied** [1] - 58:25

**Saturday** [1] - 4:15

**save** [1] - 130:3

**saw** [33] - 6:20, 7:5, 10:6, 16:7, 36:1, 36:12, 43:23, 44:24, 46:13, 50:20, 61:10, 72:16, 74:21, 74:24, 74:25, 98:11, 98:15, 144:12, 159:1, 161:5, 163:18, 175:7, 175:15, 176:11, 204:22, 233:1, 234:16, 236:15, 243:12, 243:13, 252:3, 259:25

**scalp** [9] - 104:2, 104:3, 104:5, 104:7, 121:11, 121:13, 121:19, 262:6, 262:8

**scan** [1] - 147:22

**scans** [1] - 147:23

**scenario** [4] - 119:4, 155:2, 232:3, 239:25

**scenarios** [1] - 224:10

**schedule** [2] - 38:15, 264:4

**scheduled** [3] - 79:20, 109:16, 133:23

**school** [5] - 130:17, 131:1, 131:3, 133:12, 134:3

**School** [2] - 133:9,

133:16
**science** [3] - 155:10, 247:13, 257:21
**score** [5] - 8:24, 9:1, 199:4, 199:10, 255:17
**scores** [4] - 116:4, 255:11, 255:20, 256:13
**scrambled** [1] - 100:3
**Scranton** [1] - 265:21
**SCRANTON** [2] - 1:13, 1:25
**screen** [9] - 30:20, 37:4, 47:15, 54:13, 56:7, 173:1, 227:13, 227:20, 228:5
**screens** [1] - 231:11
**scroll** [1] - 110:23
**se** [2] - 35:25, 90:5
**seated** [1] - 203:11
**second** [18] - 46:21, 55:7, 104:3, 109:20, 118:9, 118:11, 122:1, 125:20, 146:16, 173:14, 202:14, 226:23, 227:4, 227:7, 232:7, 241:12, 262:20
**secondary** [1] - 255:6
**seconds** [7] - 96:13, 150:6, 154:6, 173:15, 173:22, 233:8, 235:16
**section** [57] - 8:17, 16:25, 17:2, 17:11, 35:25, 36:18, 43:10, 49:9, 71:2, 71:4, 71:10, 72:5, 84:17, 84:19, 89:8, 91:15, 92:1, 98:3, 100:8, 104:19, 107:9, 108:22, 108:24, 109:1, 109:3, 109:6, 109:12, 109:15, 109:16, 109:18, 109:24, 110:17, 112:2, 112:11, 152:23, 163:12, 163:13, 163:17, 168:1, 172:13, 177:6, 179:20, 188:17, 204:10, 204:20, 204:24, 212:10, 213:16, 214:14, 214:25, 215:14, 224:9, 244:1, 245:17, 245:21, 259:10
**Section** [1] - 265:6
**sectioned** [1] - 39:1
**sections** [1] - 262:18
**see** [125] - 4:22, 5:2, 8:16, 11:2, 15:6, 28:16, 29:6, 30:21, 32:12, 37:24, 38:14, 38:17, 38:21, 49:24, 50:4, 51:3, 51:4, 56:19, 56:20, 61:11, 64:3, 64:4, 69:8, 70:6, 74:22, 74:25, 75:14, 76:6, 79:18, 86:12, 86:14, 86:24, 87:1, 87:19, 88:3, 88:6, 89:14, 90:18, 90:19, 90:22, 92:18, 102:19, 106:14, 112:18, 132:7, 143:18, 144:10, 145:17, 147:7, 150:7, 152:5, 154:7, 159:1, 167:10, 173:12, 173:13, 173:17, 173:24, 175:14, 176:3, 176:7, 176:18, 176:21, 176:22, 177:17, 179:2, 179:22, 180:9, 180:12, 180:13, 181:10, 181:16, 181:17, 182:3, 182:5, 182:19, 182:21, 185:11, 186:10, 187:14, 188:5, 201:17, 207:13, 214:21, 218:24, 219:1, 219:6, 219:7, 219:11, 219:14, 223:19, 225:13, 225:19, 228:7, 232:20, 234:17, 237:14, 237:17, 238:18, 238:25, 243:1, 243:13, 243:15, 243:18, 243:19, 243:20, 244:2, 244:3, 244:4, 245:25, 246:5, 246:16, 248:4, 248:11, 248:13, 249:15, 256:10, 260:17, 263:14
**seeing** [10] - 43:18, 75:16, 107:8, 150:5, 155:22, 162:20, 166:21, 183:7, 201:19, 229:4
**sees** [1] - 79:22
**segment** [3] - 102:20, 113:16, 195:14
**selected** [1] - 262:18
**selecting** [2] - 248:20, 248:25
**selective** [3] - 245:14, 258:15, 259:16
**send** [2] - 114:7, 194:19
**sense** [5] - 85:18, 158:12, 246:22, 260:4, 264:4
**sensed** [1] - 260:4
**sensor** [1] - 148:23
**sensory** [1] - 11:10
**sent** [1] - 116:7
**sentinel** [16] - 178:9, 178:10, 178:17, 179:6, 180:7, 180:25, 184:23, 188:12, 192:12, 192:20, 202:15, 235:7, 235:19, 237:19, 259:11, 259:18
**separate** [3] - 85:3, 140:2, 143:1
**sequence** [1] - 245:19
**series** [1] - 175:23
**serious** [1] - 250:11
**serves** [1] - 234:15
**Service** [3] - 6:12, 133:4, 134:9
**services** [1] - 132:24
**Services** [1] - 133:5
**set** [4] - 3:5, 14:15, 24:4, 265:11
**setting** [3] - 149:1, 155:4, 210:15
**seven** [1] - 235:13
**several** [11] - 44:3, 46:11, 116:1, 135:24, 147:15, 164:1, 196:4, 215:12, 231:6, 255:2, 258:17
**severe** [6] - 153:16, 184:6, 191:25, 200:1, 248:16, 253:5
**shape** [1] - 115:11
**share** [4] - 11:7, 11:9, 79:9, 125:22
**sharp** [1] - 177:20
**sheet** [8] - 7:6, 29:1, 32:8, 53:8, 53:19, 53:24, 65:25, 122:8
**sheets** [13] - 32:12, 32:14, 52:14, 56:16, 56:17, 62:25, 106:21, 107:1, 121:16, 124:13, 180:24, 183:11, 188:6
**shift** [23] - 5:17, 6:6, 21:25, 22:8, 23:1, 23:4, 25:25, 26:18, 42:14, 42:15, 42:16, 43:4, 52:16, 56:16, 57:19, 63:3, 78:1, 81:23, 85:10, 92:10, 126:4, 165:3, 186:17
**shifts** [1] - 25:4
**shocked** [2] - 115:16, 115:18
**short** [4] - 108:18, 152:2, 158:5, 257:18
**shorter** [1] - 257:20
**shorthand** [1] - 1:21
**shortly** [6] - 53:7, 66:5, 101:9, 204:8, 235:25, 247:24
**show** [11] - 13:1, 27:14, 55:10, 149:22, 157:25, 172:24, 185:7, 187:7, 239:17, 247:23, 251:4
**showed** [6] - 8:10, 13:14, 14:4, 121:9, 237:10, 237:21
**showing** [8] - 16:23, 106:18, 174:3, 176:6, 176:25, 186:25, 191:20, 229:21
**shown** [2] - 174:10, 243:2
**shows** [2] - 86:17, 231:15
**sick** [1] - 153:6
**side** [4] - 243:18, 261:11, 261:19, 263:15
**side-tracked** [1] - 263:15
**sides** [1] - 57:5
**sign** [5] - 5:13, 46:1, 46:3, 102:25, 105:24
**Sign** [55] - 5:24, 20:4, 20:18, 21:23, 22:2, 22:4, 22:7, 22:11, 22:20, 23:13, 23:14, 23:24, 24:2, 24:5, 24:7, 24:9, 24:10, 24:11, 25:3, 25:5, 26:6, 26:18, 34:2, 34:5, 38:7, 38:19, 42:1, 42:6, 42:7, 53:3, 81:23, 81:24, 83:12, 84:2, 84:11, 84:20, 84:22, 85:2, 85:5, 86:13, 86:15, 86:16, 86:19, 89:23, 89:24, 91:8, 92:12, 97:12, 98:7, 101:9, 160:20, 161:14
**signal** [1] - 111:23
**signed** [15] - 44:23, 44:24, 45:8, 45:10, 46:8, 51:1, 87:4, 97:2, 119:24, 120:1, 120:18, 120:20, 120:21, 120:24, 164:24
**significance** [12] - 46:19, 47:1, 160:14, 164:8, 166:20, 167:5, 168:13, 168:15, 171:22, 172:1, 187:8, 199:24
**significant** [25] - 8:9, 20:20, 31:23, 31:24, 40:12, 46:22, 65:13, 65:14, 82:3, 147:4, 158:23, 158:24, 159:1, 162:12, 162:13, 163:22, 164:24, 184:22, 187:18, 188:7, 200:13, 201:13, 251:2, 251:14, 257:1
**signing** [2] - 44:20, 84:5
**signs** [10] - 4:24, 5:3, 10:21, 137:3, 150:2, 151:3, 169:1, 174:8, 192:14, 238:2
**similar** [2] - 177:23, 182:23
**simple** [1] - 184:20
**simply** [3] - 126:19, 160:16, 160:17
**sincerely** [1] - 12:2
**single** [9] - 4:17, 72:19, 72:23, 72:25, 140:3, 195:21, 195:24, 196:9, 225:18
**single-clamped** [1] - 195:21
**singly** [2] - 195:6, 195:15
**singly-clamped** [2] - 195:6, 195:15
**sit** [2] - 118:6, 118:14
**sitting** [2] - 76:4, 83:1
**situation** [4] - 194:20, 197:1, 217:13, 224:13
**six** [10] - 8:14, 132:5,

157:20, 163:20, 184:8, 185:21, 191:12, 195:13, 198:7, 235:12
**Sixties** [1] - 176:8
**Skarupa** [2] - 9:21, 75:11
**skeletal** [1] - 10:5
**skepticism** [1] - 247:15
**skew** [1] - 194:17
**skewing** [2] - 48:3, 53:2
**skin** [6] - 10:10, 10:11, 15:11, 253:23, 254:1, 256:14
**sleep** [1] - 105:22
**sleeps** [2] - 16:13
**slight** [2] - 184:20, 185:11
**slow** [7] - 7:25, 92:6, 92:8, 99:4, 99:5, 176:19, 180:5
**slowly** [3] - 58:16, 59:1, 109:22
**small** [10] - 5:10, 30:2, 156:18, 158:17, 158:19, 159:16, 212:19, 244:4, 262:7
**smoothly** [1] - 157:9
**societies** [2] - 129:24, 134:10
**Society** [1] - 134:13
**soft** [1] - 148:4
**soften** [1] - 157:7
**sole** [1] - 204:12
**solely** [1] - 6:9
**someone** [3] - 85:3, 85:13, 136:3
**sometime** [3] - 92:11, 236:9, 263:1
**sometimes** [6] - 46:24, 158:25, 217:10, 217:24, 225:25, 257:18
**somewhat** [1] - 236:16
**somewhere** [1] - 246:20
**son** [7] - 3:11, 3:23, 11:6, 11:9, 11:12, 11:16, 119:15
**son's** [2] - 11:11, 11:13
**soon** [4] - 34:18, 35:2, 156:11, 251:7
**sorry** [23] - 21:12, 24:24, 28:11, 28:16, 29:10, 30:19, 34:8, 36:24, 38:11, 39:3, 39:12, 60:11, 61:19, 94:22, 127:5, 127:6, 130:21, 181:3, 207:9, 208:4, 211:14, 249:3, 263:15
**sort** [18] - 88:3, 132:20, 132:22, 150:5, 152:6, 152:18, 155:5, 157:17, 157:20, 159:21, 176:18, 181:23, 185:11, 192:23, 197:1, 199:7, 232:1, 243:8
**sound** [3] - 96:3, 104:7, 135:3
**sounds** [1] - 243:15
**South** [12] - 131:5, 131:6, 132:11, 133:8, 133:9, 133:10, 133:12, 133:15, 133:16, 133:18, 133:19, 133:20
**space** [1] - 92:12
**speaking** [2] - 93:5, 109:21
**special** [2] - 134:15, 134:23
**Specialist** [3] - 128:10, 131:17, 136:14
**specialties** [1] - 128:14
**specialty** [4] - 128:18, 134:20, 135:5, 135:8
**specific** [11] - 61:4, 93:3, 93:4, 107:2, 143:11, 152:20, 205:22, 206:18, 233:16, 236:7, 243:10
**specifically** [11] - 89:23, 101:7, 101:15, 101:16, 114:18, 205:20, 207:2, 209:25, 243:2, 245:23, 258:21
**specified** [2] - 72:15, 208:12
**specify** [1] - 121:7
**specimen** [1] - 114:7
**spell** [1] - 18:11
**spelled** [1] - 98:25
**spend** [1] - 131:13
**spent** [2] - 63:3, 135:13
**spontaneous** [1] - 65:17
**spouse** [1] - 92:14
**squeezing** [2] - 149:15, 149:16
**staff** [10] - 111:19, 112:17, 114:14, 115:22, 115:24, 128:25, 216:11, 216:17, 223:24
**stage** [2] - 260:20
**stand** [4] - 52:24, 53:5, 78:15, 163:25
**standard** [52] - 7:20, 8:6, 15:19, 15:20, 16:25, 20:22, 42:12, 73:10, 88:23, 90:4, 114:11, 137:16, 141:20, 141:25, 142:2, 142:8, 142:13, 142:18, 150:23, 151:2, 156:13, 160:21, 161:8, 162:23, 168:6, 169:22, 170:4, 172:12, 172:16, 174:22, 175:5, 177:14, 188:19, 193:4, 198:4, 203:17, 204:15, 210:17, 210:22, 211:4, 211:12, 211:16, 214:24, 215:17, 215:18, 223:25, 224:2, 224:6, 240:20, 258:7, 258:18, 259:6
**standing** [1] - 179:17
**stark** [1] - 13:17
**start** [24] - 26:16, 48:6, 48:20, 60:21, 79:25, 82:17, 83:9, 88:9, 99:11, 138:12, 148:8, 149:14, 149:21, 150:9, 158:1, 172:25, 179:17, 207:18, 220:1, 227:11, 229:6, 260:17
**started** [46] - 4:16, 5:9, 6:4, 19:4, 21:16, 23:6, 26:6, 26:9, 26:14, 27:2, 27:5, 28:4, 28:8, 28:14, 28:21, 28:24, 29:7, 32:23, 33:19, 47:15, 52:2, 66:8, 69:3, 82:20, 104:4, 123:23, 124:7, 133:21, 157:2, 157:3, 157:17, 158:20, 158:25, 159:14, 164:5, 165:3, 173:4, 173:6, 173:7, 185:10, 186:12, 224:20, 232:16, 233:1, 233:7, 263:11
**starting** [20] - 7:1, 30:4, 30:18, 61:9, 82:15, 89:11, 90:11, 90:14, 132:16, 157:22, 158:19, 167:1, 176:18, 187:9, 189:11, 217:19, 224:21, 227:14, 260:15, 263:13
**startled** [3] - 115:16, 116:14
**startling** [1] - 13:6
**starts** [6] - 29:12, 29:15, 36:25, 153:17, 164:4, 180:14
**stat** [1] - 177:6
**state** [11] - 18:11, 94:8, 94:19, 128:7, 143:1, 205:5, 211:20, 223:10, 227:7, 247:22, 259:5
**State** [1] - 94:25
**statement** [11] - 94:18, 94:22, 119:3, 191:8, 201:18, 205:22, 230:4, 230:19, 248:3, 248:5, 253:2
**statements** [3] - 3:7, 94:5, 95:10
**STATES** [2] - 1:1, 1:8
**states** [1] - 255:1
**States** [10] - 1:18, 3:19, 12:21, 13:18, 15:3, 17:23, 230:10, 265:4, 265:6, 265:19
**station** [4] - 164:4, 164:15, 167:4, 167:10
**statistically** [1] - 135:3
**status** [20] - 12:25, 13:3, 40:13, 63:10, 63:11, 85:22, 94:14, 96:20, 105:5, 110:5, 163:1, 194:6, 194:22, 195:1, 215:23, 217:7, 218:20, 219:19, 220:3
**stay** [7] - 59:9, 63:2, 66:8, 66:10, 157:19, 160:5, 195:2
**stayed** [2] - 48:11, 173:16
**staying** [2] - 153:13, 154:2
**stays** [2] - 154:5, 182:22
**stenographer** [2] - 125:25, 254:13
**stenographer's** [1] - 125:22
**stenographic** [1] - 127:18
**step** [6] - 69:22, 69:24, 70:3, 125:9, 165:9, 167:8
**sterile** [1] - 110:16
**stick** [1] - 208:23
**stiff** [3] - 115:6, 115:7, 115:10
**still** [74] - 5:18, 5:19, 5:20, 7:10, 9:6, 37:1, 37:6, 39:14, 44:4, 44:6, 50:14, 51:18, 54:21, 55:4, 59:13, 59:14, 59:21, 60:3, 60:6, 61:8, 61:21, 64:19, 66:1, 68:9, 68:12, 68:15, 69:1, 69:16, 74:16, 90:8, 94:18, 94:22, 106:11, 108:10, 113:8, 115:23, 116:11, 135:25, 146:2, 148:18, 158:24, 160:12, 160:16, 160:19, 162:1, 162:4, 162:11, 163:21, 164:1, 164:5, 164:17, 164:19, 166:2, 168:5, 171:1, 175:4, 175:18, 181:10, 181:22, 182:4, 186:19, 192:19, 199:21, 202:6, 202:19, 202:20, 202:23, 202:24, 238:19, 247:5, 247:11, 251:11, 257:4
**stillbirth** [1] - 147:10
**stimulate** [4] - 29:16, 29:17, 29:18, 82:13
**stock** [1] - 97:4
**stomach** [1] - 145:5
**stood** [1] - 52:25
**stop** [18] - 26:15, 41:19, 48:5, 48:20, 60:5, 60:21, 82:17,

83:9, 90:8, 91:5, 109:14, 158:7, 158:8, 161:19, 186:2, 191:23
**stopped** [47] - 5:15, 6:5, 8:4, 23:6, 26:12, 26:14, 26:17, 26:21, 26:23, 26:25, 31:17, 31:20, 31:22, 32:7, 33:18, 33:23, 34:10, 35:22, 36:6, 46:16, 46:22, 48:11, 49:6, 64:21, 82:18, 82:20, 83:2, 83:4, 88:17, 89:10, 89:24, 90:5, 91:8, 91:14, 91:19, 91:22, 118:22, 119:1, 119:11, 123:22, 124:7, 159:7, 160:9, 163:9, 220:4, 260:1, 260:12
**stopping** [11] - 30:5, 30:8, 30:22, 32:1, 82:15, 89:11, 90:11, 90:14, 118:15, 118:19, 175:10
**stops** [1] - 82:25
**straight** [4] - 182:23, 205:12, 221:10, 250:21
**Street** [1] - 1:19
**stress** [2] - 102:17
**stretcher** [1] - 117:5
**strip** [81] - 5:6, 5:13, 5:20, 6:3, 36:21, 37:9, 37:10, 37:13, 37:16, 38:3, 38:5, 44:7, 44:9, 44:13, 44:21, 44:22, 44:25, 51:18, 98:10, 98:12, 99:1, 119:18, 119:21, 119:25, 120:3, 120:7, 120:9, 120:12, 120:22, 155:20, 157:13, 157:14, 159:4, 159:14, 160:19, 161:16, 161:20, 162:16, 168:20, 168:21, 169:15, 169:18, 171:25, 172:6, 172:11, 174:3, 174:4, 174:7, 175:21, 176:17, 177:7, 178:8, 180:1, 180:3, 181:4, 181:19, 183:13, 184:10, 184:18, 185:3, 186:19, 186:21, 188:16, 189:8, 190:21, 192:11, 192:13, 198:3, 212:18, 212:23, 216:14, 237:24, 248:7, 259:17, 259:20, 260:11, 261:14, 261:17
**strips** [33] - 6:21, 8:10, 33:25, 36:19, 58:13, 62:14, 98:15, 98:23, 121:24, 128:22, 137:4, 139:2, 139:4, 140:24, 151:3, 154:13, 155:18, 161:3, 171:15, 171:17, 172:5, 172:25, 174:10, 175:23, 186:5, 191:3, 192:16, 192:19, 224:17, 225:3, 229:4, 240:24, 261:22
**strong** [4] - 5:11, 158:14, 158:21, 159:7
**stronger** [3] - 29:16, 29:18, 29:20
**strongly** [3] - 166:14, 261:13, 261:16
**struggled** [1] - 13:8
**struggling** [2] - 150:10, 150:19
**stuck** [1] - 249:8
**students** [2] - 133:22, 134:2
**studied** [1] - 17:3
**study** [1] - 197:9
**studying** [1] - 135:13
**stuff** [2] - 82:8, 82:24
**subjective** [2] - 66:24
**submit** [2] - 134:25, 135:1
**subsequent** [7] - 4:10, 121:15, 146:7, 146:12, 146:16, 176:17, 188:22
**substandard** [1] - 202:18
**substantive** [1] - 15:2
**subtle** [12] - 153:7, 181:23, 183:1, 183:2, 183:6, 185:13, 186:10, 186:17, 187:11, 187:16, 187:24, 189:22
**success** [1] - 14:4
**succession** [1] - 113:24
**suctioned** [1] - 112:15
**sudden** [2] - 10:16, 67:8
**suddenly** [1] - 11:3
**suffer** [2] - 189:2, 201:13
**suffered** [2] - 195:25, 248:6
**suffering** [6] - 8:12, 99:21, 117:19, 184:11, 190:6, 261:5
**sufficient** [3] - 58:21, 160:2, 237:1
**suggest** [5] - 25:20, 25:22, 25:23, 34:6, 126:5
**suggesting** [4] - 26:13, 26:22, 34:13, 35:5
**suggestion** [1] - 126:18
**suggestive** [3] - 99:21, 239:10, 239:14
**Suite** [2] - 1:16, 1:19
**summarizes** [1] - 129:22
**Sunday** [3] - 38:2, 39:9, 42:9
**sunken** [4] - 115:10, 115:11, 123:6, 123:10
**supervise** [2] - 39:21, 85:17
**supervising** [3] - 43:16, 51:11, 54:16
**Supervising** [1] - 116:7
**supervision** [7] - 38:3, 39:19, 41:1, 85:15, 161:7, 265:13, 265:24
**supervisory** [1] - 39:10
**supplemental** [3] - 8:5, 68:6, 175:11
**supply** [2] - 17:18, 45:16
**surgery** [6] - 17:11, 110:1, 110:4, 115:23, 245:17, 245:21
**surprising** [1] - 257:4
**survive** [5] - 171:4, 238:16, 263:8, 263:9, 263:19
**survived** [3] - 213:4, 213:7, 213:16
**suspicion** [3] - 237:25, 239:1, 239:4
**suspicious** [1] - 233:20
**sustain** [3] - 13:12, 14:5, 35:4
**sustaining** [1] - 17:17
**swallowing** [1] - 144:22
**switch** [3] - 37:20, 56:11, 61:18
**switching** [1] - 240:12
**sworn** [5] - 30:14, 32:19, 47:12, 75:6, 75:22
**SWORN** [2] - 18:10, 128:4
**symptoms** [3] - 71:10, 71:17, 198:16
**syndrome** [3] - 200:21, 202:22, 202:24
**syndromes** [4] - 10:5, 200:9, 200:13, 255:2
**system** [2] - 157:19, 241:21
**systems** [1] - 242:2

**T**

**table** [2] - 110:8, 125:11
**tachycardia** [1] - 65:9
**tachycardic** [3] - 102:3, 102:6, 185:15
**tachysystole** [9] - 65:5, 65:9, 65:11, 65:13, 65:17, 65:22, 70:19, 185:18, 186:15
**taught** [1] - 81:10
**teaching** [1] - 132:14
**team** [20] - 16:20, 40:17, 82:8, 84:8, 85:11, 95:5, 109:8, 109:9, 116:10, 116:22, 116:23, 116:24, 135:1, 162:14, 162:25, 204:19, 204:23, 219:22, 220:2, 236:11
**technical** [1] - 99:7
**technically** [1] - 233:11
**techniques** [1] - 131:15
**tedious** [1] - 92:8
**temporarily** [1] - 175:16
**ten** [1] - 147:8
**tenure** [2] - 132:18, 134:6
**term** [14] - 21:2, 126:4, 137:14, 137:18, 147:2, 147:4, 151:16, 152:16, 152:18, 173:11, 214:4, 218:15, 218:16, 243:9
**terminologies** [1] - 81:5
**terminology** [4] - 81:3, 90:5, 223:4, 258:10
**terms** [17] - 25:15, 26:11, 67:23, 85:19, 142:11, 144:8, 145:11, 149:7, 159:10, 160:2, 162:21, 178:8, 180:5, 183:24, 184:22, 188:8, 258:11
**test** [13] - 77:13, 77:15, 77:17, 139:12, 139:16, 139:18, 141:1, 196:7, 201:2, 201:4, 242:11, 242:18
**TESTIFIED** [2] - 18:10, 128:4
**testified** [24] - 36:4, 37:23, 46:11, 47:2, 47:23, 47:25, 75:15, 75:25, 76:3, 118:16, 213:24, 214:5, 214:12, 215:11, 219:24, 221:11, 221:13, 221:19, 228:22, 231:24, 234:22, 244:25, 248:3, 256:6
**testifies** [1] - 143:20
**testify** [3] - 32:19, 136:9, 221:17
**testifying** [1] - 143:18
**testimonies** [3] - 126:6, 127:16, 138:14
**testimony** [44] - 7:19, 8:5, 8:6, 9:3, 10:18, 10:23, 11:13, 14:2, 15:5, 15:7, 15:23, 15:25, 33:22, 47:11, 75:22, 77:6, 79:6, 79:20, 118:21, 124:21, 125:24, 127:25, 128:2, 138:13, 138:21, 140:6, 140:9, 140:12, 140:15,

140:18, 143:20, 175:7, 183:11, 207:18, 212:4, 219:21, 231:6, 237:20, 244:12, 260:23, 263:3, 264:6, 264:9
**testing** [11] - 10:9, 77:11, 77:19, 77:21, 77:24, 129:4, 145:13, 146:23, 194:3, 200:24, 201:2
**tests** [2] - 4:2, 10:8
**textbook** [1] - 233:17
**texture** [1] - 10:12
**THE** [73] - 1:1, 1:1, 1:8, 1:12, 1:14, 1:17, 3:1, 12:3, 18:4, 18:8, 18:11, 18:13, 27:12, 27:24, 34:21, 34:24, 78:3, 78:18, 79:3, 79:6, 79:9, 79:12, 79:19, 80:1, 80:4, 94:6, 94:10, 94:16, 94:21, 94:25, 99:4, 118:2, 123:18, 124:22, 124:24, 125:3, 125:6, 125:9, 125:14, 125:17, 125:22, 126:11, 126:17, 127:6, 127:9, 127:19, 129:15, 129:17, 130:11, 130:18, 130:20, 138:3, 141:5, 141:8, 143:13, 143:19, 143:25, 144:2, 203:8, 203:10, 203:12, 207:15, 209:20, 227:24, 228:3, 254:12, 254:15, 254:19, 254:24, 263:25, 264:2, 264:11, 264:14
**theater** [1] - 110:8
**theirs** [1] - 41:22
**therapists** [1] - 114:13
**there(indicating** [3] - 173:7, 177:21, 186:17
**there(indicating)** [1] - 187:13
**thereafter** [3] - 114:1, 186:22, 186:23
**they've** [1] - 191:18
**thigh** [1] - 113:10
**thin** [1] - 148:12
**thinking** [1] - 125:20
**thinned** [1] - 148:11
**third** [3] - 132:14, 232:14
**thirty** [6] - 96:16, 96:17, 96:21, 170:17, 225:10, 225:19
**thoroughly** [1] - 163:14
**thousand** [1] - 135:24
**three** [12] - 4:10, 92:7, 109:19, 114:24, 147:16, 159:23, 166:16, 167:10, 182:6, 182:9, 189:14, 251:5
**throughout** [14] - 10:22, 16:14, 16:20, 81:2, 94:2, 98:23, 122:19, 148:7, 186:3, 190:9, 219:19, 222:7, 222:24, 260:2
**Thursday** [3] - 78:17, 79:16, 126:14
**time"** [1] - 233:21
**timely** [6] - 3:16, 137:22, 142:9, 142:12, 152:12, 197:16
**timing** [3] - 88:14, 193:4, 194:17
**tiny** [1] - 188:4
**tired** [6] - 108:6, 108:7, 108:11, 108:18, 108:19
**tissue** [1] - 201:14
**Title** [1] - 265:6
**today** [30] - 3:5, 12:17, 16:4, 30:14, 47:12, 75:6, 78:7, 78:24, 79:14, 79:17, 97:15, 138:7, 203:17, 206:2, 206:7, 206:17, 212:4, 219:17, 221:11, 223:3, 223:4, 224:24, 230:21, 230:24, 231:20, 235:7, 241:11, 249:4, 253:20
**today's** [1] - 126:2
**together** [2] - 85:13, 229:3
**tolerant** [1] - 5:7
**tolerate** [9] - 14:21, 106:11, 152:4, 154:8, 159:11, 159:16, 185:24, 186:1, 191:23
**tolerated** [3] - 189:24, 237:8, 237:9
**tolerating** [7] - 103:1, 149:5, 152:17, 159:23, 159:25, 160:3
**tomorrow** [6] - 78:7, 79:24, 254:21, 264:3, 264:5, 264:6
**tones** [1] - 104:22
**took** [23] - 20:1, 20:6, 24:5, 31:7, 41:7, 41:20, 41:21, 42:9, 42:23, 43:19, 81:21, 115:6, 116:16, 133:24, 161:15, 162:8, 162:13, 193:3, 205:2, 211:9, 214:15, 223:23, 234:19
**tool** [1] - 261:4
**top** [4] - 62:5, 89:8, 112:14
**topics** [1] - 135:16
**totality** [1] - 180:3
**totally** [2] - 19:12, 19:14
**touch** [1] - 112:7
**towards** [5] - 110:19, 152:21, 224:22, 236:21, 244:2
**trace** [1] - 188:13
**traceable** [1] - 176:15
**tracing** [62] - 45:20, 59:11, 63:23, 64:4, 66:22, 66:24, 67:1, 68:22, 81:3, 88:12, 92:18, 98:8, 99:2, 99:13, 99:15, 99:19, 100:5, 100:8, 105:12, 106:11, 106:18, 109:25, 117:20, 121:6, 153:1, 156:1, 160:7, 173:16, 174:23, 175:2, 176:4, 177:23, 178:15, 182:1, 182:6, 187:10, 191:21, 205:9, 221:24, 222:11, 223:7, 228:20, 229:12, 229:21, 232:1, 232:9, 233:2, 233:19, 233:21, 234:17, 234:18, 235:17, 237:5, 238:4, 238:22, 248:21, 249:2, 249:5, 257:6, 257:10, 257:13, 263:11
**tracings** [70] - 12:24, 13:1, 13:2, 13:20, 13:21, 14:10, 14:19, 14:20, 15:20, 15:25, 16:1, 16:7, 17:1, 17:21, 37:1, 63:15, 63:16, 81:7, 81:10, 96:10, 96:12, 98:5, 98:21, 100:12, 100:21, 101:19, 101:22, 103:4, 105:2, 106:14, 117:18, 124:10, 124:13, 124:14, 156:14, 158:22, 177:11, 177:16, 216:20, 216:24, 217:6, 217:11, 217:20, 217:25, 218:23, 219:5, 220:24, 221:3, 221:16, 221:23, 222:3, 222:6, 222:10, 223:2, 223:11, 225:9, 225:10, 226:21, 227:2, 232:8, 233:5, 236:14, 236:15, 237:14, 238:7, 238:19, 239:17, 256:12
**track** [1] - 4:21
**tracked** [1] - 263:15
**trained** [1] - 100:10
**training** [17] - 39:14, 39:16, 80:23, 81:1, 81:2, 95:24, 128:12, 128:21, 129:8, 129:23, 130:15, 131:10, 134:2, 136:12, 162:4, 216:20
**transcribe** [1] - 126:9
**transcribed** [2] - 126:8, 126:19
**TRANSCRIPT** [1] - 1:11
**transcript** [11] - 1:21, 32:22, 206:25, 207:7, 207:8, 244:20, 244:24, 244:25, 265:7, 265:12, 265:23
**transcription** [2] - 1:22, 254:20
**transcripts** [3] - 125:4, 126:22, 127:3
**transfer** [3] - 83:16, 161:8, 161:11
**transient** [1] - 4:6
**translate** [1] - 83:20
**transmits** [1] - 104:7
**transpired** [4] - 6:2, 22:20, 23:9, 25:24
**transported** [1] - 116:12
**treatable** [1] - 9:25
**treated** [1] - 147:19
**treatise** [1] - 233:16
**treatment** [3] - 4:9, 146:4, 146:10
**triage** [1] - 39:6
**trial** [5] - 3:5, 3:6, 12:9, 12:13, 77:3
**TRIAL** [1] - 1:12
**trials** [1] - 215:12
**tried** [6] - 104:2, 117:3, 152:18, 163:8, 247:19, 256:24
**triplets** [1] - 135:14
**trouble** [1] - 161:18
**troubling** [1] - 165:17
**true** [35] - 29:22, 29:25, 62:17, 62:20, 62:23, 74:9, 75:23, 93:17, 99:16, 205:16, 205:19, 216:15, 217:8, 218:11, 221:2, 221:14, 221:20, 223:10, 223:12, 230:3, 230:4, 230:19, 231:1, 234:12, 236:3, 236:13, 238:8, 238:16, 238:21, 247:8, 249:18, 250:9, 252:24, 256:8, 265:7
**truth** [6] - 30:14, 32:20, 47:12, 63:18, 63:19, 94:11
**truthfully** [2] - 255:23, 257:23
**try** [7] - 57:12, 103:20, 152:19, 165:8, 173:5, 244:22, 261:24
**trying** [16] - 24:22, 29:13, 36:6, 47:9, 59:21, 99:5, 103:21, 115:23, 132:2, 159:20, 163:15, 205:12, 215:12, 219:14, 220:10, 253:21
**TUESDAY** [1] - 1:13

**Tunisia** [1] - 3:18
**turn** [5] - 158:6, 159:22, 196:8, 234:19, 247:20
**turn-around** [1] - 196:8
**turned** [11] - 41:10, 56:21, 57:5, 57:10, 58:7, 117:5, 159:19, 163:10, 165:16, 204:18, 214:13
**turning** [1] - 175:9
**twelve** [1] - 211:8
**twenty** [1] - 195:2
**twice** [3] - 113:15, 194:21, 256:7
**twins** [1] - 135:14
**twisted** [1] - 230:5
**two** [34] - 4:4, 7:13, 9:24, 39:24, 65:9, 78:4, 79:19, 106:9, 107:23, 109:17, 109:19, 113:10, 113:14, 114:5, 114:24, 125:23, 131:6, 148:4, 159:22, 161:5, 166:16, 168:2, 173:14, 182:6, 185:21, 195:12, 197:13, 200:4, 203:7, 212:15, 232:21, 232:25, 233:11, 251:4
**two-minute** [1] - 203:7
**two-year** [1] - 131:6
**type** [6] - 37:9, 112:2, 145:10, 145:11, 155:24, 158:2
**types** [2] - 50:2, 134:23
**typical** [2] - 146:2, 153:11
**typically** [11] - 96:22, 147:8, 151:14, 153:4, 154:5, 162:4, 164:13, 176:14, 177:3, 194:11, 200:13

## U

**U.S** [1] - 3:19
**ultimate** [1] - 18:19
**ultimately** [10] - 13:12, 13:24, 14:5, 150:12, 162:1, 162:7, 171:4, 184:4, 205:9, 235:12
**ultrasound** [11] - 4:6, 131:14, 144:15, 144:17, 144:23, 146:8, 147:15, 147:21, 251:21, 252:15, 253:7
**ultrasounds** [10] - 3:25, 4:10, 144:20, 144:24, 144:25, 145:2, 145:5, 145:7, 145:10, 145:17
**um-hum** [2] - 54:14, 75:7
**umbilical** [12] - 17:18, 72:19, 149:16, 149:17, 194:10, 194:12, 194:25, 195:8, 195:11, 195:13, 195:16
**unable** [1] - 250:1
**unaware** [6] - 47:2, 47:7, 47:22, 47:25, 91:22, 251:6
**unborn** [11] - 4:22, 5:1, 6:24, 38:2, 137:21, 141:22, 149:13, 150:2, 151:17, 187:18, 261:25
**unchanged** [1] - 7:9
**uncomplicated** [1] - 144:12
**undelivered** [1] - 20:21
**under** [26] - 3:12, 29:13, 30:14, 31:2, 32:23, 33:12, 36:14, 41:1, 42:18, 47:11, 47:17, 75:6, 75:25, 76:3, 77:20, 78:4, 110:22, 119:11, 161:6, 196:20, 224:10, 244:1, 257:3, 263:3, 265:12, 265:24
**undergrad** [1] - 134:18
**understood** [11] - 20:15, 20:19, 38:2, 45:9, 45:25, 46:9, 102:15, 165:13, 212:7, 213:13, 234:21
**undetectable** [7] - 61:15, 62:1, 65:24, 66:14, 68:2, 106:23, 150:20
**undiagnosed** [3] - 250:24, 251:15, 256:16
**unexpected** [1] - 178:13
**unfamiliar** [2] - 19:12, 19:14
**unfolds** [1] - 13:1
**unfortunately** [5] - 66:24, 96:24, 156:6, 184:7, 260:21
**unit** [1] - 119:6
**Unit** [1] - 4:19
**UNITED** [2] - 1:1, 1:8
**United** [10] - 1:18, 3:19, 12:21, 13:18, 15:3, 17:23, 230:10, 265:4, 265:6, 265:19
**units** [3] - 4:20, 7:2, 162:6
**universally** [1] - 149:6
**university** [2] - 134:3, 136:5
**University** [8] - 131:3, 131:6, 132:11, 133:8, 133:10, 133:15, 133:18, 133:19
**unless** [1] - 265:24
**unlikely** [2] - 250:10, 250:13
**unnecessarily** [1] - 3:17
**unrealistic** [1] - 16:3
**unrelenting** [1] - 222:3
**unreliable** [8] - 9:16, 14:14, 197:14, 242:13, 243:22, 244:10, 244:14, 247:12
**unremarkable** [2] - 10:11, 123:10
**unresponsive** [1] - 198:22
**unstable** [1] - 151:12
**unusual** [4] - 73:21, 74:1, 83:9, 196:20
**unusually** [1] - 112:7
**up** [108] - 7:4, 9:11, 11:10, 20:20, 20:24, 22:15, 30:20, 36:24, 37:4, 43:14, 47:14, 49:9, 53:25, 54:1, 56:7, 57:5, 57:20, 58:3, 60:1, 64:22, 68:25, 78:15, 82:23, 83:1, 85:25, 89:8, 92:7, 96:1, 102:18, 102:23, 103:1, 103:6, 104:18, 105:3, 111:21, 112:14, 122:1, 123:8, 130:11, 147:22, 147:23, 148:18, 150:5, 152:6, 153:8, 157:7, 157:12, 166:10, 168:23, 171:13, 172:25, 173:1, 173:10, 173:14, 173:15, 173:19, 176:6, 176:9, 176:24, 179:21, 179:23, 180:11, 180:15, 180:18, 180:24, 181:3, 182:22, 183:4, 183:6, 184:6, 185:13, 186:9, 186:11, 187:9, 188:25, 190:21, 190:25, 191:25, 192:1, 194:25, 207:7, 210:4, 214:6, 227:12, 227:18, 227:22, 228:5, 229:15, 229:18, 231:7, 231:20, 231:23, 233:23, 234:20, 236:21, 242:18, 244:22, 247:4, 247:23, 249:9, 249:10, 251:4, 254:23, 262:20, 263:5, 263:20
**upcoming** [1] - 82:7
**update** [2] - 166:2, 166:4
**updated** [1] - 81:5
**upper** [2] - 145:25, 146:2
**upset** [2] - 116:16, 116:19
**upsetting** [2] - 117:24, 117:25
**urgent** [3] - 8:6, 11:23, 259:10
**urgently** [1] - 172:13
**uses** [1] - 191:25
**usual** [1] - 153:11
**uterine** [9] - 65:11, 65:13, 65:22, 70:19, 160:6, 160:17, 166:16, 185:18, 185:23
**utero** [27] - 4:1, 9:4, 15:21, 20:24, 50:14, 117:13, 117:16, 145:12, 145:18, 149:8, 151:3, 151:18, 152:10, 152:24, 152:25, 155:8, 184:8, 218:5, 220:15, 223:14, 238:8, 238:9, 241:18, 250:15, 256:12, 257:10, 262:3
**uterus** [4] - 149:15, 158:4, 166:12, 166:13

## V

**vacuum** [1] - 152:22
**vagina** [1] - 104:11
**vaginal** [7] - 82:14, 95:14, 105:10, 108:14, 157:10, 166:17, 215:13
**vaginally** [6] - 16:22, 95:17, 152:23, 163:16, 179:19, 188:17
**vague** [1] - 191:8
**valid** [1] - 247:5
**validity** [1] - 71:24
**valuable** [1] - 107:21
**value** [12] - 9:18, 196:14, 196:15, 220:19, 220:21, 220:25, 221:3, 221:15, 241:14, 243:2, 243:3, 243:5
**values** [2] - 242:17, 244:2
**variability** [118] - 6:22, 6:23, 8:11, 11:22, 37:12, 37:22, 44:10, 44:14, 46:6, 59:4, 61:16, 61:22, 62:2, 62:5, 62:10, 63:8, 64:18, 64:19, 64:20, 64:25, 67:7, 67:14, 67:24, 67:25, 68:8, 68:12, 68:15, 68:17, 68:21, 69:2, 69:3, 69:7, 69:17, 70:7, 70:18, 70:20, 70:21, 70:24, 70:25, 98:18, 103:7, 105:4, 105:22, 105:23, 106:11, 106:19, 106:23, 107:4, 107:6, 117:21, 121:5, 121:18, 122:11, 122:14, 122:16, 122:19, 122:23, 122:25, 150:4, 150:5, 150:18, 150:19, 150:21, 153:3, 153:21, 154:15,

154:18, 154:20, 154:25, 155:11, 155:14, 156:2, 156:22, 157:15, 162:12, 178:1, 179:3, 182:21, 183:12, 183:15, 183:16, 183:19, 183:20, 183:21, 184:19, 185:9, 185:16, 186:4, 186:10, 188:14, 189:22, 191:1, 191:16, 192:11, 192:13, 192:20, 193:24, 219:1, 219:3, 219:8, 219:9, 222:19, 222:23, 223:16, 223:19, 223:23, 224:8, 224:12, 225:13, 225:15, 238:18, 239:17, 240:3, 248:8, 260:1, 260:12
**variable** [20] - 8:18, 62:6, 62:11, 68:19, 69:10, 69:12, 70:9, 70:22, 70:24, 71:10, 71:17, 87:23, 106:2, 110:15, 121:17, 123:1, 154:9, 155:24, 156:4, 198:16
**variables** [5] - 68:2, 106:8, 106:9, 196:12
**variation** [11] - 4:5, 46:7, 146:1, 146:3, 150:7, 150:8, 150:9, 154:21, 156:2, 156:3, 191:20
**variations** [4] - 107:19, 146:5, 149:4, 155:22
**varied** [1] - 135:12
**varies** [2] - 152:5, 154:19
**various** [3] - 135:7, 135:10, 175:8
**vary** [2] - 150:6, 209:12
**vein** [2] - 114:6, 194:10
**venous** [16] - 9:12, 71:21, 71:25, 73:3, 73:5, 73:8, 73:17, 73:19, 194:14, 195:24, 196:15, 196:18, 197:8, 197:9, 197:10, 197:15
**ventilate** [1] - 115:24
**ventilation** [1] - 123:13
**Verhoog** [3] - 89:15, 89:17, 94:2
**verify** [1] - 210:2
**version** [1] - 30:18
**versions** [1] - 232:21
**versus** [1] - 260:20
**Via** [1] - 2:4
**via** [3] - 112:24, 124:6, 265:9
**VIA** [1] - 128:4
**videographer** [1] - 125:12
**view** [8] - 67:5, 79:9, 129:14, 215:7, 222:18, 222:23, 224:7, 224:11
**visit** [2] - 123:21, 147:16
**visits** [2] - 3:25, 4:4
**visually** [1] - 154:12
**vitae** [3] - 129:22, 130:13, 130:20
**vitals** [2] - 64:4, 92:19
**Viveca** [1] - 1:18
**volume** [1] - 24:18
**vs** [1] - 1:7

## W

**wait** [9] - 109:19, 116:21, 169:15, 169:17, 169:18, 207:6, 215:7, 219:11, 219:13
**waited** [4] - 157:18, 157:20, 198:7, 220:3
**wake** [1] - 105:23
**walk** [2] - 113:6, 261:13
**walked** [1] - 64:9
**walking** [1] - 166:5
**wants** [1] - 181:18
**warning** [6] - 4:24, 5:2, 46:1, 137:3, 150:2, 169:1
**warrants** [1] - 168:25
**WAS** [1] - 128:4
**WASHINGTON** [1] - 1:24
**watch** [5] - 161:20, 179:1, 214:21, 220:5, 224:1
**watching** [1] - 154:23
**waves** [1] - 104:7
**ways** [1] - 150:13
**wear** [3] - 149:1, 149:2, 157:20
**wears** [2] - 148:24
**week** [4] - 4:12, 20:16, 136:1, 136:2
**weeks** [7] - 20:15, 20:20, 20:22, 144:16, 144:23, 147:9, 164:14
**well-being** [5] - 45:13, 45:19, 45:21, 63:9, 149:7
**well-oxygenated** [1] - 155:21
**whatsoever** [1] - 43:25
**white** [1] - 102:20
**whiz** [1] - 112:4
**whole** [5] - 131:25, 175:19, 196:7, 196:10, 222:17
**wife** [1] - 3:22
**willing** [3] - 79:21, 126:21, 127:9
**wish** [5] - 12:3, 78:21, 79:21, 125:18, 130:5
**Wisneski** [1] - 1:15
**withheld** [1] - 34:9
**withholding** [1] - 34:7
**within-mentioned** [1] - 265:8
**withstand** [1] - 151:25
**witness** [6] - 18:5, 34:23, 78:5, 127:24, 143:17, 209:19
**WITNESS** [3] - 18:13, 143:13, 207:15
**witnesses** [2] - 78:5, 264:5
**Witnesses** [1] - 2:2
**women** [1] - 93:25
**Women's** [3] - 133:4, 133:5, 134:9
**wonder** [1] - 249:13
**word** [5] - 152:14, 221:20, 228:16, 228:19, 243:7
**words** [9] - 48:3, 53:2, 107:3, 151:7, 211:18, 227:5, 233:25, 251:20
**works** [2] - 114:14, 158:3
**worry** [1] - 67:19
**worse** [1] - 217:14
**worsens** [1] - 151:15
**worst** [3] - 234:17, 261:23, 261:24
**write** [13] - 41:5, 41:8, 41:15, 42:14, 42:15, 42:16, 42:17, 43:3, 43:11, 106:25, 112:20, 113:1, 143:10
**writes** [1] - 66:21
**writing** [2] - 90:3, 188:4
**written** [7] - 48:8, 49:13, 65:25, 86:3, 107:3, 177:13
**wronged** [1] - 11:15
**wrote** [23] - 44:5, 44:15, 47:20, 48:3, 48:21, 48:24, 55:6, 61:17, 61:23, 62:3, 62:12, 65:6, 66:15, 71:12, 71:15, 96:25, 106:24, 123:16, 129:6, 226:9, 226:23, 232:14, 246:7

## Y

**YEAGER** [4] - 1:23, 265:3, 265:15, 265:18
**year** [8] - 6:13, 19:5, 21:16, 23:17, 80:17, 80:18, 131:6, 134:2
**years** [12] - 3:24, 52:20, 119:14, 120:17, 128:23, 132:12, 133:3, 135:12, 136:13, 213:22, 221:5, 262:5
**yesterday** [1] - 56:6
**yield** [1] - 247:7
**York** [1] - 81:13
**yourself** [17] - 20:2, 20:7, 62:13, 76:22, 84:19, 84:23, 87:13, 127:4, 127:8, 166:5, 207:13, 217:21, 225:14, 225:20, 236:7, 237:13

## Z

**zero** [13] - 9:1, 9:2, 62:5, 164:4, 164:15, 199:4, 199:10, 199:11
**zoom** [5] - 78:11, 78:13, 127:25, 128:1, 264:8
**ZOOM** [1] - 128:4
**Zoom** [2] - 2:4, 265:9